**EXHIBIT 1**

## PLAINTIFF CONSENT FORM

I HEREBY CONSENT to be a party plaintiff in the case of *Cosentino v. Transcend Services, Inc.*, now pending before the United States District for the Northern District of Illinois, Case No. 1:12-CV-03627, and to be bound by any judgment, favorable or unfavorable, in that case. For purposes of the lawsuit, I choose to be represented by Kevin J. Dolley, Russell C. Riggan, Anthony M. Sciara, and by any other attorneys with whom they may associate to make all decisions on my behalf concerning the method and manner of conducting the case including settlement and all other matters pertaining to the lawsuit.

I understand that the personal information provided on this form will not be used for purposes other than these legal claims.

NOTE: If your address has changed, please update it on this form.

_Mary Teresa Schanz_
Signature

_Mary Teresa Schanz_
(Printed name)

_6-10-13_
(Date)

Mail, Fax, or E-mail to:

Transcend Services, Inc. Wage and Hour Litigation
c/o Law Offices of Kevin J. Dolley
34 N. Brentwood Blvd., Suite 207
St. Louis, Missouri 63105
Fax: (314) 647-4300
E-mail: optin@dolleylaw.com

EXHIBIT 2

## PLAINTIFF CONSENT FORM

I HEREBY CONSENT to be a party plaintiff in the case of *Cosentino v. Transcend Services, Inc.*, now pending before the United States District for the Northern District of Illinois, Case No. 1:12-CV-03627, and to be bound by any judgment, favorable or unfavorable, in that case. For purposes of the lawsuit, I choose to be represented by Kevin J. Dolley, Russell C. Riggan, Anthony M. Sciara, and by any other attorneys with whom they may associate to make all decisions on my behalf concerning the method and manner of conducting the case including settlement and all other matters pertaining to the lawsuit.

I understand that the personal information provided on this form will not be used for purposes other than these legal claims.

NOTE: If your address has changed, please update it on this form.

_H. Greenblade_
Signature

_H. GREENBLADE_
(Printed name)

_JUNE 11, 2013_
(Date)

Mail, Fax, or E-mail to:

Transcend Services, Inc. Wage and Hour Litigation
c/o Law Offices of Kevin J. Dolley
34 N. Brentwood Blvd., Suite 207
St. Louis, Missouri 63105
Fax: (314) 647-4300
E-mail: optin@dolleylaw.com

EXHIBIT 3

## PLAINTIFF CONSENT FORM

I HEREBY CONSENT to be a party plaintiff in the case of *Cosentino v. Transcend Services, Inc.*, now pending before the United States District for the Northern District of Illinois, Case No. 1:12-CV-03627, and to be bound by any judgment, favorable or unfavorable, in that case. For purposes of the lawsuit, I choose to be represented by Kevin J. Dolley, Russell C. Riggan, Anthony M. Sciara, and by any other attorneys with whom they may associate to make all decisions on my behalf concerning the method and manner of conducting the case including settlement and all other matters pertaining to the lawsuit.

I understand that the personal information provided on this form will not be used for purposes other than these legal claims.

NOTE: If your address has changed, please update it on this form.

_Kristen Votzakis Gauthier_
Signature

_Kristen Votzakis Gauthier_
(Printed name)

_6/6/13_
(Date)

Mail, Fax, or E-mail to:

Transcend Services, Inc. Wage and Hour Litigation
c/o Law Offices of Kevin J. Dolley
34 N. Brentwood Blvd., Suite 207
St. Louis, Missouri 63105
Fax: (314) 647-4300
E-mail: optin@dolleylaw.com

EXHIBIT 4

## PLAINTIFF CONSENT FORM

    I HEREBY CONSENT to be a party plaintiff in the case of *Cosentino v. Transcend Services, Inc.*, now pending before the United States District for the Northern District of Illinois, Case No. 1:12-CV-03627, and to be bound by any judgment, favorable or unfavorable, in that case. For purposes of the lawsuit, I choose to be represented by Kevin J. Dolley, Russell C. Riggan, Anthony M. Sciara, and by any other attorneys with whom they may associate to make all decisions on my behalf concerning the method and manner of conducting the case including settlement and all other matters pertaining to the lawsuit.

    I understand that the personal information provided on this form will not be used for purposes other than these legal claims.

NOTE: If your address has changed, please update it on this form.

*Delois P. Hamilton*
Signature

Deloris P. Hamilton
(Printed name)

5-30-2013
(Date)

Mail, Fax, or E-mail to:

Transcend Services, Inc. Wage and Hour Litigation
c/o Law Offices of Kevin J. Dolley
34 N. Brentwood Blvd., Suite 207
St. Louis, Missouri 63105
Fax: (314) 647-4300
E-mail: optin@dolleylaw.com

**EXHIBIT 5**

## PLAINTIFF CONSENT FORM

I HEREBY CONSENT to be a party plaintiff in the case of *Cosentino v. Transcend Services, Inc.*, now pending before the United States District for the Northern District of Illinois, Case No. 1:12-CV-03627, and to be bound by any judgment, favorable or unfavorable, in that case. For purposes of the lawsuit, I choose to be represented by Kevin J. Dolley, Russell C. Riggan, Anthony M. Sciara, and by any other attorneys with whom they may associate to make all decisions on my behalf concerning the method and manner of conducting the case including settlement and all other matters pertaining to the lawsuit.

I understand that the personal information provided on this form will not be used for purposes other than these legal claims.

NOTE: If your address has changed, please update it on this form.

_Katherine Murphy_
Signature

_Katherine Murphy_
(Printed name)

_06/06/2013_
(Date)

Mail, Fax, or E-mail to:

Transcend Services, Inc. Wage and Hour Litigation
c/o Law Offices of Kevin J. Dolley
34 N. Brentwood Blvd., Suite 207
St. Louis, Missouri 63105
Fax: (314) 647-4300
E-mail: optin@dolleylaw.com