

**Law Offices of Kevin J. Dolley, LLC**
2726 S. Brentwood Blvd.
St. Louis, MO 63144

<table>
<tr><td colspan="2" align="center"><strong>EXHIBIT</strong><br><strong>2</strong></td></tr>
</table>

| | |
|---|---|
| Invoice # | **N/A** |
| Invoice Date | **04/11/2016** |
| For Services Through | 04/11/2016 |

| <u>Date</u> | <u>By</u> | <u>Service Summary</u> | <u>Hours/Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | **In Reference To: Cosentino v. Transcend (Matters)** | | |
| 03/26/2012 | MJO | Telephone call with Debra Tolles, re: employment with Transcend Services, Inc. | 0.80 | $220.00 |
| 03/26/2012 | MJO | Telephone call with Mary Kleppen, re: discuss employment with Transcend Services, Inc. for purposes of drafting Complaint | 0.50 | $137.50 |
| 03/26/2012 | MJO | Telephone call with Stacey Kirsh, re: discuss employment with Transcend Services, Inc. | 0.80 | $220.00 |
| 03/26/2012 | MJO | Telephone call with Karla Ockerby, re: discuss employment with Transcend Services, Inc. | 0.40 | $110.00 |
| 03/26/2012 | MJO | Telephone call with Shirley Carwright, re: discuss employment with Transcend Services | 0.80 | $220.00 |
| 03/26/2012 | MJO | Telephone call with Diane Burgbacher, re: discuss employment with Transcend Services, Inc. | 0.50 | $137.50 |
| 03/26/2012 | MJO | Draft emails to Debra Tolles, Mary Kleppen, Stacey Kirsh, Karla Ockerby, Shirley Carwright, and Diane Burgbacher, re: client agreements | 0.40 | $110.00 |
| 03/27/2012 | MJO | Telephone call with Lisa Edwards, re: discuss employment with Transcend Services, Inc. | 1.00 | $275.00 |
| 03/27/2012 | MJO | Phone call with Debra Tolles, re: follow-up to discuss employment with Transcend Services, Inc. | 0.70 | $192.50 |
| 03/27/2012 | MJO | Phone call with Linda Armstrong, re: discuss employment with Transcend Services, Inc. | 0.40 | $110.00 |
| 03/27/2012 | MJO | Phone call with Theresa Cosentino, re: discuss employment with Transcend Services, Inc. for purposes of drafting Complaint | 0.70 | $192.50 |
| 03/27/2012 | MJO | Draft email to potential client Angel Foskey, re: employment with Transcend Services | 0.20 | $55.00 |
| 03/28/2012 | MJO | Telephone call with Deborah Waldman, re: discuss employment at Transcend Services, Inc. | 0.50 | $137.50 |
| 03/28/2012 | MJO | Phone call with Stacia Cornog, re: discuss employment with Transcend Services, Inc. | 0.50 | $137.50 |
| 03/29/2012 | MJO | Telephone call with Judy Freeman, re: discuss employment with Transcend Services, Inc. | 0.50 | $137.50 |
| 03/29/2012 | MJO | Draft email to potential client Judy Freeman, re: employment with Transcend Services, Inc. | 0.20 | $55.00 |
| 03/29/2012 | MJO | Telephone call with Linda Matthias, re: discuss employment with Transcend Services, Inc. | 1.00 | $275.00 |
| 03/30/2012 | MJO | Phone call to Mary McClelland, re: discuss employment with Transcend Services | 0.50 | $137.50 |
| 03/30/2012 | MJO | Phone call to Candace Primeaux, re: discuss employment with Transcend | 0.50 | $137.50 |
| 03/30/2012 | MJO | Phone call with Dawn Pence, re: discuss employment with | 0.80 | $220.00 |

Transcend

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2012 | MJO | Phone call with Patricia Clunk, re: discuss employment with Transcend Services, Inc. | 1.20 | $330.00 |
| 04/03/2012 | MJO | Call potential clients Debra Tolles, Mary Kleppen, Stacey Kirsh, Karla Ockerby, Shirley Carwright, Sandy Lykins, and Diane Burgbacher, re: consent forms | 1.80 | $495.00 |
| 04/03/2012 | MJO | Call potential clients Lisa Edwards, Debra Tolles, Linda Armstrong, and Theresa Cosentino, re: consent forms | 1.20 | $330.00 |
| 04/03/2012 | MJO | Phone calls to potential clients Deborah Waldman, Stacia Cornog, Judy Freeman, Linda Mathias, Mary McClelland, Candace Primeaux, Dawn Pence, and Patricia Clunk, re: consent forms and active employment at Transcend Services | 2.80 | $770.00 |
| 04/04/2012 | MJO | Perform research across all federal circuits pertaining to medical transcription work and employer knowledge of off-the-clock work, re: for purposes of drafting Complaint in Cosentino v. Transcend Services | 6.00 | $1,650.00 |
| 04/05/2012 | MJO | Research across all federal circuits for purposes of drafting Complaint, re: off-the-clock work from home | 1.50 | $412.50 |
| 04/06/2012 | MJO | Review notes for purposes of drafting Complaint | 0.50 | $137.50 |
| 04/06/2012 | MJO | Draft Complaint, re: Nature of the Claim; Jurisdiction and Venue; The Parties; Common Factual Allegations | 8.00 | $2,200.00 |
| 04/09/2012 | MJO | Draft/calculate pay rates and hours for clients | 1.80 | $495.00 |
| 04/09/2012 | MJO | Review client emails, re: status of lawsuit | 0.30 | $82.50 |
| 04/09/2012 | MJO | Draft Complaint, re: common factual allegations | 1.30 | $357.50 |
| 04/09/2012 | MJO | Phone call with Linda Mathias, re: status of Complaint and lawsuit | 0.50 | $137.50 |
| 04/10/2012 | KJD | Draft, Edit Complaint | 4.00 | $1,800.00 |
| 04/10/2012 | MJO | Draft Complaint, re: common factual allegations; collective action allegations; Count I- Failure to pay minimum wage; Count II-Failure to pay overtime compensation | 8.00 | $2,200.00 |
| 04/11/2012 | KJD | Draft, Edit Complaint | 2.00 | $900.00 |
| 04/11/2012 | MJO | Edit/revise Complaint in accordance with instructions of Attorney K. Dolley | 3.50 | $962.50 |
| 04/11/2012 | MAS | Reviewed Complaint. | 0.25 | $56.25 |
| 04/12/2012 | KJD | Draft, Edit, Email Complaint to Clients | 0.50 | $225.00 |
| 04/12/2012 | KJD | Review, Respond Emails from Clients RE: Complaint. | 2.00 | $900.00 |
| 04/12/2012 | MJO | Meeting with Attorney K. Dolley, re: venue for filing | 0.50 | $137.50 |
| 04/12/2012 | MJO | Review/revise/update Consent Forms | 0.30 | $82.50 |
| 04/12/2012 | MAK | Revised/ edited initial complaint. | 0.30 | $67.50 |
| 04/13/2012 | MJO | Edit Complaint, re: common factual allegations and Count I | 1.50 | $412.50 |
| 04/15/2012 | KJD | Email to Client. | 0.25 | $112.50 |
| 04/15/2012 | KJD | Prepare for Phone conference w/clients. | 1.50 | $675.00 |
| 04/16/2012 | KJD | Call with Plaintiffs preparing facts for complaint. | 3.00 | $1,350.00 |
| 04/16/2012 | KJD | Call with Local Counsel RE: filing. | 0.25 | $112.50 |
| 04/17/2012 | KJD | Prepare for Phone conference w/ Clients. | 1.50 | $675.00 |
| 04/17/2012 | KJD | Research Clients information meeting with clients. | 2.00 | $900.00 |
| 04/17/2012 | KJD | Prepare for phone conference with clients. | 1.50 | $675.00 |
| 04/17/2012 | KJD | Draft and Edit Complaint. | 1.50 | $675.00 |
| 04/17/2012 | KJD | Call with Class Members Review Complaint. | 1.00 | $450.00 |
| 04/17/2012 | MJO | Conference Call with Cosentino, et al, re: filing lawsuit | 1.80 | $495.00 |
| 04/18/2012 | KJD | Call to Local Counsel RE: Nature of Claims. | 0.50 | $225.00 |
| 04/18/2012 | KJD | Call to MAS RE: Status | 0.10 | $45.00 |
| 04/18/2012 | MJO | Phone call with Linda Matthias, re: filing Cosentino lawsuit | 0.50 | $137.50 |
| 04/18/2012 | MJO | Phone call with Lisa Edwards, re: filing of Cosentino lawsuit | 0.80 | $220.00 |
| 04/18/2012 | MJO | Update client database | 0.50 | $137.50 |
| 04/19/2012 | KJD | Review extended defense research, review co-counsel. | 0.50 | $225.00 |
| 04/19/2012 | MJO | Meeting with Attorney K. Dolley, re: employer knowledge | 1.00 | $275.00 |
| 04/20/2012 | KJD | Review, edit complaint call with Clients. | 1.00 | $450.00 |
| 04/26/2012 | MJO | Draft email to Plaintiff Linda Armstrong | 0.20 | $55.00 |

| | | | | |
|---|---|---|---|---|
| 04/26/2012 | MJO | Draft email and conduct various phone calls to Plaintiffs, re: attorney/client privilege | 1.50 | $412.50 |
| 04/27/2012 | KJD | Draft, Edit complaint, File Documents. | 2.00 | $900.00 |
| 04/27/2012 | MJO | Draft email to Patricia Clunk | 0.20 | $55.00 |
| 04/27/2012 | MJO | Review full Complaint | 1.30 | $357.50 |
| 04/29/2012 | KJD | Email to Local Counsel. | 0.50 | $225.00 |
| 04/29/2012 | KJD | Review, Edit complaint. | 1.50 | $675.00 |
| 04/29/2012 | MJO | Scan and email consent forms | 0.80 | $220.00 |
| 05/01/2012 | KJD | Call with Local Counsel. | 0.20 | $90.00 |
| 05/01/2012 | MJO | Phone call with Linda Mathias | 0.30 | $82.50 |
| 05/01/2012 | MJO | Draft correspondence to medical transcriptionist Amanda (last name unknown) | 0.30 | $82.50 |
| 05/03/2012 | MJO | Draft/update Complaint, re: common factual allegations | 1.00 | $275.00 |
| 05/07/2012 | MJO | Review/draft Complaint and Northern District of Illinois filing materials before filing Complaint | 3.00 | $825.00 |
| 05/08/2012 | KJD | Draft, Edit filing documents email and calls with Local Counsel. | 3.00 | $1,350.00 |
| 05/09/2012 | KJD | Review local counsel agreement and send email; draft and edit email. | 0.50 | $225.00 |
| 05/11/2012 | MJO | Draft email to Cosentino, re: filing of Complaint | 0.50 | $137.50 |
| 05/12/2012 | MJO | Draft email to potential putative class members for Transcend lawsuit | 2.00 | $550.00 |
| 05/13/2012 | MJO | Phone call with potential class member | 0.50 | $137.50 |
| 05/14/2012 | KJD | Calls with opt-in class members. | 2.00 | $900.00 |
| 05/14/2012 | MJO | Phone call with Attorneys K. Dolley and R. Riggan, re: filing of Complaint | 0.50 | $137.50 |
| 05/14/2012 | MJO | Phone calls with potential class members to join Cosentino lawsuit | 1.50 | $412.50 |
| 05/14/2012 | MJO | Phone calls/Emails with potential clients | 6.00 | $1,650.00 |
| 05/15/2012 | MJO | Phone calls/Emails with potential class members | 7.00 | $1,925.00 |
| 05/16/2012 | MJO | Phone call with co-counsel R. Riggan, re: status of case | 1.50 | $412.50 |
| 05/17/2012 | MJO | Phone calls and emails with clients, including T. Cosentino | 5.00 | $1,375.00 |
| 05/21/2012 | MJO | Phone call with medical transcriptionist Marla Johnson | 0.80 | $220.00 |
| 05/22/2012 | MJO | Phone call with potential class member | 0.50 | $137.50 |
| 05/23/2012 | MJO | Draft emails to clients including T. Cosentino, re: update on status of lawsuit | 0.80 | $220.00 |
| 05/28/2012 | KJD | Draft and edit attorney fee splitting agreement. | 0.25 | $112.50 |
| 05/30/2012 | MJO | Phone call with lead Plaintiff T. Cosentino | 1.25 | $343.75 |
| 05/31/2012 | MJO | Phone calls and emails to clients, re: update on lawsuit | 2.00 | $550.00 |
| 06/01/2012 | KJD | Draft EOA; draft memo of filing. | 0.50 | $225.00 |
| 06/04/2012 | MJO | Draft email to all Plaintiffs, update with information re: lawsuit | 0.50 | $137.50 |
| 06/04/2012 | MJO | Telephone call with Cosentino | 0.50 | $137.50 |
| 06/05/2012 | MJO | Phone calls to all clients | 1.00 | $275.00 |
| 06/08/2012 | KJD | Prepare entry/ memo of filing. | 0.50 | $225.00 |
| 06/08/2012 | MJO | Phone calls to clients | 1.00 | $275.00 |
| 06/13/2012 | KJD | call with cler -- memo of filing summons and consents. | 0.25 | $112.50 |
| 06/14/2012 | KJD | Email to OC RE: conditional cert opt in forms; research, review venue issues. | 3.25 | $1,462.50 |
| 06/17/2012 | KJD | Email OC. | 0.25 | $112.50 |
| 06/20/2012 | KJD | Draft, edit scheduling plan; email to OC RE; scheduling. | 0.75 | $337.50 |
| 06/21/2012 | KJD | Review and prepare scheduling plan. | 0.50 | $225.00 |
| 06/26/2012 | MJO | Draft Declarations for Plaintiffs Theresa Cosentino, Linda Armstrong, Joy Bargerstock, Diane Burgbacher | 4.50 | $1,237.50 |
| 06/28/2012 | MJO | Draft Declarations of Interest for Patricia Clunk, Lisa Edwards, Mary Kleppin, Judith Lugo, Linda Mathias, Dawn Pence, Jackie St. Georges, Debra Tolles, and Deborah Waldman | 8.00 | $2,200.00 |
| 07/05/2012 | MJO | Conference call with all clients | 0.80 | $220.00 |
| 07/06/2012 | MJO | Draft email to class, re: update on status of lawsuit | 0.50 | $137.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/11/2012 | KJD | Review declarations; communications with OC; email to OC RE: possible scheduling plan change. | 1.75 | $787.50 |
| 07/19/2012 | MJO | Phone call with T. Cosentino | 0.50 | $137.50 |
| 07/20/2012 | KJD | Meeting with OC, set scheduling order, prep for conference. | 0.50 | $225.00 |
| 07/20/2012 | MJO | Research all federal circuits on topic of conditional certification, re: common questions for group of medical transcriptionists across the nation | 8.00 | $2,200.00 |
| 07/24/2012 | KJD | Travel to Chicago. | 4.00 | $1,800.00 |
| 07/25/2012 | KJD | Prep for status conference, hearing. | 1.00 | $450.00 |
| 07/25/2012 | KJD | Travel to St. Louis. | 4.00 | $1,800.00 |
| 07/31/2012 | KJD | Draft email to clients re: case status. | 0.25 | $112.50 |
| 07/31/2012 | MJO | Draft email to all clients, re: Scheduling Order | 1.00 | $275.00 |
| 07/31/2012 | MJO | Draft First Set of Interrogatories and Requests for Production Directed to Defendant | 8.20 | $2,255.00 |
| 08/02/2012 | KJD | Review Request for documents; Draft, edit letter to OC. | 3.10 | $1,395.00 |
| 08/02/2012 | MJO | Draft discovery responses for Plaintiff T. Cosentino | 6.50 | $1,787.50 |
| 08/03/2012 | KJD | Review and edit Discovery Request | 0.50 | $225.00 |
| 08/07/2012 | KJD | Call with OC Reviewed Discovery. | 0.50 | $225.00 |
| 08/08/2012 | MJO | Draft discovery responses for Linda Mathias | 5.00 | $1,375.00 |
| 08/09/2012 | KJD | Draft, edit discovery request-- send out. | 2.00 | $900.00 |
| 08/09/2012 | MJO | Draft/revise discovery responses for Plaintiff T. Cosentino | 2.00 | $550.00 |
| 08/10/2012 | MJO | Research all federal circuits for allowable discovery techniques in FLSA collective actions | 2.50 | $687.50 |
| 08/28/2012 | MJO | Draft/edit letter to opposing counsel, re: objections to third party subpoenas to Defendant | 0.40 | $110.00 |
| 08/28/2012 | MJO | Draft/edit Plaintiff's objections to interrogatories and RFPs, re: incorporate co-counsel's suggestions into Plaintiff's objections to interrogatories and RFPs | 0.90 | $247.50 |
| 08/28/2012 | MJO | Draft objections to third party subpoenas for each opt-in plaintiff, joint objections to request for production and interrogatories for representative plaintiff; joint objections to RFP and Interrogatories | 3.50 | $962.50 |
| 08/28/2012 | MJO | Phone call with local counsel to discuss filing motion to quash and motion to extend discovery due date | 0.20 | $55.00 |
| 08/28/2012 | MJO | Draft Responses to Defendants Interrogatories and RFP for T. Cosentino | 1.50 | $412.50 |
| 08/28/2012 | MJO | Phone call with client J. Bargerstock, re: interrogatory and RFP responses | 0.30 | $82.50 |
| 08/28/2012 | MJO | Draft email to J. Bargerstock, re: documents needed to respond to interrogatories and requests for production | 0.30 | $82.50 |
| 08/28/2012 | MJO | Draft Responses to RFP and Interrogatories for Bargerstock | 0.50 | $137.50 |
| 08/28/2012 | MJO | Draft Declaration for Bargerstock | 0.50 | $137.50 |
| 08/28/2012 | MJO | Draft correspondence in response to opposing counsel, re: discovery deadlines | 0.40 | $110.00 |
| 08/28/2012 | MJO | Draft Response and Objections to First Set of Interrogatories for Plaintiff Edwards | 3.10 | $852.50 |
| 08/28/2012 | MJO | Draft Declaration of Interest, re: incorporate co-counsel red line suggestions into declaration of interest | 1.70 | $467.50 |
| 08/28/2012 | MJO | Phone call with Attorneys K. Dolley and R. Riggan, re: defendant's discovery | 0.40 | $110.00 |
| 08/29/2012 | MJO | Draft Motion to Quash Defendants Third Party Subpoenas and Notice of Deposition | 1.90 | $522.50 |
| 08/29/2012 | MJO | Draft Motion to Quash Defendants Third Party Subpoenas and Notice of Deposition, re: Introduction; Facts; efforts to resolve dispute under Local Rule 37.2 | 3.20 | $880.00 |
| 08/29/2012 | MJO | Draft/revise discovery letter to opposing counsel, re: subpoenas and notice of deposition | 3.60 | $990.00 |
| 08/29/2012 | MJO | Draft/revise discovery letter to opposing counsel, re: subpoenas and notice of deposition | 3.60 | $990.00 |
| 08/29/2012 | MJO | Review opposing counsel's 8/28/12 email; our 8/29 letter to | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| | | Defendant, re: discovery; Defendant's interrogatories and document requests; and our objections to Defendant's interrogatories and document requests in order to write Motion for Extension of Time to Provide Answers and Objections to Defendant's Discovery | | |
| 08/29/2012 | MJO | Draft and edit content and organization of our correspondence to Defendant, re: discovery responses | 2.90 | $797.50 |
| 08/29/2012 | MJO | Research scope of discovery in federal court; purpose of FLSA cases; and scope of discovery in FLSA cases for purposes of writing Memorandum in Support of Plaintiffs' Motion to Quash | 1.20 | $330.00 |
| 08/29/2012 | MAK | Completed Pro Hac Vice Form and all necessary documentation to enter my appearance pro hac. | 0.50 | $112.50 |
| 08/29/2012 | MJO | Wrote Analysis section of Plaintiffs' Memorandum in Support of Motion to Quash | 3.60 | $990.00 |
| 08/30/2012 | MJO | Draft Section B of the Analysis Section in Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Quash | 2.30 | $632.50 |
| 08/30/2012 | MJO | Draft/provide final editing to Plaintiffs' Memorandum in Support of Motion to Quash | 1.60 | $440.00 |
| 08/30/2012 | MJO | Phone call with attorneys K. Dolley, R. Riggan, and opposing counsel, re: notice of deposition | 0.70 | $192.50 |
| 08/30/2012 | MJO | Draft/prepare answers and responses to Defendant's First Set of Interrogatories Directed to Lisa Edwards, reviewed numerous emails between Edwards and supervisors | 3.60 | $990.00 |
| 08/30/2012 | MJO | Draft Analysis section B and C of Memorandum in Support of Plaintiffs' Motion to Quash | 2.50 | $687.50 |
| 08/30/2012 | MJO | Review/edit content and organization of Memorandum in Support of Plaintiff's Motion to Quash | 1.00 | $275.00 |
| 08/30/2012 | MJO | Draft correspondence to opposing counsel, re: memorializing proposed solution to discovery dispute | 1.30 | $357.50 |
| 08/31/2012 | MJO | Draft/complete draft to answers to first set of Interrogatories and RFP for Plaintiff Theresa Cosentino to be used as template for all Plaintiffs | 5.20 | $1,430.00 |
| 09/04/2012 | KJD | Call with OC in a conference call, 2nd call with oc on my line, discovery dispute, amended written discovery and deposition scheduling; call with local counsel instructions for appearance joint motion, review edit and prepare motion for filing. | 1.00 | $450.00 |
| 09/04/2012 | MJO | Draft Response to Defendant's Interrogatories and RFP, re: Linda Mathias and Dawn Pence | 4.00 | $1,100.00 |
| 09/04/2012 | MJO | Draft, edit Declarations of Interest for Plaintiff Teresa Cosentino | 1.30 | $357.50 |
| 09/04/2012 | MJO | Filed Parties' Joint Motion for Extension | 0.40 | $110.00 |
| 09/04/2012 | MJO | Phone call with client Clunk, re: discovery responses | 0.40 | $110.00 |
| 09/05/2012 | KJD | Email to local counsel prepare motion for presentation; review letter RE: discovery agreement, email to Russ regarding letter. | 0.75 | $337.50 |
| 09/05/2012 | MJO | Draft Responses to RFP for Plaintiff Dawn Pence | 1.60 | $440.00 |
| 09/05/2012 | MJO | Phone call with Joy Bargerstock, re: discovery responses | 0.60 | $165.00 |
| 09/05/2012 | MJO | Draft/revise Pence Response to Defendant's Interrogatories and RFP | 2.40 | $660.00 |
| 09/05/2012 | MJO | Draft, edit, and finalize First Request for Production and Interrogatories to Directed to Defendant | 4.70 | $1,292.50 |
| 09/05/2012 | MJO | Draft/exchange emails with client T. Cosentino, re: discovery questions | 0.30 | $82.50 |
| 09/05/2012 | MJO | Phone call with client, re: answers to defendants first set of interrogatories | 0.80 | $220.00 |
| 09/05/2012 | MJO | Draft Declaration of Interest on behalf of Plaintiff | 1.80 | $495.00 |
| 09/05/2012 | MJO | Draft/revise First Set of Interrogatories Directed to Defendant | 2.50 | $687.50 |
| 09/05/2012 | MJO | Review Responses and Objections to Defendants First Set of Interrogatories Directed to Pence, Responses and Objections to Request for Production | 0.70 | $192.50 |
| 09/06/2012 | KJD | Review letter from OC call with Russ on compliance, review with Kristen on the response; call with OC RE: reset hearing to | 2.50 | $1,125.00 |

next week, conference with court, call with Opposing Counsel to re-set attempt to get heard by phone; review discovery status hearing position with Russ on how to proceed; call with OC RE: call on discovery responses; call with St. George and other who care not for discovery with discovery responses trying to round them up; call with OC RE: discovery status email with OC RE: responses to current information.

| | | | | |
|---|---|---|---|---|
| 09/06/2012 | MJO | Draft Responses to Defendants' First Set of Interrogatories for client Armstrong | 2.40 | $660.00 |
| 09/06/2012 | MJO | Phone call with client Tolles re: responses and objections to Interrogatories | 0.80 | $220.00 |
| 09/06/2012 | MJO | Draft email to Tolles, re: checklist of documents | 0.30 | $82.50 |
| 09/06/2012 | MJO | Draft Responses to Defendants First Set of Interrogatories for Armstrong | 1.30 | $357.50 |
| 09/06/2012 | MJO | Draft email to Cosentino, re: responses to discovery requests | 0.20 | $55.00 |
| 09/06/2012 | MJO | Draft Responses and Objections to First Set of Interrogatories, re: Tolles | 1.20 | $330.00 |
| 09/06/2012 | MJO | Draft sample email to Plaintiffs Burgbacher and St. Georges | 0.10 | $27.50 |
| 09/06/2012 | MJO | Draft correspondence to opposing counsel, re: plaintiffs objections and to interrogatories and documents | 1.60 | $440.00 |
| 09/07/2012 | KJD | Review discovery status responses with local counsel review letter to Opposing Counsel; draft email on plan to present to court RE: discovery; | 1.25 | $562.50 |
| 09/07/2012 | MJO | Review emails sent from client T. Cosentino and compile them for use as Response to Defendant's Request for Production of Documents | 0.70 | $192.50 |
| 09/07/2012 | MJO | Draft Declaration of Interest for Tolles | 1.20 | $330.00 |
| 09/07/2012 | MJO | Analyzed and examined numerous emails to be used in Tolles' responses to requests for production | 0.50 | $137.50 |
| 09/07/2012 | MJO | Draft Response and Objections to Defendants' First Set of Production Directed to Tolles | 0.30 | $82.50 |
| 09/07/2012 | MJO | Phone call and email with client T. Cosentino, re: documents produced | 0.20 | $55.00 |
| 09/07/2012 | MJO | Draft sample email to Nolan for review of attorney K. Dolley | 0.20 | $55.00 |
| 09/07/2012 | MJO | Draft email to plaintiff T. Cosentino, re: ADP log-in info | 0.10 | $27.50 |
| 09/07/2012 | MJO | Draft/review letter to opposing counsel, re: discovery | 0.10 | $27.50 |
| 09/10/2012 | MJO | Telephone call with opt-in Plaintiff Ratliff, re: subpoena documents requested and declaration of interest | 0.60 | $165.00 |
| 09/10/2012 | MJO | Telephone call with opt-in Plaintiff Isham, re: subpoena documents requested and declaration of interest | 0.40 | $110.00 |
| 09/10/2012 | MJO | Draft email to co-counsel, re: objections to RFP | 0.10 | $27.50 |
| 09/10/2012 | MJO | Left plaintiff Perryman a voicemail re: subpoena | 0.10 | $27.50 |
| 09/10/2012 | MJO | Left opt-in Plaintiff McLemore voicemail re: subpoena | 0.10 | $27.50 |
| 09/10/2012 | MJO | Phone call with Plaintiff Haworth, re: subpoena documents requested | 0.50 | $137.50 |
| 09/10/2012 | MJO | Phone call with Plaintiff Haworth, re: subpoena documents requested | 0.50 | $137.50 |
| 09/10/2012 | MJO | Phone call with Plaintiff Fallon, re: third party subpoena documents requested | 0.40 | $110.00 |
| 09/10/2012 | MJO | Phone call and email to co-counsel, re: discovery responses | 0.40 | $110.00 |
| 09/10/2012 | MJO | Prepared file for attorney K. Dolley for purposes of Chicago trip | 0.30 | $82.50 |
| 09/10/2012 | MJO | Phone call and email to client Sheila Reeser, re: subpoena documents requested | 0.20 | $55.00 |
| 09/10/2012 | MJO | Draft responses and objections to defendant's request for production directed to opt-in Plaintiff Karen Milan | 2.80 | $770.00 |
| 09/10/2012 | MJO | Draft email to Plaintiff Lisa Smith, re: subpoena | 0.10 | $27.50 |
| 09/10/2012 | MJO | Draft responses and objections to defendant's request for production directed to opt-in Plaintiff Lisa Smith | 1.50 | $412.50 |
| 09/11/2012 | MJO | Draft email to clients for review of Attorney K. Dolley | 0.40 | $110.00 |

| | | | | |
|---|---|---|---|---|
| 09/11/2012 | MJO | Draft email to clients for review of Attorney K. Dolley | 0.40 | $110.00 |
| 09/11/2012 | MJO | Draft responses and objections to interrogatories for Plaintiff T. Cosentino | 0.90 | $247.50 |
| 09/11/2012 | MJO | Draft emails to clients, re: third party subpoenas | 0.20 | $55.00 |
| 09/11/2012 | MJO | Phone call and email to Mary Hall, re: subpoena | 0.10 | $27.50 |
| 09/11/2012 | MJO | Phone call and email to Margaret Thorpe, re: subpoena | 0.10 | $27.50 |
| 09/11/2012 | MJO | Draft email to co-counsel, re: objections to RFP | 0.30 | $82.50 |
| 09/11/2012 | MJO | Phone call with Plaintiff Joy Bargerstock, re: verification page and signature page | 0.40 | $110.00 |
| 09/11/2012 | MJO | Phone call with Plaintiff Shara Martin, re: subpoena documents requested | 0.80 | $220.00 |
| 09/11/2012 | MJO | Draft/edit responses and objections to Defendant's First Set of RFP and Interrogatories Directed to Plaintiff Pence | 0.80 | $220.00 |
| 09/11/2012 | MJO | Draft/edit responses and objections to Defendant's First RFP and Interrogatories Directed to Plaintiff Cosentino | 1.80 | $495.00 |
| 09/11/2012 | KJD | Travel to hearing. | 3.00 | $1,350.00 |
| 09/11/2012 | KJD | Travel from court. | 3.00 | $1,350.00 |
| 09/11/2012 | KJD | Prepare for hearing on joint motion to extend conditions. | 1.00 | $450.00 |
| 09/12/2012 | MJO | Phone call with co-counsel, re: verification pages to Plaintiff's responses and objections to Defendant's discovery requests | 0.10 | $27.50 |
| 09/12/2012 | MJO | Draft responses and objections to defendant's subpoenas directed to opt-in Plaintiff Milan | 0.40 | $110.00 |
| 09/12/2012 | MJO | Draft responses and objections to defendant's subpoenas directed to opt-in Plaintiff Smith | 0.40 | $110.00 |
| 09/12/2012 | MJO | Phone call with opt-in Plaintiff Isham, re: subpoena documents requested | 0.10 | $27.50 |
| 09/12/2012 | MJO | Draft responses and objections to subpoenas directed to opt-in plaintiff Isham; review emails sent by client | 0.30 | $82.50 |
| 09/12/2012 | MJO | Phone call with Plaintiff Edwards, re: interrogatories | 0.10 | $27.50 |
| 09/12/2012 | MJO | Draft responses and objections to defendant's subpoena directed to Plaintiff Smith | 0.30 | $82.50 |
| 09/12/2012 | MJO | Draft email to Plaintiff Hall, re: subpoena and call scheduling | 0.20 | $55.00 |
| 09/12/2012 | MJO | Draft Responses and Objections to Defendants subpoenas directed to opt-in plaintiff martin and howard | 1.50 | $412.50 |
| 09/12/2012 | MJO | Phone call with Plaintiff Thorpe, re: subpoena documents requested | 0.20 | $55.00 |
| 09/12/2012 | MJO | Phone call with Deborah Waldman, re: first set of RFPs | 0.20 | $55.00 |
| 09/12/2012 | MJO | Draft responses and objections to Defendant's First set of RFP, re: Deb Waldman | 0.60 | $165.00 |
| 09/13/2012 | MJO | Draft objections to third party subpoenas for each plaintiff | 1.30 | $357.50 |
| 09/13/2012 | MJO | Draft objections and responses to defendant's third party subpoenas directed to Isham | 0.70 | $192.50 |
| 09/13/2012 | MJO | Draft plaintiff Waldman's responses and objections to RFP | 0.90 | $247.50 |
| 09/13/2012 | MJO | Draft/revise co-counsel's drafts of responses and objections to Defendant's First Set of RFPs and Interrogatories | 1.10 | $302.50 |
| 09/13/2012 | MJO | Draft/revise co-counsel's drafts of responses and objections to Defendant's First Set of RFPs and Interrogatories | 2.90 | $797.50 |
| 09/13/2012 | MJO | Meeting with Attorney K. Dolley, re: depositions and travel time | 0.50 | $137.50 |
| 09/13/2012 | MJO | Final edits to objections and responses to defendant's first set of interrogatories and requests for production directed to clients | 3.30 | $907.50 |
| 09/13/2012 | MAK | Discussion with KJD and MJO regarding the strategy and process for traveling to defend each plaintiff in the transcend litigation. | 0.50 | $112.50 |
| 09/14/2012 | KJD | Draft and edit letter on discovery responses to OC; Call with Russ RE: Discovery Responses; Review entire discovery responses. | 3.25 | $1,462.50 |

| 09/17/2012 | MAK | Conference with attorney Russ Riggan and Sam Moore about the strategy of scheduling the travel for defending depositions; conferred with clients Judith Lugo and Deborah Waldman regarding their depositions upcoming; processed defendant's notice of deposition for Judith Lugo and Deborah Waldman and emailed them to Judith Lugo and Deborah Waldman; conferred with clients through telephone to answer questions pertaining to their deposition. | 2.25 | $506.25 |
|---|---|---|---|---|
| 09/18/2012 | MAK | Read the book " Making and meeting objections II" to prepare for defending the depositions of Judith Lugo and Deborah Waldman. | 2.00 | $450.00 |
| 09/18/2012 | MAK | Conferred with opposing counsel Greg Mersol regarding the rescheduling of the deposition of Dawn Pence; phone conference with attorneys KJD and MJO concerning the deposition strategy of Plaintiffs. | 1.25 | $281.25 |
| 09/19/2012 | MJO | Phone call with Judith Lugo, re: preparation for deposition | 0.60 | $165.00 |
| 09/19/2012 | MJO | Draft deposition preparation template, re: key areas of information covered in deposition | 0.50 | $137.50 |
| 09/19/2012 | MJO | Draft Supplementary Responses and Objections to Interrogatories and RFP for Plaintiff Dawn Pence | 2.70 | $742.50 |
| 09/19/2012 | MJO | Phone call with Plaintiff Linda Matthias, re: deposition preparation | 1.20 | $330.00 |
| 09/19/2012 | MJO | Phone call with Plaintiff Patricia Clunk, re: deposition preparation | 1.10 | $302.50 |
| 09/19/2012 | MJO | Draft email to opt-in Plaintiff Lisa Smith, re: conditional certification | 0.20 | $55.00 |
| 09/19/2012 | KJD | Research off the clock conditional cert class. | 1.50 | $675.00 |
| 09/19/2012 | MAK | Conferred with Esquire Reporting Services through telephone to inquire as to their policy for a 24-hour turnaround time for transcript; conferred with attorneys KJD and MJO about strategy in defending depositions; emailed Judy Lugo and Deborah Waldman concerning when i will arrive in Florida and when and where i will meet with them. | 1.00 | $225.00 |
| 09/20/2012 | MJO | Phone call with Linda Mathias, re: emails to produce for supplemental discovery | 0.20 | $55.00 |
| 09/20/2012 | MJO | Draft email to Plaintiff Linda Mathias, re: supplemental discovery | 0.10 | $27.50 |
| 09/20/2012 | MJO | Draft Supplementary Responses and Objections to Defendant's First Set of RFP Directed to Lisa Smith; added, produced, and consulted numerous additional emails | 1.60 | $440.00 |
| 09/20/2012 | MJO | Draft and edit Declaration of Interest for Lisa Edwards and emailed to her for her verification | 1.80 | $495.00 |
| 09/20/2012 | MJO | Drafted Declaration of Interest for Plaintiff Karen Milan and emailed to her for verification | 2.20 | $605.00 |
| 09/20/2012 | MJO | Draft and edit Supplementary Responses and Objections to Interrogatories and RFP for Plaintiff Dawn Pence | 1.40 | $385.00 |
| 09/21/2012 | MJO | Final edit to Declaration of Interest for opt-in Plaintiff Karen Milan | 0.50 | $137.50 |
| 09/21/2012 | MJO | Final edit to Declaration of Interest for opt-in Plaintiff Karen Milan | 0.50 | $137.50 |
| 09/21/2012 | MJO | Annotated documents in preparation for prepping Plaintiff Waldman for her deposition | 2.10 | $577.50 |
| 09/21/2012 | MJO | Draft/edit co-counsel's draft of a Declaration of Interest for Plaintiff Waldman | 0.50 | $137.50 |
| 09/21/2012 | MJO | Draft supplementary discovery responses and objections, re: Plaintiff Lisa Smith | 0.90 | $247.50 |
| 09/21/2012 | MJO | Draft email to Deborah Waldman, re: TAT or OTAT terminology | 0.10 | $27.50 |
| 09/21/2012 | MJO | Draft email to Teresa Cosentino, re: MKM Time | 0.20 | $55.00 |
| 09/21/2012 | MJO | Draft email to opposing counsel, re: Lisa Edwards verification page | 0.20 | $55.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/2012 | MJO | Draft email to opposing counsel, re: Lisa Edwards verification page | 0.20 | $55.00 |
| 09/21/2012 | MJO | Phone call with co-counsel, re: deposition of Judy Lugo and Deborah Waldman | 0.50 | $137.50 |
| 09/23/2012 | MAK | Traveled to Florida to defend the depositions of Judith Lugo and Deborah Waldman; Conferred with Judith Lugo in person and prepared her for her deposition; defended Juith Lugo's deposition; conferred with Deborah Waldman in person and prepared her for her deposition | 11.00 | $2,475.00 |
| 09/24/2012 | MJO | Draft extensive notes while sitting in via conference during deposition of Judith Lugo | 6.40 | $1,760.00 |
| 09/24/2012 | MJO | Drafted extensive updated deposition outline for co-counsel | 2.00 | $550.00 |
| 09/25/2012 | MJO | Draft calendar/schedule for depositions, reviewed most current notices of deposition to draft calendar | 1.20 | $330.00 |
| 09/25/2012 | MJO | Draft calendar/schedule for depositions, reviewed most current notices of deposition to draft calendar | 1.20 | $330.00 |
| 09/25/2012 | MJO | Phone conference with co-counsel, re: deposition strategy and deposition schedule | 0.70 | $192.50 |
| 09/25/2012 | MJO | Draft opt-out documents for Mary Kleppin | 0.20 | $55.00 |
| 09/25/2012 | KJD | Review schedule call to OC depos set. | 0.25 | $112.50 |
| 09/25/2012 | MAK | Conferred with Deborah Waldman in person and prepared her for her deposition. | 3.00 | $675.00 |
| 09/25/2012 | MAK | Defended Debra Waldman's Deposition. | 7.00 | $1,575.00 |
| 09/26/2012 | MJO | Draft memorandum re: deposition availability of remaining Plaintiffs for Attorney K. Dolley and updated calendar to reflect this | 2.60 | $715.00 |
| 09/26/2012 | MJO | Emailed and called Plaintiff Clunk re: depo availability | 0.20 | $55.00 |
| 09/26/2012 | MJO | Emailed and called Plaintiff Milan re: depo availability | 0.20 | $55.00 |
| 09/27/2012 | MJO | Draft email to Plaintiff Clunk, re: deposition schedule | 0.10 | $27.50 |
| 09/27/2012 | MJO | Draft email to Plaintiff Clunk, re: deposition schedule | 0.10 | $27.50 |
| 09/27/2012 | MJO | Draft detailed email to opposing counsel for review of Attorney K. Dolley, re: deposition dates scheduled for TN and MA | 0.80 | $220.00 |
| 09/27/2012 | MJO | Draft email to co-counsel, re: pro hac vice entries | 0.20 | $55.00 |
| 09/27/2012 | MJO | Draft/edit Declaration of Interest for Karen Milan | 0.30 | $82.50 |
| 09/27/2012 | MJO | Draft/edit Declaration of Interest for Theresa Cosentino | 0.50 | $137.50 |
| 09/27/2012 | MJO | Draft/edit Declaration of Interest questionnaire for remaining opt-in Plaintiffs to fill out and submit | 0.80 | $220.00 |
| 09/27/2012 | MJO | Draft email to opt-in Plaintiffs, re: information for completion of Declaration of Interest | 0.40 | $110.00 |
| 09/27/2012 | MJO | Research case law, re: motion for conditional certification in off the clock case in the Northern District of Illinois | 2.40 | $660.00 |
| 09/27/2012 | MJO | Research case law, re: motion for conditional certification in off the clock case in the Northern District of Illinois | 2.40 | $660.00 |
| 09/27/2012 | MJO | Draft Declaration of Interest for plaintiff Howard; consulted the questionnaire she submitted | 2.70 | $742.50 |
| 09/27/2012 | KJD | Draft and send email to OC depo scheduled. | 0.10 | $45.00 |
| 09/28/2012 | MJO | Phone call with Plaintiff Edwards, re: time entry, deposition questions from other plaintiffs | 0.20 | $55.00 |
| 09/28/2012 | MJO | Phone call with co-counsel, re: deposition strategy | 0.80 | $220.00 |
| 09/28/2012 | MJO | Draft email to Plaintiff Lisa Edwards, re: timekeeping concerns | 0.20 | $55.00 |
| 09/28/2012 | MJO | Draft/send emails to co-counsel, re: evidence of employers' willful violation of the FLSA | 0.70 | $192.50 |
| 09/28/2012 | MJO | Review/read and partially complete annotating the deposition of Plaintiff Judith Lugo. Highlighted text in pdf form in the transcript and added notes to the margins regarding the deposition strategy. | 3.50 | $962.50 |
| 09/28/2012 | MAK | Emailed Debra Tolles information about her upcoming deposition. | 0.25 | $56.25 |
| 09/29/2012 | MJO | Draft email to Nancy Haupt, re: update on case | 0.10 | $27.50 |

| | | | | |
|---|---|---|---|---|
| 09/30/2012 | MJO | Draft list of questions for supervisors to answer in preparation for Team Lead Declarations of Interest | 0.90 | $247.50 |
| 09/30/2012 | MJO | Finalized annotation of Judith Lugo's deposition transcript; highlighted text in pdf form in the transcript and added notes to the margins regarding our deposition strategy for answering the following topics of questions | 3.20 | $880.00 |
| 10/01/2012 | MJO | Draft email to co-counsel, re: pro hac vice entry | 0.10 | $27.50 |
| 10/01/2012 | MJO | Finalized questions for team leads for affidavits in support of plaintiff's motion for conditional certification | 0.50 | $137.50 |
| 10/01/2012 | MJO | Drafted Motion to Conditionally Certify class | 0.80 | $220.00 |
| 10/01/2012 | MJO | Began drafting Plaintiffs' Memorandum in Support of Motion for Conditional Certification, preliminary statement and factual background | 4.60 | $1,265.00 |
| 10/01/2012 | MAK | Traveled from St. Louis by plane to Detroit, MI and drove from Detroit to Toledo. | 6.50 | $1,462.50 |
| 10/01/2012 | MAK | Examined and anaylzed Responses and Objections to Defendant's first set of interrogatories directed to Deborah Tolles and Plaintiff's responses and objections to Defendant's request for production of documents directed to Deborah Tolles and all accompying documents; conducted phone conference with Deborah Tolles to prepare her for her deposition. | 2.00 | $450.00 |
| 10/02/2012 | MJO | Phone call with co-counsel, re: deposition schedule | 0.10 | $27.50 |
| 10/02/2012 | MJO | Drafted Plaintiffs' Memorandum in Support of Motion for Conditional Certification, re: statement of relevant facts | 6.30 | $1,732.50 |
| 10/02/2012 | MAK | Met with Deborah Tolles in person to prepare her for her deposition. | 2.00 | $450.00 |
| 10/02/2012 | MAK | Defended Debra Tolles Deposition. | 4.00 | $900.00 |
| 10/03/2012 | MJO | Drafted Plaintiffs' Memorandum in Support of Motion for Conditional Certification, re: statement of relevant facts | 5.50 | $1,512.50 |
| 10/03/2012 | MJO | Drafted Plaintiffs' Memorandum in Support of Motion for Conditional Certification, re: statement of relevant facts | 6.80 | $1,870.00 |
| 10/03/2012 | MAK | Travel from Toledo, Ohio to Detroit, Michigan. Travel from Detroit, Michigan to St. Louis, MO. | 5.00 | $1,125.00 |
| 10/04/2012 | MJO | Drafted Plaintiffs' Memorandum in Support of Motion for Conditional Certification, re: statement of relevant facts | 6.80 | $1,870.00 |
| 10/05/2012 | MJO | Drafted Plaintiffs' Memorandum in Support of Motion for Conditional Certification, re: statement of relevant facts | 5.60 | $1,540.00 |
| 10/05/2012 | MJO | Draft email to opposing counsel, re: deposition cancellation | 0.20 | $55.00 |
| 10/05/2012 | MAK | Conferred with Dawn Pence via telephone about deposition; emailed jacquiline Ratliff and Pat Clunk information about their deposition; printed and prepared copies of the Complaint and Notices of Deposition for depositions. | 1.75 | $393.75 |
| 10/06/2012 | MJO | Draft email to co-counsel, re: amended notice of deposition | 0.30 | $82.50 |
| 10/06/2012 | MJO | Phone call with client Patricia Clunk, re: deposition verification | 0.20 | $55.00 |
| 10/06/2012 | MJO | Phone call with client, re: deposition location change | 0.90 | $247.50 |
| 10/08/2012 | MAK | Spoke with Attorney Mark Obermeyer over the phone regarding Dawn Pence Depo; informed attorney MJO about questions opposing counsel asked about strategies for preparing clients for depo and cond. certification. | 1.25 | $281.25 |
| 10/08/2012 | MJO | Meeting with Attorney C. McCullough, re: drafting legal section of Memorandum in Support of Conditional Certification | 0.30 | $82.50 |
| 10/08/2012 | MJO | Draft emails to Steven Martin, Shara Howard, Lisa Smith, and Karen Milan, re: notices of deposition | 0.40 | $110.00 |
| 10/08/2012 | MJO | Revised affidavits for two plaintiffs, email to co-counsel | 0.80 | $220.00 |
| 10/08/2012 | MJO | Drafted and edited Declaration of Interest-Howard | 2.40 | $660.00 |
| 10/08/2012 | MJO | Drafted and edited Declaration of Interest-Lisa Smith | 2.20 | $605.00 |
| 10/08/2012 | MJO | Research, begin drafting legal section of Memorandum of Law | 3.30 | $907.50 |

| | | | | |
|---|---|---|---|---|
| | | in Support of Motion for Conditional Certification | | |
| 10/08/2012 | MAK | Defended the deposition of Dawn Pence. | 6.50 | $1,462.50 |
| 10/08/2012 | MAK | Defended the deposition of Dawn Pence. | 6.50 | $1,462.50 |
| 10/09/2012 | MJO | Review, edit, draft Affidavits for submission in support of Motion for Conditional Certification | 4.00 | $1,100.00 |
| 10/09/2012 | MJO | Draft email to client Patricia Clunk, re: deposition location | 0.30 | $82.50 |
| 10/09/2012 | MJO | Phone call with Plaintiff Armstrong, re: deposition and additional documents | 0.70 | $192.50 |
| 10/09/2012 | MJO | Drafted Declaration of Interest for former Transcend team leader Stacey Kirsh | 2.80 | $770.00 |
| 10/09/2012 | MJO | Phone conference with Attorneys K. Dolley and opposing counsel, re: depo scheduling | 0.20 | $55.00 |
| 10/09/2012 | MJO | Drafted/revised and edited preliminary statement and statement of relevant facts for Memorandum of Law in Support of Motion for Conditional Certification | 1.10 | $302.50 |
| 10/09/2012 | MAK | Travel from Rapid City, South Dakota to St. Louis, MO | 8.00 | $1,800.00 |
| 10/10/2012 | MAK | Prepared and processed documents and information to travel to Norfolk, VA; Printed and prepared documents for preparation of Pat Clunks deposition. | 0.75 | $168.75 |
| 10/10/2012 | MJO | Revised Declaration of Interest for Plaintiff Linda Armstrong | 0.70 | $192.50 |
| 10/10/2012 | MJO | Revised Declaration of Interest for Plaintiff Joy Bargerstock | 0.60 | $165.00 |
| 10/10/2012 | MJO | Revised Declaration of Interest for Plaintiff Pat Clunk | 0.70 | $192.50 |
| 10/10/2012 | MJO | Draft/revise Declaration of Interest for Plaintiff Cosentino | 0.80 | $220.00 |
| 10/10/2012 | MJO | Draft/revise Declaration of Interest for Plaintiff Edwards | 0.80 | $220.00 |
| 10/10/2012 | MJO | Draft/revise Memorandum of Law in Support of Motion for Conditional Certification, re: factual background | 1.80 | $495.00 |
| 10/10/2012 | MJO | Draft/revise Declaration of Interest for Plaintiff Howard | 0.60 | $165.00 |
| 10/10/2012 | KJD | Draft depo- remade OC RE: gulley depo | 0.50 | $225.00 |
| 10/11/2012 | MJO | Drafted declaration of interest for team leader Kirsh, added various different sections to declaration | 3.20 | $880.00 |
| 10/11/2012 | MJO | Phone call with co-counsel, re: preparation for deposition defense | 0.50 | $137.50 |
| 10/11/2012 | MJO | Draft/revise Declaration of Interest for representative Plaintiff Mathias | 0.70 | $192.50 |
| 10/11/2012 | MJO | Revised Declaration of Interest for Judith Lugo | 0.50 | $137.50 |
| 10/11/2012 | MJO | Revised Declaration of Interest for Steven Martin | 0.70 | $192.50 |
| 10/11/2012 | MJO | Revised Declaration of Interest for Karen Milan | 0.60 | $165.00 |
| 10/11/2012 | MJO | Revised Declaration of Interest for Dawn Pence | 0.80 | $220.00 |
| 10/11/2012 | MJO | Revised Declaration of Interest for Lisa Smith | 0.40 | $110.00 |
| 10/11/2012 | MJO | Revised Declaration of Interest for Debra Tolles | 0.40 | $110.00 |
| 10/11/2012 | MAK | Traveled from St. Louis, MO to Baltimore, MAryland then from Baltimore to Norfolk, Virginia. | 9.00 | $2,025.00 |
| 10/11/2012 | MAK | Conferred with Pat Clunk via telephone to prepare her for her deposition scheduled for October 12,2012; examined and anaylzed responses and objections to defendant's first set of interrogatories directed to Pat Clunk and document production directed to Pat Clunk. | 2.50 | $562.50 |
| 10/12/2012 | MJO | Revised/drafted Declaration of Interest for Plaintiff Waldman | 2.80 | $770.00 |
| 10/12/2012 | MJO | Draft email to co-counsel, re: discovery | 0.10 | $27.50 |
| 10/12/2012 | MJO | Phone call with Plaintiff Mathias, re: deposition | 0.40 | $110.00 |
| 10/12/2012 | MJO | Draft and revise Memorandum of Law in Support of Motion for Conditional Certification | 1.80 | $495.00 |
| 10/12/2012 | MAK | Traveled to Norfolk, VA to defend the deposition of Pat Clunk. | 10.00 | $2,250.00 |
| 10/13/2012 | MJO | Draft Notice of Deposition for Cindy Gulley | 0.70 | $192.50 |
| 10/13/2012 | MJO | Draft email to opposing counsel, re: deposition of Cindy Gulley | 0.20 | $55.00 |
| 10/13/2012 | MJO | Began preparing deposition outline for Cindy Gulley | 0.60 | $165.00 |
| 10/13/2012 | MAK | Traveled from Norfolk, VA to Baltimore, Maryland to St. Louis, MO after defending deposition of Pat Clunk. | 7.00 | $1,575.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/14/2012 | MJO | Draft email to opt-in Steven Martin and Shara Howard, re: forwarding emails | 0.10 | $27.50 |
| 10/14/2012 | MJO | Draft email to Plaintiff Lisa Smith, re: deposition | 0.10 | $27.50 |
| 10/14/2012 | MJO | Draft email to Plaintiffs Deb Tolles and Joy Bargerstock, re: supplementary documents | 0.20 | $55.00 |
| 10/14/2012 | MJO | Third Party Supplementary Responses and Objections to Defendants Third Party Subpoena | 1.70 | $467.50 |
| 10/15/2012 | MAK | Downloaded and printed over 450 documents in preparation for depositions; organized over 450 documents in preparation for depositions including copies of the complaint, Answer, notices of Depos, and documents produced through discovery. | 3.00 | $675.00 |
| 10/15/2012 | MJO | Phone call with Lisa Smith, re: deposition | 0.50 | $137.50 |
| 10/15/2012 | MJO | Draft third set of responses and objections to Defendants third party subpoena for documents directed to opt-in plaintiff smith; analyzed and examined approximately 100 documents | 1.50 | $412.50 |
| 10/15/2012 | MJO | Analyzed and examined approximately 300 supplementary documents for T. Cosentino | 1.10 | $302.50 |
| 10/15/2012 | MJO | Draft supplementary responses and objections to defendants first set of interrogatories and requests for production directed to Tolles | 0.70 | $192.50 |
| 10/15/2012 | MJO | Draft proposed notice to class of medical language specialists | 0.80 | $220.00 |
| 10/15/2012 | MJO | Draft, edit, and revise Memorandum of Law in Support of Motion for Conditional Certification, re: medical language specialists are similarly situated | 0.70 | $192.50 |
| 10/15/2012 | MJO | Proofread and re-organized Memorandum of Law in Support of Motion for Conditional Certification | 5.00 | $1,375.00 |
| 10/16/2012 | MAK | Traveled from St.Louis to Baltimore, Maryland to Manchester Virginia; conferred with Lisa Smith via telephone to prepare her for her deposition scheduled 10/17; conferred with Karen Milan via telephone for her deposition scheduled 10/17; examined and analyzed discovery documents in preparation for drafting golden rule letter. | 11.25 | $2,531.25 |
| 10/16/2012 | MJO | Review Petition to prepare deposition outline for Cindy Gulley | 0.50 | $137.50 |
| 10/16/2012 | MJO | Draft deposition outline for Cindy Gulley, re: Introduction, Corporate Structure of Transcend, MLS position, and July 11 email | 7.00 | $1,925.00 |
| 10/16/2012 | MJO | Draft/revise/edit content of letter to opposing counsel, re: deficiencies in document production | 0.30 | $82.50 |
| 10/16/2012 | MJO | Draft Memorandum of Law in Support of Plaintiff's Motion for Conditional Certification | 6.40 | $1,760.00 |
| 10/16/2012 | MJO | Draft supplemental responses and objections to third party subpoenas directed to steven martin and shara howard sent to opposing counsel | 1.20 | $330.00 |
| 10/16/2012 | MJO | Phone call with T. Cosentino, re: declaration of interest and supplemental document production | 0.50 | $137.50 |
| 10/16/2012 | MJO | Edit and revise response letter to opposing counsel, re: alleged discovery deficiencies | 0.20 | $55.00 |
| 10/16/2012 | MJO | Email to Dawn Pence, re: supplemental document production | 0.10 | $27.50 |
| 10/16/2012 | KJD | Call with OC, review, correspondence, discovery deficiencies. | 0.50 | $225.00 |
| 10/17/2012 | MJO | Draft response letter to opposing counsel request that we produce deposition preparation documents | 0.20 | $55.00 |
| 10/17/2012 | MJO | Edit content of letter to opposing counsel in response to discovery dispute | 0.40 | $110.00 |
| 10/17/2012 | MJO | Draft deposition outline for Cindy Gulley, re: the July 11 email and miscellaneous sections of Transcend Corporate Structure and Gulley's role at Transcend as a decision-maker | 5.00 | $1,375.00 |
| 10/17/2012 | MJO | Prepared exhibits for Gulley deposition | 0.30 | $82.50 |
| 10/17/2012 | MJO | Read and reviewed deposition transcript for Plaintiff Bargerstock to cross-reference for accuracy with her Declaration of Interest | 1.80 | $495.00 |

| | | | | |
|---|---|---|---|---|
| 10/17/2012 | MJO | Drafted Memorandum of Law in Support of Motion for Conditional Certification | 5.30 | $1,457.50 |
| 10/17/2012 | MJO | Drafted email for review of attorney K. Dolley, re: 4 pages of documents supplements | 0.30 | $82.50 |
| 10/17/2012 | KJD | Call and emails with Ellerson - Prep Deposition of Gulley. | 5.00 | $2,250.00 |
| 10/18/2012 | MAK | Traveled from New Hampshire to Baltimore for Baltimore to Alabama. Then traveled from Birmingham to athens, alabama; examined and analyzed documents produced by steve martin and Shara Howard in preparation for defending their depositions; conferred with Shara via telephone to prepare her for her deposition scheduled for 10/19; Conferred with Steve Martin via telephone to prepare him for his deposition scheduled for 10/19. | 13.25 | $2,981.25 |
| 10/18/2012 | MJO | Prepared supplemental documents for opt-in Plaintiff Shara Howard | 1.20 | $330.00 |
| 10/18/2012 | MJO | Prepared supplemental documents and pleadings for plaintiff J. Bargerstock | 0.30 | $82.50 |
| 10/18/2012 | MJO | Draft Memorandum of Law in Support of Motion for Conditional Certification, re: quotas, timekeeping, uniform policy, hands on keyboard | 7.80 | $2,145.00 |
| 10/18/2012 | MJO | Edit/draft deposition outline for Cindy Gulley | 1.80 | $495.00 |
| 10/18/2012 | KJD | Depo prep - Gulley. | 3.00 | $1,350.00 |
| 10/18/2012 | KJD | Call with Russ, dicovery, status, gulley depo prep. | 0.25 | $112.50 |
| 10/19/2012 | MAK | Defended Depositions of Steve Martin and Shara Howard. | 7.50 | $1,687.50 |
| 10/19/2012 | MJO | Travel time to and from Kansas City, MO for deposition of Cindy Gulley; attend deposition of Cindy Gulley | 11.00 | $3,025.00 |
| 10/19/2012 | MJO | Prepare table of cases and statutes for draft Motion for Conditional Certification | 0.50 | $137.50 |
| 10/19/2012 | MJO | Completed first draft of Memorandum of Law in Support of Motion for Conditional Certification; completed sections discussing how Plaintiff similarly situated and fulfills the first step of the analysis | 5.80 | $1,595.00 |
| 10/19/2012 | MJO | Prepared supplemental documents for Plaintiff Mathias | 0.40 | $110.00 |
| 10/19/2012 | MJO | Prepare supplemental documents for opt-in plaintiff Lisa Smith | 0.60 | $165.00 |
| 10/19/2012 | MJO | Prepare supplemental documents for T. Cosentino | 2.00 | $550.00 |
| 10/19/2012 | KJD | Gulley Depo Prep - Deposition | 4.00 | $1,800.00 |
| 10/20/2012 | MAK | Traveled from Athens,, Alabama to Birmingham, AL to St. Louis, MO. | 7.00 | $1,575.00 |
| 10/22/2012 | MAK | Began drafting Golden Rule letter. | 4.50 | $1,012.50 |
| 10/22/2012 | MJO | Research case law in all federal circuits, re: compensable work time, and draft section to add legal analysis synthesizing case law from various districts | 4.60 | $1,265.00 |
| 10/23/2012 | MAK | Prepared final draft of Golden Rule letter; Revised and edit Golden Rule letter. | 4.75 | $1,068.75 |
| 10/23/2012 | MJO | Research case law in northern district of Illinois re: conditional certification in FLSA cases and overtime in piece rate wage cases | 0.90 | $247.50 |
| 10/23/2012 | MJO | Revised content and organization of letter to opposing counsel, re: deficiencies in Defendant's interrogatory responses | 1.90 | $522.50 |
| 10/23/2012 | KJD | Review and edit entire letter to OC RE: deficient interrogatories. | 0.50 | $225.00 |
| 10/23/2012 | KJD | Call with Fore, and Sarah on status and witness list. | 0.25 | $112.50 |
| 10/24/2012 | MJO | Research FLSA cases involving medical transcriptionists across all federal circuits | 0.90 | $247.50 |
| 10/24/2012 | MJO | Draft/revise Memorandum of law in support of motion for conditional certification to reflect changes Russ recommended; added sections to memorandum of law in support of motion for conditional certification | 6.20 | $1,705.00 |
| 10/24/2012 | MJO | Edit and revise motion for conditional certification to reflect | 0.80 | $220.00 |

| | | | | |
|---|---|---|---|---|
| | | changes co-counsel R. Riggan recommended | | |
| 10/26/2012 | MAK | Drafted first draft of Plaintiff's Motion to Compel against Defendant. | 1.50 | $337.50 |
| 10/26/2012 | MJO | Revise Memorandum of Law in Support of Motion for Conditional Certification, re: sections on MLS job title and duties, defendants corporate structure, defendant's production quotas, defendant's uniform timekeeping policy | 6.30 | $1,732.50 |
| 10/27/2012 | MJO | Review, analyze, and examine approximately 500 pages of supplemental documents for Plaintiff Mathias | 3.20 | $880.00 |
| 10/27/2012 | KJD | Reviewed letter from response for ellerson discovery request and email to co-counsel. | 0.50 | $225.00 |
| 10/28/2012 | MJO | Review, analyze, and examine approximately 30 pages of supplemental documents for Plaintiffs Howard and Martin | 0.70 | $192.50 |
| 10/28/2012 | MJO | Draft/revise Memorandum of Law in Support of Motion for Conditional Certification, re: reflect suggested/recommended changes from attorney K. Dolley; provided headings to sections throughout statement of relevant facts | 6.80 | $1,870.00 |
| 10/29/2012 | MJO | Draft Motion for Leave to Exceed Page Limitations for Memorandum of Law in Support of Motion for Conditional Certification | 0.50 | $137.50 |
| 10/29/2012 | MJO | Draft/revise/edit Memorandum of Law in Support of Motion for Conditional Certification, re: edit all sections throughout document; cite check Exhibits 1-59 | 9.40 | $2,585.00 |
| 10/29/2012 | MJO | Review/revise Motion for Leave to Exceed Page Limitations re: Memorandum in Support of Motion for Conditional Certification | 0.50 | $137.50 |
| 10/30/2012 | MJO | Review proposed notice and court opinion from Espenscheid in order to revise and edit our proposed Notice | 1.00 | $275.00 |
| 10/30/2012 | MJO | Revised and edited proposed notice- reorganized the order of existing content, changed/added section headers; added content to sections on purpose of Notice, Description of Lawsuit, How and When to Join this Suit | 2.10 | $577.50 |
| 10/30/2012 | MJO | Draft/revise motion for conditional certification in line with attorney K. Dolley's suggestion re: class definition and common policy | 0.80 | $220.00 |
| 10/30/2012 | MJO | Draft/revise Memorandum of Law in Support of Motion for Conditional Certification, re: definition of MLS class; add facts and citations to sections | 5.80 | $1,595.00 |
| 10/30/2012 | MJO | Draft Proposed Order for J. Guzman, re: conditional certification | 0.40 | $110.00 |
| 10/30/2012 | MJO | Draft/revise notice to class and revised notice section of memorandum of law to reflect changes and adherence to approved form of notice | 2.40 | $660.00 |
| 10/30/2012 | KLH | Final proofread of fifteen Declarations to be used as exhibits for plaintiffs motion for conditional certification added exhibit stickers and converted declarations into PDFs. | 3.00 | $675.00 |
| 10/30/2012 | KJD | Review exhibits, declarations from clients; review gulley deposition pull page to incorporate in memo; review defendants amended answers pull paragraph to incorporate in memo; Review and edit entire notice to class; review and edit entire memo of law; | 6.00 | $2,700.00 |
| 10/31/2012 | MJO | Revised memorandum of Law in Support of Motion for Conditional Certification, re: provide extensive cite check to citations and 62 exhibits referenced, checked cases cited and each page referenced by an exhibit | 3.60 | $990.00 |
| 10/31/2012 | MJO | Draft Index for Exhibits; organized 62 exhibits; prepared binder for exhibits | 3.50 | $962.50 |
| 10/31/2012 | KLH | Added exhibit stickers to 50 exhibits for plaintiff's motion for conditional certification; formatted table of contents and table of authorities in plaintiffs memo in support of motion for conditional certification; proofread plaintiffs proposed notice to potential class members; made edits and revisions to | 5.20 | $1,170.00 |

| | | | | |
|---|---|---|---|---|
| | | electronic version; proofread plaintiffs proposed notice to potential class members; made edits and revisions to electronic version. | | |
| 11/01/2012 | MJO | Final revision to Motion for Conditional Certification Memorandum of Law, re: revised and added list of ways plaintiffs are similarly situated, revised notice to be issued by Plaintiffs, double check citations cross-referenced binder of exhibits with citations; drafted notice of motion to exceed N.D. Ill. page limitations for memorandum | 7.40 | $2,035.00 |
| 11/01/2012 | MJO | Final revision to Motion for Conditional Certification Memorandum of Law, re: revised and added list of ways plaintiffs are similarly situated, revised notice to be issued by Plaintiffs, double check citations cross-referenced binder of exhibits with citations; drafted notice of motion to exceed N.D. Ill. page limitations for memorandum | 7.40 | $2,035.00 |
| 11/01/2012 | KLH | Proofread our proposed notice. | 0.30 | $67.50 |
| 11/01/2012 | KJD | Review and edit entire memo of law and notice. | 3.50 | $1,575.00 |
| 11/02/2012 | MJO | Electronically filed motion for conditional certification memorandum of law in support of motion for conditional certification, notice of filing motion to exceed page limit; emailed proposed order to J. Guzman; made minor changes in proposed class notice spoke with co-counsel on phone regarding changes; drafted email to opposing counsel, re: changes to Ex. 60 | 4.00 | $1,100.00 |
| 11/02/2012 | MJO | Printed and stapled all 62 exhibits accompanying memorandum of law in support of motion for conditional certification | 1.30 | $357.50 |
| 11/03/2012 | KJD | Review and prepare documents and edit document and review for filing; review #75 docket entry. | 2.10 | $945.00 |
| 11/05/2012 | KJD | Call with OC re: request for page extension; call regarding classification on pdf #76; email to sciara- documents not have to appear on motion hearing on Thursday. | 0.30 | $135.00 |
| 11/06/2012 | MJO | Prepared supplementary documents for Plaintiff Mathias for sending to opposing counsel; drafted letter to opposing counsel outlining supplementary documents; burned documents to 2 sets of discs to send to opposing counsel | 1.50 | $412.50 |
| 11/09/2012 | MJO | Phone conversation with potential opt-in plaintiff who contacted the office; emailed potential opt-in plaintiff; began searching through discovery documents from defendant which were produced in response to plaintiffs' first set of request for production | 3.20 | $880.00 |
| 11/13/2012 | MAK | Began drafting Plaintiffs' Response to defendant's Motion to Compel. | 4.00 | $900.00 |
| 11/13/2012 | KLH | Researched privilege log contents attorney client privilege work product time drafted responses to section B of defendants motion to compel which seeks a privilege log researched production of ESI, metadata, sedona principles and glossary regarding ESI; drafted response to section C of defendants motion to compel which seeks metadata | 13.00 | $2,925.00 |
| 11/13/2012 | KJD | Review and edit response motion to compel; review motion to strike and compel | 4.00 | $1,800.00 |
| 11/14/2012 | MAK | Assisted in final drafting of Plaintiffs' response to Defendant's Motion to compel. | 3.50 | $787.50 |
| 11/14/2012 | CA | researched. Drafted response to motion to strike declaration | 9.75 | $2,193.75 |
| 11/14/2012 | KLH | Revised content and organization of section I (A) of our response to defendants motion to compel; drafted factual background section of our response to defendants motion to compel; electronically filed our response and sixteen exhibits. | 12.75 | $2,868.75 |
| 11/14/2012 | KJD | Research- motion to strike declarations; prep resonse motion; prepare review exhibits for response motion to compel; | 3.50 | $1,575.00 |
| 11/15/2012 | MAK | Conferred with attorneys KLH and KJD concerning strategy and status of case. | 0.75 | $168.75 |

| | | | | |
|---|---|---|---|---|
| 11/15/2012 | CA | edit and organized exhibits for response to motion; | 5.50 | $1,237.50 |
| 11/15/2012 | KJD | Travel to Chicago from St. Louis. | 3.00 | $1,350.00 |
| 11/15/2012 | KJD | Prep for hearing. | 2.00 | $900.00 |
| 11/15/2012 | KJD | Travel back to St. Louis from Chicago. | 3.00 | $1,350.00 |
| 11/15/2012 | KJD | In court room hearing motion to compel; reviewed defendants motion to strike declarations. | 1.50 | $675.00 |
| 11/16/2012 | KJD | Email co-counsel regarding motion hearing; prepare notes and email status of hearing to co-counsel; review written discovery responses; emails with OC; review entire motion to strike response comment to change and add to sections. | 1.70 | $765.00 |
| 11/24/2012 | KLH | Edited and revised the content and organization of the factual background section of plaintiffs response to defendants motion to strike declaration. | 1.50 | $337.50 |
| 11/26/2012 | KLH | Researched rule language regarding work product doctrine and declarations sham affidavit rule and motion for conditional cert. | 0.80 | $180.00 |
| 11/26/2012 | KJD | Detailed review and editing of entire response to plaintiff motion to strike declarations. | 1.00 | $450.00 |
| 11/27/2012 | KLH | Final proofread of our response to defendants motion to strike declarations; electronically filed response and exhibits. | 0.50 | $112.50 |
| 11/27/2012 | KJD | Detailed review and edit response to motion to strike. | 1.00 | $450.00 |
| 11/27/2012 | KJD | Email with expert nicholls status will schedule detailed meeting in December. | 0.25 | $112.50 |
| 11/30/2012 | MAK | Assisted in printing out all documents related to defendants response to plaintiffs motion for conditional certification. | 1.50 | $337.50 |
| 11/30/2012 | MJO | Read Defendant's response to Plaintiff's Motion for conditional certification | 1.00 | $275.00 |
| 11/30/2012 | KLH | Reviewed defendants response to plaintiffs motion for conditional certification and exhibits in order to discuss with KD and MO how to prepare our reply. | 1.00 | $225.00 |
| 11/30/2012 | KJD | Review with Russ how to prepare reply. | 0.25 | $112.50 |
| 12/01/2012 | MJO | Meeting with co-counsel, re: Defendant's Response to Plaintiffs' Motion for Conditional Certification | 1.50 | $412.50 |
| 12/01/2012 | KLH | Discussed reply to defendants to plaintiffs motion for conditional certification overarching theme and tone of reply and response to specific arguments made by defendants. | 2.50 | $562.50 |
| 12/06/2012 | MJO | Phone call with potential opt-in | 0.50 | $137.50 |
| 12/06/2012 | KLH | Developed outline of reply; reviewed case law in order to draft reply; begin drafting reply- overarching rule language for conditional certification; rule language for conditional certification; rule language explanation sections on illegal company policy and individualized inquires. | 7.50 | $1,687.50 |
| 12/07/2012 | KLH | Continued working on reply, reviewed case law and drafted rule language. | 2.00 | $450.00 |
| 12/09/2012 | KLH | Continued working on reply, reviewed case law and drafted rule language. | 2.50 | $562.50 |
| 12/09/2012 | KJD | Email with Nichols status expert report reviewed. | 0.25 | $112.50 |
| 12/10/2012 | KLH | Continued working on reply, compiled exhibits from PI's motion for conditional certification into spread sheet; drafted application/factual sections RE: defendants common policy or plan that violates the FLSA. | 11.75 | $2,643.75 |
| 12/11/2012 | KJD | Detailed review and edit of reply motion for conditional certification. | 2.00 | $900.00 |
| 12/11/2012 | MJO | Draft and file notice for consent to become party plaintiff for Darcy Wingler | 0.30 | $82.50 |
| 12/11/2012 | MJO | Review and revise reply to Defendants' Response in Opposition to Conditional Certification, researched case law and language regarding off the clock cases in N.D. Ill. | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 12/11/2012 | KLH | Continued working on reply- formatted point headings; edited point headings and conclusion to match; inserted missing citations; drafted introduction; proofread and edited entire draft. | 3.00 | $675.00 |
| 12/12/2012 | MJO | Phone call with potential client Jennifer Hohman | 0.50 | $137.50 |
| 12/12/2012 | KLH | Reviewed defendants response and exhibits. Exhibits for more evidence of a central, corporate policy that violated the FLSA; reviewed defendants reply to defendants motion to strike declaration inserted footnote into pls reply to motion for conditional certification; edit content of reply to cut out 300 words in order to meet the 15 page limit. | 5.30 | $1,192.50 |
| 12/14/2012 | KLH | Reviewed co-counsel's edits to and thoughts on our reply; telephone with co-counsel to discuss those edits; researched caselaw where employees were instructed to alter their timesheets or underreport hours; made co-counsel suggested edits; revised introduction section; inserted conclusion section; controverted case citations to footnotes. | 2.80 | $630.00 |
| 12/14/2012 | KJD | Detailed review and edit of reply in support of conditional cert. | 2.50 | $1,125.00 |
| 12/17/2012 | KJD | Draft email to clerk - whether need to file motion for leave reply out of time. | 0.25 | $112.50 |
| 12/20/2012 | MJO | Draft email update to clients to co-counsel for review | 0.50 | $137.50 |
| 12/26/2012 | MJO | Update transcriptionists contact sheet, put together all email addresses for all current representative and opt-in plaintiffs | 0.50 | $137.50 |
| 12/26/2012 | KJD | Draft and send email on status of defense litigation to Plaintiffs. | 0.50 | $225.00 |
| 01/02/2013 | MJO | Phone calls with potential clients | 0.50 | $137.50 |
| 01/03/2013 | MJO | Phone calls with potential clients | 0.50 | $137.50 |
| 01/10/2013 | KJD | Travel from St. Louis to Chicago to court; prepare for motions hearings. Review all motions filed, create hearing preparation outline; Hearing before Judge Rowland, re: pending motions; Drafted status report to all Plaintiff's counsel specific to results of the motionhearing conference; researched Brown v. West company, sited by Judge as it related to ESI protocol; Drafted email to Greg Mersol; Travel back from Chicago to St. Louis. | 10.40 | $4,680.00 |
| 02/25/2013 | MJO | Phone call with former team lead and MLS re: what team leaders knew regarding when MLSs were working | 0.80 | $220.00 |
| 03/06/2013 | MJO | Draft email to plaintiff Karen Milan regarding update on status of lawsuit | 0.10 | $27.50 |
| 03/06/2013 | MJO | Attempted calling 2 potential opt-in plaintiffs and left voicemails | 0.10 | $27.50 |
| 03/20/2013 | MJO | Meeting re: response to email, additional state law claims in California | 0.50 | $137.50 |
| 03/20/2013 | MJO | Drafted email to opposing counsel for review, re: time to discuss proposed notice/consent form | 0.20 | $55.00 |
| 03/20/2013 | MJO | Drafted email to Plaintiffs, re: update on case and impact of being granted conditional certification | 0.20 | $55.00 |
| 03/20/2013 | MJO | Email to opposing counsel, reviewed email to class members re: conditional certification | 0.70 | $192.50 |
| 03/20/2013 | KJD | Draft and edit email to opposing counsel regarding notice and counsel form and class list; draft detailed clients email on cont order; draft responses email to oc regarding proposed notice of damages. | 1.00 | $450.00 |
| 03/20/2013 | KJD | Review and analyze court order granting conditional cert. | 0.50 | $225.00 |
| 03/22/2013 | MJO | Emailed Mathias, re: removing privileged communications from online forums | 0.20 | $55.00 |
| 03/22/2013 | MJO | Draft Notice of Filing Consent to Become Party Plaintiff for Carol Failla | 0.40 | $110.00 |
| 03/22/2013 | MJO | Draft email to Carol Failla, re: verified receiving Plaintiff consent form | 0.10 | $27.50 |
| 03/26/2013 | MJO | Phone call with Plaintiff Nancy Haupt, re: off-the-clock duties | 0.50 | $137.50 |

| 04/01/2013 | MJO | Phone call with potential opt-in Plaintiff, re: gathered information regarding her work experience, including compensation rate and hours worked | 0.70 | $192.50 |
| 04/02/2013 | MJO | Review following materials in preparation for phone conference with opposing counsel, 4/3/13: Plaintiff's | 2.50 | $687.50 |

| | | proposed Notice; Defendant's Response in Opposition to Plaintiff's Notice; Plaintiff's Reply to Defendant's Response; Espenscheid case; court-approved notice in Espenscheid; Defendant's red-lined version of Plaintiff's proposed notice | | |
|---|---|---|---|---|
| 04/02/2013 | MJO | Email co-counsel, re: telephone conference scheduled for 4/3/2013 | 0.20 | $55.00 |
| 04/02/2013 | MJO | Telephone call with co-counsel, re: telephone conference concerning notice | 0.40 | $110.00 |
| 04/02/2013 | MJO | Emailed co-counsel materials in preparation for telephone conference concerning Plaintiffs' proposed Notice | 0.20 | $55.00 |
| 04/02/2013 | MJO | Emailed co-counsel materials in preparation for telephone conference concerning Plaintiffs' proposed Notice | 0.20 | $55.00 |
| 04/03/2013 | MJO | Review Reply brief, Defendant's Response, and exemplar conditional certification notice to prepare for conference call with opposing counsel | 0.50 | $137.50 |
| 04/03/2013 | MJO | Telephone call with potential opt-in plaintiff, re: hours worked and wages earned while employed with Transcend | 0.80 | $220.00 |
| 04/03/2013 | MJO | Telephone conference with co-counsel Russ Riggan and opposing counsel, re: notice to class | 0.70 | $192.50 |
| 04/03/2013 | MJO | Telephone call with Russ Riggan, re: follow-up to phone conference | 0.30 | $82.50 |
| 04/03/2013 | MJO | Draft follow-up email summarizing phone conference with opposing counsel to K. Dolley and R. Riggan | 1.80 | $495.00 |
| 04/03/2013 | MJO | Draft email to co-counsel, re: revising ideas on Notice Section 2 | 0.10 | $27.50 |
| 04/03/2013 | MJO | Telephone call with potential opt-in plaintiff, re: wages, overtime rate, timekeeping policy implemented by Transcend | 0.70 | $192.50 |
| 04/04/2013 | MJO | Attempted calling co-counsel, re: form of Notice | 0.10 | $27.50 |
| 04/04/2013 | MJO | Phone call with R. Riggan, re: proposed Notice to class members | 0.50 | $137.50 |
| 04/05/2013 | MJO | Draft revised Notice, re: Description of the Lawsuit section and specific allegations | 0.50 | $137.50 |
| 04/05/2013 | MJO | Revised Section 2 of Notice, re: Description of the Lawsuit | 0.10 | $27.50 |
| 04/07/2013 | MJO | Responded to emails from co-counsel, re: proposed Notice to class members | 0.10 | $27.50 |
| 04/08/2013 | MJO | Draft Notice memorandum for attorneys K. Dolley and R. Riggan, re: purpose of notice; Defendant's objection to providing class members' email addresses; Defendant's objection to Plaintiffs' proposed description of the lawsuit; Defendant's objections regarding how and when to join the lawsuit | 2.00 | $550.00 |
| 04/08/2013 | KJD | Review notice dispute prepare for conference tomorrow. | 1.00 | $450.00 |
| 04/09/2013 | KJD | Research N.D. ill approved notice for FLSA class, review order on email, descriptions in notice. | 2.00 | $900.00 |
| 04/10/2013 | MJO | Review materials in preparation for phone conference, re: revised Notice and email from opposing counsel | 0.70 | $192.50 |
| 04/10/2013 | MJO | Phone call with co-counsel R. Riggan, re: preparation for phone conference with opposing counsel | 0.10 | $27.50 |
| 04/10/2013 | MJO | Phone conference with co-counsel and opposing counsel, re: notice to class members | 0.50 | $137.50 |
| 04/10/2013 | MJO | Phone call with co-counsel R. Riggan, re: review of progress made on Notice with opposing counsel | 0.30 | $82.50 |
| 04/10/2013 | MJO | Draft email to opposing counsel, re: description of the lawsuit section of the proposed Notice | 0.30 | $82.50 |
| 04/11/2013 | MJO | Draft Plaintiffs' Memorandum in Support of Disseminating the proposed Notice to Class Members Through U.S. Mail and Electronic Mail and Allowing Class Members a Period of 90 days in which they may Opt-in to Join the Lawsuit; re: set forth Defendant's objections to disseminating Notice via US Mail and e-mail; discussed Espenscheid rule on e-mail and US Mail notice | 1.70 | $467.50 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/11/2013 | MJO | Draft Plaintiffs' Memorandum in Support of Disseminating the proposed Notice to Class Members Through U.S. Mail and Electronic Mail and Allowing Class Members a Period of 90 Days in which they may opt-in to join the lawsuit, re: dissemination of notice by both US Mail and email is supported by substantial precedent and practical considerations for notifying this particular class; an opt-in period of 90 days is appropriate for a class of this size | 1.30 | $357.50 |
| 04/11/2013 | MJO | Draft Plaintiffs' Memorandum in Support of Disseminating the proposed Notice to Class Members Through U.S. Mail and Electronic Mail and Allowing Class Members a Period of 90 days in which they may opt-in to join the lawsuit; re: research case law in all federal courts regarding email dissemination and the role played by the class members' familiarity with email communication | 0.80 | $220.00 |
| 04/11/2013 | MJO | Draft Plaintiffs' Memorandum in Support of Disseminating the proposed Notice to Class Members Through US Mail and Electronic Mail and Allowing Class Members a Period of 90 days in which they may opt-in to join the lawsuit, re: an opt-in period of 90 days is appropriate | 0.70 | $192.50 |
| 04/11/2013 | MJO | Draft Parties' Joint Report, re: what remains at issue between the parties; added details as to why email notification is particularly appropriate in this case; researched 90 day opt-in period in all federal courts; researched correlation between class size and 90 day opt-in period in all federal courts | 2.30 | $632.50 |
| 04/12/2013 | MJO | Draft email to opposing counsel, re: issuing joint filing to the court in a single document | 0.30 | $82.50 |
| 04/12/2013 | MJO | Revise Joint report to reflect the notice as Exhibit A | 0.10 | $27.50 |
| 04/12/2013 | MJO | Phone call with opposing counsel, re: filing of the Joint Report | 0.20 | $55.00 |
| 04/12/2013 | MJO | Emailed local counsel, re: courtesy copy of Joint Position Statement | 0.20 | $55.00 |
| 04/15/2013 | MJO | Emailed local counsel, re: courtesy copy of Joint Statement to N.D. Ill. | 0.10 | $27.50 |
| 04/15/2013 | MJO | Phone call with potential opt-in plaintiff from PA, re: work time, compensation for overtime and time worked | 0.50 | $137.50 |
| 04/16/2013 | MJO | Emailed co-counsel, re: the content of the Court's April 16, 2013 order re: notice | 0.40 | $110.00 |
| 04/16/2013 | KJD | review order notice and email mark. | 0.50 | $225.00 |
| 04/17/2013 | MJO | Emailed co-counsel R. Riggan, re: confusion on notice issues | 0.50 | $137.50 |
| 04/18/2013 | MJO | Emailed co-counsel R. Riggan, re: confusion on notice issues | 0.50 | $137.50 |
| 04/18/2013 | MJO | Called co-counsel R. Riggan, re: class notice | 0.10 | $27.50 |
| 04/19/2013 | MJO | Draft email to co-counsel, re: notice issue | 0.20 | $55.00 |
| 04/19/2013 | MJO | Draft email to opposing counsel for Attorney K. Dolley review, re: production of the class information | 0.80 | $220.00 |
| 04/24/2013 | MJO | Attempted calling opposing counsel, re: class list; left voicemail | 0.10 | $27.50 |
| 04/25/2013 | MJO | Phone conference with opposing counsel, re: class list and phone number issue | 0.50 | $137.50 |
| 04/25/2013 | MJO | Draft email to opposing counsel, re: class list | 0.20 | $55.00 |
| 04/25/2013 | MJO | Draft email to co-counsel, re: phone call with opposing counsel and class list | 0.50 | $137.50 |
| 04/29/2013 | MJO | Emailed opposing counsel, re: class list | 0.20 | $55.00 |
| 04/30/2013 | MJO | Attempted returning phone call of potential opt-in, left voicemail | 0.10 | $27.50 |
| 04/30/2013 | MJO | Telephone call with potential opt-in Plaintiff, re: Transcend lawsuit | 0.60 | $165.00 |
| 04/30/2013 | MJO | Emailed opposing counsel, re: class list | 0.20 | $55.00 |
| 05/01/2013 | MJO | Emailed co-counsel, re: assistance with sending Notice out to class members | 0.20 | $55.00 |
| 05/01/2013 | MJO | Phone call with co-counsel, re: logistics behind sending | 0.50 | $137.50 |

| | | Notice to class members | | |
|---|---|---|---|---|
| 05/01/2013 | KJD | Detailed review of class list. | 0.50 | $225.00 |
| 05/02/2013 | MJO | Final review of final Notice and Consent form; altered email addresses for communication with Attorney K. Dolley for opt-in members | 0.50 | $137.50 |
| 05/02/2013 | MJO | Final review of final Notice and Consent form; altered email addresses for communication with Attorney K. Dolley for opt-in members | 0.50 | $137.50 |
| 05/02/2013 | CA | create optin@dolleylaw.com email address for class | 0.50 | $112.50 |
| 05/03/2013 | MJO | Draft email to co-counsel, re: mediation and class members' dates of employment | 0.20 | $55.00 |
| 05/03/2013 | MJO | Draft email to co-counsel R. Riggan, re: strategy for the opt-in period and mailing notice | 0.70 | $192.50 |
| 05/03/2013 | MJO | Draft email to co-counsel R. Riggan, re: strategy for the opt-in period and mailing notice | 0.70 | $192.50 |
| 05/10/2013 | CA | make envelopes. | 2.10 | $472.50 |
| 05/13/2013 | CRM | Assist with administrative process for sending out notice to class members | 3.70 | $1,017.50 |
| 05/14/2013 | CRM | Assist with administrative process for sending out notice to class members | 3.50 | $962.50 |
| 05/14/2013 | CA | make envelopes. | 4.70 | $1,057.50 |
| 05/16/2013 | CA | make envelopes. | 5.30 | $1,192.50 |
| 05/19/2013 | CA | make envelopes. | 2.25 | $506.25 |
| 05/20/2013 | CA | Deliver stamped envelopes to Riggan and stamp more envelopes. | 6.75 | $1,518.75 |
| 05/20/2013 | CA | Envelope stamping. | 2.25 | $506.25 |
| 05/21/2013 | MJO | Draft summary of Order granting conditional certification and Order approving class notice for dissemination to class members | 1.30 | $357.50 |
| 05/21/2013 | CA | Deliver stamped envelopes to Riggan and stamp more envelopes. | 6.10 | $1,372.50 |
| 05/22/2013 | MJO | Draft email to potential putative class member Gena Hopper, re: eligibility to join lawsuit | 0.20 | $55.00 |
| 05/23/2013 | MJO | Draft Notice of Filing Consent to Become Party Plaintiff, Attorney Entry of Appearance Form for opt-in Plaintiff Jennifer Jo Chandler | 0.40 | $110.00 |
| 05/23/2013 | MJO | Telephone call with potential opt-in plaintiff Anna Brewer, re: eligibility to join lawsuit, questions about lawsuit | 0.50 | $137.50 |
| 05/23/2013 | MJO | Telephone call with potential opt-in Plaintiff Stacey Myers, re: eligibility to join lawsuit | 0.40 | $110.00 |
| 05/23/2013 | MJO | Draft email to potential opt-in plaintiff Gena Hopper, re: ability to opt-in to lawsuit | 0.30 | $82.50 |
| 05/23/2013 | MJO | Emailed potential opt-in plaintiff Julie Wright, re: eligibility to join lawsuit | 0.20 | $55.00 |
| 05/23/2013 | MJO | Emailed former team leader Stacey Kirsh, re: research on lawsuit and opt-in period | 0.20 | $55.00 |
| 05/23/2013 | MJO | Draft Notice of Filing Consent to Become Party Plaintiff Attorney Entry of Appearance Form for opt-in Plaintiff Theresa Chubb | 0.30 | $82.50 |
| 05/23/2013 | MJO | Telephone call with potential opt-in plaintiff Anne Brinzea re: eligibility to join lawsuit | 0.30 | $82.50 |
| 05/24/2013 | MJO | Draft Notice of Intent to Opt-in and Attorney Appearance Form for Jo Ellen Carnes | 0.30 | $82.50 |
| 05/24/2013 | MJO | Draft Notice of Intent to Opt-in and Attorney Appearance form for Michelle Hughes | 0.30 | $82.50 |
| 05/26/2013 | MJO | Draft template for co-counsel for purposes of handling telephone calls from potential opt-in plaintiffs | 0.60 | $165.00 |
| 05/26/2013 | MJO | Draft reply to email from potential opt-in Plaintiff Julie Wright, answered numerous questions involving lawsuit | 0.40 | $110.00 |
| 05/26/2013 | MJO | Drafted list/chart for verifying information for returned envelopes, in accordance with Court Order | 0.20 | $55.00 |

| 05/26/2013 | MJO | Draft template verification email to send to potential opt-in plaintiffs with inaccurate addresses | 0.20 | $55.00 |
|---|---|---|---|---|
| 05/27/2013 | MJO | Returned phone call of potential opt-in plaintiff Mary Bonella, left voicemail re: questions about lawsuit | 0.10 | $27.50 |
| 05/27/2013 | MJO | Returned call of potential opt-in plaintiff Betty Bente, left voicemail re: questions about Transcend lawsuit | 0.10 | $27.50 |
| 05/27/2013 | MJO | Returned call of potential opt-in plaintiff Anne Wagner, left voicemail re: questions about Transcend lawsuit | 0.10 | $27.50 |
| 05/27/2013 | MJO | Returned call of potential opt-in plaintiff Kimberly Elder, left voicemail re: questions about Transcend lawsuit | 0.10 | $27.50 |
| 05/27/2013 | MJO | Draft email reply to inquiry from potential opt-in Plaintiff Laura Denio, re: inquiry concerning lawsuit against Transcend and compensation practices applied to Team Leads | 0.20 | $55.00 |
| 05/27/2013 | MJO | Draft Notice of Filing Consent To Become Party Plaintiff and Attorney Appearance Form for opt-in Plaintiff Vickie Astudillo | 0.30 | $82.50 |
| 05/27/2013 | MJO | Draft Notice of Filing Consent To Become Party Plaintiff and Attorney Appearance Form for opt-in Plaintiff Judith Bean | 0.30 | $82.50 |
| 05/27/2013 | MJO | Draft Notice of Filing Consent To Become Party Plaintiff and Attorney Appearance Form for opt-in Plaintiff Cheryl Beauchamp | 0.30 | $82.50 |
| 05/27/2013 | MJO | Draft Notice of Filing Consent To Become Party Plaintiff and Attorney Appearance Form for opt-in Plaintiff Mary Christine Bryant | 0.30 | $82.50 |
| 05/27/2013 | MJO | Compiled list of opt-ins for whom we received returned envelopes to verify addresses; consulted class master list for email addresses of opt-ins to abide by Court Order | 1.20 | $330.00 |
| 05/27/2013 | CA | Scan and upload Transcend opt-in forms. | 2.00 | $450.00 |
| 05/28/2013 | MJO | Phone call with potential opt-in Plaintiff Mary Bonella, re: employment at Transcend | 0.30 | $82.50 |
| 05/28/2013 | MJO | Phone call with potential opt-in Plaintiff Faith Mobsby, re: employment at Transcend | 0.30 | $82.50 |
| 05/28/2013 | MJO | Phone call with potential opt-in Plaintiff Joy Atwell, re: employment at Transcend | 0.30 | $82.50 |
| 05/28/2013 | MJO | Draft Notice of Consent to Become Party Plaintiffs for 68 new opt-in class members; draft Attorney Appearance form for 68 new opt-in class members | 3.50 | $962.50 |
| 05/29/2013 | MJO | Draft email reply to question from Plaintiff Lisa Edwards | 0.20 | $55.00 |
| 05/29/2013 | MJO | Telephone call with potential opt-in Plaintiff Beth Cummer, re: answered questions about the lawsuit | 0.50 | $137.50 |
| 05/29/2013 | MJO | Telephone call with potential opt-in Plaintiff Kimberly Elder, re: answered questions about the lawsuit | 0.40 | $110.00 |
| 05/29/2013 | MJO | Attempted calling potential opt-in Plaintiff Stacy Hargrave, left voicemail re: returning phone call concerning Transcend lawsuit | 0.10 | $27.50 |
| 05/29/2013 | MJO | Attempted calling potential opt-in Plaintiff Anne Wagner, left voicemail re: returning phone call concerning Transcend lawsuit | 0.10 | $27.50 |
| 05/29/2013 | MJO | Draft Notice of Filing to Opt-in and Attorney Appearance forms for opt-in Plaintiffs Kimberly Moore and Sherry Martin | 0.50 | $137.50 |
| 05/29/2013 | CA | Enter Plaintiff filing information into N.D. Ill. Website. | 0.50 | $112.50 |
| 05/30/2013 | MJO | Replied to email from potential opt-in Plaintiff Susan Lell, re: mailed submission of notice and consent form | 0.20 | $55.00 |
| 05/30/2013 | MJO | Draft email in response to potential opt-in plaintiff Dianan Cannon-Iseminger's inquiry concerning the lawsuit against Transcend | 0.20 | $55.00 |
| 05/30/2013 | MJO | Draft email in response to potential opt-in plaintiff Ben Scott's inquiry concerning the lawsuit | 0.30 | $82.50 |
| 05/30/2013 | MJO | Draft email in response to potential opt-in plaintiff Ben Scott's inquiry concerning the lawsuit | 0.30 | $82.50 |
| 05/30/2013 | MJO | Draft email in response to potential opt-in plaintiff Roberta Bianchini's inquiry concerning the lawsuit | 0.30 | $82.50 |

| 05/30/2013 | MJO | Draft email in response to inquiry of potential opt-in Plaintiff Margo McNeil, re: lawsuit against Transcend and numerous questions regarding fee, status of case | 0.50 | $137.50 |
|---|---|---|---|---|
| 05/30/2013 | MJO | Draft Notice of Intent to File Consent as Party Plaintiff and Attorney Appearance Forms for 28 opt-in Plaintiffs | 2.50 | $687.50 |
| 05/31/2013 | MJO | Telephone call with potential opt-in Plaintiff Anne Wagner, re: questions about the lawsuit including costs and deposition/discovery responsibilties | 0.20 | $55.00 |
| 05/31/2013 | MJO | Updated and compiled list of addresses verified by opt-in Plaintiffs | 0.50 | $137.50 |
| 05/31/2013 | MJO | Drafted response email to potential opt-in Plaintiff Royann Rairdon, re: standing to opt-in to join the lawsuit | 0.20 | $55.00 |
| 05/31/2013 | MJO | Responded to email from potential opt-in Plaintiff Susan Lell, re: opting-in to join lawsuit | 0.20 | $55.00 |
| 05/31/2013 | MJO | Responded to email inquiry from potential opt-in Plaintiff Rita Carr, re: cost-shifting if Transcend prevails | 0.20 | $55.00 |
| 05/31/2013 | MJO | Drafted response email to potential opt-in Plaintiff Ellen Buffy, re: numerous questions about the status of the case and responsibilities of the opt-in Plaintiff | 0.50 | $137.50 |
| 05/31/2013 | MJO | Responded to email inquiry from potential opt-in Plaintiff Jacqueline Linville, re: cost-shifting if Transcend prevails | 0.20 | $55.00 |
| 05/31/2013 | MJO | Responded to email inquiry from potential opt-in Plaintiff Kelly Ustinovich, re: responsibilities of opt-in Plaintiffs | 0.20 | $55.00 |
| 05/31/2013 | MJO | Replied to follow-up email from potential opt-in Plaintiff Margo McNeil, re: cost-shifting and participation in lawsuit | 0.30 | $82.50 |
| 05/31/2013 | MJO | Telephone call with Plaintiff Linda Mathias, re: off-the-clock work as a Medical Language Specialist for purposes of gathering information concerning the lawsuit | 0.40 | $110.00 |
| 05/31/2013 | MJO | Draft Notice of Filing Consent to Become Party Plaintiff for approximately 80 additional Plaintiffs; drafted Attorney Entry of Appearance forms for approximately 80 additional Plaintiffs | 4.00 | $1,100.00 |
| 05/31/2013 | MJO | Draft Notice of Filing Consent to Become Party Plaintiff for approximately 80 additional Plaintiffs; drafted Attorney Entry of Appearance forms for approximately 80 additional Plaintiffs | 4.00 | $1,100.00 |
| 06/01/2013 | MJO | Emailed co-counsel, re: total number of Plaintiffs who have opted-in to suit thus far | 0.20 | $55.00 |
| 06/01/2013 | MJO | Emailed co-counsel, re: Transcend opt-in consent forms and process | 0.30 | $82.50 |
| 06/01/2013 | MJO | Responded to email inquiry from potential opt-in Plaintiff Kimberly Coleman (Lauffer) re: statute of limitations for joining the lawsuit | 0.30 | $82.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Nancy Dombrowski by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Robin C. Browning by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Joyce Yvonne-Claxton by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Denyse Fallon Janek by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Carol A. Garmon by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Lisa Strobel by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Lynn Ellis by telephone call | 0.10 | $27.50 |
| 06/01/2013 | MJO | Attempted verifying address information for potential opt-in Plaintiff Jessica Stark by telephone call | 0.10 | $27.50 |
| 06/02/2013 | MJO | Conduct research of relevant California federal case law involving claims of minimum wage/overtime violations under the California Labor Code; read numerous cases, including Cardensas v. McLane Food Services, Inc; Quezada v. Con-Way | 2.50 | $687.50 |

| | | | | |
|---|---|---|---|---|
| | | Freight, Inc.; and relevant sections of the California Division of Labor Standards Enforcement Policies and Labor Interpretations Manual | | |
| 06/03/2013 | MJO | Phone call with potential opt-in Plaintiff Ms. Susan Cunningham, re: Transcend instructions to put less hours on timecard and failure to pay for all hours worked | 0.50 | $137.50 |
| 06/03/2013 | MJO | Draft Notice of Filing Intent to Become Party Plaintiff and Attorney Appearance form for approximately 120 consent forms and new opt-in plaintiffs | 3.00 | $825.00 |
| 06/03/2013 | CA | Scan and record plaintiff consent forms. | 2.00 | $450.00 |
| 06/04/2013 | MJO | Draft Notice of Filing Intent to Become Party Plaintiff and Attorney Appearance form for approximately 17 consent forms and new opt-in plaintiffs | 0.50 | $137.50 |
| 06/05/2013 | MJO | Phone call with potential opt-in Rita DeFino, re: confirming we received consent form | 0.20 | $55.00 |
| 06/05/2013 | MJO | Analyzed and examined unanswered emails with questions and inquiries from potential opt-in plaintiffs | 0.50 | $137.50 |
| 06/05/2013 | MJO | Drafted response email to potential opt-in Plaintiff Deanna Garcia, re: Transcend buyout by Nuance and minimum wage requirement for piece rate pay | 0.20 | $55.00 |
| 06/05/2013 | MJO | Drafted response email to potential opt-in Plaintiff Kimberly Bullock, re: requirements for opt-ing in to join the lawsuit | 0.20 | $55.00 |
| 06/05/2013 | MJO | Drafted response email to potential opt-in Plaintiff Kathy Sanders, re: potential financial burden to attorneys or defendant by opting-in to suit | 0.30 | $82.50 |
| 06/05/2013 | MJO | Drafted response email to potential opt-in Plaintiff Deloris Hamilton, re: potential termination/retaliation and recourse for joining the lawsuit | 0.20 | $55.00 |
| 06/05/2013 | MJO | Draft Notice of Intent to Opt-in as Plaintiff and Attorney Appearance for 11 new opt-in plaintiffs | 0.50 | $137.50 |
| 06/06/2013 | MJO | Draft email response to opt-in Plaintiff Nancy Haupt, re: status of lawsuit | 0.20 | $55.00 |
| 06/06/2013 | MJO | Draft Notice of Intent to Opt-in as Plaintiff and Attorney Appearance for 32 new opt-in Plaintiffs | 1.00 | $275.00 |
| 06/06/2013 | MJO | Draft Notice of Intent to Opt-in as Plaintiff and Attorney Appearances for 52 new opt-in Plaintiffs | 3.00 | $825.00 |
| 06/06/2013 | KJD | Call Mersol to discuss possibility of mediation after end of opt-in period. | 0.10 | $45.00 |
| 06/07/2013 | KJD | Review mediation notes from Chicago discussion, email opposing counsel re: portability of mediation after the opt-in period ends. | 0.25 | $112.50 |
| 06/08/2013 | CA | Scan and record plaintiff consent forms. | 1.50 | $337.50 |
| 06/10/2013 | MJO | Draft email response to inquiry from potential opt-in member Deloris Hamilton, re: current employees involved in suit | 0.20 | $55.00 |
| 06/10/2013 | MJO | Draft email response to inquiry from potential opt-in class member Katherine Tate, re: answered several questions concerning participation in the lawsuit and status of the lawsuit | 0.30 | $82.50 |
| 06/10/2013 | MJO | Draft email response to inquiry from potential opt-in class member Janet Harper, re: answered several questions concerning participation in the lawsuit and status of the lawsuit | 0.30 | $82.50 |
| 06/10/2013 | MJO | Drafted email response to inquiry from potential opt-in class member Tracy Harrod, re: answered several questions concerning participation in the lawsuit and status of the lawsuit | 0.30 | $82.50 |
| 06/10/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 33 new opt-in Plaintiffs | 1.50 | $412.50 |
| 06/10/2013 | KJD | Call with Bersol RE: mediation process and upcoming scheduling conference. | 0.25 | $112.50 |
| 06/10/2013 | CA | Scan and record plaintiff consent forms. | 0.75 | $168.75 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/11/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 8 new opt-in plaintiffs | 0.50 | $137.50 |
| 06/11/2013 | CA | Scan and record plaintiff consent forms. | 1.40 | $315.00 |
| 06/12/2013 | MJO | Phone call with opt-in Plaintiff Beth Colbert, re: joining lawsuit | 0.30 | $82.50 |
| 06/12/2013 | MJO | Draft email to co-counsel, re: mediation | 0.20 | $55.00 |
| 06/12/2013 | MJO | Draft email to co-counsel, re: mediation | 0.20 | $55.00 |
| 06/12/2013 | MJO | Draft email to opt-in Plaintiff Christina Hendricks, re: opting-in to lawsuit | 0.20 | $55.00 |
| 06/12/2013 | MJO | Draft email to opt-in Plaintiff Christina Hendricks, re: detailed overview of potential obligations due to opting-in to join the lawsuit | 0.30 | $82.50 |
| 06/13/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 18 new opt-in plaintiffs | 0.70 | $192.50 |
| 06/13/2013 | KJD | Draft and edit email to counsel re: conversation with opposing counsel, plan of action on mediation. | 0.50 | $225.00 |
| 06/13/2013 | CA | Scan and record plaintiff consent forms. | 0.80 | $180.00 |
| 06/14/2013 | MJO | Phone call with opt-in plaintiff Alice Gillespie, re: requirements for opting-in to join lawsuit | 0.30 | $82.50 |
| 06/14/2013 | MJO | Draft updated transcriptionists' contact sheet and chart containing the names and contact information of approximately 70 new opt-in plaintiffs who have joined the suit since May 21, 2013; consulted consent forms and Doc. #120 for information concerning new opt-in plaintiffs | 1.50 | $412.50 |
| 06/16/2013 | MJO | Draft updated transcriptionists' contact sheet and chart containing the names and contact information of approximately 50 new opt-in plaintiffs who have joined the suit since May 29, 2013; consulted consent forms and Docs. #121 for information concerning new opt-in plaintiffs | 1.00 | $275.00 |
| 06/16/2013 | MJO | Draft email to Plaintiff Susan Haworth, re: requirements for opting-in to join lawsuit | 0.20 | $55.00 |
| 06/18/2013 | CA | Scan and record plaintiff consent forms. | 1.00 | $225.00 |
| 06/19/2013 | KJD | Email and response, re: coordinate new dates for scheduling conference for August with the court and opposing counsel. | 0.25 | $112.50 |
| 06/21/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 25 new opt-in plaintiffs | 1.50 | $412.50 |
| 06/22/2013 | CA | Scan and record plaintiff consent forms. | 0.90 | $202.50 |
| 06/25/2013 | MJO | Respond to email from Plaintiff Julie Wright, re: updated address and joining lawsuit | 0.20 | $55.00 |
| 06/25/2013 | MJO | Review emails sent by opt-in Plaintiff Brigette Zirn | 0.30 | $82.50 |
| 06/25/2013 | MJO | Draft email to plaintiff Zirn, re: emails and MKM time manipulation | 0.20 | $55.00 |
| 06/25/2013 | MJO | Draft response email to potential opt-in plaintiff Sandy Theis, re: questions regarding uncompensated work time | 0.30 | $82.50 |
| 06/25/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 39 new opt-in plaintiffs | 2.00 | $550.00 |
| 06/25/2013 | MJO | Phone call to court, re: notification of docket entry concerning status hearing | 0.10 | $27.50 |
| 06/25/2013 | MJO | Draft updated transcriptionists' sheet and chart containing the names and contact information of approximately 50 new opt-in plaintiffs who joined the suit since May 21, 2013; consulted consent forms and Dkt. #121, #123 for information concerning new opt-in plaintiffs | 1.50 | $412.50 |
| 06/25/2013 | MJO | Draft memorandum to opt-in plaintiffs, re: questions concerning their employment with Transcend, experience with Transcend | 1.20 | $330.00 |
| 06/26/2013 | MJO | Phone call with opposing counsel, re: moving dates for status hearing | 0.20 | $55.00 |
| 06/26/2013 | MJO | Phone call with Judge Guzman's chambers, re: moving dates for status hearing | 0.20 | $55.00 |

| | | | | |
|---|---|---|---|---|
| 06/26/2013 | MJO | Emails with opposing counsel, re: moving dates for status hearing | 0.20 | $55.00 |
| 06/27/2013 | MJO | Multiple calls to clerk with Northern District of Illinois, left voicemails, re: re-scheduling status hearing to July 22 | 0.50 | $137.50 |
| 07/01/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 21 new opt-in plaintiffs | 1.50 | $412.50 |
| 07/01/2013 | MJO | Email Plaintiff Lisa Smith, re: updated contact information and update on status of lawsuit | 0.20 | $55.00 |
| 07/01/2013 | MJO | Email Plaintiff Laura Denio, re: emails Plaintiff preserved | 0.20 | $55.00 |
| 07/02/2013 | MJO | Analyzed and examined verification chart for purposes of compiling list of potential opt-ins who need to have addresses verified | 0.50 | $137.50 |
| 07/08/2013 | MJO | Analyzed and examined emails sent to opt-in account, emailed response to opt-in Plaintiff Julie Cowell | 0.30 | $82.50 |
| 07/08/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 21 new opt-in Plaintiffs | 1.50 | $412.50 |
| 07/10/2013 | MJO | Telephone call with potential opt-in plaintiff Leslie, re: responded to questions concerning timeframe for opting-in to join lawsuit | 0.20 | $55.00 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Jennifer Lockman, re: responding to message she left concerning questions she has about Transcend lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Tracey Kayoum, re: responding to message she left concerning questions she has about Transcend lawsuit; left voicemail | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Tracy L. Harmeyer to verify address, no answer | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Becky Jean Holland to verify address, recording stated her number is no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Nan M. Lambert, to verify address, left voicemail, re: verifying her address for the lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Updated opt-in return mail chart to reflect telephone verification attempts for Tracy Harmeyer, Becky Jean Holland, and Nan M. Lambert | 0.20 | $55.00 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Tiffany Lyn Larson to verify address, number no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Vicky L. Lawson to verify address, number no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Cynthia Lee Flint to verify address, number no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Beverly Ann Pitts to verify address, number disconnected | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Michelle R. Adams to verify address, number disconnected | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Dawne Smith to verify address, no answer and left voicemail re: verifying her address for the lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Updated opt-in return mail chart to reflect telephone verification attempts for Tiffany Lyn Larson, Vicky L. Lawson, Cynthia Lee Flint, Beverly Ann Pitts, Michelle R. Adams, and Dawne Smith | 0.20 | $55.00 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Michelle Lynn Huggins to verify address, no answer, phone just rang | 0.10 | $27.50 |
| 07/10/2013 | MJO | Phone call with potential opt-in plaintiff Jennifer Hall, re: verifying address for purposes of the lawsuit; verified new address as 109 Southwood Drive, Dickson, TN 37055 | 0.20 | $55.00 |
| 07/10/2013 | MJO | Updated opt-in return mail chart to reflect telephone verification attempts for Michelle Lynn Huggins, Jennifer Hill, and Patricia Meja | 0.20 | $55.00 |

| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Patricia Meja to verify address, no answer and left voicemail re: verifying address for lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Karla Denise Gress to verify address, no answer and left voicemail re: verifying address for lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Tamera Lynn Morris to verify address, no answer and left voicemail re: verifying address for lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Melba Joy Sheppard to verify address, phone number on file no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Sean Richard Higgins to verify address, phone number on file no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Veronica Joyce James to verify address, no answer and left voicemail re: verifying her address for the lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Phone call with potential opt-in Plaintiff Tammy Lynn Robinson, re: verifying address; she refused to provide address | 0.20 | $55.00 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Amy Lynne Crutchfield to verify address, phone number on file no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Phone call with potential opt-in plaintiff Karen Lynne Amelung, re: verification of address for lawsuit; verified updated address as 1427 Trabue Woods Blvd., Columbus, OH 43228 | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Christina Haltom Farrar to verify address, phone number on file no longer in service | 0.10 | $27.50 |
| 07/10/2013 | MJO | Updated opt-in return mail chart to reflect telephone verification attempts for Karla Denise Gress, Tamera Lynn Morris, Melba Joy Sheppard, Sean Richard Higgins, Gail Carpenter, Veronica Joyce James, Tammy Lynn Robinson, Amy Lynne Crutchfield, Karen Lynn Amelung, Christina Haltom-Farrar | 0.30 | $82.50 |
| 07/10/2013 | MJO | Phone call with potential opt-in plaintiff Linda Boles, re: verification of address for lawsuit; verified updated address as 131 Halliburton Street, Apt. A, Ripley, TN 38063 | 0.20 | $55.00 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Melanie Lee to verify address, informed she no longer lives at this address | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Shanda Witham to verify address, no answer and left voicemail re: verifying her address for the lawsuit | 0.10 | $27.50 |
| 07/10/2013 | MJO | Attempted calling potential opt-in plaintiff Rachel Zenobia Billington to verify address, number no longer in service | 0.10 | $27.50 |
| 07/11/2013 | MJO | Phone call with potential opt-in plaintiff Tracey Kayoum, re: requirements for participating in lawsuit | 0.50 | $137.50 |
| 07/16/2013 | MJO | Re-filed Attorney Appearance for 13 opt-in Plaintiffs entered on July 15, 2013 | 0.20 | $55.00 |
| 07/16/2013 | MJO | Phone call with opt-in Plaintiff Deanna Garcia, re: questions about lawsuit and potential effect of bankruptcy | 0.30 | $82.50 |
| 07/16/2013 | MJO | Phone call with opt-in Plaintiff Deanna Garcia, re: questions about lawsuit and potential effect of bankruptcy | 0.30 | $82.50 |
| 07/17/2013 | MJO | Emailed opposing counsel re: status conference July 22, 2013 | 0.20 | $55.00 |
| 07/17/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 7 new opt-in plaintiffs | 0.80 | $220.00 |
| 07/17/2013 | KJD | Call with Gary Mersal- discuss status prior to status conference with the court. | 0.25 | $112.50 |
| 07/18/2013 | MJO | Draft informational outline for use of Attorney K. Dolley in preparation for status hearing, re: class size; tallied number of | 0.70 | $192.50 |

| | | | | |
|---|---|---|---|---|
| | | opt-in plaintiffs total and number of individuals who have opted-in since the beginning of the class period May 20 | | |
| 07/18/2013 | MJO | Draft informational outline for use of Attorney K. Dolley in preparation for status hearing, re: detailed how Plaintiffs have been retaining and recording undeliverable notices and verifying addresses in accordance with the court order; also outlined update on mediation and Defendant's unwillingness to participate | 0.50 | $137.50 |
| 07/18/2013 | MJO | Draft informational outline for use of Attorney K. Dolley in preparation for status hearing, re: detailed how Plaintiffs will survive de-certification motion which will likely be filed by Defendant if mediation fails; researched standard for de-certification in 7th Circuit and all federal circuits; examined and analyzed numerous cases, including Russell v. Illinois Bell | 1.30 | $357.50 |
| 07/18/2013 | MJO | Phone call with opt-in Plaintiff Terri Eriksen, re: verification that we received consent form and questions concerning participation in the lawsuit | 0.30 | $82.50 |
| 07/19/2013 | MJO | Prepare folder for status hearing | 0.50 | $137.50 |
| 07/19/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 5 new opt-in plaintiffs | 0.60 | $165.00 |
| 07/22/2013 | KJD | Prep for hearing status conference, prepare statements review info on class, notice and case progress; Travel to Chicago courts and back to St. Louis. | 8.00 | $3,600.00 |
| 07/26/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 15 new opt-in plaintiffs | 1.50 | $412.50 |
| 08/01/2013 | MJO | Telephone call with opt-in Plaintiff Cathy Haines, re: questions concerning the status of the lawsuit | 0.40 | $110.00 |
| 08/02/2013 | MJO | Review emails and consent forms; updated addresses of several opt-in class members; review detailed correspondence from opt-in class members including Dana Morgan and Karen Amelung | 1.20 | $330.00 |
| 08/03/2013 | MJO | Attempted returning call of opt-in plaintiff Patti Rapp; emailed Ms. Rapp re: responding to her inquiry concerning documents helpful to lawsuit | 0.20 | $55.00 |
| 08/03/2013 | MJO | Attempted returning call of opt-in plaintiff Mary Cruz, re: lawsuit against Transcend | 0.10 | $27.50 |
| 08/03/2013 | MJO | Respond to email from opt-in Plaintiff Trinka Osborne, re: participation in the lawsuit | 0.20 | $55.00 |
| 08/03/2013 | MJO | Respond to email from opt-in Plaintiff Diane Joyner, re: participation in the lawsuit | 0.20 | $55.00 |
| 08/03/2013 | MJO | Respond to email from potential opt-in plaintiff Jana Morse, re: joining lawsuit | 0.20 | $55.00 |
| 08/03/2013 | MJO | Respond to email from potential opt-in plaintiff Sherry Doratio, re: questions concerning participation in the lawsuit and potential damages | 0.20 | $55.00 |
| 08/03/2013 | MJO | Respond to email from opt-in Plaintiff Dawn O'Connor, re: confirmation that we received consent form and filed with the court | 0.20 | $55.00 |
| 08/03/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 26 new opt-in plaintiffs | 2.00 | $550.00 |
| 08/07/2013 | MJO | Phone call with potential opt-in Plaintiff Barbara Magliochetti, re: hours worked with Transcend and directions to change timesheets while employed with Transcend | 0.30 | $82.50 |
| 08/09/2013 | MJO | Phone call with potential opt-in Plaintiff Mary Cruz, re: discussed similarities between Transcend and Nuance pay practices and her experience at Transcend not making minimum wage | 0.40 | $110.00 |
| 08/13/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 17 new opt-in plaintiffs | 1.50 | $412.50 |
| 08/15/2013 | MJO | Draft and revised Joint Proposed Scheduling Plan initially drafted by co-counsel; revised size of class which has opted-in during 90 day notice period, mediation referral | 0.70 | $192.50 |

| | | recommendation by Court, and drafted substantive comments for review of Attorney K. Dolley | | |
|---|---|---|---|---|
| 08/15/2013 | MJO | Edit/revise Joint Proposed Scheduling Plan to reflect changes recommended by Attorney K. Dolley | 0.50 | $137.50 |
| 08/16/2013 | MJO | Phone call with co-counsel, re: Joint Proposed Scheduling Order | 0.50 | $137.50 |
| 08/16/2013 | MJO | Phone call with co-counsel, re: Joint Proposed Scheduling Order | 0.50 | $137.50 |
| 08/16/2013 | MJO | Revise Plaintiffs' Proposed Scheduling Order, re: removed any reference to scheduling order being a joint motion | 0.50 | $137.50 |
| 08/16/2013 | MJO | Draft email to opposing counsel, re: scheduling order | 0.20 | $55.00 |
| 08/16/2013 | MJO | Draft email to opposing counsel, re: proposed scheduling order | 0.20 | $55.00 |
| 08/19/2013 | KJD | Travel to Chicago from office for court hearing. | 3.00 | $1,350.00 |
| 08/19/2013 | KJD | Review, notes re: defendant's proposed scheduling plan; review scheduling docs opt-in information, prepare for court hearing. | 1.00 | $450.00 |
| 08/19/2013 | MJO | Prepare file for Attorney K. Dolley for status hearing in Chicago set for Aug. 20; revise cheat sheet of preparation material | 0.50 | $137.50 |
| 08/19/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 5 new opt-in Plaintiffs | 0.50 | $137.50 |
| 08/19/2013 | MJO | Analyze and examine Defendant's proposed scheduling order; draft detailed email to co-counsel, re: thoughts and reaction to couterassertions of Defendant at status hearing | 0.80 | $220.00 |
| 08/19/2013 | MJO | Analyze and examine Defendant's proposed scheduling order; draft detailed email to co-counsel, re: thoughts and reaction to couterassertions of Defendant at status hearing | 0.80 | $220.00 |
| 08/20/2013 | KJD | Prep for status hearing before court, conference with opposing counsel to discuss scheduling under court ordered parameters, re: call back with court further discuss and set schedule in open cont. | 1.50 | $675.00 |
| 08/20/2013 | KJD | Travel Chicago to STL | 3.00 | $1,350.00 |
| 08/20/2013 | MJO | Meeting with Attorney K. Dolley, re: status hearing on 8/20/13 | 0.70 | $192.50 |
| 08/20/2013 | MJO | Meeting with Attorney K. Dolley, re: status hearing on 8/20/13 | 0.70 | $192.50 |
| 08/20/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 2 new opt-in Plaintiffs | 0.40 | $110.00 |
| 08/20/2013 | MJO | Draft Notices of Intent to Opt-in as Plaintiff and Attorney Appearances for 2 new opt-in Plaintiffs | 0.40 | $110.00 |
| 08/20/2013 | MJO | Telephone call with Plaintiff Linda Romanek, re: lawsuit update | 0.50 | $137.50 |
| 08/20/2013 | MJO | Telephone call with Plaintiff Linda Romanek, re: lawsuit update | 0.50 | $137.50 |
| 08/20/2013 | MJO | Draft detailed email outlining Aug. 20 status hearing, re: Judge Guzman's specific orders concerning scope of discovery in case going forward | 1.00 | $275.00 |
| 08/21/2013 | MJO | Phone calls with Northern District of Illinois chambers of Judge Cox, Judge Guzman, and Judge Rowland, re: mediation dates and process of mediation referral | 0.70 | $192.50 |
| 08/21/2013 | MJO | Phone calls with local counsel, re: potential mediators in Chicago area | 0.20 | $55.00 |
| 08/21/2013 | MJO | Review professional profiles of several potential mediators in Chicago-area provided by ADR Systems, Inc. | 0.50 | $137.50 |
| 08/21/2013 | MJO | Phone call with co-counsel, re: status hearing and strategy for moving case forward with mediation | 0.70 | $192.50 |
| 08/21/2013 | MJO | Phone call with Chicago-based wage and hour attorney Doug Werman, re: recommended mediators in Chicago-area and nationally | 0.40 | $110.00 |
| 08/21/2013 | MJO | Draft email to co-counsel, re: updates on available mediators | 0.30 | $82.50 |

| | | in Chicago-area and nationally | | |
|---|---|---|---|---|
| 08/22/2013 | MJO | Phone calls to following potential mediators to gather dates for mediations in Sept. and Oct.: Rebecca Bromet, Joel Rice, Ken Gage, Morton Denlow, Hunter Hughes, Hon. Mary Rowland | 0.80 | $220.00 |
| 08/22/2013 | MJO | Draft email to co-counsel, re: initial status conference before Magistrate Judge Rowland | 0.10 | $27.50 |
| 08/22/2013 | MJO | Phone calls with CA mediators Mark Rudy and Michael Loeb as to availability for mediation | 0.20 | $55.00 |
| 08/22/2013 | MJO | Phone calls with Rebecca Bromet's assistant from Seyfarth Shaw, re: mediator Rebecca Bromet's availability for phone conference | 0.20 | $55.00 |
| 08/22/2013 | MJO | Draft email for review to opposing counsel, re: potential mediators | 0.20 | $55.00 |
| 08/22/2013 | MJO | Phone call with mediator Michael Dickstein, re: mediation availability and status of case | 0.30 | $82.50 |
| 08/23/2013 | MJO | Left voicemail for Greg Mersol, re: telephone hearing with Judge Rowland | 0.10 | $27.50 |
| 08/23/2013 | MJO | Phone call with opposing counsel, re: telephone hearing with Judge Rowland | 0.20 | $55.00 |
| 08/23/2013 | MJO | Phone call with opt-in Plaintiff, re: compensation and work time while employed with Transcend | 0.50 | $137.50 |
| 08/23/2013 | MJO | Phone call with T. Cosentino, re: mediation availability and explanation of mediation process | 0.30 | $82.50 |
| 08/23/2013 | MJO | Phone call with opt-in Plaintiff Susan McCrimmon, re: failure to receive opt-in forms during opt-in period and work experience at Transcend | 0.50 | $137.50 |
| 08/23/2013 | MJO | Attempted calling potential opt-in Plaintiff Rene Padula, re: responded to email inquiry concerning her failure to receive opt-in forms | 0.10 | $27.50 |
| 08/23/2013 | MJO | Phone call with mediator Rebecca Bromet, re: availability for mediation and experience performing mediation | 0.30 | $82.50 |
| 08/23/2013 | MJO | Draft letter to class members updating them on the case and explaining upcoming developments requiring their participation in the case | 1.30 | $357.50 |
| 08/24/2013 | MJO | Review/revise letter drafted to class members, re: revise descriptions of discovery process going forward and depositions to be taken going forward; added conclusion section | 0.50 | $137.50 |
| 08/24/2013 | MJO | Draft outline for use of attorney K. Dolley during status hearing with J. Rowland on Aug. 26 | 0.50 | $137.50 |
| 08/26/2013 | KJD | Prepare for status/ settlement conference; settlement conference scheduling for phone w/ Magistrate Rowland discussions of dates and process. | 1.00 | $450.00 |
| 08/26/2013 | MJO | Participate in telephonic status hearing on behalf of Plaintiffs with Attorney K. Dolley before Hon. Mary Rowland | 0.50 | $137.50 |
| 08/26/2013 | MJO | Phone call with potential mediator Ken Gage, re: available dates for mediation | 0.20 | $55.00 |
| 08/26/2013 | MJO | Email co-counsel, re: update on status conference before Judge Rowland | 0.20 | $55.00 |
| 08/26/2013 | MJO | Revise Notice of Intent to opt-in as Party Plaintiff and attorney appearance form for Susan Jones | 0.30 | $82.50 |
| 08/27/2013 | MJO | Phone call with potential opt-in plaintiff, re: deadline for opting-in to join lawsuit | 0.20 | $55.00 |
| 08/27/2013 | MJO | Phone call with Meagann Smith from ADR systems, re: potential mediation dates and available mediators for Transcend in Chicago | 0.20 | $55.00 |
| 08/28/2013 | MJO | Phone call with co-counsel, re: mediation status and hearing before Hon. Mary Rowland on Aug. 26 | 0.50 | $137.50 |
| 08/30/2013 | MJO | Left voicemail for Hunter Hughes, re: confirming mediation date | 0.10 | $27.50 |

| | | | | |
|---|---|---|---|---|
| 08/30/2013 | MJO | Draft email to opposing counsel, re: confirming travel to Atlanta for mediation | 0.20 | $55.00 |
| 08/30/2013 | MJO | Emailed Plaintiff Lisa Edwards and left voicemail, re: availability to attend mediation on Oct. 8 in Atlanta | 0.30 | $82.50 |
| 08/30/2013 | MJO | Emailed assistant for Mediator H. Hughes, re: style of case for conflicts check and confirming Oct. 8 for mediation date | 0.20 | $55.00 |
| 09/10/2013 | MJO | Revise email to class members, re: update on lawsuit and mediation | 0.60 | $165.00 |
| 09/11/2013 | MJO | Draft emails/responses to emails from mediator Hunter Hughes, re: mediation agreement and procedures | 0.30 | $82.50 |
| 09/18/2013 | MJO | Email co-counsel, re: mediation logistics and strategy | 0.30 | $82.50 |
| 09/18/2013 | MJO | Draft questionnaire for dissemination to class members, re: draft questions concerning dates of employment, compensation, piece rate compensation, hands on keyboard time, flexing time, and supervisor knowledge of work time for purposes of gathering information to respond to discovery requests from Defendant | 1.00 | $275.00 |
| 09/19/2013 | MJO | Draft/revise questionnaire to disseminate to class members, re: drafted additional questions concerning specific time spent working, specific time spent performing specific tasks, timekeeping methods/policies | 1.00 | $275.00 |
| 09/20/2013 | MJO | Phone call from Plaintiff Barbara Vaughn, re: update on lawsuit | 0.20 | $55.00 |
| 09/20/2013 | MJO | Draft questionnaire to disseminate to class members, re: added numerous specific questions concerning personal information, employment with Transcend, compensation rate, and practices encountered while employed with Transcend | 2.50 | $687.50 |
| 09/20/2013 | MJO | Draft questionnaire to disseminate to class members, re: added numerous specific questions concerning opt-in plaintiffs' hours worked at Transcend, including scheduled shift, amount of hours worked performing specific tasks, amount of time worked in excess of shift, job duties performed while working extra hours, reporting extra hours worked, timekeeping used while working extra hours, supervision while working extra uncompensated hours, indicating hours worked in an average week, total number of hours worked per week | 2.50 | $687.50 |
| 09/20/2013 | MJO | Draft questionnaire to disseminate to class members, re: draft numerous detailed questions concerning hands on keyboard time, time flexing, and make up pay policy | 1.50 | $412.50 |
| 09/20/2013 | MJO | Draft questionnaire to disseminate to class members, re: draft list of 14 specific topics of documents and emails that class members may have and should forward to attorneys | 1.00 | $275.00 |
| 09/20/2013 | MJO | Phone call with co-counsel, re: requesting updated and additional electronic payroll registers for each class member from Defendant | 0.40 | $110.00 |
| 09/20/2013 | MJO | Draft and send emails to approximately 100 class members, re: updating class members on lawsuit and attaching questionnaire for information-gathering purposes in preparation for mediation and second-phase of discovery | 0.50 | $137.50 |
| 09/21/2013 | MJO | Draft and send emails to class members alphabetically from Barbara Ciulla to Dale Johnson (Medina), re: updating class members on lawsuit and attaching questionnaire for information-gathering purposes in preparation for mediation and second-phase of discovery | 1.50 | $412.50 |
| 09/21/2013 | MJO | Draft and send emails to class members alphabetically from Catherine Johnson-Berger to Patricia J. Stefanik, re: updating class members on lawsuit and attaching questionnaire for information-gathering purposes in preparation for mediation and second-phase of discovery | 1.50 | $412.50 |
| 09/21/2013 | MJO | Draft and send emails to class members alphabetically from Leida Stewart to Carole Zmuda, re: updating class members | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| | | on lawsuit and attaching questionnaire for information-gathering purposes in preparation for mediation and second-phase of discovery | | |
| 09/21/2013 | MJO | Draft and send emails to named Plaintiffs and initial opt-in class members prior to May 20, 2013, re: updating class members on lawsuit status | 0.50 | $137.50 |
| 09/22/2013 | MJO | Review completed questionnaires and/or draft response emails to following class members re: questions concerning lawsuit: Penny Zimmerman, Julene Logue, Penelope Neal, Dawn O'Connor, Donna Jackson, Rita DeFino, Randi Gray, Lorraine Jackson, Carey Miller, Brenda Shelton, Susan K. Lanzen, and Kathy Murphy | 1.20 | $330.00 |
| 09/22/2013 | MJO | Draft email response to Plaintiff Clunk, re: questions concerning lawsuit and updates to lawsuit | 0.20 | $55.00 |
| 09/22/2013 | MJO | Draft email response to Plaintiff Pence, re: questions concerning lawsuit and updates to lawsuit | 0.20 | $55.00 |
| 09/22/2013 | MJO | Draft email response from Plaintiff Nancy Haupt, re: information gathering for purposes of mediation | 0.20 | $55.00 |
| 09/23/2013 | MJO | Phone call with opt-in Plaintiff Nancy Haupt, re: compensation at Transcend | 0.40 | $110.00 |
| 09/23/2013 | CA | Go through optincluded email re print off emails, questionnaires and any other attached documents. | 1.40 | $315.00 |
| 09/24/2013 | MJO | Phone call with Susan Cunningham, re: questions concerning information gathering phase of lawsuit | 0.20 | $55.00 |
| 09/24/2013 | MJO | Phone call with Susan Cunningham, re: questions concerning information gathering phase of lawsuit | 0.20 | $55.00 |
| 09/24/2013 | MJO | Phone call with opt-in Plaintiff Jacqueline Linville, re: information and document gathering for second phase of discovery | 0.30 | $82.50 |
| 09/24/2013 | MJO | Responded to emails concerning information gathering for purposes of discovery from the following opt-in plaintiffs: Wanda Taylor, Cathy Haines, Carol Failla, Barbara Vaughn, Elaine Shortall, Jessalynn Myers, Sherry Doratio | 0.70 | $192.50 |
| 09/25/2013 | MJO | Responded to emails from opt-in class members Cindy Conwell, Julie Jones, Wanda Taylor, Naomi Joslin, Barbara Vaughn | 0.30 | $82.50 |
| 09/26/2013 | MJO | Review completed informational questionnaires returned by clients Barbara Vaughn, Cindy Conwell, Connee Williams, Janet Harper, Mary McClelland, Patricia Schmutz, Robin York, Stephanie Dewitt; began preliminary analysis of hours worked | 1.50 | $412.50 |
| 09/27/2013 | MJO | Emailed opt-in plaintiff Kim Claeys, re: information gathering for discovery | 0.20 | $55.00 |
| 09/27/2013 | MJO | Emailed opt-in class member Julie Wright, re: questionnaire and document gathering process | 0.20 | $55.00 |
| 09/27/2013 | MJO | Exchanged emails with opt-in class member Kim Claeys, re: information gathering for purposes of mediation | 0.20 | $55.00 |
| 09/27/2013 | MJO | Review/analyzed and examined hundreds of pages of documents and questionnaire produced by opt-in Plaintiff Cathi Moore for purposes of gathering information to draft mediation memo | 1.50 | $412.50 |
| 09/29/2013 | MJO | Draft emails to class members and reviewed information/documents provided by numerous class members, including but not limited to Diane Martin, Veronica Vitari, Jo Ellen Carnes, Cheri Kline, Mary Hall, Susan Janzen, Lynsi Henson, re: information gathering for purposes of calcluating damages in mediation | 1.50 | $412.50 |
| 09/29/2013 | MJO | Draft confidential mediation memorandum, re: introduction and procedural posture of case, included facts concerning parties attending mediation; filing of lawsuit in Northern District of Illinois; filing of motion for conditional certification; court's order conditionally certifying class; court's order concerning opt-in period | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 09/29/2013 | MJO | Draft confidential mediation memorandum, re: factual background of lawsuit; job duties of MLSs; failure to compensate MLSs for certain tasks performed; allegations of the two sub-classes of Plaintiffs; various ways in which Plaintiffs similarly situated | 2.00 | $550.00 |
| 10/01/2013 | MJO | Drafted Plaintiff's Settlement Conference Statement, re: Procedural Posture of case, including the numerous ways in which the Court outlined the similarly situated nature of the class in the Order dated March 19, 2013; Factual Background of Plaintiffs, Plaintiffs' job duties/title with Defendant; and Plaintiffs' common injury allegations | 2.00 | $550.00 |
| 10/01/2013 | MJO | Drafted Plaintiffs' Settlement Conference Statement, re: Argument section, this class will not be decertified; individualized circumstances do not lead to de-certification of class; common questions of similar injury predominate favoring certification | 0.50 | $137.50 |
| 10/02/2013 | MJO | Phone call with T. Cosentino, re: possible attendance at settlement conference scheduled for Oct. 21 | 0.30 | $82.50 |
| 10/02/2013 | MJO | Phone call with Lisa Edwards, re: lawsuit update | 0.10 | $27.50 |
| 10/02/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during the settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in Plaintiffs Stephanie Dewitt, Janet Harper, Kathleen Simons, and Robin York while configuring chart and damages calcluation | 2.00 | $550.00 |
| 10/03/2013 | MJO | Emailed opposing counsel, re: mediation and settlement conference dates | 0.10 | $27.50 |
| 10/03/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in Plaintiffs Janet Harper, Bobbi McMillin, and Carey Miller while configuring chart and damages calculations | 1.00 | $275.00 |
| 10/03/2013 | MJO | Phone call with co-counsel, re: calculating damages on class-wide basis | 0.50 | $137.50 |
| 10/03/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in Plaintiffs Patricia Schmutz, Barbara Vaughn, and Carla Weiss while configuring chart and damages calcluation | 0.70 | $192.50 |
| 10/04/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in Plaintiffs Cheri Kline, Christy Scott, Cindy Conwell, and Connee Williams while configuring chart and damages calculation | 1.50 | $412.50 |
| 10/04/2013 | MJO | Review email from opposing counsel, re: settlement conference | 0.10 | $27.50 |
| 10/04/2013 | MJO | Draft response email to opposing counsel, re: settlement conference | 0.40 | $110.00 |
| 10/04/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in plaintiffs Debbie Friess, Diane Joyner, Diane Martin, Diane Spencer, Mary Hall, and Mary McClelland while configuring chart and damages calculation | 1.50 | $412.50 |
| 10/04/2013 | KJD | Review defendant's discovery deficiencies. | 1.50 | $675.00 |
| 10/05/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement | 1.20 | $330.00 |

| | | | | |
|---|---|---|---|---|
| | | conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in plaintiffs Donna Jackson, Elaine Leach, Elaine Shortall, Gina Rogers, Janeen DeBoard, and Janet Harper while configuring chart and damages calculation | | |
| 10/05/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in plaintiffs Jeanette Chipka, Jessalynn Myers, Julene Logue, Julie Jones, Kandace Chancey, Kathryn Lacey, and Kathy Simons while configuring chart and damages calculation | 1.50 | $412.50 |
| 10/05/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in plaintiffs Kimberly Keevy, Linda Carucci, Linda Reid, Lorraine Jackson, Lynsi Henson, and Margaret Mackey while configuring chart and damages calculation | 1.50 | $412.50 |
| 10/06/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in plaintiffs Mindy Faieta, Naomi Joslin, Penelope Neal, Penny Zimmerman, Randi Gray, Susan Brown, and Tammy Martinez while configuring chart and damages calculation | 1.20 | $330.00 |
| 10/06/2013 | MJO | Created/drafted formulas for calculation of damages on class-wide basis for unpaid minimum wage and unpaid overtime compensation | 2.00 | $550.00 |
| 10/06/2013 | MJO | Drafted Settlement Demand Letter addressed to opposing counsel, re: damages for unpaid minimum wage; provided detailed assessment of calculation of damages for unpaid minimum wage on class-wide basis | 1.50 | $412.50 |
| 10/06/2013 | MJO | Draft Settlement Demand letter addressed to opposing counsel, re: damages for unpaid overtime; provided detailed assessment of calculation of damages for unpaid overtime on class-wide basis | 1.00 | $275.00 |
| 10/07/2013 | MJO | Analysis and examination of law in Northern District of Illinois and other federal circuits, re: formulation of damages in FLSA collective action on class-wide basis | 1.00 | $275.00 |
| 10/07/2013 | MJO | Draft demand letter to opposing counsel for purposes of presentation at settlement conference, re: damages for Plaintiffs' unpaid minimum wage and overtime claims; provide raw calculation of damages for unpaid minimum wage and overtime; provided analysis of Defendant's common policies in violation of FLSA minimum wage and overtime provisions; and conclusion paragraph with total damages and initial demand | 2.50 | $687.50 |
| 10/07/2013 | KJD | Research, review issues specific to trial formula and representative sample; call mersol re: follow up on settlement conference and wage and hour record issues; reviewed settlement demand, detailed connections, changes needed for damages deficiencies. | 3.10 | $1,395.00 |
| 10/08/2013 | MJO | Calculated total damages for unpaid minimum wage, unpaid overtime, attorneys' fees, and costs, and added calculation to settlement conference demand letter | 0.70 | $192.50 |
| 10/08/2013 | MJO | Telephone conference with opposing counsel | 0.40 | $110.00 |
| 10/08/2013 | MJO | Draft email to opposing counsel for review of Attorney K. Dolley; consult notes from conference call with opposing counsel while drafting email | 0.80 | $220.00 |
| 10/08/2013 | KJD | Review demand letter, edit, amend; call opposing counsel re: mileage from Russ. | 1.10 | $495.00 |
| 10/09/2013 | MJO | Draft email to class, re: update on status of lawsuit, reset | 0.50 | $137.50 |

| | | | | |
|---|---|---|---|---|
| | | mediation date, and reminder to fill out questionnaire | | |
| 10/09/2013 | MJO | Emailed all 705 class members, re: update on status of lawsuit, reset mediation date, and reminder to fill out questionnaire | 1.70 | $467.50 |
| 10/09/2013 | MJO | Review questionnaires submitted by opt-in Plaintiffs Joanne Cimo and Amy Bruce | 0.40 | $110.00 |
| 10/09/2013 | KJD | Detailed review analysis; review, edit email to class as a whole. | 1.25 | $562.50 |
| 10/10/2013 | MJO | Phone call with Plaintiff Deanna Garcia, re: documents to produce and filling out the questionnaire | 0.30 | $82.50 |
| 10/10/2013 | MJO | Phone call with Judge Rowland's chambers, re: minute entry concerning status hearing scheduled for 11/4 | 0.20 | $55.00 |
| 10/10/2013 | MJO | Telephone call with opt-in Plaintiff Rita Defino, re: documents to produce and filling out the questionnaire | 0.30 | $82.50 |
| 10/10/2013 | MJO | Attempted calling and left voicemail for opt-in Plaintiff Debra Sills | 0.10 | $27.50 |
| 10/10/2013 | MJO | Telephone call with Plaintiff Rita Defino, re: additional documents/logs/journal entries from term of employment with Transcend | 0.30 | $82.50 |
| 10/10/2013 | MJO | Draft email to opt-in class members Jamie Tullock, Lisa Smith, Emily Oates, Deloris Hamilton, Vicki Heinecke, Cathy Haines, Randi Gray, re: update on lawsuit | 0.80 | $220.00 |
| 10/10/2013 | MJO | Analyzed and examined questionnaires for purposes of calcluating damages for mediation for the following opt-in Plaintiffs: Dawn O'Connor, Marie Plum, Jacqueline Spires-Purdy, Alice Gillespie, Kim Dent, Rita Defino, Joanna Hardin, Eileen Roff, Francine Gorskie, Amy Ford, Joyce Ratajczak, Elizabeth Carithers, Parrish Ritchie, Deborah Schneider, Laura Denio, Brenda Bain, Theresa Crane, Diane Birrer, Barbara Keenan, Emily Oates, Paige Singleton, Jodi Kabalin, Renee Nichols, Patsy Hayes, Sandy Bruce, Arlene Crofton | 2.50 | $687.50 |
| 10/10/2013 | KJD | Review email opposing counsel re: production of documents. | 0.25 | $112.50 |
| 10/17/2013 | MJO | Respond to emails from opt-in Plaintiffs including Tracy Harrod, Deanna Matthews, Kay Bone, Cathy Haines, Wendolyn Smith, and Lisa Edwards | 1.00 | $275.00 |
| 10/17/2013 | MJO | Analyzed and examined questionnaires submitted by opt-in Plaintiffs including but not limited to Tangela Tyran, Linda Todd Dittmar, Karen Lynne Berezoski, Kimberly Moore, Marilyn Wilson, Sharon Cook, Debra Seuell, and Alane Barnes Garvik | 2.00 | $550.00 |
| 10/17/2013 | MJO | Review approximately 50-100 emails from opt-in Plaintiff Deanna Garcia | 1.50 | $412.50 |
| 10/21/2013 | MJO | Review payroll records of opt-in plaintiffs sent by Defendant for the year 2010 | 1.00 | $275.00 |
| 10/21/2013 | MJO | Draft email to opposing counsel, re: mediation | 0.20 | $55.00 |
| 10/21/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during settlement conference and demand letter addressed to Defendant prior to settlement conference; consulted information provided by opt-in plaintiffs Patricia Lawson, Charlene Palmer, Krissy Reynolds, Marilyn Bower, Debbie Campbell, Karen Colburn, Debra Seuell, Marilyn Wilson, while configuring chart and damages calcluation | 1.50 | $412.50 |
| 10/21/2013 | MJO | Draft Plaintiffs' Second Set of Interrogatories Directed to Defendant, re: outlined questions directed to Defendant covering methods of compensation and timekeeping applicable to all opt-in Plaintiffs | 0.50 | $137.50 |
| 10/22/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during mediation; consulted information provided by opt-in Plaintiffs Karen Berezoski, Kim Moore, Tangela Tyran, Linda Dittmar, and Linda Morton while configuring chart and damages calculation | 1.30 | $357.50 |
| 10/22/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during mediation; consulted | 0.80 | $220.00 |

| | | | | |
|---|---|---|---|---|
| | | information provided by opt-in Plaintiffs Wendolyn Smith, Kay Bone, Debra Jones, Dawn O'Connor while configuring chart and damages calculation | | |
| 10/22/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during mediation; consulted information provided by opt-in Plaintiffs Jacqueline Spires-Purdy, Alice Gillespie, Kim Dent, Rita Defino, Joanna Hardin, Eileen Roff, Francine Gorskie, Amy Ford, Joyce Ratajczak, Elizabeth Carithers, Parrish Ritchie, Deborah Schneider, while configuring chart and damages calculation | 1.80 | $495.00 |
| 10/22/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during mediation; consulted information provided by opt-in Plaintiffs Laura Denio, Brenda Bain, Theresa Crane, Diane Birrer, Barbara Keenan, Emily Oates, Paige Singleton, Jodi Kabalin, Renee Nichols, while configuring chart and damages calculation | 1.50 | $412.50 |
| 10/22/2013 | MJO | Draft itemized opt-in class member damages chart for purposes of presentation and use during mediation; consulted information provided by opt-in Plaintiffs Patsy Hayes, Sandra Bruce, Arlene Crafton, Angela Aldridge, Cynthia Harp, Cynthia Gibson, Les Rinehart, Joanne Cimo, Amy Bruce, Joy Sharp, Maureen Hicks, Susan Silver, Laura Hammersley, Kathy Lucas, Melinda Griffus while configuring chart and damages calculation | 1.80 | $495.00 |
| 10/23/2013 | MJO | Draft Mediation Memorandum, re: Procedural Posture, provided date and timing of lawsuit; specific contents and claims in Plaintiffs' Complaint; the extent of discovery conducted during conditional certification phase; length of opt-in period and current status of case | 2.20 | $605.00 |
| 10/23/2013 | MJO | Draft Mediation Memorandum, re: Factual background of case; included facts concerning class members' job title; class members' primary duties; uniform production quotas applicable to class members; uniform production-based compensation rates applicable to class members; roles of Team Leaders and Regional Managers and monitoring/supervision of class members and MLSs by Team Leaders, Regional Managers, and Transcend officials | 1.80 | $495.00 |
| 10/23/2013 | MJO | Draft Mediation Memorandum, re: Factual Background of case; Defendant's instructions to alter timesheets to reflect no more than 40 hours were worked per work week; detailed email provided by Team Leader Amanda Lakin; detailed Defendant's uniform time flexing policy | 1.50 | $412.50 |
| 10/23/2013 | MJO | Revised Mediation Memorandum, re: re-arranged Factual Background structure to fit Defendant's policies and practices at issue outlined in court's order granting conditional certification | 1.00 | $275.00 |
| 10/23/2013 | MJO | Calculated standardized damages formula to apply across all class members; calculated itemized damages for Angela Aldridge, Brenda Bain, Karen Berezoski, Diane Birrer, Kay Bone, Marilyn Bower for purposes of mediation and drafting Mediation Memorandum | 1.50 | $412.50 |
| 10/24/2013 | MJO | Calculated standardized damages formula to apply across all class members; calculated itemized damages for Angela Aldridge, Brenda Bain, Karen Berezoski, Diane Birrer, Kay Bone, Marilyn Bower, Amy Bruce, Sandra Bruce, Debbie Campbell, Elizabeth Carithers, Kandance Chancey, Jeannette Chipka for purposes of mediation and drafting Mediation Memorandum. | 1.50 | $412.50 |
| 10/24/2013 | MJO | Calculated itemized damages for Joanne Cimo, Karen Colburn, Cindy Conwell, Sharon Duhe Cook, Arlene Crafton, Theresa Crane, Janeen DeBoard, Rita Defino, Laura Denio, Kim Dent, Stephanie Dewitt, Linda Dittmar, Mindy Faieta, Amy Ford, Debbie Friess, Cynthia Gibson, Alice Gillespie, for purposes of mediation and drafting mediation memo. | 2.20 | $605.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2013 | MJO | Calculated itemized damages for Francine Gorskie, Randi Gray, Melinda Griffus, Mary Hall, Laura Hammersley, Joanna Hardin, Cynthia Harp, Janet Harper, Patsy Hayes, Lynsi Henson, Maureen Hicks, Donna Jackson, Lorraine Jackson, Debra Jones, Julie Jones, Naomi Joslin, Diane Joyner for purposes of mediation and drafting mediation memo. | 1.50 | $412.50 |
| 10/24/2013 | MJO | Calculated itemized damages for Jodi Kabalin, Barbara Keenan, Patricia Lawson, Elaine Leach, Julene Logue, Kathy Lucas, Bobbi McMillin, Diane Martin, Tammy Martinez, Carey Miller, Cathi Moore, Linda Morton, Jessalyn Myers, Penelope Miller, Renee Nichols, Emily Oates, Charlene Palmer, Marie Plum, Joyce Rataczak, Linda Reid, Parrish Ritchie for purposes of mediation and mediation memo. | 2.00 | $550.00 |
| 10/24/2013 | MJO | Calculated itemized damages for Leslie Robertson, Eileen Roff, Gina Rogers, Patricia Schmutz, Debra Seuell, Joy Sharp, Susan Silver, Kathleen Simons, Paige Singleton, Wendolyn Smith, Diane Spencer, Jacqueline Spires-Purdy, Tangela Tyran, Barbara Vaughn, Carla Weiss, Connee Williams, Marilyn Wilson, Robin York, Penny Zimmerman for purposes of mediation and mediation memo. | 1.50 | $412.50 |
| 10/25/2013 | MJO | Left voicemail with Lisa Edwards, re: mediation. | 0.10 | $27.50 |
| 10/25/2013 | MJO | Calculated itemized damages for Kathryn Lacey, Mary McClelland, Margaret Mackey, Kimberly Moore, Dawn O'Connor, Catherine Probst, Krissy Reynolds, Les Rinehart, Deborah Schneider, Christy Scott, Elaine Shortall; consulted Transcend payroll records for payroll register/gross wages earned and times of employment for purposes of mediation and mediation memo. | 3.50 | $962.50 |
| 10/25/2013 | MJO | Drafted mediation memorandum, re: Damages; Plaintiff's calculation of damages for unpaid minimum wage and overtime; the method Plaintiff used to calculate damages for unpaid minimum wage and overtime; the results of Plaintiffs calculations based on Plaintiffs in the statistical reference group of 101 class members. | 2.00 | $550.00 |
| 10/25/2013 | MJO | Drafted mediation memorandum, re: Damages; revised minimum wage damages and overtime damage calculations and explanations of the method by which damages for minimum wage and overtime were calculated. | 1.50 | $412.50 |
| 10/26/2013 | MJO | Revised calculations of damages for all opt-in Plaintiffs who worked the full statute of limitations period to reflect correct number of weeks applicable to opt-in Plaintiffs since May 2010. | 1.00 | $275.00 |
| 10/26/2013 | MJO | Telephone call with named Plaintiff Lisa Edwards, re: updates on lawsuit for purposes of preparing client for mediation scheduled in Atlanta for 10/30. | 0.50 | $137.50 |
| 10/27/2013 | MJO | Revised/edited mediation memorandum, re: conducted detailed sentence-by-sentence final examination of mediation memorandum and implemented revisions to entire mediation memorandum. | 1.50 | $412.50 |
| 10/27/2013 | MJO | Drafted opening statement for use of Attorney Kevin Dolley during mediation scheduled for 10/30 in Atlanta. | 1.50 | $412.50 |
| 10/27/2013 | MJO | Analyzed and examined file for purposes of gathering useful materials for use during mediation; consulted pleadings, Plaintiff's Motion for Conditional Certification and attached exhibits, and numerous emails and communications received from opt-in Plaintiffs since the close of the opt-in period. | 2.00 | $550.00 |
| 10/27/2013 | MJO | Analyzed and examined approximately 105 responses to questionnaires received from opt-in Plaintiffs since the close of the opt-in period for purposes of preparing for mediation; analyzed and examined specific answers and gathered questionnaire responses for use during mediation. | 2.00 | $550.00 |
| 10/28/2013 | MJO | Drafted discovery plan for stage 2 discovery. | 1.00 | $275.00 |
| 10/29/2013 | KJD | Travel St. Louis to Atlanta for mediation. | 2.50 | $1,125.00 |

| | | | | |
|---|---|---|---|---|
| 10/29/2013 | KJD | Prep for mediation, review damage calculations; prepare opening. | 5.00 | $2,250.00 |
| 10/30/2013 | KJD | Prepare for mediation; review damages; opening; how to get where we need to be; prepare strategy; Mediation in Atlanta with Hunter Hughes; Travel back to St. Louis. | 9.50 | $4,275.00 |
| 11/01/2013 | MJO | Telephone call with chambers of Hon. Mary Rowland, re: status hearing on Monday, Nov. 4. | 0.20 | $55.00 |
| 11/01/2013 | MJO | Drafted email to class members, re: updating class as to status of lawsuit after mediation on Oct. 30. | 0.50 | $137.50 |
| 11/02/2013 | MJO | Drafted and sent email to class members updating them re: status of lawsuit post-mediation. | 0.80 | $220.00 |
| 11/04/2013 | MJO | Telephone status hearing with Hon. Mary Rowland. | 0.20 | $55.00 |
| 11/04/2013 | MJO | Phone call with Linda Mathias, re: case status update. | 0.50 | $137.50 |
| 11/05/2013 | MJO | Instructed contract attorney Joseph Leach, re: status of case and background information; gathering list of 15 proposed deponents and creating file for each. | 0.50 | $137.50 |
| 11/05/2013 | MJO | Analyzed and examined numerous emails and documents sent from opt-in Plaintiff Rebecca Nagy. | 0.50 | $137.50 |
| 11/05/2013 | CA | Examined memo and began analyzing client questionnaires for the purpose of organizing deposition candidates; finished up making client files; determined the final 15 deposition candidates; searched optin email address for additional correspondence from clients; printed off correspndence and put correspondence | 8.50 | $1,912.50 |
| 11/07/2013 | MJO | Drafted email for attorney Kevin Dolley, re: response to opposing counsel follow-up inquiry concerning our list of individuals for deposition. | 0.40 | $110.00 |
| 11/07/2013 | MJO | Meeting with attorney Josh Leach, re: provided instructions concerning updated deficiency letter to send to opposing counsel and drafting Second Set of Interrogatories and Requests for Production to Defendant. | 0.50 | $137.50 |
| 11/07/2013 | MJO | Drafted Memorandum to attorney Josh Leach, re: provided instructions for drafting updated deficiency letter. | 0.50 | $137.50 |
| 11/07/2013 | CA | Examined interrogatories and responses to interrogatories for the purpose of drafting a deficiency letter. | 5.25 | $1,181.25 |
| 11/08/2013 | MJO | Drafted memorandum to attorney Josh Leach, re: drafting Plaintiff's Second Set of Interrogatories and Requests for Production. | 0.50 | $137.50 |
| 11/08/2013 | MJO | Meeting with Josh Leach, re: drafting Plaintiff's Second Set of Interrogatories and Requests for Production; discussed relevant interrogatories and requests for production. | 0.50 | $137.50 |
| 11/08/2013 | MJO | Drafted revisions to updated deficiency letter, re: remaining deficiencies in Defendant's responses to Interrogatories 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20. | 2.50 | $687.50 |
| 11/08/2013 | CA | Continued drafting deficiency letter. Examined interrogatories and responses to interrogatories, as well request for production and the response to request for production for the purpose of drafting a second set of interrogatories and a second set of requests for documents. | 6.75 | $1,518.75 |
| 11/09/2013 | MJO | Revised deficiency letter addressed to opposing counsel, re: marked up changes to be made to deficiencies in Defendant's response to Interrogatories No. 2, 3, 4, 19, and 20 and sent back to attorney Josh Leach for correction. | 0.80 | $220.00 |
| 11/09/2013 | MJO | Revised deficiency letter addressed to opposing counsel, re: marked up changes to be made to deficiencies in Defendant's response to Interrogatories No. 2, 3, 4, 19, and 20 and sent back to attorney Josh Leach for correction. | 0.80 | $220.00 |
| 11/09/2013 | CA | Continued drafting Second set of requests for documents. Clean up on secnd set of interrogatories. | 3.25 | $731.25 |
| 11/10/2013 | CA | Clean up on second set of of request for documents. Revise deficiency letter. | 2.25 | $506.25 |
| 11/12/2013 | MJO | Meeting with attorney Josh Leach, re: adding names to | 0.20 | $55.00 |

| | | | | |
|---|---|---|---|---|
| | | damages spreadsheet and strategy for calling former regional manager of Transcend who is opt-in class member. | | |
| 11/12/2013 | MJO | Telephone conversation with opt-in plaintiff Claudia Franklin, re: update on status of lawsuit. | 0.30 | $82.50 |
| 11/12/2013 | MJO | Emailed opt-in Plaintiff Claudia Franklin, re: initial questionnaire and update on lawsuit. | 0.10 | $27.50 |
| 11/12/2013 | MJO | Drafted and revised updated deficiency letter addressed to opposing counsel, re: revised introduction to letter; deficiencies in Defendant's Response to Plaintiff's First Set of Interrogatories, No. 2, 3, 4, 5, 7, 8. | 1.80 | $495.00 |
| 11/12/2013 | MJO | Drafted and revised updated deficiency letter addressed to opposing counsel, re: revised introduction to letter; deficiencies in Defendant's Response to Plaintiff's First Set of Interrogatories, No. 9, 10, 11, 12, 13, 14. | 1.50 | $412.50 |
| 11/12/2013 | MJO | Drafted and revised updated deficiency letter addressed to opposing counsel, re: revised introduction to letter; deficiencies in Defendant's Response to Plaintiff's First Set of Interrogatories, No. 15, 16, 19, 20. | 1.00 | $275.00 |
| 11/12/2013 | MJO | Drafted Plaintiffs' Second Set of Interrogatories Directed To Defendant, re: drafted Interrogatories No. 1-12 pertaining to class members supervisors; all methods of timekeeping applied to class members; individuals implementing timekeeping policies; software platforms used by each class member; individuals responsible for implementing compensation policies; preservation policies and techniques implemented by Transcend; individuals in charge of monitoring preservation techniques/policies; methods used for recording payroll; identification of electronic custodians. | 2.00 | $550.00 |
| 11/12/2013 | MJO | Revised email to opposing counsel, re: amendment to scheduling order and limited individualized discovery. | 0.50 | $137.50 |
| 11/12/2013 | CA | Updated opt-in plaintiff list in excel: Examined opt-ins not yet calculate and began to calculate; Updated opt-in plaintiff list in excel: Examined opt-ins not yet calculated and began to calculate. Also examined questionnaires for new potential depo candidates; | 5.00 | $1,125.00 |
| 11/13/2013 | MJO | Meeting with attorney Josh Leach, re: progress on review of emails; memorandum detailing conversation with opt-in class member who was training manager/coordinator. | 0.50 | $137.50 |
| 11/13/2013 | CA | Updated opt-in plaintiff list in excel: Examined opt-ins not yet calculate and began to calculate; Updated opt-in plaintiff list in excel: Examined opt-ins not yet calculated and began to calculate. Also examined questionnaires for new potential depo candidates; | 7.00 | $1,575.00 |
| 11/13/2013 | CA | Drafted memo re: phone conversation with Laurie Leiker. | 1.00 | $225.00 |
| 11/14/2013 | MJO | Revised dates within deficiency letter and sent to opposing counsel. | 0.20 | $55.00 |
| 11/14/2013 | MJO | Emailed opposing counsel, re: amending scheduling plan. | 0.10 | $27.50 |
| 11/14/2013 | MJO | Examined, analyzed, and annotated Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Production, re: for purposes of drafting deficiency letter to opposing counsel for deficiencies in Defendant's Responses and Objections to Plaintiff's Requests for Production. | 1.00 | $275.00 |
| 11/14/2013 | MJO | Drafted email to opposing counsel for review of Attorney Kevin Dolley, re: scheduling order for individualized discovery. | 0.50 | $137.50 |
| 11/14/2013 | MJO | Analyzed and examined questionnaires of Tammy Shuler-Williams, Diane Martin, Parrish Ritchie, Kandance Chancey, Laura Denio, Barbara Vaughn, Patricia Rapp, Debra Barry, Julie Wright, and Tanya Mixon for purposes of choosing best candidates for presentation as witnesses/deponents. | 1.00 | $275.00 |
| 11/14/2013 | CA | Continued examining email documents of Deanna Garcia. Continued sorting these documents in categories and folders. | 7.75 | $1,743.75 |
| 11/15/2013 | MJO | Meeting with attorney Josh Leach, re: how to contact | 0.30 | $82.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | plaintiffs to inquire concerning depositions. | | |
| 11/15/2013 | MJO | Drafted/Revised deficiency letter to opposing counsel concerning deficiencies in response to Plaintiffs' First Set of Interrogatories. | 1.00 | $275.00 |
| 11/15/2013 | MJO | Drafted/revised Email to opposing counsel Tracey Ellerson for review of Attorney Kevin Dolley. | 0.50 | $137.50 |
| 11/15/2013 | MJO | Drafted/Revised Plaintiffs' Second Set of Requests for Production, re: Requests for Production No. 1-23. | 2.50 | $687.50 |
| 11/15/2013 | MJO | Drafted outline of Response in Opposition to Defendant's Motion to Compel, re: Defendant unnecessarily delayed initiating individualized discovery; Defendant mistakenly blames Plaintiffs for its own delay; Defendant Cannot Rely On Its Untimely Production Of "Payroll Data" As A Justification For Not Pursuing Individualized Discovery At An Earlier Date; Plaintiffs Proposed A Reasonable Alternative Plan In Good Faith; Defendant Provides No Legal Or Factual Basis For Compelling Plaintiffs To Respond To Written Discovery Requests In Fifteen (15) Days. | 1.50 | $412.50 |
| 11/16/2013 | MJO | Meeting with Attorney Michael Kruse, re: provided instructions concerning drafting Plaintiff's Motion to Compel Payroll/Time records. | 0.50 | $137.50 |
| 11/16/2013 | MJO | Drafted Plaintiffs' Second Set of Requests for Production Directed to Defendants, re: drafted Requests for Production No. 24-69. | 3.20 | $880.00 |
| 11/16/2013 | CA | Meeting with MJO re update on case; called list of opt in Plaintiff deposition candidates to determine five candidates well suited and willing to testify deposition; edit second set of interrogatories; subtracted and added several interrogatories, re-wrote several more. | 8.00 | $1,800.00 |
| 11/16/2013 | CA | Examined opposing counsel's motion to compel and attached exhibits in preparation of drafting a response to the motion to compel; began drafting a response to opposing counsel's motion to compel. | 4.50 | $1,012.50 |
| 11/16/2013 | MRK | Discussion with MJO re motion to compel in Transcend, discussion of what was produced on the disks, discussion of what remained deficient, review of communication between the parties. | 1.40 | $315.00 |
| 11/17/2013 | MJO | Drafted outline of Response in Opposition to Defendant's Motion to Compel, re: Defendant unnecessarily delayed initiating individualized discovery; Defendant mistakenly blames Plaintiffs for its own delay; Defendant Cannot Rely On Its Untimely Production Of "Payroll Data" As A Justification For Not Pursuing Individualized Discovery At An Earlier Date; Plaintiffs Proposed A Reasonable Alternative Plan In Good Faith; Defendant Provides No Legal Or Factual Basis For Compelling Plaintiffs To Respond To Written Discovery Requests In Fifteen (15) Days. | 2.50 | $687.50 |
| 11/18/2013 | MJO | Emailed local counsel and court reporter, re: transcript for Aug. 20, 2013 status hearing. | 0.30 | $82.50 |
| 11/18/2013 | MJO | Telephone call with court reporter, re: transcript for Aug. 20, 2013 status hearing. | 0.20 | $55.00 |
| 11/18/2013 | MJO | Drafted/revised Plaintiffs' Response to Defendant's Motion to Compel, re: Introduction; Defendant Unnecessarily Delayed Initiating Individualized Discovery Until Nov. 1, 2013; Defendant Mistakenly Blames Plaintiffs For Its Own Delay; Defendant Cannot Rely on its untimely production of "payroll data" as justification for its delay in pursuing individualized discovery. | 1.50 | $412.50 |
| 11/18/2013 | MJO | Drafted/revised Plaintiffs' Motion to Compel Defendant's Production of All Timekeeping And Payroll Information Of Class Members, re: compliance with Local Rule 37.2; Introduction; the timekeeping and payroll information allegedly on Disc One and Disc 2 is wholly deficient; made | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| | | corrections and re-submitted to attorney Michael Kruse for revisions. | | |
| 11/18/2013 | CRM | Revise Response in Opposition to Defendant's Motion to Compel | 0.70 | $192.50 |
| 11/18/2013 | KJD | Review and edit response to motion to compel. | 1.00 | $450.00 |
| 11/18/2013 | CA | Meeting with MJO to Discuss updates on response to motion to compel, and our second set of interrogatories and requests for production; examined Transcend email folder for new emails and questionnaires. Added several questionnaires to the spreadsheet. | 6.25 | $1,406.25 |
| 11/18/2013 | MRK | Review of email correspondence between parties, review of spreadsheets produced, review of case law on production requirements, review of R. 34 to determine if production had to be useful; drafting of motion to compel relating to the ESI containing payroll information and timekeeping information | 3.40 | $765.00 |
| 11/19/2013 | MJO | Revised/drafted Response in Opposition to Motion to Compel and filed with court. | 0.30 | $82.50 |
| 11/19/2013 | MJO | Meeting with Attorney Kevin Dolley, re: revisions to make to Motion to Compel Timekeeping and Payroll Records. | 0.50 | $137.50 |
| 11/19/2013 | MJO | Drafted/revised Motion to Compel, re: added case law to legal analysis and inserted foundations for exhibits. | 1.00 | $275.00 |
| 11/19/2013 | KJD | Review and edit motion to compel. | 3.00 | $1,350.00 |
| 11/19/2013 | KJD | Review motions response, prepare for status conference. | 2.00 | $900.00 |
| 11/19/2013 | CA | Finished revising and deleting interrogatories to reduce number from 21 down to five. Began revising and deleting requests for production to reduce number by 31; continued going through previously unread emails of Deanna Garcia and worked on categorizing them. | 8.25 | $1,856.25 |
| 11/19/2013 | MRK | Revision of Motion to compel for general stylistic and content purposes;Final revisions to Motion to Compel; research re case law on production of payroll and time records in wage and hour cases, marking and revision of exhibits to include with motion to compel; Drafting on Motion to Compel relating to accessibility of discovery responses and interpretation of documents produced by Defendants; | 2.50 | $562.50 |
| 11/20/2013 | MJO | Telephone call with Attorney Kevin Dolley, re: re-scheduling of status hearing. | 0.20 | $55.00 |
| 11/20/2013 | MJO | Meeting with attorney Josh Leach, re: responding to Defendant's Interrogatories and Requests for Production. | 0.50 | $137.50 |
| 11/20/2013 | KJD | Travel to Chicago for hearing; Appear for hearing, meet with deputy clerk; Tavel back to STL. | 5.50 | $2,475.00 |
| 11/20/2013 | CA | Examined numerous emails from Jeannie Purcell; Began calling Plaintiffs chosen by opposing counsel to answer discovery requests; took down and transcribed their answers; began drafting individual responses to interrogatories based on the plaintiffs who had responded so far. | 6.75 | $1,518.75 |
| 11/21/2013 | CA | Continued drafting individual responses to interrogatories. | 7.00 | $1,575.00 |
| 11/22/2013 | MJO | Drafted/revised Plaintiffs' Second Set of Interrogatories and Requests for Production Directed To Defendant. | 1.30 | $357.50 |
| 11/23/2013 | CA | Continued drafting individual responses to interrogatories and requests for production; meeting with Mark to discuss the progress of discovery; added two names to the damages spreadsheet. | 4.50 | $1,012.50 |
| 11/25/2013 | KJD | Review second discovery requests to defendant. | 1.00 | $450.00 |
| 11/25/2013 | CA | Called several members of the class and scheduled phone appointments for interrogatories; interrogatory phone call with Carla Ingraham; Wrote letters for each person who had not responded to phone or email messages; | 7.00 | $1,575.00 |
| 11/25/2013 | JES | Meet on Transcend. | 0.40 | $90.00 |
| 11/26/2013 | MJO | Meeting with Attorneys Josh Leach and Kyle O'Driscoll, re: additonal individuals to propose for individualized discovery. | 1.00 | $275.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/2013 | MJO | Revised cover letters to Melissa Adelson, Kathleen Burke, Jason Hoffmann, and Teresa Pemerton. | 0.50 | $137.50 |
| 11/26/2013 | MJO | Telephone call with opt-in Plaintiff Joyce Baena, re: for purposes of drafting Plaintiff's Responses and Objections to Defendant's Interrogatories and Requests for Production. | 0.70 | $192.50 |
| 11/26/2013 | MJO | Emailed OC, re: five remaining proposed individuals fo rindividualized discovery and telephone call concerning explanation of payroll records/Microsoft Excel Spreadsheet. | 0.20 | $55.00 |
| 11/26/2013 | MJO | Prepared for telephone conference with opposing counsel, re: analyzed and examined payroll registers and Microsoft Excel printout provided by Defendant for opt-in Plaintiff Janeen DeBoard. | 0.60 | $165.00 |
| 11/26/2013 | CRM | Phone hearing re: cross motions to compel | 1.80 | $495.00 |
| 11/26/2013 | CRM | Relay Motion to compel results to attorney M. Obermeyer and associates | 0.20 | $55.00 |
| 11/26/2013 | KJD | Prepare for Motion hearings, Plaintiff's and Defendant's Motions to Compel; Extended Motion hearing with Magistrate. Address number of depos for remainder of Discovery of Plaintiff's and Plaintiff's Motion to compel regarding wage and hour documents,  production/compliance.; | 4.00 | $1,800.00 |
| 11/26/2013 | CA | Discuss with MJO and Josh what to focus on with Transcend; Review already completed responses to discovery in prep of drafting discvery responses; begin drafting responses to discovery; prep for calling class rep to complete discovery responses; organize discovery responses by name, already responded and need responses; prepare list of class members who need to respond or send documents; Call class members that we need documents from; | 6.50 | $1,462.50 |
| 11/26/2013 | JES | Met with KD re: hearing at 10:30 and discovery matters. | 2.40 | $540.00 |
| 11/27/2013 | MJO | Telephone conference with opposing counsel Greg Mersol and paralegal Susan Fortune, re: analyzing and making sense of payroll data provided by Defendant. | 1.00 | $275.00 |
| 11/27/2013 | MJO | Meeting with Attorneys Josh Leach and Kyle O'Driscoll, re: status of discovery responses for Joy McLemore, Carla Ingraham-Gaughan, Mary Hall, Jacqueline St. Georges, Joy Anderson, Judith Lindquist, Diane Spencer, and Darcy Wingler. | 1.00 | $275.00 |
| 11/27/2013 | MJO | Meeting with Attorney Jon Skrabacz, re: allegations in lawsuit, discovery strategy, properly answering interrogatories and requests for production for remaining opt-in Plaintiffs. | 1.00 | $275.00 |
| 11/27/2013 | MJO | Revised/drafted Plaintiff Joy McLemore's Responses and Objections to Defendant's First Set of Interrogatories. | 0.70 | $192.50 |
| 11/27/2013 | MJO | Revised/drafted Plaintiff Laura Denio's Responses and Objections to Defendant's First Set of Interrogatories. | 0.50 | $137.50 |
| 11/27/2013 | MJO | Revised/drafted Plaintiff Joy Anderson's Responses and Objections to Defendant's First Set of Interrogatories. | 0.50 | $137.50 |
| 11/27/2013 | KJD | Review with MJO the depo schedule and discovery status; Motion in Limine, review and coordinate deposition schedule. | 1.00 | $450.00 |
| 11/27/2013 | CA | Interrogatory phone call with Jacqueline St. Georges; Continued drafting individual responses to requests for production and responses to interrogatories; meeting with MJO to discuss progress of the interrogatories and requests for production; sent out emails to individual class members asking them to review their interrogatories and sign the verification forms; produced hard copies of individual. | 13.90 | $3,127.50 |
| 11/29/2013 | JES | Prepared for a phone call with Julie Wright re: discovery by reading through her questionnaire and preparing the Irrogs and RFP for her; participated in a phone call with the client in order to gather information for discovery from her. | 2.70 | $607.50 |
| 12/01/2013 | KJD | Prepare subpoena of ADP; Prepare rule 30(b) Noted Transcend payroll/ timekeeping. | 5.50 | $2,475.00 |
| 12/02/2013 | JMF | Formatting Corp. Rep Depo related to Timesaver; Corp. Rep | 10.80 | $2,430.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | Depo related to interrogatory responses; Corp Rep Depo related o Miscellaneous prior Deposition documents; Collate and edit and condense and revise all pertinent Corp. Rep. Depo to 30(b)(6) Designation Draft. | | |
| 12/02/2013 | KJD | Draft and edit depo topics; Depo prep, prepare exhibits and documents; Draft subpoenas and depo topics and prep for ADP corp and Ferrell Depo. | 7.00 | $3,150.00 |
| 12/02/2013 | CA | Contact class representative Debra Jones via phone call re discovery responses; discuss interrogatories with class rep re information needed; draft word doc of questions that need responses; review draft with mjo; email list of questions to Debra Jones; begin drafting response to interrogatories; Attempted to contact class reps via telephone re discovery responses; left voicemails; Download documents sent by class rep Diane Martin from email; convert docs into single pdf; bate stamp exhibits; Updated/continued working on interrogatories and requests for production;Interrogatory phone call with Sheila Reeser; | 12.50 | $2,812.50 |
| 12/03/2013 | JMF | Corp Rep Depo Prep- drafting and organizing questions related to power point document; Corp Rep Depo Prep planning and outlining. | 5.70 | $1,282.50 |
| 12/03/2013 | KJD | Prep for Corp Rep Depo. | 3.00 | $1,350.00 |
| 12/03/2013 | CA | Updated/continued working on interrogatories and requests for production for 5 members due on Dec. 5th; phone calls to 5 members due on Dec 5th asking for verification pages and information updates; Document collation and bates numbering for Diane Spencer and Mary Hall. | 12.30 | $2,767.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Mary Hall, re: revised/edited Interrogatories No. 1-16. | 0.80 | $220.00 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Mary Hall, re: revised/edited RFP No. 1-28. | 0.50 | $137.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Joy McLemore, re: revised/edited Interrogatories No. 1-16. | 1.00 | $275.00 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Joy McLemore, re: revised/edited RFP No. 1-28. | 0.50 | $137.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Sheila Reeser, re: revised/edited Interrogatories No. 1-16. | 1.00 | $275.00 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Sheila Reeser, re: revised/edited RFP No. 1-28. | 0.50 | $137.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Carla Ingraham-Gaughan, re: revised/edited Interrogatories No. 1-16. | 1.00 | $275.00 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Carla Ingraham-Gaughan, re: revised/edited RFP No. 1-28. | 0.50 | $137.50 |
| 12/04/2013 | MJO | Phone call with opposing counsel Greg Mersol, re: access to Earnings Statements for Plaintiffs. | 0.30 | $82.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Diane Spencer, re: revised/edited Interrogatories No. 1-16. | 0.80 | $220.00 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Diane Spencer, re: revised/edited RFP No. 1-28. | 0.50 | $137.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Judy Lindquist, re: revised/edited Interrogatories No. 1-16. | 1.00 | $275.00 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Judy Lindquist, re: revised/edited RFP No. 1-28. | 1.30 | $357.50 |
| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Diane Martin, re: revised/edited Interrogatories No. 1-16. | 0.80 | $220.00 |

| 12/04/2013 | MJO | Drafted/revised Responses and Objections to Defendant's First Set of Requests for Production Directed to Diane Martin, re: revised/edited RFP No. 1-28. | 2.00 | $550.00 |
|---|---|---|---|---|
| 12/04/2013 | JMF | 30(b)(6) motion - expanded general motion drafting/editing/revising; | 8.00 | $1,800.00 |
| 12/04/2013 | CA | Updated/ continued working on interrogatories and requests for production for 5 members due on Dec. 5th; Repeat phone calls and emails to 5 members due on Dec 5th asking for verification pages and information updates; Re-Bates numbering for Denio; Reviewed Diane Martin docs; began working on interrogatories and requests for production for Julie Wright; Phone calls to Patria Rapp and Julie Wright. | 12.90 | $2,902.50 |
| 12/05/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories for Mary Hall, re: final revisions to Interrogatories No. 1-16 and Requests for Production No. 1-28. | 0.50 | $137.50 |
| 12/05/2013 | MJO | Telephone call with opt-in Plaintiff Carla Ingraham-Gaughan, re: revising and re-drafting Responses and Objections to Interrogatories No. 1-16. | 1.00 | $275.00 |
| 12/05/2013 | MJO | Drafted/revised Responses and Interrogatories for Carla Ingraham-Gaughan, re: Interrogatories No. 1-16. | 0.70 | $192.50 |
| 12/05/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories and Requests for Production for Joy McLemore, re: final revisions to Interrogatories No. 1-16 and Requests for Production 1-28. | 0.50 | $137.50 |
| 12/05/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories and Requests for Production for Sheila Reeser, re: final revisions to Interrogatories No. 1-16 and Requests for Production 1-28. | 0.50 | $137.50 |
| 12/05/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories and Requests for Production for Diane Spencer, re: final revisions to Interrogatories No. 1-16 and Requests for Production 1-28. | 0.80 | $220.00 |
| 12/05/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories and Requests for Production for Judy Lindquist, re: final revisions to Interrogatories No. 1-16 and Requests for Production 1-28. | 1.00 | $275.00 |
| 12/05/2013 | MJO | Drafted/revised Responses and Objections to Interrogatories and Requests for Production for Diane Martin, re: final revisions to Interrogatories No. 1-16 and Requests for Production 1-28. | 1.50 | $412.50 |
| 12/05/2013 | MJO | Drafted 7 emails to opposing counsel, re: discovery responses for Mary Hall, Carla Ingraham-Gaughan, Joy McLemore, Sheila Reeser, Diane Spencer, Judy Lindquist, and Diane Martin. | 0.50 | $137.50 |
| 12/05/2013 | MJO | Drafted correspondence to opposing counsel for attachment to first set of responses and objections to Defendant's discovery requests. | 0.20 | $55.00 |
| 12/05/2013 | JMF | 30(b)(6) motion - expanded general motion drafting/editing/revising; status hearing prep - file organization, review, document pull. | 5.00 | $1,125.00 |
| 12/05/2013 | KJD | Hearing prep, review docs, records for demonstration of missing doc production. | 1.50 | $675.00 |
| 12/05/2013 | CA | Search emails from Diane Marin for information needed to complete discovery responses; revise irog responses with additional information; download documents from class rep Denio; compile into PDF file; batestamp for use as exhibits for discovery responses; call class rep Diane Martin, re: verification page; discussion with MJO, re: what needs to be completed and send out today for Transcend; detailed review of drafts of discovery responses for grammar and spelling errors, proper information in prep for sending out. | 13.25 | $2,981.25 |
| 12/06/2013 | MJO | Meeting with Attorneys Josh Leach and Kyle O'Driscoll, re: | 0.50 | $137.50 |

| | | | | |
|---|---|---|---|---|
| | | strategy for conducting written discovery responses for 14 remaining individuals. | | |
| 12/06/2013 | JMF | 30(b)(6) motion - expanded general motion drafting/editing/revising | 3.00 | $675.00 |
| 12/06/2013 | KJD | Travel STL to airport and cab to court; travel court to airport to STL office; Hearing before Magistrate, re: Discussion; Dictate, draft, edit report as to discovery, Defendant production status following hearing; Draft, edit create report of scheduling conference. | 7.75 | $3,487.50 |
| 12/06/2013 | CA | Meeting with MJO; Created word document with the names and statues of all the current participating members; called and sent emails out to Tereasa Pemerton, Patricia Rapp and Patsy Hayes; Bates stamped Patricia Rapp Documents; examined Patricia Rapp emails; continued working on interrogatories and requests for production for remaining members; | 12.75 | $2,868.75 |
| 12/09/2013 | MJO | Meeting with Attorneys Kyle O'Driscoll and Josh Leach, re: updated on status of deposition dates for clients and responses to discovery for clients due 12/18 and 12/19. | 0.50 | $137.50 |
| 12/09/2013 | MJO | Phone call with Russ Riggan, re: deposition preparation and scheduling of depositions. | 1.00 | $275.00 |
| 12/09/2013 | MJO | Drafted deposition schedule for deponents Diane Martin, Kandace Chancey, Julie Wright, Patsy Hayes, Judy Lindquist, Laura Denio, Darcy Wingler, Joy McLemore. | 0.50 | $137.50 |
| 12/09/2013 | MJO | Meeting with Attorney Kevin Dolley and Attorney Jon Skrabacz, re: deposition scheduling of opt-in Plaintiffs and strategy for defending depositions. | 1.20 | $330.00 |
| 12/09/2013 | MJO | Drafted email to co-counsel Russ Riggan, re: deposition scheduled for Dec. 23 and strategy/schedule for deposing individuals in Texas. | 0.50 | $137.50 |
| 12/09/2013 | CA | Draft responses to defendant's discovery request using information from conversation with class reps; discussion wit MJO and josh re status of class rep discovery responses, deposition availability dates; draft responses to defendant's discovery request using information from conversation with class reps.; compile docs from class rep Chancey into single pdf, bates number for use as exhibit in discovery responses; draft response to request for production for class reps. | 14.90 | $3,352.50 |
| 12/10/2013 | MJO | Telephone call with Attorney Russ Riggan, re: scheduling depositions in Texas and Florida. | 0.20 | $55.00 |
| 12/10/2013 | MJO | Drafted and configured updated deposition schedule for Plaintiffs Patricia Rapp, Patsy Hayes, Diane Martin, Wendolyn Smith, Julie Wright, Laura Denio, Darcy Wingler, Sheila Reeser, Janeen DeBoard, Barbara Keenan, Judy Lindquist, Joy McLemore, Barbara Vaughn. | 1.50 | $412.50 |
| 12/10/2013 | MJO | Emailed opposing counsel, re: update on deposition schedule. | 0.10 | $27.50 |
| 12/10/2013 | MJO | Reviewed/revised Responses and Objections to Interrogatories and Requests for Production for Plaintiff Kandace Chancey. | 1.70 | $467.50 |
| 12/10/2013 | MJO | Reviewed/revised Responses and Objections to Interrogatories and Requests for Production for Plaintiff Jacqueline St. Georges. | 1.50 | $412.50 |
| 12/10/2013 | MJO | Drafted email to Greg Mersol for review of Attorney Kevin Dolley. | 0.50 | $137.50 |
| 12/10/2013 | CA | Check optin email for any correspondence from class reps; Responding to defendant's discovery requests; contacting class reps re discovery responses; downloading documents sent in by class reps; drafting responses to interrogatories and request for production; checking deposition availability dates, verifying deposition dates; send class reps email, re: discovery responses and verification page; Discussion with mjo and josh leach re current status of discovery responses;Contacting class reps, re: Discovery responses; drafting responses to interrogatories and request for production; checking | 12.50 | $2,812.50 |

| | | | | |
|---|---|---|---|---|
| | | deposition availability dates; send class reps email, re: discovery responses and verification page; Contact class reps to verify deposition dates, availability for prep; Called people on list to confirm individual deposition. | | |
| 12/11/2013 | MJO | Revised/drafted Responses and Objections to Interrogatories and Requests for Production Directed to Patricia Rapp, re: Interrogatories No. 1-16; Requests for Production No. 1-26. | 1.50 | $412.50 |
| 12/11/2013 | MJO | Revised/drafted Responses and Objections to Interrogatories Directed to Darcy Wingler, re: Interrogatories No. 1-16; Requests for Production No. 1-26. | 1.20 | $330.00 |
| 12/11/2013 | MJO | Drafted email to opposing counsel, re: discovery responses for Patricia Rapp Interrogatories No. 1-16; Requests for Production No. 1-26. | 0.30 | $82.50 |
| 12/11/2013 | MJO | Revised/drafted Responses and Objections to Interrogatories Directed to Joy Anderson, re: Interrogatories No. 1-16; Requests for Production No. 1-26. | 1.00 | $275.00 |
| 12/11/2013 | JMF | Corp Rep Depo Prep- outline, document review, prep questions. | 7.00 | $1,575.00 |
| 12/11/2013 | CA | Check optin email for any correspondence from class reps; revise interrogatories based on information provided by class rep Chancey; discussion with MJO re: finalizing discovery responses; call class rep to verify depo date. | 12.70 | $2,857.50 |
| 12/12/2013 | MJO | Meeting with Attorneys Kyle O'Driscoll and Josh Leach, re: Defendant's document production. | 0.50 | $137.50 |
| 12/12/2013 | MJO | Telephone call with co-counsel Russ Riggan, re: depositions in Florida and Texas. | 0.50 | $137.50 |
| 12/12/2013 | MJO | Emailed co-counsel Russ Riggan, re: depositions in Texas, Florida, and Georgia. | 0.30 | $82.50 |
| 12/12/2013 | JMF | Corp Rep Depo Prep- outline, document review, prep questions. | 2.40 | $540.00 |
| 12/12/2013 | CA | Download discovery documents provided by defendant; review documents received from defendant, determine which documents we were not able to access; print off documents received from defendant; contact class reps re reviewing interrogatory responses and completing verification page, left voicemail for those unable to reach, send email; worked on Ptsy Hayes RFPs | 11.30 | $2,542.50 |
| 12/13/2013 | MJO | Revised/drafted Responses to Interrogatories No. 1-5 for Plaintiff Kandace Chancey. | 0.70 | $192.50 |
| 12/13/2013 | MJO | Telephone call with opposing counsel Greg Mersol, re: scheduling depositions. | 0.40 | $110.00 |
| 12/13/2013 | MJO | Emailed opposing counsel Greg Mersol, re: notice of corporate designee deposition. | 0.30 | $82.50 |
| 12/13/2013 | MJO | Drafted/revised Responses to Interrogatories No. 5-16 and Responses to Requests for Production for Plaintiff Kandace Chancey. | 1.50 | $412.50 |
| 12/13/2013 | JMF | Corp Rep Deposition preparation; prepare file of corp Rep Deposition prep to transfer to Jon. | 2.90 | $652.50 |
| 12/13/2013 | CA | Phone calls and emails to members of class; document production printing out and organizing continued working on interrogatories and requests for production; drafted specific emails about verification forms and sent them out to each person we don't have a verification form for. Also drafted an email for the entire group; created sheet identifying status updates of class members. | 9.30 | $2,092.50 |
| 12/15/2013 | MJO | Drafted assignment memorandum for attorneys Josh Leach and Kyle O'Driscoll, re: review of documents produced by Defendant to ensure compliance with Dec. 6 court order. | 0.50 | $137.50 |
| 12/16/2013 | MJO | Telephone call with Russ Riggan, re: deposition scheduling in FL, TX, and MO. | 0.50 | $137.50 |
| 12/16/2013 | MJO | Phone call with Patricia Rapp, re: deposition preparation | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| | | availability in Chicago; facts of case specific to Ms. Rapp; Ms. Rapp's hours work; Ms. Rapp's experience with ADP/Timesaver log-in functions. | | |
| 12/16/2013 | MJO | Meeting with attorney Jonathan Skrabacz, re: questions to ask during representative of Defendant's corporate representative concerning redacted payroll documents produced by Defendant. | 0.50 | $137.50 |
| 12/16/2013 | MJO | Drafted/reviewed/revised Responses and Objections to Defendant's Interrogatories and Requests for Production Directed to Plaintiff Wendolyn Smith; reviewed approximately 91 pages of documents to be produced by Plaintiff Smith. | 1.30 | $357.50 |
| 12/16/2013 | MJO | Drafted/reviewed/revised Responses and Objections to Defendant's Interrogatories and Requests for Production Directed to Plaintiff Wendolyn Smith; reviewed approximately 91 pages of documents to be produced by Plaintiff Smith. | 1.00 | $275.00 |
| 12/16/2013 | CRM | Meeting with Attorney K. Dolley, re: Rule 30(b)(6) Notice | 0.30 | $82.50 |
| 12/16/2013 | CRM | Revise 30(b)(6) deposition notice drawing on questionnaire responses and developing ESI topics | 2.70 | $742.50 |
| 12/16/2013 | KJD | Deposition travel from STL to Hartford. | 4.50 | $2,025.00 |
| 12/16/2013 | JES | Started copies of documents for corp rep depo; continued Lugo; started copies of documents for corp rep depo; continued Lugo document punch edits; drafted chapter re: earnings code info for the corp rep depo; drafted chapter re: equipment loan and software agreement; met with MO re: questions for documents used in depos; drafted chapter re: makeup to date report example. | 8.00 | $1,800.00 |
| 12/17/2013 | MJO | Emailed co-counsel Russ Riggan, re: deposition availability of FL and TX deponents. | 0.70 | $192.50 |
| 12/17/2013 | MJO | Emailed opt-in Plaintiff Patricia Rapp, re: notice of deposition and coordinating time to prep witness on 12/19. | 0.20 | $55.00 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories and Requests for Production Directed to Barbara Vaughn. | 1.20 | $330.00 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories and Requests for Production Directed to Janeen DeBoard. | 1.00 | $275.00 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories Directed to Joy Anderson. | 0.80 | $220.00 |
| 12/17/2013 | MJO | Phone call with Patricia Rapp, re: deposition preparation meeting on 12/19 and deposition 12/20. | 0.40 | $110.00 |
| 12/17/2013 | MJO | Phone conference with Kevin Dolley, re: corporate representative deposition. | 0.80 | $220.00 |
| 12/17/2013 | MJO | Reviewed/revised Responses and Objections to Requests for Production and documents produced by Plaintiff Joy Anderson. | 0.50 | $137.50 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories and Requests for Production Directed to Julie Wright. | 1.50 | $412.50 |
| 12/17/2013 | MJO | Analyzed and examined documents to be produced by Plaintiff Julie Wright. | 0.50 | $137.50 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories and Requests for Production Directed to Laura Denio. | 1.50 | $412.50 |
| 12/17/2013 | MJO | Analyzed and examined documents to be produced by Plaintiff Laura Denio. | 0.50 | $137.50 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories and Requests for Production Directed to Patsy Hayes. | 0.80 | $220.00 |
| 12/17/2013 | MJO | Drafted/revised/reviewed Responses and Objections to First Set of Interrogatories and Requests for Production Directed to Jacqueline St. Georges. | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| 12/17/2013 | KJD | Prep for Corp Designee Deposition. Extensive document review related to exhibits for deposition, extensive review of chapters of questions, detailed preparation of depo questions, extensive review of docs and detailed review of pleadings. Defendant written discovery responses, Plaintiff questionnaires prior depos of Plaintiffs. | 14.00 | $6,300.00 |
| 12/17/2013 | CA | Examined, categorized, and checked for production documents produced by Defendant; created sheet listing what had been produced for each of the 21 deposition candidates; drafted emails and made phone calls to the remaining persons we have not been able to contact in regard to their verification pages and deposition dates; updated verification list document and deposition list document; organized previously examined discovery; edited and updated document production lists, class member information list, and deposition contact list. | 14.50 | $3,262.50 |
| 12/17/2013 | CA | Review which class reps have provided verification pages for discovery responses; contact class reps who have yet to submit verification; contact new class reps in order to complete discovery responses, left voicemail, sent email; continue preparing discovery responses, compiling documents for class reps, draft responses to irogs/rfp; contact class reps re verification pages; draft letter to be mailed to class reps requesting participation with discovery responses. | 14.50 | $3,262.50 |
| 12/17/2013 | JES | Discussed scanning documents into computer with Morgan; reviewed D's motion in limine that requires a response from us; finished final set of questions re: spreadsheets for Corp Rep Depo; Put scanned documents into folders in dropbox with corresponding questions; worked on non-document related questions for corp rep depo; put scanned documents into folders in dropbox with corresponding questions. | 9.10 | $2,047.50 |
| 12/18/2013 | MJO | Telephone call with co-counsel Samuel Moore, re: scheduling FL depositions. | 0.30 | $82.50 |
| 12/18/2013 | MJO | Telephone call with Attorney Kevin Dolley, re: preparation of outline for corporate representative deposition. | 0.70 | $192.50 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Joy Anderson. | 0.50 | $137.50 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Kandace Chancey. | 0.30 | $82.50 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Janeen DeBoard. | 0.80 | $220.00 |
| 12/18/2013 | MJO | Emailed Attorney Sam Moore, re: deposition of Jacqueline St. Georges in Florida. | 0.10 | $27.50 |
| 12/18/2013 | MJO | Telephone call with Sam Moore, re: deposition of Jacqueline St. Georges in Florida. | 0.20 | $55.00 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Laura Denio. | 1.00 | $275.00 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Patsy Hayes. | 0.50 | $137.50 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Wendolyn Smith. | 0.80 | $220.00 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Jacqueline St. Georges. | 0.50 | $137.50 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| | | Plaintiff Barbara Vaughn. | | |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Darcy Wingler. | 1.00 | $275.00 |
| 12/18/2013 | MJO | Conducted final revisions to Responses and Objections to Interrogatories and Requests for Production Directed to Plaintiff Julie Wright. | 1.00 | $275.00 |
| 12/18/2013 | MJO | Drafted chapters, re: notice of corporate rep deposition outline, re: chapters and agreement entered between Transcend and ADP; introduction questions for document chapters concerning equipment loan and software agreements and Time Log with Edits documents. | 1.50 | $412.50 |
| 12/18/2013 | KJD | Prepared for corp. designee depo, reviewed extentive information related to time, attendance, wage and hour and payroll information. Drafted 60 Chapters containing detailed questioning per chapter related to topics for depo. Reviewed documents that were defendant produced specific to opt-in plaintiffs. reviewed ADP web portal info. Conduced extensive prep for depo of corporate designee. | 12.00 | $5,400.00 |
| 12/18/2013 | CA | Began discovery for 5 additional class members; drafted individual emails and made phone calls; continued discovery process, including drafting interrogatories and requests for production for new chosen members; interrogatory phone call with Arena Marques. | 13.30 | $2,992.50 |
| 12/18/2013 | MRK | Drafting on Motion to Compel relating to accessibility of discovery responses and interpretation of documents produced by Defendants;Drafting of chapter of questions addressing topics including storage of information, migration of data, communication between Beyond and other timekeeping software, preservation of data in light of litigation. | 8.00 | $1,800.00 |
| 12/18/2013 | JES | Redrafted chapters in order to conform to the scope of he Corp Rep Depo; prepared for and had a phone call with KD re: Corp Rep Depo; went through corp rep depo notice and pulled the names of systems/websites etc used by Defendant's that will be asked about in the deposition; drafted chapter on ADP Portal/Transcend/Nuance transition; drafted chapter on retention and maintenance of records; drafted chapter on support staff specific to ADP sit; record keeping requirements during and after class period mirroring #42 on notice of depo. called KD to discuss chapters of Corp Rep Depo; updated chapters per the corp rep depo. | 10.30 | $2,317.50 |
| 12/19/2013 | MJO | Travel from St. Louis to Chicago, IL for purposes of defending deposition of Plaintiff Patricia Rapp. | 2.00 | $550.00 |
| 12/19/2013 | MJO | Prepared Plaintiff Patricia Rapp for deposition scheduled for 12/20. | 4.00 | $1,100.00 |
| 12/19/2013 | KJD | Prep for Deposition. | 1.00 | $450.00 |
| 12/19/2013 | KJD | Deposition from 9-5:30. Deposing witness and preparing and updating information. | 8.50 | $3,825.00 |
| 12/19/2013 | KJD | Memo to file regarding outcomes and results of deposition of corp designee; review results of Corp Rep depo with co-counsel MJO. | 0.75 | $337.50 |
| 12/19/2013 | CA | Drafted on Beverly McCoy's interrogatories and responses to requested for production by examining her questionnaire; drafted and send email to Bev McCoy with her interrogatories attached requesting her approval; drafted and edited interrogatories and requests for production for additional members; phone call to members requesting verification forms and/or confirmation of depo dates; drafted and sent emails to members who diMAK't respond; made list of class members with status updates. | 9.50 | $2,137.50 |
| 12/20/2013 | MJO | Participated in defending deposition of Plaintiff Patricia Rapp. | 5.00 | $1,375.00 |

| | | | | |
|---|---|---|---|---|
| 12/20/2013 | MJO | Travelled from Chicago, IL to St. Louis, MO after defending deposition of Patricia Rapp. | 2.00 | $550.00 |
| 12/20/2013 | MAK | Draft, edit, create Notice of 30(b)(6) Deposition. | 3.00 | $675.00 |
| 12/20/2013 | CRM | Revise 30(b)(6) deposition notice based on recommendations of Attorney K. Dolley | 1.40 | $385.00 |
| 12/20/2013 | KJD | Review Rapp docs, discovery responses, prepare for deposition defense. | 2.00 | $900.00 |
| 12/20/2013 | KJD | Travel from Hartford to Chicago for deposition. | 3.00 | $1,350.00 |
| 12/20/2013 | CA | Review docs received from class rep, scan into pdf format; revise rfp based on docs received; drafted and edited interrogatories and requests for production for additional members; drafted and sent emails to Teresa Pemerton and Lynda Romanek; drafted and edited interrogatories and requests for production for additional members; phone call with Carol Failla. | 4.00 | $900.00 |
| 12/23/2013 | MJO | Emailed co-counsel Russ Riggan, re: deposition of Margaret Anne Thorpe. | 0.30 | $82.50 |
| 12/23/2013 | MJO | Emailed co-counsel Sam Moore, re: deposition of Plaintiff Janeen DeBoard. | 0.20 | $55.00 |
| 12/23/2013 | MJO | Drafted email to Plaintiff Patsy Hayes, re: information concerning deposition preparation meeting and deposition scheduled for 12/27. | 0.30 | $82.50 |
| 12/23/2013 | CA | Prepare Hayes documents for deposition; Conversation with class reps over phone re depsoition dates and discovery responses; Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, documents, deposition deates; draft responses to interrogatories and rfp; scan documents sent class reps into pdf format. | 8.20 | $1,845.00 |
| 12/23/2013 | CA | Called and emailed members, began putting together depo and discovery list for remaining members; worked on responses to interrogatories and requests for production; made phone call to members. | 6.50 | $1,462.50 |
| 12/26/2013 | MJO | Emailed opposing counsel, re: deposition date for Diane Spencer. | 0.20 | $55.00 |
| 12/26/2013 | MJO | Analyzed and examined questionnaire, discovery responses, and documents produced by Defendant, re: Patsy Hayes, for purposes of preparing to defend her deposition. | 1.50 | $412.50 |
| 12/26/2013 | MJO | Drive time from St. Louis, MO to Poplar Bluff, MO for purposes of defending deposition of Patsy Hayes. | 2.50 | $687.50 |
| 12/26/2013 | MJO | Prepared client for deposition, re: lines of potential questioning concerning line rate, work time, overtime rate, what to expect. | 2.00 | $550.00 |
| 12/26/2013 | MJO | Drafted updated chart of deposition dates for 17 Plaintiffs we have set deposition dates for. | 0.80 | $220.00 |
| 12/26/2013 | CA | Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, document, deposition dates; draft responses to interrogatories and rfp; scan documents sent in by class reps into pdf format. | 3.00 | $675.00 |
| 12/27/2013 | CRM | Instruct contract attorneys on corporate representative deposition summary. Follow up on progress | 0.20 | $55.00 |
| 12/27/2013 | CRM | Discuss Transcend Motions with attorney J. Skrabacz | 0.30 | $82.50 |
| 12/27/2013 | CA | Called and emailed Diane Spencer about her deposition location; updated contact list; worked on interrogatories and requests for production for Serena Marques; worked on interrogatories and requests for production for for Carol Failla; typed up deposition summary for corp rep depo. | 14.50 | $3,262.50 |
| 12/28/2013 | CRM | Research case law on Motion for Contempt. Review local rule as to same. Draft Motion to Compel and Show Cause. Discuss same with attorneys K. Dolley and M. Obermeyer. Revise Motion and draft Notice of same. Email to | 6.10 | $1,677.50 |

| | | | | |
|---|---|---|---|---|
| | | K. Dolley and M. Obermeyer for review. | | |
| 12/29/2013 | JMF | Preparing hard copies for filing 206,207,208. | 2.50 | $562.50 |
| 12/30/2013 | MJO | Meeting with Attorney Jason Finkes, re: preparing for Rule 30(b)(6) deposition. | 0.20 | $55.00 |
| 12/30/2013 | MJO | Meeting with Attorneys Kyle O'Driscoll and Josh Leach, re: discovery for remaining deponents/individuals. | 0.50 | $137.50 |
| 12/30/2013 | MJO | Reviewed/revised Responses and Objections to Interrogatories for Plaintiff Kathleen Schuster. | 0.50 | $137.50 |
| 12/30/2013 | MJO | Telephone call with Sam Moore, re: discovery responses for Reeser, Keenan, McLemore. | 0.20 | $55.00 |
| 12/30/2013 | MJO | Drafted/revised responses and objections to interrogatories for Barbara Keenan. | 0.50 | $137.50 |
| 12/30/2013 | MJO | Drafted/revised responses and objections to interrogatories and Requests for Production for Plaintiff Barbara Keenan, re: revised Interrogatories 2-5; 8, 11, 12; analyzed and examined approximately 100 pages of documents for purposes of responding to interrogatories and requests for production. | 1.50 | $412.50 |
| 12/30/2013 | MJO | Examined/analyzed documents for purposes of corporate representative deposition, re: Timesaver implementation; MLS work duties; MLS complaints; MLS production-based compensation. | 1.00 | $275.00 |
| 12/30/2013 | MJO | Phone call with Attorney Kevin Dolley, re: status conference. | 0.40 | $110.00 |
| 12/30/2013 | MJO | Drafted email to Judge Rowland for review of attorney Kevin Dolley, re: documents to be produced by Defendant on class-wide basis. | 0.40 | $110.00 |
| 12/30/2013 | MJO | Telephone call with Plaintiff Kathleen Schuster, re: deposition availability and date. | 0.50 | $137.50 |
| 12/30/2013 | MJO | Emailed Kathleen Schuster, re: deposition availability. | 0.30 | $82.50 |
| 12/30/2013 | MJO | Drafted/revised outline for purposes of defending depositions, addressed to co-counsel, re: questions/lines of inquiry to expect when defending stage 2 depositions directed at de-certifying class. | 1.00 | $275.00 |
| 12/30/2013 | JMF | Document duplication, sorting and review in preparation for Corp Rep Deposition. | 4.00 | $900.00 |
| 12/30/2013 | CRM | Discuss status conference with Attorney K. Dolley, discuss case strategy moving forward | 0.10 | $27.50 |
| 12/30/2013 | CA | Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, documents, deposition dates; draft responses to interrogatories and rfp; scan documents sent in by class reps into pdf format | 2.50 | $562.50 |
| 12/30/2013 | CA | Call participating class members re responding to interrogatories, deposition availability; Draft interrogatory responses and sent to class members for verification. | 1.80 | $405.00 |
| 12/30/2013 | CA | Call participating class member to verify interrogatory responses, request verification form be signed and returned, and discussed deposition availability. | 0.30 | $67.50 |
| 12/30/2013 | KJD | Travel from STL to Chicago. Hearing to airport,cab to courthouse; Travel courthouse to airport, travel from Chicago to STL; Prep for status hearing before Judge Rowland; Meeting with OC Mersol, outside of courthouse to discuss settlement, discovery deficiencies of Defendant; Email to Riggon, re: defendant coverage; Review defendant's responses to 2nd written discovery requests to defendants. | 9.75 | $4,387.50 |
| 12/30/2013 | CA | Meeting with Mark; Patty Rapp phone call; began discovery process for 5 additional, substitute members; began drafting search term list; continued drafting search term list; call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery. | 8.75 | $1,968.75 |
| 12/30/2013 | JES | Filled out and filed the pro hac vice form in the ND of IL; | 7.50 | $1,687.50 |

| | | | | |
|---|---|---|---|---|
| | | conferred with client re: rescheduling the location of the Malta MT deposition; began depo prep for corp rep depo scheduled for Jan 6, 2014 by drafting a chapter on organizational structure on during the Class Period; drafted chapter for corp depo re entities liable for judgment against defendant in this case; drafted chapter re MLS access to email; drafted chapter re company-wide file sharing methods/systems; drafted chapter re location and content of all logging and audit trails for networks and other systems keeping trac of the online activity of Plaintiffs. | | |
| 12/31/2013 | MJO | Drafted email to Plaintiff Diane Spencer, re: deposition preparation availability and deposition trip to MD. | 0.30 | $82.50 |
| 12/31/2013 | MJO | Drafted updated/revised outline for deposition preparation for use of co-counsel, re: Introduction; Transcend's objectives during the stage 2 depositions; discussed Transcend's apparent strategy for de-certification and how to combat this during deposition through making form objections; discussed the most important information on which we need to prep the clients on the basis of the content of the first 2 depositions so far; revised section concerning how to explain to clients the legal basis of the lawsuit. | 2.80 | $770.00 |
| 12/31/2013 | MJO | Emailed opposing counsel Tracey Ellerson, re: Defendant's production of all court-ordered documents for Diane Martin. | 0.30 | $82.50 |
| 12/31/2013 | MJO | Drafted updated/revised outline for deposition preparation for use of co-counsel, re: common lines of questioning featured in first 2 stage 2 depositions; Plaintiffs' living arrangement and work habits; discussion of lawsuit with any other persons/MLSs; written logs/facebook posts; time flexing policy; compensation method; unattainable production quotas within allotted schedule time assigned to MLSs. | 1.50 | $412.50 |
| 12/31/2013 | MJO | Drafted updated/revised outline for deposition preparation for use of co-counsel, re: common lines of questioning featured in first 2 stage 2 depositions; MLS job duties; compensable vs. non-compensated work time; "hands on keyboard" vs. "hands off keyboard" non-production time; employer knowledge of work time and when MLSs working; timekeeping instructions received by MLSs from team leads/regional managers/those higher up the corporate chain; overtime compensation. | 1.00 | $275.00 |
| 12/31/2013 | JMF | Corp Rep Depo Prep, duplication of documents; sort documents. | 6.20 | $1,395.00 |
| 12/31/2013 | CA | Call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery; Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, documents, deposition dates; draft responses to interrogatories and rfp; scan documents sent in by class reps into pdf format | 1.20 | $270.00 |
| 12/31/2013 | CA | Call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery; Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, documents, deposition dates; draft responses to interrogatories and rfp; scan documents sent in by class reps into pdf format | 1.80 | $405.00 |
| 12/31/2013 | CA | Draft interrogatory responses based on information obtained from phone conversation with class member; email completed draft and verification page to class member for her review | 1.10 | $247.50 |
| 12/31/2013 | CA | Burn documents from defendant to disk for mjo | 0.20 | $45.00 |
| 12/31/2013 | CA | Call class member to complete written discovery responses. | 0.50 | $112.50 |
| 12/31/2013 | CA | Worked on interrogatories and requests for production for 5 substitute discovery class members | 1.50 | $337.50 |
| 12/31/2013 | CA | Worked on interrogatories and requests for production for 5 | 1.50 | $337.50 |

| | | substitute discovery class members | | |
|---|---|---|---|---|
| 12/31/2013 | CA | Worked on interrogatories and requests for production for 5 substitute discovery class members | 1.50 | $337.50 |
| 12/31/2013 | CA | Worked on interrogatories and requests for production for 5 substitute discovery class members | 0.75 | $168.75 |
| 12/31/2013 | CA | Interrogatory phone call with Laurie Leiker | 0.50 | $112.50 |
| 12/31/2013 | CA | Phone call with Serena Marques | 0.25 | $56.25 |
| 12/31/2013 | CA | Made requested changes to Sarena Marques interrogatories | 0.25 | $56.25 |
| 12/31/2013 | CA | Continued drafting search term list | 1.50 | $337.50 |
| 12/31/2013 | KJD | Draft response motions to compel opt-ins Plaintiffs. | 3.00 | $1,350.00 |
| 12/31/2013 | KJD | Draft response, Motion for Protective Order, Depo Notice, Ruls 30(b)(6), Corp Designee | 2.00 | $900.00 |
| 01/01/2014 | MJO | Attempted calling Plaintiff Diane Spencer, re: deposition time; left voicemail. | 0.10 | $27.50 |
| 01/01/2014 | MJO | Emailed Diane Spencer, re: availability for deposition prep time. | 0.10 | $27.50 |
| 01/01/2014 | MJO | Attempted calling Plaintiff Kathleen Schuster, re: deposition date confirmation; left voicemail. | 0.10 | $27.50 |
| 01/01/2014 | MJO | Emailed Kathleen Schuster, re: confirmation of deposition date. | 0.10 | $27.50 |
| 01/01/2014 | MJO | Emailed Diane Spencer, re: confirmation of deposition preparation time. | 0.10 | $27.50 |
| 01/01/2014 | MJO | Conducted final review/revisions to deposition preparation outline prior to sending to co-counsel Russ Riggan and Sam Moore. | 0.50 | $137.50 |
| 01/02/2014 | MJO | Emailed opposing counsel, re: deposition of Kathleen Schuster. | 0.20 | $55.00 |
| 01/02/2014 | MJO | Meeting with Attorneys Josh Leach and Kyle O'Driscoll, re: discovery responses of Marques, Failla, Schuster, Thorpe, Plum. | 0.50 | $137.50 |
| 01/02/2014 | MJO | Emailed Plaintiff Kathleen Schuster, re: availability to prep for deposition. | 0.10 | $27.50 |
| 01/02/2014 | MJO | Drafted/revised Plaintiff Sarena Marques's Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production Directed to Plaintiff, re: detailed sentence-by-sentence review of both sets of Responses and Objections. | 1.50 | $412.50 |
| 01/02/2014 | MJO | Emailed OC Jeff Vlasek, re: deposition logistics for Kathleen Schuster. | 0.20 | $55.00 |
| 01/02/2014 | MJO | Drafted emails to co-counsel Russ Riggan and Sam Moore, re: documents produced by Defendant for purposes of preparing for defense of depositions. | 0.50 | $137.50 |
| 01/02/2014 | MJO | Telephone call with Russ Riggan, re: deposition scheduling. | 0.50 | $137.50 |
| 01/02/2014 | MJO | Telephone call with co-counsel Jonathan Skrabacz, re: strategy for defending deposition of Diane Martin. | 0.30 | $82.50 |
| 01/02/2014 | MJO | Drafted/revised Plaintiff Kathleen Schuster's Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production Directed to Plaintiff, re: detailed sentence-by-sentence review of both sets of Responses and Objections. | 1.20 | $330.00 |
| 01/02/2014 | JMF | Corp Rep Depo Prep, duplication of documents; sort documents. | 8.50 | $1,912.50 |
| 01/02/2014 | CA | Meeting with Mark | 0.25 | $56.25 |
| 01/02/2014 | CA | Worked on interrogatories and requests for production for remaining discovery class members | 0.50 | $112.50 |
| 01/02/2014 | CA | Phone Call with Carol Failla | 0.50 | $112.50 |
| 01/02/2014 | CA | Interrogatory phone call with Janet Moore | 0.50 | $112.50 |
| 01/02/2014 | CA | Went through Carol Failla's docs, scan them in and updated her discovery; began drafting Janet Moore's discovery | 2.00 | $450.00 |
| 01/02/2014 | CA | Examined the edits Laurie Leiker made to her interrogatories | 1.25 | $281.25 |

|  |  | and re-did her answers in the correct format |  |  |
|---|---|---|---|---|
| 01/02/2014 | CA | Email correspondence with Carol Failla and Laurie Leiker | 0.25 | $56.25 |
| 01/02/2014 | CA | Worked on interrogatories and requests for production for remaining discovery class members | 1.50 | $337.50 |
| 01/02/2014 | CA | Drafted Janet Moore's discovery | 1.50 | $337.50 |
| 01/02/2014 | CA | Continue preparing discovery responses and contacting participating class members re discovery/depositions | 0.70 | $157.50 |
| 01/02/2014 | CA | Call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery; Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, documents, deposition dates; draft responses to interrogatories and rfp; scan documents sent in by class reps into pdf format | 2.60 | $585.00 |
| 01/02/2014 | CA | Discussion with MJO re status of discovery, participating class reps, deposition availability | 0.20 | $45.00 |
| 01/02/2014 | CA | Call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery; Continue preparing discovery responses for participating class reps | 2.30 | $517.50 |
| 01/02/2014 | CA | Call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery; Continue preparing discovery responses for participating class reps; contact class reps re discovery responses, verification pages, documents, deposition dates; draft responses to interrogatories and rfp; scan documents sent in by class reps into pdf format | 1.20 | $270.00 |
| 01/02/2014 | CA | Scan, review, and bates number docs sent in by participating class member | 0.40 | $90.00 |
| 01/02/2014 | CA | Compile documents from def for class members being deposed by Russ and Sam in zip files | 1.00 | $225.00 |
| 01/02/2014 | JES | Travel from Billings, MT to Malta, MT to defend deposition of Medical transcriptionist; met with client regarding upcoming deposition scheduled for 1/3/14. | 6.00 | $1,350.00 |
| 01/03/2014 | MJO | Telephone call with Attorney Jonathan Skrabacz, re: strategy for defending deposition of Diane Martin and additional documents produced by Defendant for Diane Martin on 1/2/14. | 0.50 | $137.50 |
| 01/03/2014 | MJO | Drafted/revised Plaintiff Carol Failla's Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production Directed to Plaintiff, re: detailed sentence-by-sentence review of both sets of Responses and Objections. | 2.00 | $550.00 |
| 01/03/2014 | MJO | Drafted/revised Plaintiff Anne Thorpe's Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production Directed to Plaintiff, re: detailed sentence-by-sentence review of both sets of Responses and Objections. | 1.50 | $412.50 |
| 01/03/2014 | MJO | Drafted/revised Plaintiff Marie Plum's Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production Directed to Plaintiff, re: detailed sentence-by-sentence review of both sets of Responses and Objections. | 1.00 | $275.00 |
| 01/03/2014 | MJO | Telephone call with Attorney Jonathan Skrabacz, re: strategy for defending deposition of Diane Martin and additional documents produced by Defendant for Diane Martin on 1/2/14. | 0.50 | $137.50 |
| 01/03/2014 | MJO | Drafted email to opposing counsel Greg Mersol and Tracey Ellerson, re: substitution of Marie Plum as Plaintiff. | 0.30 | $82.50 |
| 01/03/2014 | MJO | Telephone call with co-counsel Sam Moore, re: deposition strategy for defending deposition of Jacqueline St. Georges. | 0.50 | $137.50 |

| | | | | |
|---|---|---|---|---|
| 01/03/2014 | JMF | Corp Rep Depo Prep, duplication of documents; sort documents. | 7.00 | $1,575.00 |
| 01/03/2014 | CA | Reviewed and edited interrogatories and requests for production for Laurie Leiker | 1.00 | $225.00 |
| 01/03/2014 | CA | Reviewed and edited interrogatories and requests for production for Laurie Leiker and Janet Moore | 1.50 | $337.50 |
| 01/03/2014 | CA | Reviewed and edited interrogatories and requests for production for Laurie Leiker and Janet Moore | 1.50 | $337.50 |
| 01/03/2014 | CA | Contact participating class members re discovery; draft responses to interrogatories and requests for production; verify deposition availability with participating class members | 2.20 | $495.00 |
| 01/03/2014 | CA | Contact participating class member re discovery; draft responses to interrogatories and requests for production; verify deposition availability with participating class members. | 1.20 | $270.00 |
| 01/03/2014 | CA | Print off and prepare documents for MJO for Spencer deposition | 0.50 | $112.50 |
| 01/03/2014 | CA | Continue preparing discovery responses for participating class members; contacting potential class reps re discovery, drafting responses to interrogatories and requests for production | 1.40 | $315.00 |
| 01/03/2014 | CA | Worked on remaining interrogatories and requests for production; took phone calls and responded to emails | 2.00 | $450.00 |
| 01/03/2014 | CA | Call participating class reps in order to complete discovery, verify deposition dates; inquire into willingness to participate in discovery; Continue preparing discovery responses for participating class reps | 1.80 | $405.00 |
| 01/03/2014 | CA | Phone call with participating class member re revisions to interrogatory responses and deposition date; revise response to interrogatories; verify changes with class rep; send to MJO | 0.80 | $180.00 |
| 01/03/2014 | CA | Jeanie Purcell interrogatories and requests for production | 1.75 | $393.75 |
| 01/03/2014 | CA | Meeting with Mark; scanned in Failla documents | 0.25 | $56.25 |
| 01/03/2014 | CA | Examined Failla documents | 0.50 | $112.50 |
| 01/04/2014 | MJO | Travel time from St. Louis, Missouri to Baltimore, Maryland for purposes of defending deposition of Diane Spencer. | 7.50 | $2,062.50 |
| 01/04/2014 | MJO | Drafted email to Plaintiff Diane Spencer, re: confirmation of place/time for meeting for purposes of preparing for deposition. | 0.20 | $55.00 |
| 01/04/2014 | MJO | Drafted email to Plaintiff Kathleen Schuster, re: confirmation of place/time for meeting for purposes of deposition preparation. | 0.30 | $82.50 |
| 01/04/2014 | JMF | Corp Rep Depo Prep, document review for responsiveness and separating into chapters; document duplication and review for responsiveness. | 7.00 | $1,575.00 |
| 01/04/2014 | JES | Travel from Billings, MT to St. Louis, MO after appearing at deposition of Medical Transcriptionist. | 15.00 | $3,375.00 |
| 01/05/2014 | MJO | Drafted email to co-counsel Jonathan Skrabacz, re: provided instruction/details for defending remaining 3 depositions in FL and TX. | 0.50 | $137.50 |
| 01/05/2014 | MJO | Met with Plaintiff Diane Spencer, re: prepared Spencer for deposition scheduled for 1/6; discussed deposition process and strategy for answering questions. | 2.00 | $550.00 |
| 01/05/2014 | MJO | Analyzed and examined approximately 250 supplementary documents for Plaintiff Darcy Wingler. | 3.00 | $825.00 |
| 01/05/2014 | MJO | Emails with OC Jeff Vlasek, re: logistics of defending deposition of Diane Spencer and OC travel difficulties. | 0.30 | $82.50 |
| 01/05/2014 | MJO | Telephone call with co-counsel Sam Moore, re: strategy for deposition defense, specifically deposition of Jacqueline St. Georges set for 1/6. | 0.50 | $137.50 |
| 01/05/2014 | MJO | Telephone call with co-counsel Russ Riggan, re: provided advice for setting deposition of Carol Failla in Monroe, NC. | 0.20 | $55.00 |
| 01/06/2014 | MJO | Defended deposition of Plaintiff Diane Spencer. | 4.00 | $1,100.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/2014 | MJO | Telephone calls with Attorney Sam Moore, re: depositions of Darcy Wingler and Sheila Reeser. | 0.50 | $137.50 |
| 01/06/2014 | MJO | Travel time from Baltimore, MD to Cleveland, OH for purposes of defending deposition of Plaintiff Kathleen Schuster in Cleveland, OH. | 3.00 | $825.00 |
| 01/06/2014 | JMF | Corp Rep Depo preparation of chapters. | 8.50 | $1,912.50 |
| 01/06/2014 | CA | Worked on interrogatories and requests for production for backup members | 2.00 | $450.00 |
| 01/06/2014 | CA | Draft search terms letter | 0.90 | $202.50 |
| 01/06/2014 | CA | Review documents received from defendant for each class member; draft list showing what has been received for each person and what we have not received yet. | 1.50 | $337.50 |
| 01/06/2014 | CA | Locate and send to MJO any documents received re Reeser | 0.20 | $45.00 |
| 01/06/2014 | CA | Continue drafting discovery responses and making revisions based on input from class rep | 0.60 | $135.00 |
| 01/06/2014 | CA | Download documents sent into email by participating class member; compile into single pdf file, bates number doc for discovery | 1.70 | $382.50 |
| 01/06/2014 | CA | Worked on interrogatories and requests for production for backup members | 2.00 | $450.00 |
| 01/06/2014 | CA | Added terms to search term list | 0.25 | $56.25 |
| 01/06/2014 | CA | Continue drafting discovery responses and making revisions based on input from class rep; contact class reps to verify/set deposition dates | 1.90 | $427.50 |
| 01/06/2014 | CA | Communication with Laurie Leiker | 0.25 | $56.25 |
| 01/06/2014 | CA | Worked on interrogatories and requests for production for backup members | 1.50 | $337.50 |
| 01/06/2014 | CA | Worked on interrogatories and requests for production for backup members | 1.50 | $337.50 |
| 01/06/2014 | CA | Sheila Reeser doc review and sending | 0.50 | $112.50 |
| 01/06/2014 | CA | Examined Jeannie Purcell and Francine Gorskie questionnaires | 0.50 | $112.50 |
| 01/06/2014 | CA | Draft and send emails to Jeannie Purcell and Francine Gorskie | 0.25 | $56.25 |
| 01/06/2014 | KJD | Draft and edit key wordsearch letter to OC; revie and send to OC additional depo topics. | 3.00 | $1,350.00 |
| 01/06/2014 | JES | Discussed upcoming depos with MJO; called client Sarena Marques and Janeen DeBoard re: upcoming depo; researched and booked travel arrangements for depos in Florida. | 2.80 | $630.00 |
| 01/07/2014 | MJO | Travel time from Cleveland, OH to Canton, OH for purposes of defending deposition of Plaintiff Kathleen Schuster. | 2.50 | $687.50 |
| 01/07/2014 | MJO | Meeting with Plaintiff Kathleen Schuster, re: preparation for deposition scheduled for 1/8/14; discussed potential lines of questioning related to Defendant's wage and hour policies; discussed Plaintiff's understanding of Defendant's wage and hour policies and her experience working with Defendant in detail. | 3.00 | $825.00 |
| 01/07/2014 | MJO | Telephone calls with Sam Moore, re: defending depositions of Plaintiff Darcy Wingler and Jacqueline St. Georges. | 0.50 | $137.50 |
| 01/07/2014 | MJO | Telephone call with Attorney Kevin Dolley, re: hearing scheduled before Judge Rowland for 1/10/14. | 0.50 | $137.50 |
| 01/07/2014 | JMF | Corp Rep Depo prep, documents- Social Media Reports and documents of Dawn Pence personnel file and timesaver manager training. | 7.20 | $1,620.00 |
| 01/07/2014 | CRM | Revise deficiency letter related to Defendant's responses to Plaintiff's second set of interrogatories. Email to attorney K. Dolley for review. | 0.90 | $247.50 |
| 01/07/2014 | CRM | Revise deficiency letter. Email to attorney K. Dolley. | 0.30 | $82.50 |
| 01/07/2014 | CRM | Revise Motion to Compel. | 0.70 | $192.50 |
| 01/07/2014 | CRM | Additional review and revision of Motion to Compel re: Defendant's responses to second set of Interrogatories | 0.40 | $110.00 |
| 01/07/2014 | CRM | Initial revision to response to Defendant's Motion for Protective Order | 1.10 | $302.50 |

| 01/07/2014 | CRM | Prepare exhibits to Motion to Compel, re: 2nd Interrogatories for filing. File motions and exhibits with the court. | 0.30 | $82.50 |
|---|---|---|---|---|
| 01/07/2014 | CRM | Research case law specific to limiting length of opt-in deposition for use in protective order motion. | 0.50 | $137.50 |
| 01/07/2014 | CRM | Review, revise and file Motion for Protective Order | 1.60 | $440.00 |
| 01/07/2014 | CRM | File Notice of Motion, re: Motion to Compel, Motion for Protective Order | 0.20 | $55.00 |
| 01/07/2014 | CA | Revise deficiency letter based off corrections from K. Dolley | 0.50 | $112.50 |
| 01/07/2014 | CA | Draft motion to compel responses to second interrogatories | 0.80 | $180.00 |
| 01/07/2014 | CA | Draft motion to compel responses to second interrogatories | 1.20 | $270.00 |
| 01/07/2014 | CA | Conduct research re protective order to limit depositions | 1.30 | $292.50 |
| 01/07/2014 | CA | Draft motion for protective order to limit length of depositions | 0.90 | $202.50 |
| 01/07/2014 | CA | Draft motion for protective order to limit length of depositions | 1.20 | $270.00 |
| 01/07/2014 | CA | Worked on interrogatories and requests for production for backup members | 0.75 | $168.75 |
| 01/07/2014 | CA | Organized discovery and other documents | 1.00 | $225.00 |
| 01/07/2014 | CA | Made calls and answered emails | 0.25 | $56.25 |
| 01/07/2014 | CA | Reviewed defendant's motion for protective order and began drafting response | 0.50 | $112.50 |
| 01/07/2014 | CA | Meeting with K. Dolley | 0.50 | $112.50 |
| 01/07/2014 | CA | Drafted Response to protective order | 3.00 | $675.00 |
| 01/07/2014 | CA | Read through and notate def's motion for protective order re 30(b)(6) deposition | 0.70 | $157.50 |
| 01/07/2014 | CA | Review def's response to 2nd interrogatories; draft deficiency letter re def's responses to 2nd interrogatories | 2.90 | $652.50 |
| 01/07/2014 | CA | Draft motion to compel responses to second interrogatories | 0.30 | $67.50 |
| 01/07/2014 | CA | Meet with K. Dolley | 0.50 | $112.50 |
| 01/07/2014 | CA | Began drafting response to Motion to Compel | 3.10 | $697.50 |
| 01/07/2014 | CA | Check opt-in email for any correspondence from participating class members | 0.30 | $67.50 |
| 01/07/2014 | KJD | Draft responses to defendants Motion for Protective Order; Response Russ Depo letter; Draft deficiency letter, defendant's response to 2nd set of interrogatories; draft motion to compel responses to 2nd discovery responses; call with Obermeyer, discovery issues; draft motion for Protective Order opt-in depo length. Research court orders supportive of our case. | 7.70 | $3,465.00 |
| 01/07/2014 | MRK | Review and hand correction of Motion to Compel Responses to Second Set of Interrogatories directed to Defendant | 0.20 | $45.00 |
| 01/07/2014 | JES | Depo prep for client Sarena Marques for Friday's deposition. | 6.80 | $1,530.00 |
| 01/08/2014 | MJO | Travel/drive time to pick up Plaintiff Kathleen Schuster for deposition in Canton, OH. | 0.50 | $137.50 |
| 01/08/2014 | MJO | Defended deposition of Kathleen Schuster in Canton, OH. | 4.00 | $1,100.00 |
| 01/08/2014 | MJO | Travel/drive time to drop off Plaintiff Kathleen Schuster after her deposition in Canton, OH. | 0.50 | $137.50 |
| 01/08/2014 | MJO | Travel/drive time from Canton, OH to Cleveland, OH for purposes of returning to St. Louis, MO after defending deposition of Kathleen Schuster. | 1.50 | $412.50 |
| 01/08/2014 | MJO | Flight from Cleveland, OH to St. Louis, MO for purposes of returning home after defending deposition of Kathleen Schuster in Canton, OH. | 3.00 | $825.00 |
| 01/08/2014 | JMF | 30(b)(6) General Depo Prep, reviewing, collating, organizing existing chapters; chapters on ROM/TL supervision, discipline, Personnel Records, MLS performance. | 6.00 | $1,350.00 |
| 01/08/2014 | CA | Drafted Response to Motion to Compel | 1.50 | $337.50 |
| 01/08/2014 | CA | Researched and drafted second version of response to Motion to Compel | 1.50 | $337.50 |
| 01/08/2014 | CA | Review Defendant's response to requests for production; Draft | 2.20 | $495.00 |

| | | | | |
|---|---|---|---|---|
| | | deficiency letter, re: defendant's response to requests for production | | |
| 01/08/2014 | CA | Researched and drafted second version of response to Motion to Compel | 1.50 | $337.50 |
| 01/08/2014 | CA | Research, re: access to database/computer program through discovery | 1.10 | $247.50 |
| 01/08/2014 | CA | Draft email to Opposing Counsel, re: access to computer programs | 1.00 | $225.00 |
| 01/08/2014 | CA | Check opt-in email for correspondence from class members; download documents sent in by class members | 0.40 | $90.00 |
| 01/09/2014 | MJO | Telephone calls with Sam Moore, re: provided advice concerning depositions of Barbara Keenan and Joy McLemore, concerning deposition length and relation of length to lines of questioning. | 0.50 | $137.50 |
| 01/09/2014 | MJO | Responded to emails from Attorney Sam Moore, re: depositions of Plaintiffs Marie Plum and Darcy Wingler. | 0.50 | $137.50 |
| 01/09/2014 | MJO | Emailed Attorney Kevin Dolley, re: hearing with Judge Rowland scheduled for 1/10/14 and strategy for arguing against Defendant's Motion to Compel Participation of Opt-Ins. | 0.50 | $137.50 |
| 01/09/2014 | MJO | Telephone calls with Attorney Jonathan Skrabacz, re: depositions of Sarena Marques and Janeen DeBoard. | 0.80 | $220.00 |
| 01/09/2014 | MJO | Responded to email from Attorney Russ Riggan, re: deposition of Plaintiff Kandace Chancey. | 0.30 | $82.50 |
| 01/09/2014 | MJO | Drafted email to co-counsel highlighting Defendant's specific remaining discovery deficiencies. | 0.80 | $220.00 |
| 01/09/2014 | MJO | Analyzed and examined approximately 20 pages of supplementary documents for Plaintiff Sarena Marques. | 0.50 | $137.50 |
| 01/09/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion to Compel Specific Opt-ins to Participate in Discovery, re: Procedural Posture; Plaintiffs Have Not Violated This Court's Order. | 1.50 | $412.50 |
| 01/09/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion to Compel Specific Opt-ins to Participate in Discovery, re: Plaintiffs Have Not Violated This Court's Order; Any Prejudice Defendant Alleges It Suffers Is The Result Of Its Own Failures and Shortcomings. | 1.50 | $412.50 |
| 01/09/2014 | MJO | Drafted detailed email to co-counsel summarizing the hearing before Judge Rowland held 1/10/14, re: outstanding discovery issues. | 1.50 | $412.50 |
| 01/09/2014 | JMF | Corp Rep Depo Prep, chapters on training, job duties/description. | 1.80 | $405.00 |
| 01/09/2014 | JMF | Corp Rep Depo Prep, chapters on Compliance Worker performance and OT/MKM. | 3.60 | $810.00 |
| 01/09/2014 | CA | Meeting with Mark; called and emailed Judy Lindquist | 0.50 | $112.50 |
| 01/10/2014 | MJO | Telephone call with Judy Lindquist, re: provided client with overview of deposition process, what to expect during deposition, and issues regarding her employment which she may be questioned on. | 1.00 | $275.00 |
| 01/10/2014 | MJO | Meeting with Attorney Josh Leach, re: drafting Plaintiffs' Motion for Extending Discovery Deadline; reasons discovery deadline should be extended limited to Plaintiffs. | 0.50 | $137.50 |
| 01/10/2014 | MJO | Telephone calls with Sam Moore, re: provided advice concerning deposition of Barbara Keenan and outstanding documents/emails produced by Keenan. | 0.50 | $137.50 |
| 01/10/2014 | MJO | Telephone call with Jonathan Skrabacz, re: deposition of Sarena Marques. | 0.50 | $137.50 |
| 01/10/2014 | MJO | Analyzed/examined approximately 1,400 pages of documents produced by Plaintiff Judy Lindquist and discovery responses for Judy Lindquist, re: preparation for defending client's deposition and preparing client for deposition topics. | 3.50 | $962.50 |
| 01/10/2014 | JMF | Corp Rep Depo Prep, chapters on Report usage, task forces, review of notice to brainstorm additional topics and verify | 2.00 | $450.00 |

| | | | | |
|---|---|---|---|---|
| | | breadth of coverage. | | |
| 01/10/2014 | CRM | Review email from opposing counsel, re: objections to search terms | 0.10 | $27.50 |
| 01/10/2014 | CA | Drafted Motion for Extension | 1.50 | $337.50 |
| 01/10/2014 | CA | Meeting with Mark to go over Motion for Extension | 0.50 | $112.50 |
| 01/10/2014 | CA | Researched and began drafting Motion for Extension | 1.50 | $337.50 |
| 01/10/2014 | CA | Drafted Motion for Extension | 1.50 | $337.50 |
| 01/10/2014 | CA | Drafted Motion for Extension | 1.50 | $337.50 |
| 01/10/2014 | CA | Drafted and Reviewed Motion for Extension; organized files; phone correspondence | 1.25 | $281.25 |
| 01/11/2014 | JMF | Organize, coordinate, integrate chapters for Corp Rep Deposition. | 6.00 | $1,350.00 |
| 01/11/2014 | CA | Correspondence with Mark | 0.25 | $56.25 |
| 01/11/2014 | CA | Converted Barb Vaughn emails to PDFs | 2.00 | $450.00 |
| 01/11/2014 | CA | Converted Barb Vaughn emails to PDFs | 2.00 | $450.00 |
| 01/11/2014 | CA | Converted Barb Vaughn emails to PDFs | 2.00 | $450.00 |
| 01/11/2014 | CA | Converted Barb Vaughn emails to PDFs | 2.00 | $450.00 |
| 01/11/2014 | CA | Converted Barb Vaughn emails to PDFs; combined emails into batches and Bates stamped them | 1.50 | $337.50 |
| 01/12/2014 | MJO | Travel time from St. Louis, MO to Omaha, NE for purposes of defending deposition of Plaintiff Judy Lindquist. | 2.00 | $550.00 |
| 01/12/2014 | MJO | Drive/travel time from Omaha, NE to Oconto, NE for purposes of meeting with Plaintiff Judy Lindquist to prepare her for deposition on 1/13/14. | 4.00 | $1,100.00 |
| 01/12/2014 | MJO | Meeting with Plaintiff Judy Lindquist, re: preparation for deposition; discussed client work duties with Transcend, hours worked for Transcend, understanding of Transcend wage and hour policies. | 3.50 | $962.50 |
| 01/12/2014 | MJO | Drive/travel time from Oconto, NE to North Platte, NE for purposes of defending deposition of Judy Lindquist scheduled for 1/13/14. | 1.50 | $412.50 |
| 01/13/2014 | MJO | Defended deposition of Plaintiff Judy Lindquist. | 4.00 | $1,100.00 |
| 01/13/2014 | MJO | Drive/travel time from North Platte, NE to Omaha, NE for purposes of returning to St. Louis, MO on 1/14/14 after defending deposition of Judy Lindquist. | 4.00 | $1,100.00 |
| 01/13/2014 | JMF | Prepare and sort folders/documents to redwells; reorganize documents post-triplication of OC convenience copy, expanding document chapters; meeting with Kevin to update on status of Corp Rep Depo; resort and reorganize chapters on social media monitoring corporate organization, TimeSaver training, identifying key documents, and creating chapter folders. | 13.00 | $2,925.00 |
| 01/13/2014 | CRM | Meeting with attorney K. Dolley, re: contents on Motion to Compel | 0.50 | $137.50 |
| 01/13/2014 | CRM | Meeting with attorney K. Dolley, re: status of Motion to Compel | 0.10 | $27.50 |
| 01/13/2014 | CRM | Draft and send email re: outstanding ESI search term protocol | 1.00 | $275.00 |
| 01/13/2014 | CRM | Draft and send email re: additional topics to Rule 30(b) (6) deposition notice | 0.30 | $82.50 |
| 01/13/2014 | CRM | Draft and send email re: location of Friday's Rule 30(b) (6) deposition | 0.20 | $55.00 |
| 01/13/2014 | CA | Examined email folder for new questionnaire and documents; printed out and sorted questionnaires and docs | 1.50 | $337.50 |
| 01/13/2014 | CA | Examined and added questionnaires to damages spreadsheet | 2.00 | $450.00 |
| 01/13/2014 | CA | Examined and added questionnaires to damages spreadsheet | 2.00 | $450.00 |
| 01/13/2014 | CA | Make copies of documents to be used in corp. rep. deposition | 4.80 | $1,080.00 |
| 01/13/2014 | CA | Check opt-in email for correspondence from class members | 0.20 | $45.00 |
| 01/13/2014 | CA | Review opposing counsel's deficiency letter in preparation to respond; begin drafting response to opposing counsel's | 0.10 | $22.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | deficiency letter | | |
| 01/13/2014 | CA | Examined and added questionnaires to damages spreadsheet | 1.50 | $337.50 |
| 01/13/2014 | CA | Went to courthouse and picked up forms | 0.60 | $135.00 |
| 01/13/2014 | KJD | Prep for Corp Rep Depo; Call Kevin Shaunassey, re: discovery, deposition location, depo scheduling. | 5.25 | $2,362.50 |
| 01/14/2014 | MJO | Travel time from Omaha, NE to Denver, CO for purposes of taking connecting flight from Denver to St. Louis after defending deposition of Judy Lindquist. | 4.00 | $1,100.00 |
| 01/14/2014 | MJO | Travel time from Denver, CO to St. Louis, MO for purposes of returning home after defending deposition of Judy Lindquist. | 2.50 | $687.50 |
| 01/14/2014 | MJO | Drafted chapters for preparation of deposition of Transcend corporate designee, re: Ch. 1- Introduction; Ch. 2- Educational background; Ch. 3- Position and corporate structure; Ch. 4- MLS position; Ch. 5- Timekeeping policy. | 1.50 | $412.50 |
| 01/14/2014 | MJO | Drafted chapters for preparation of deposition of Transcend corporate designee, re: Centralized administration of work; centralized supervision; MLS offer letter; MLS transition offer letter; hiring; job titles and duties; platforms; supervision; training. | 3.50 | $962.50 |
| 01/14/2014 | JMF | Expanding and preparing exhibits for document based chapters; expanding chapters/sorting exhibits for document based chapters; draft and sort chapters on BeyondTXT handbook/platform. | 12.70 | $2,857.50 |
| 01/14/2014 | CRM | Direct contract attorney on next portion of Motion to Compel drafting with respect to non-responsive corporate rep depo testimony | 0.20 | $55.00 |
| 01/14/2014 | CRM | Meet with contract attorney to determine status and staffing of Motion to Compel | 0.20 | $55.00 |
| 01/14/2014 | CRM | Draft section of Motion to Compel related to deficiencies with Defendant's responses to Plaintiff's second request for production | 2.60 | $715.00 |
| 01/14/2014 | CRM | Review and make hand corrections to motion to Compel | 0.70 | $192.50 |
| 01/14/2014 | CA | Call and email Cathy Haines | 0.25 | $56.25 |
| 01/14/2014 | CA | Finished draft of part 2 of Motion to Compel: Draft part 3 of Motion to Compel | 2.00 | $450.00 |
| 01/14/2014 | CA | Draft final part of Motion to Compel | 3.00 | $675.00 |
| 01/14/2014 | CA | Draft response to opposing counsel's deficiency letter | 0.80 | $180.00 |
| 01/14/2014 | CA | Examined and added questionnaires to damages spreadsheet | 0.75 | $168.75 |
| 01/14/2014 | CA | Meeting with K. Dolley | 0.25 | $56.25 |
| 01/14/2014 | CA | Draft part 2 of Motion to Compel | 2.00 | $450.00 |
| 01/14/2014 | CA | Assist with preparation of exhibits to prepare for corporate representative deposition | 6.00 | $1,350.00 |
| 01/14/2014 | MRK | Revision of 30(b)(6) notice of deposition to comply with court order; Preparation of questioning for corporate designee deposition. | 8.10 | $1,822.50 |
| 01/14/2014 | MRK | Change Motion for Extension of Time into Motion to Compel; review relevant correspondence; draft section RE compliance with local rule 37.2; review Rex Brown case | 11.20 | $2,520.00 |
| 01/14/2014 | JRR | Change Motion for Extension of Time into Motion to Compel; review relevant correspondence; draft section RE compliance with local rule 37.2; review Rex Brown case | 11.20 | $2,520.00 |
| 01/15/2014 | MJO | Travel time from St. Louis, MO to Tampa, FL for purposes of second-chairing depositions of Defendant's corporate designees with Attorney Kevin Dolley. | 3.00 | $825.00 |
| 01/15/2014 | MJO | Analyzed/examined documents and exhibits to prepare for deposition of Defendant's corporate designee, re: Defendant's timekeeping policies; Defendant's payroll policies; Defendant's MKM policy; Defendant's overtime policies; Defendant's "hands on keyboard" policies. | 1.50 | $412.50 |
| 01/15/2014 | MJO | Second chaired deposition of Defendant's corporate designee | 7.00 | $1,925.00 |

Catherine Dundas.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/2014 | JMF | Expanding chapters from updated/finalized 30(b)(6). | 5.40 | $1,215.00 |
| 01/15/2014 | CRM | Review/revise Motion to Compel. Present to Attorney K. Dolley for review. | 0.90 | $247.50 |
| 01/15/2014 | CRM | Review exhibits for motion to compel | 0.40 | $110.00 |
| 01/15/2014 | CRM | Further revisions to motions to compel | 0.50 | $137.50 |
| 01/15/2014 | CRM | Review/revise motion to compel. Email to co-counsel for review. | 0.30 | $82.50 |
| 01/15/2014 | CRM | Phone call with Attorney K. Dolley, re: changes needed to motion to compel | 0.10 | $27.50 |
| 01/15/2014 | CRM | Revise Motion to Compel, removing reference to individual depos. Re-number exhibits. | 0.50 | $137.50 |
| 01/15/2014 | CRM | Instruct contract attorney to draft notice of hearing, re: motion to compel | 0.30 | $82.50 |
| 01/15/2014 | CRM | Phone call from attorney K. Dolley, re: final revisions needed on motion to compel | 0.10 | $27.50 |
| 01/15/2014 | CA | Revise deficiency response based on CRM suggestions | 0.80 | $180.00 |
| 01/15/2014 | CA | Updated contact info list | 0.50 | $112.50 |
| 01/15/2014 | CA | Worked on interrogatories for additional members | 2.00 | $450.00 |
| 01/15/2014 | CA | Added questionnaire to damages spreadsheet | 0.25 | $56.25 |
| 01/15/2014 | CA | Examined Defendant allegation plaintiffs had deficient responses and composed list document | 1.50 | $337.50 |
| 01/15/2014 | CA | Looked up case law for response to Deficiency Letter | 0.75 | $168.75 |
| 01/15/2014 | CA | Phone call with Cathy Haines | 0.25 | $56.25 |
| 01/15/2014 | CA | Draft response to opposing counsel's deficiency letter | 0.80 | $180.00 |
| 01/15/2014 | CA | Review deposition transcripts of opt-in plaintiffs re deficiency response | 1.50 | $337.50 |
| 01/15/2014 | CA | Draft response letter to opposing counsel's deficiency letter | 2.50 | $562.50 |
| 01/15/2014 | CA | Discussion with CRM re deficiency response and suggested revisions | 0.20 | $45.00 |
| 01/15/2014 | KJD | Travel from STL Office to Airport to Tamps, FL, pick up rental car and drive to rented house; Prepare for general corp rep designee deposition. Detailed review and drafting questions, extensive document review. | 12.00 | $5,400.00 |
| 01/15/2014 | MRK | Review and hand correction of motion to compel, deficiency letter re discovery issues | 4.20 | $945.00 |
| 01/15/2014 | JRR | Gather and organize exhibits for Motion to Compel. | 0.70 | $157.50 |
| 01/16/2014 | MJO | Analyzed/examined documents and exhibits to prepare for deposition of Defendant's corporate designee, re: BeyondTXT software platform. | 1.50 | $412.50 |
| 01/16/2014 | CRM | Instruct contract attorney to revise Motion to Compel based on instructions from attorney K. Dolley | 0.10 | $27.50 |
| 01/16/2014 | CRM | Draft cover letter for courtesy copies of Motion to Compel | 0.20 | $55.00 |
| 01/16/2014 | CRM | Review and finalize Motion to Compel exhibits and notice of motion prior to filing | 0.50 | $137.50 |
| 01/16/2014 | CRM | File Motion to Compel, exhibits and Notice of Motion via ECF | 0.20 | $55.00 |
| 01/16/2014 | CRM | Instruct paralegal to overnight courtesy copy of Motion to Compel to Judge's chambers | 0.10 | $27.50 |
| 01/16/2014 | CA | Review opt-in plaintiffs' deposition transcript; draft summary of opt-in plaintiffs' depositions | 3.20 | $720.00 |
| 01/16/2014 | KJD | Prepare for corp. designee depo (general); Take defendant's general corp designee deposition; further preparation for corp designee deposition for transcriptionist platform. | 13.00 | $5,850.00 |
| 01/16/2014 | JRR | Gather and organize exhibits for Motion to Compel; make changes and final edits to motion; | 6.80 | $1,530.00 |
| 01/17/2014 | MJO | Second-chaired deposition of Defendant's corporate representative Scott Robertson. | 6.00 | $1,650.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/2014 | MJO | Travel time from Tampa, FL to Chicago, IL for purposes of connecting with flight to St. Louis, MO and returning home after second-chairing Defendant corporate designee depositions. | 2.50 | $687.50 |
| 01/17/2014 | MJO | Travel time from Chicago, IL to St. Louis, MO for purposes of returning home after second-chairing corporate designee depositions in Clearwater, FL. | 1.50 | $412.50 |
| 01/17/2014 | CA | Examined Patty Rapp deposition and began drafting deposition summary | 0.75 | $168.75 |
| 01/17/2014 | CA | Began drafting summary of discovery | 1.00 | $225.00 |
| 01/17/2014 | CA | Draft deposition summary for Kathleen Schuster | 1.30 | $292.50 |
| 01/17/2014 | CA | Review deposition transcript of opt-in plaintiff | 1.80 | $405.00 |
| 01/17/2014 | CA | Draft deposition summary for opt-in plaintiff | 2.40 | $540.00 |
| 01/17/2014 | CA | Review deposition transcript of opt-in plaintiff | 1.40 | $315.00 |
| 01/17/2014 | CA | Compile list of documents produced to Defendant | 0.80 | $180.00 |
| 01/17/2014 | KJD | Further preparation for corp designee deposition, beyond TXT platform; Deposition of Defendant corp rep designee, transcription and Beyond TXT platform; draft document/report update of Defendant's corp rep depositions. | 8.00 | $3,600.00 |
| 01/17/2014 | JRR | Draft response to Defendant's January 16, 2014 Motion to Compel. Send to KJD and MJO for review. | 6.90 | $1,552.50 |
| 01/18/2014 | CA | Draft summary of discovery | 2.50 | $562.50 |
| 01/19/2014 | KJD | Travel from Clearwater, FL to airport to STL airport to home. | 3.50 | $1,575.00 |
| 01/20/2014 | CRM | Discuss status of response to motion to compel with attorney K. Dolley | 0.20 | $55.00 |
| 01/20/2014 | CRM | Revise response to Motion to Compel per notes from Attorney K. Dolley and opt-in discovery prepared by contract attorney | 0.90 | $247.50 |
| 01/20/2014 | CRM | Revise response to Motion to Compel and file via ECF | 0.90 | $247.50 |
| 01/20/2014 | CA | Draft Patty Rapp Deposition summary | 2.00 | $450.00 |
| 01/20/2014 | CA | Draft Patty Rapp Deposition summary | 2.00 | $450.00 |
| 01/20/2014 | CA | Draft Patty Rapp Deposition summary | 1.25 | $281.25 |
| 01/20/2014 | CA | Begin draft of Wendolyn Smith deposition summary | 2.75 | $618.75 |
| 01/20/2014 | KJD | Prepare for status hearing with Judge Guzman in Chicago; Review and revise response to Defendant's Motion to Compel. | 2.50 | $1,125.00 |
| 01/21/2014 | CA | Examined Scott Robertson deposition for good deposition preparation questions | 0.25 | $56.25 |
| 01/21/2014 | CA | Draft Wendolyn Smith deposition summary | 1.00 | $225.00 |
| 01/21/2014 | CA | Compile list of docs produced to Defendant | 0.40 | $90.00 |
| 01/21/2014 | CA | Review deposition transcript of opt-in plaintiff | 1.60 | $360.00 |
| 01/21/2014 | CA | Draft deposition summary for opt-in plaintiff | 1.80 | $405.00 |
| 01/21/2014 | CA | Draft deposition summary for corporate representative | 2.40 | $540.00 |
| 01/21/2014 | CA | Draft deposition summary for opt-in plaintiff | 1.10 | $247.50 |
| 01/21/2014 | CA | Draft Wendolyn Smith deposition summary | 0.75 | $168.75 |
| 01/21/2014 | KJD | Draft, prpare email Plaintiff's counsel information on court order/hearing today; call with Russ, discuss case, use of manpower and response to Defendant's compliance; Travel home to airport, taxi to courthouse; hearing before Judge Guzman; travel courthouse to airport, travel from Chicago to STL; review pleadings and prepare for next hearing before court. | 7.75 | $3,487.50 |
| 01/22/2014 | CRM | Discuss next litigation steps with attorney K. Dolley | 0.80 | $220.00 |
| 01/22/2014 | CRM | Phone call with co-counsel re: Defendant's Jan. 21, 2014 ESI explanation letter | 0.80 | $220.00 |
| 01/22/2014 | CRM | Draft letter to opposing counsel re: ESI research. Focus on custodians and lack of specificity. | 5.50 | $1,512.50 |
| 01/22/2014 | CRM | Additional drafting of ESI response letter. Review and revise suggested custodians to search. | 0.20 | $55.00 |
| 01/22/2014 | CA | Examined Scott Robertson deposition for good deposition preparation questions | 0.75 | $168.75 |

| 01/22/2014 | CA | Examined Scott Robertson deposition for good deposition preparation questions | 0.25 | $56.25 |
| 01/22/2014 | CA | Draft letter requesting production data from opposing counsel | 2.50 | $562.50 |
| 01/22/2014 | CA | Draft letter requesting production data from opposing counsel | 2.00 | $450.00 |
| 01/22/2014 | CA | Draft revised search term list | 2.75 | $618.75 |
| 01/22/2014 | JES | Built out chapter re: platforms used by MLS's for the Corp Rep Depo; discussed splitting up chapters on BeyondTXT with JF; drafted a chapter on BeyondTXT- Monitoring of MLS's for the BeyondTXT Depo | 11.60 | $2,610.00 |
| 01/23/2014 | MJO | Drafted Plaintiffs' correspondence in response to Mersol's 1/21/2104 correspondence; drafted and edited Introduction and timeline of events leading up to 1/21/2014 hearing and correspondence. | 2.50 | $687.50 |
| 01/23/2014 | MJO | Drafted Plaintiffs' correspondence in response to Mersol's 1/21/2104 correspondence; drafted and edited Section 1- Defendant's Continued Focus On Plaintiffs' Individual Email Accounts Violates The Court's Order Dated January 10, 2014. | 1.50 | $412.50 |
| 01/23/2014 | MJO | Drafted Plaintiffs' correspondence in response to Mersol's 1/21/2104 correspondence; drafted and edited Section 2- Plaintiffs Requested The Information Defendant Continues to Withhold Multiple Times Throughout The Discovery Period; Section 3- Issues Associated With Defendant's Back-Up, Retrieval, and Maintenance of ESI. | 2.00 | $550.00 |
| 01/23/2014 | MJO | Drafted Plaintiffs' correspondence in response to Mersol's 1/21/2104 correspondence; drafted and edited Section 4- Defendant Must Produce Its Litigation Hold Letters; Section 5- Defendant Must Provide A Reasonable Basis For Their Vastly Decreased Number Of Discoverable Documents; Section 6- Reasonableness and Reliability of Purported Search Protocol and Suggested Protocol. | 2.00 | $550.00 |
| 01/23/2014 | JMF | Summarize transcript of hearin 1/10 for ESI letter, Drft introduction of ESI letter.; research on discoverability of litigation hold letter, draft letter sections incorporating the law on reasonale search procedures.; finalize ESI letter draft. | 11.50 | $2,587.50 |
| 01/23/2014 | CRM | Review and revise court order compliance letter. Discuss with attorney K. Dolley and email to K. Dolley for review. | 1.10 | $302.50 |
| 01/23/2014 | CA | Researched case law on ESI | 0.50 | $112.50 |
| 01/23/2014 | KJD | Draft detailed correspondence to Opposing Counsel regarding BeyondTXt Platform data not produced by defendants to date; draft of ESI non-compliance letter directed to defendant and motion being prepared related to ESI; cort order filed today regarding discovery non-compliance from defendant, granting plaintiff's motion. | 6.60 | $2,970.00 |
| 01/24/2014 | MJO | Drafted Plaintiffs' Motion to Compel Information Related to Defendant's Search for Electronically Stored Information ("ESI"), re: Introduction; Certificate of Compliance; Factual Background. | 2.50 | $687.50 |
| 01/24/2014 | MJO | Drafted Plaintiffs' Motion to Compel Information Related to Defendant's Search for Electronically Stored Information ("ESI"), re: Legal Standard; Argument- Defendant Must Produce Its Litigation Hold Letters Issued During The Class Period; Defendant Failed To Identify Significant Information Associated With Its Back-Up Of ESI, Maintenance Of ESI, And Attempt To Retrieve ESI From Microsoft. | 2.00 | $550.00 |
| 01/24/2014 | MJO | Drafted Plaintiffs' Motion to Compel Information Related to Defendant's Search for Electronically Stored Information ("ESI"), re: Defendant Must Provide A Reasonable Basis Explaining Why Only Approximately 1,500 Documents Out Of A Total Of 3,000,000 Reviewed Are Discoverable; Defendant's Position That Plaintiffs Comprise Primary Custodians Violates The Court's Order Dated January 10, 2014. | 2.00 | $550.00 |

| | | | | |
|---|---|---|---|---|
| 01/24/2014 | MJO | Drafted Plaintiffs' Motion to Compel Information Related to Defendant's Search for Electronically Stored Information ("ESI"), re: V. Plaintiffs Requested The Information Defendant Continues to Withhold Multiple Times Throughout The Discovery Period; VI. Plaintiffs' Proposed Individuals And Search Protocol; Conclusion. | 2.00 | $550.00 |
| 01/24/2014 | JMF | Convert ESI letter to draft motion, draft and research sections on preservation of records related to search and production of hit logs; convert ESI letter to draft motion research on reasonableness reliability of search protocol, production of search ledger, production of litigation hold letter, draft sections on each. | 9.00 | $2,025.00 |
| 01/24/2014 | CRM | Review and revise letter to opposing counsel regarding production of platform data. Email to opposing counsel. | 1.80 | $495.00 |
| 01/24/2014 | CRM | Draft Fourth Motion to Compel production of platform data and order to show cause. | 4.60 | $1,265.00 |
| 01/24/2014 | CRM | File Fourth Motion to Compel Production of platform data and for order to shouw cause. Confirm filing and save. | 0.50 | $137.50 |
| 01/24/2014 | CRM | Draft and file Notice of Motion for Fourth Motion to Compel. | 0.30 | $82.50 |
| 01/24/2014 | CRM | Prepare courtesy copy of Fourth Motion to Compel. Deliver to FedEx and overnight to Chambers. Draft cover letter regarding the same. | 0.50 | $137.50 |
| 01/24/2014 | CA | Draft Wendolyn Smith deposition summary | 3.00 | $675.00 |
| 01/24/2014 | CA | Put in sites to data document | 1.75 | $393.75 |
| 01/24/2014 | CA | Draft Wendolyn Smith deposition summary | 1.25 | $281.25 |
| 01/24/2014 | KJD | Review and revise Beyon TXT deficiency letter to OC; Draft BeyondTXT Motion to Compel, ESI. | 9.00 | $4,050.00 |
| 01/24/2014 | JES | Sent Anne Thorpe an email, re: sending the opt-in email her individual emails. | 0.20 | $45.00 |
| 01/25/2014 | MJO | Drafted Plaintiffs' Motion to Compel ESI and For Sanctions, re: Defendant's January 21, 2014 Correspondence And Corporate Designee Admit Defendant Spoliated Massive Amounts of Discoverable Evidence- Defendant's Counsel Indicated Deleted Emails And Email Accounts Were Erased- Platform Destruction And Resulting Spoliation. | 1.50 | $412.50 |
| 01/25/2014 | MJO | Drafted Plaintiffs' Motion to Compel ESI and For Sanctions, re: Defendant's Response To This Court's Order In Terms of the ESI Search Protocol Defendant Now Seeks to Conduct Is Insufficient and Improper- Defendant Failed To Reveal Its Electronic Custodians; Defendant Failed To Reveal The Timeline Of Its ESI Search And Preservation Efforts; Defendant Failed To Reveal The Procedure It Used To Search For ESI; Defendant Failed To Specify Which Product It Used To Maintain ESI; Defendant Failed To Specify The Methods It Used To Back-Up ESI; Defendant Failed To Indicate Whether Or Not It Attempted To Recover Deleted ESI; Defendant Failed To Produce Platform Information. | 2.00 | $550.00 |
| 01/25/2014 | MJO | Drafted Plaintiffs' Motion to Compel ESI and For Sanctions, re: edited Introduction and Legal Standard; Argument- Defendant's Decision To Start E-Discovery After The Close Of Merits-Stage Discovery Violates This Court's Case Management Order; Defendant's January 21, 2014 Correspondence And Corporate Designee Admit Defendant Spoliated Massive Amounts of Discoverable Evidence- Defendant's Counsel Indicated Deleted Emails And Email Accounts Were Erased. | 1.50 | $412.50 |
| 01/25/2014 | JMF | Convert ESI letter to draft motion into second draft- research on discovery sanctions and standards, shoehorn missing platform section into ESI, research on Spoliation issues, Drafting sections 2 through 4 Non production troubling and inadequate, commencing production now troubling and inadequate and untimely. | 8.50 | $1,912.50 |

| | | | | |
|---|---|---|---|---|
| 01/25/2014 | KJD | Review/revise and prpare ESI Motion to Compel. | 3.00 | $1,350.00 |
| 01/26/2014 | MJO | Drafted Plaintiffs' Motion to Compel ESI and For Sanctions, re: edited Introduction; Plaintiffs' Request for Imposition of Sanctions On Defendant; Plaintiffs' Proposed ESI Solution. | 1.50 | $412.50 |
| 01/26/2014 | MJO | Emailed local counsel, re: delivering courtesy copies of Motion to Compel and Notice of Hearing to Court. | 0.20 | $55.00 |
| 01/26/2014 | KJD | Review and edit ESI Motion to Compel. | 2.00 | $900.00 |
| 01/27/2014 | CRM | Instruct paralegal to arrange for courier service for courtesy copy of ESI Motion to Compel/Sanctions | 0.10 | $27.50 |
| 01/27/2014 | CRM | Update attorney M. Obermeyer on status of courtesy copy of ESI Motion to Compel/Sanctions. | 0.10 | $27.50 |
| 01/27/2014 | CRM | Update attorney M. Obermeyer on status of courtesy copy of ESI Motion to Compel/Sanctions. | 0.10 | $27.50 |
| 01/27/2014 | KJD | Travel from Charlotte, NC to Chicago to hotel for morning hearing; prepare for hearing regarding Motions to Compel, regarding ESI and Platform Data; Hearing, regarding status conference and motion hearing before Judge Guzman; Travel from court to airport to STL airport to office. | 7.75 | $3,487.50 |
| 01/28/2014 | MJO | Telephone call with co-counsel Kevin Dolley, re: hearing before Hon. Ronald Guzman 1/28/14 and Judge Guzman's Order concerning Defendant's production of platform data. | 0.50 | $137.50 |
| 01/28/2014 | MJO | Drafted email for review of attorney Kevin Dolley to co-counsel, re: update on case after hearing before Judge Guzman concerning Defendant's production of platform data. | 0.80 | $220.00 |
| 01/28/2014 | MJO | Drafted deposition summary for deposition of Corporate Representative Catherine Dundas, re: drafted summary for purposes of condensing information for inclusion in response to Defendant's pending Motion to De-Certify Class concerning uniform applicability of Defendant's wage and hour policies. | 1.50 | $412.50 |
| 01/28/2014 | CRM | Phone call from attorney K. Dolley re: case status following hearing. | 0.50 | $137.50 |
| 01/29/2014 | MJO | Conducted research on issue of responding to Defendant's pending Motion to De-Certify Class, re: researched case law in Seventh Circuit and Northern District of Illinois concerning legal standard for de-certifying conditionally certified FLSA collective action as stated in numerous cases including but not limited to Russell v. Illinois Bell Telephone, Alvarez v. City of Chicago, Cottle v. Falcon Holdings Management, LLC, Espenscheid v. DirectSat USA; began drafting legal analysis section concerning Defendant's burden of demonstrating factual dissimilarities exist to justify de-certifying conditionally certified class. | 3.50 | $962.50 |
| 01/29/2014 | MJO | Meeting with Attorney Kevin Dolley, re: strategy for litigating case, including MLS production reports; calculation of MLS regular rate of pay. | 0.50 | $137.50 |
| 01/29/2014 | MJO | Drafted deposition summary for deposition of Corporate Representative Catherine Dundas, re: drafted summary for purposes of condensing information for inclusion in response to Defendant's pending Motion to De-Certify Class concerning uniform applicability of Defendant's wage and hour policies. | 1.50 | $412.50 |
| 01/30/2014 | MJO | Drafted email to co-counsel, re: assistance on responding to Defendant's pending Motion for Decertification. | 0.80 | $220.00 |
| 01/30/2014 | MJO | Drafted summary of deposition of Patti Rapp for purposes of responding to Defendant's pending Motion for Decertification, re: job title; workstation/home office; scheduled shift; job duties. | 1.20 | $330.00 |
| 01/30/2014 | MJO | Drafted summary of deposition of Patti Rapp for purposes of responding to Defendant's pending Motion for Decertification, re: hours worked; production/accuracy quotas; line rate/production-based compensation structure; TimeSaver timekeeping policy/work hours recorded; managers/management structure; accounts structure; MKM prompt; employer knowledge; BeyondTXT; time flexing. | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 01/30/2014 | MJO | Drafted summary of deposition of Diane Martin for purposes of responding to Defendant's pending Motion for Decertification, re: job title; workstation/home office; scheduled shift; job duties hours worked; production/accuracy quotas; line rate/production-based compensation structure; TimeSaver timekeeping policy/work hours recorded; managers/management structure; accounts structure; MKM prompt; employer knowledge; BeyondTXT; time flexing. | 2.50 | $687.50 |
| 01/30/2014 | CA | Draft deposition summary of corporate representative deposition | 3.00 | $675.00 |
| 01/30/2014 | CA | Draft deposition summary of corporate representative deposition | 2.50 | $562.50 |
| 01/30/2014 | CA | Draft deposition summary of corporate representative deposition | 1.00 | $225.00 |
| 01/31/2014 | MJO | Drafted summary of deposition for Plaintiff Patsy Hayes, re: description of workstation; scheduled shift; specific job duties; estimated number of hours worked; production-based compensation structure; drafted for purposes of responding to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 01/31/2014 | MJO | Drafted summary of deposition for Plaintiff Patsy Hayes, re: TimeSaver/recording hours worked; Managers; Accounts; Employer Knowledge; BeyondTXT; Time flexing; drafted for purposes of responding to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 01/31/2014 | MJO | Depo summary for Kathleen Schuster, re: description of workstation; scheduled shift; specific job duties; estimated number of hours worked; production-based compensation structure; drafted for purposes of responding to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 01/31/2014 | CA | Draft deposition summary | 4.70 | $1,057.50 |
| 01/31/2014 | CA | Draft deposition summary | 2.40 | $540.00 |
| 01/31/2014 | CA | Review deposition of opt-in plaintiff in prep of drafting summary | 0.50 | $112.50 |
| 02/02/2014 | MJO | Conducted research, re: decertification law specifically concerning individualized assessment of damages and Defendant's ability to present defenses throughout federal circuits for purposes of responding to Defendant's Motion for Decertification; read and annotated numerous cases including but not limited to Falcon v. Starbucks Corp. (SD Tex.); Thompson v. Bruister & Associates (MD Tenn.); Prescott v. Prudential Ins. Co. (D Me.); Nerland v. Caribou Coffee (D. Minn.); Andrako v. US Steel Corp. (WD Pa.). | 2.00 | $550.00 |
| 02/03/2014 | MJO | Meeting with Attorneys Kevin Dolley and Conor McCullough, re: decertification and settlement position/strategy. | 1.50 | $412.50 |
| 02/03/2014 | MJO | Drafted summary of deposition for Plaintiff Kathleen Schuster, re: production-based compensation structure; TimeSaver/hours recorded; Managers; Accounts; BeyondTXT; time flexing; training; drafted for purposes of responding to Defendant's Motion for Decertification. | 1.70 | $467.50 |
| 02/03/2014 | MJO | Analyzed and examined exhibits from first round depositions of Patricia Clunk, Deborah Waldman, Teresa Cosentino, Karen Milan, and Lisa Smith for purposes of gathering exhibits in response to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 02/03/2014 | MJO | Drafted summary of deposition for Plaintiff Marie Plum, re: Job title; job duties; schedule/shift; workstation; hours worked; production/accuracy quotas. | 1.00 | $275.00 |
| 02/03/2014 | MJO | Drafted Plaintiffs' Response in Opposition to Defendant's Motion for Leave to File Instanter Its Memorandum of Law In Support of Decertification In Excess of 15 pages. | 0.80 | $220.00 |
| 02/03/2014 | CRM | Meeting with attorneys M. Obermeyer and K. Dolley re: case status, decertification, and settlement | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 02/03/2014 | CRM | Review Akins case re: propriety of filing second FLSA collective action while case pending. Further research on issue. | 0.80 | $220.00 |
| 02/03/2014 | CRM | Additional research re: second FLSA collective action | 0.70 | $192.50 |
| 02/03/2014 | CRM | Discuss correspondence from opposing counsel re: platform data production with attorneys M. Obermeyer and K. Dolley | 0.20 | $55.00 |
| 02/03/2014 | CA | Draft deposition summaries for opt-in plaintiffs | 3.80 | $855.00 |
| 02/03/2014 | CA | Draft deposition summaries for opt-in plaintiffs | 3.00 | $675.00 |
| 02/03/2014 | CA | Draft deposition summaries for opt-in plaintiffs | 1.30 | $292.50 |
| 02/04/2014 | MJO | Drafted deposition summary for Plaintiff Marie Plum, re: TimeSaver/hours recorded; Managers; Accounts; BeyondTXT; time flexing; training; drafted for purposes of responding to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 02/04/2014 | MJO | Analyzed and examined documents produced by Defendant dated 2/3/14, re: production reports generated by BeyondTXT for purposes of preparing Attorney Kevin Dolley for hearing before Judge Guzman scheduled for 2/7/14. | 0.50 | $137.50 |
| 02/04/2014 | MJO | Deposition summary for Judy Lindquist, re: Job title; job duties; schedule/shift; workstation; hours worked; production/accuracy quotas; TimeSaver/hours recorded; Managers; Accounts; BeyondTXT; time flexing; training; drafted for purposes of responding to Defendant's Motion for Decertification. | 3.00 | $825.00 |
| 02/04/2014 | MJO | Emailed co-counsel Sam Moore, re: deposition summary of Jacqueline St. Georges. | 0.20 | $55.00 |
| 02/04/2014 | MJO | Analyzed and examined hundreds of pages of documents produced by Defendant during conditional certification phase discovery, re: production summaries and reports produced by Defendant for first set of Plaintiffs and opt-ins; emails demonstrating uniform policy of rates/compensation applicable to all MLSs for purposes of inclusion in Response to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 02/04/2014 | MJO | Drafted deposition summary for Plaintiff Julie Wright, re: read and annotated relevant parts of 280 pages of deposition transcript for purposes of responding to Defendant's Motion for Decertification. | 2.50 | $687.50 |
| 02/04/2014 | CRM | Review and revise response to Motion to file in excess of page limitation. File via ECF. | 0.70 | $192.50 |
| 02/04/2014 | CRM | Initial review of decertification motion | 0.60 | $165.00 |
| 02/04/2014 | CRM | Review Defendant's reply to response in opposition to motion for leave to file in excess of page limitation | 0.30 | $82.50 |
| 02/04/2014 | CA | Draft deposition summary for Failla | 2.00 | $450.00 |
| 02/04/2014 | CA | Draft deposition summary for DeBoard | 2.40 | $540.00 |
| 02/04/2014 | CA | Draft deposition summary for DeBoard | 1.20 | $270.00 |
| 02/04/2014 | CA | Draft deposition summary for opt-in plaintiff Spencer | 2.00 | $450.00 |
| 02/05/2014 | MJO | Drafted deposition summary for Plaintiff Julie Wright, re: Job title; job duties; schedule/shift; workstation; hours worked; production/accuracy quotas; TimeSaver/hours recorded; Managers; Accounts; BeyondTXT; time flexing; training; drafted for purposes of responding to Defendant's Motion for Decertification. | 1.50 | $412.50 |
| 02/05/2014 | MJO | Revised email to opposing counsel drafted by Attorney Kevin Dolley, re: the Court's Order to produce report generating data and information on January 28. | 1.50 | $412.50 |
| 02/05/2014 | MJO | Drafted email to class for review of Attorney Kevin Dolley, re: updates on case after the close of the second phase of discovery. | 0.50 | $137.50 |
| 02/05/2014 | MJO | Drafted detailed outline for purposes of drafting Response to Defendant's Motion for Decertification, re: arguments and facts to raise in Introduction and Facts section of Response in Opposition to Defendant's Decertification Motion. | 1.20 | $330.00 |

| 02/05/2014 | MJO | Drafted Response in Opposition to Defendant's Decertification Motion, re: Introduction; Facts- Procedural History; briefly established Plaintiffs' similarly situated nature; Defendant's policies in violation of the FLSA and denying Plaintiffs compensation for all compensable work time; the weakness of Defendant's nit-picking strategy; how Plaintiffs fulfill the three factors allowing them to survive decertification. | 1.20 | $330.00 |
| 02/05/2014 | MJO | Analyzed and examined hundreds of pages of documents produced by Defendant for 35 Plaintiffs subject to individualized discovery, re: searched offer letters and personnel files of numerous Plaintiffs including Barbara Keenan, Patsy Hayes, Carol Failla, Karen Milan, Lisa Smith, Wendolyn Smith, Kathleen Schuster, and Judy Lindquist for exhibits demonstrating Plaintiffs similarly situated for purposes of defeating Defendant's decertification Motion. | 2.00 | $550.00 |
| 02/05/2014 | CRM | Revise draft of email to opposing counsel re: platform data reporting. Email to attorney K. Dolley for review. | 0.60 | $165.00 |
| 02/05/2014 | CRM | Discuss same email with attorneys K. Dolley and M. Obermeyer. Implement suggested revisions. Send to opposing counsel. | 0.70 | $192.50 |
| 02/05/2014 | CRM | Review and discuss Order denying Defendant's Motion for Leave to File in Excess of Page Limitation with attorneys K. Dolley and M. Obermeyer | 0.20 | $55.00 |
| 02/05/2014 | CRM | Review exhibit re: eBeyondTXT log in/log out data. Compare with production report data. | 0.60 | $165.00 |
| 02/05/2014 | CRM | Review response email from opposing counsel. Discuss with attorney M. Obermeyer. | 0.10 | $27.50 |
| 02/05/2014 | CA | Draft deposition summary for opt-in plaintiff Spencer | 2.50 | $562.50 |
| 02/05/2014 | CA | Review deposition and draft deposition summary for opt-in plaintiff Denio | 2.70 | $607.50 |
| 02/05/2014 | CA | Draft deposition summary for opt-in plaintiff Denio | 1.10 | $247.50 |
| 02/05/2014 | KJD | Draft email to OC regarding disclosure failures. | 0.50 | $225.00 |
| 02/06/2014 | MJO | Analyzed and examined entire electronic file for purpose of conducting inventory of electronic discovery. Plaintiffs are receiving on "rolling" basis, re: created 24 separate folders and sub-folders fo categorization of data, including but not limited to Defendant's Documents Produced in Response to Plaintiffs' Second Set of Discovery; ESI Discovery; Decertification; State 2 Discovery Between Parties; Motions to Compel; Notice & Opt-in Period; Plaintiffs Contact information; Depositions; Research; State 1 Discovery Between Parties; Mediation; Hearing Transcripts; Motions-Other. | 3.50 | $962.50 |
| 02/06/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: Plaintiffs' Factuald and Employement Settings; detailed facts concerning Plaintiffs' similar job title as MLS or Medical Transcriptionists; Plaintiffs performed the same uniform primary job duties of medicl transcription; Plaintiffs performed the same research duties; Plaintiffs all worked from their homes and had similar work enviroments with an area or office dedicated to home transcription work; consulted numerous deposition transcripts to draft facts section, including depositions of Janeen DeBoard, Laura Denio, and Diana Martin. | 2.00 | $550.00 |
| 02/06/2014 | CA | Save and print documents received from Defendant | 1.70 | $382.50 |
| 02/07/2014 | MJO | Researched viability of filing second collective action; drafted memorandum for inter-office circulation concerning filing second collective action. | 0.80 | $220.00 |
| 02/07/2014 | MJO | Organized case file, re: correspondence, pleadings, discovery dating from January and February 2014. | 2.00 | $550.00 |
| 02/07/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: Facts concerning uniform job duties of MLSs and uniform timekeeping system implemented by | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| | | Transcend. | | |
| 02/07/2014 | MJO | Researched all federal circuits for case law, re: factual discrepancies and individualized defenses for claims of off-the-clock work; read numerous out-of-circuit cases including but not limited to Wilks v. Pep Boys (MD Tenn.) and Mendez v. Radec Corp. (WMAKY) demonstrating survival of decertification in face of inevitable individual variation between Plaintiffs; research done for purposes of overcoming steps 1 and 2 of decertification analysis addressed by Defendant's Motion to Decertify. | 1.50 | $412.50 |
| 02/10/2014 | CA | Copy and burn all documents received from Defendant for MJO | 1.50 | $337.50 |
| 02/10/2014 | CA | Save all documents received from defendant to external hard drive; print off documents received from defendant; copy and burn all documents received from defendant to dvd for MJO | 4.80 | $1,080.00 |
| 02/11/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify Class, re: Plaintiffs' Uniform Job Duties; added approximately 7 substantive footnotes to section; consulted deposition transcripts of Catherine Dundas, Lisa Edwards, Janeen DeBoard, Patricia Rapp, Barbara Keenan, and Joy McLemore, and MLS Job Description. | 1.20 | $330.00 |
| 02/11/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify Class, re: Plaintiffs' Uniform Job Duties; added approximately 5 substantive factual footnotes to section; consulted deposition transcripts of Catherine Dundas, Janeen DeBoard, Laura Denio, Carol Failla, Patsy Hayes, Kandace Chancey, Barbara Keenan, Judy Lindquist, Joy McLemore, Serena Marques, Diane Martin, Julie Wright, and Margaret Thorpe. | 1.50 | $412.50 |
| 02/11/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify Class, re: Uniform Production-Based Compensation Structure; added approximately 5 substantive factual footnotes to section; consulted deposition transcript of Catherine Dundas, Transcend Employee Handbooks, and Transcend MLS Offer Script for factual support. | 1.00 | $275.00 |
| 02/11/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify Class, re: Uniform Performance, Quality, and Accuracy Standards; added approximately 5 factual footnotes to section; consulted deposition transcript of Catherine Dundas and Transcend Employee Handbooks for support. | 0.50 | $137.50 |
| 02/11/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify Class, re: Uniform Understanding of Piece Rate Compensation; argued Plaintiffs shared the understanding that their piece rate method of compensation was not intended to cover their compensation for all duties; consulted deposition transcripts of Patsy Hayes, Kathleen Schuster, Darcy Wingler, Janeen DeBoard, Laura Denio, Kandace Chancey, and Catherine Dundas; consulted Transcend employee offer letters and email from DonFrancesco to Dundas, 12/21/2010. | 2.00 | $550.00 |
| 02/11/2014 | MJO | Emailed co-counsel Sam Moore and Russ Riggan, re: deposition summaries for Plaintiffs defended. | 0.20 | $55.00 |
| 02/12/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Uncompensated Work Performed By Plaintiffs; argued and provided introductory general facts in opposition to Defendant's "rogue manager" argument; established facts supporting argument that 35 Plaintiffs from Montana to New Hampshire with numerous different supervisors reported the same injury of recording less hours than actually worked on their TimeSaver timesheet. | 1.00 | $275.00 |
| 02/12/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Uncompensated Work Performed By Plaintiffs; Plaintiffs Only Reported And Were Only Compensated For Hands On Keyboard Time; individualized | 2.00 | $550.00 |

|  |  | bullet-points detailing testimony of Janeen DeBoard, Laura Denio, Carol Failla, Patsy Hayes, Joy McLemore and facts concerning their reported time and how much compensable work they actually performed. |  |  |
|---|---|---|---|---|
| 02/12/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs' Uniform Understanding Of Defendant's Definition of Compensable Work Time; provided additional facts supporting notion that Plaintiffs understood they were only compensated for "hands on keyboard" time. | 1.00 | $275.00 |
| 02/12/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Defendant's Failure to Explain Its Piece Rate Compensation Structure; provided additional facts concerning Defendant's uniform failure to explain the work duties its piece rate was intended to cover to applicants for MLS position before or upon hiring. | 1.00 | $275.00 |
| 02/12/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Uncompensated Work Performed By Plaintiffs; Plaintiffs Only Reported And Were Only Compensated For Hands On Keyboard Time; individualized bullet-points detailing testimony of Theresa Cosentino, Judy Lindquist, Serena Marques, Diane Martin, Marie Plum, Patricia Rapp, Kathleen Schuster, Diane Spencer, Jacqueline St. Georges, Margaret Thorpe, and Julie Wright and facts concerning their reported time and how much compensable work they actually performed. | 3.00 | $825.00 |
| 02/13/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Uniform Understanding Of Compensable Work Time; added testimony of numerous Plaintiffs regarding their understanding of compensable "production," or "hands on keyboard" time; consulted deposition transcripts of Linda Armstrong (Minnesota), Joy Bargerstock (Pennsylvania), Patricia Clunk, (Virginia), Barbara Vaughn (Georgia), Shara Howard (Tennessee), Lisa Edwards (Georgia), Barbara Keenan (Florida), Janeen DeBoard (Florida), Laura Denio (Texas), Carol Failla (North Carolina), Theresa Cosentino (Illinois), Patsy Hayes (Missouri), Diane Martin (Montana), Joy McLemore (Georgia), Judith Lugo (Florida), Diane Spencer (Maryland), Steven Martin (Tennessee), Julie Wright (Texas), Kandace Chancey (Texas), Kathleen Schuster (Ohio), Judy Lindquist (Nebraska), Sarena Marques (Florida), Marie Plum (Missouri), Linda Mathias (Colorado), Lisa Smith (New Hampshire), Dawn Pence (South Dakota), Patricia Rapp (Illinois), Margaret Thorpe (Texas), Debra Tolles (Ohio), Wendolyn Smith (Texas), and Sheila Reeser (Florida) for evidence and passages in support of Plaintiffs' uniform understanding of hands on keyboard time. | 3.50 | $962.50 |
| 02/13/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Defendant's Failure To Explain Its Piece Rate Method Of Compensation; added additional facts and footnotes concerning Defendant's corporate representative testimony that Plaintiffs and MLSs were not provided an understanding of OT compensation or piece rate method of compensation before hiring. | 1.00 | $275.00 |
| 02/13/2014 | MJO | Emailed Plaintiff Lisa Smith, re: update on case. | 0.10 | $27.50 |
| 02/13/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Defendant Instructed And Pressured Plaintiffs To Underreport Their Hours Worked And Change Their Timesheets; consulted deposition transcripts of Linda Armstrong, Joy Bargerstock, Theresa Cosentino, Laura Denio, Patricia Rapp, Sarena Marques, Diane Martin, Margaret Thorpe, Julie Wright, Carol Failla, Diane Spencer, Dawn Pence, Lisa Edwards, Barbara Vaughn, Patricia Clunk, Debra Tolles, Shara Howard, and Judy Lindquist for evidence in support of common policy of instruction/encouragement to underreport | 3.50 | $962.50 |

hours; argued Defendant implemented common policy telling MLSs to underreport hours worked; argued extensive testimony and evidence belies Defendant's "rogue manager" argument.

| 02/13/2014 | MJO | Sent out class-wide email to first 500 class members, re: update to case in decertification phase. | 1.00 | $275.00 |
|---|---|---|---|---|
| 02/14/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs Often Did Not Receive Overtime Pay, Or Were Paid Overtime At Less Than Minimum Wage; consulted deposition transcripts of Theresa Cosentino, Janeen DeBoard, Diane Martin, Diane Spencer, Marie Plum, Patricia Rapp, Laura Denio, Patsy Hayes, Judy Lindquist, Joy McLemore, Sarena Marques, Linda Mathias, Judith Lugo, Kathleen Schuster, Margaret Thorpe, Barbara Vaughn, Joy Bargerstock, Barbara Keenan, Julie Wright, and Darcy Wingler for evidence of Plaintiffs who did not receive overtime pay though they testified they worked over 40 hours per workweek. | 2.50 | $687.50 |
| 02/14/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs Often Did Not Receive Overtime Pay, Or Were Paid Overtime At Less Than Minimum Wage; consulted pay stubs and Earnings Statements of class members with last names A-M for evidence of overtime rates being less than $7.25 per hour; discussed pay stubs of Patsy Hayes, Judy Lindquist, and Sarena Marques as evidence of Defendant's common policy paying Plaintiffs under $7.25 per hour as overtime compensation. | 1.50 | $412.50 |
| 02/14/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Transcend Subjected Plaintiffs To A Uniform Scheduling and Time Flexing Policy Under Which Plaintiffs Were Expected To Work A Particular Shift, But If There Was No Work During Their Shift, They Were Required To Remain Near Their Computers And Continually Check As To When Work Became Available; consulted deposition transcripts of Patsy Hayes, Diane Spencer, Jacqueline St. Georges, Judy Lindquist, Barbara Vaughn, Theresa Cosentino, Patricia Clunk, Joy McLemore, Linda Mathias, Diane Martin, Marie Plum, Laura Denio, Patricia Rapp, and Kathleen Schuster for evidence of impact of time flexing. | 2.50 | $687.50 |
| 02/15/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Defendant Knew Or Should Have Known Plaintiffs Performed Work In Excess Of Their Recorded Time; argued Defendant could tell when particular Plaintiff was online typing, and when a particular Plaintiff downloaded a report for editing, and submitted a completed report; consulted deposition testimony of corporate representative Scott Robertson, Defendant's Editing Proficiency Tutorial, Editing Proficiency Reports, and deposition transcripts of Laura Denio and Julie Wright for evidence of Defendant's knowledge of when Plaintiffs were online and working. | 3.00 | $825.00 |
| 02/15/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: conducted detailed review of Facts, and inserted numerous footnotes into following sections: Plaintiffs' Factual and Employment Settings; Defendant's Failure To Explain Its Piece Rate Compensation Structure; Uncompensated Work Performed By Plaintiffs; Defendant Knew Or Should Have Known Plaintiffs Were Performing Work In Excess Of Their Reported Time. | 1.00 | $275.00 |
| 02/16/2014 | MJO | "Drafted Response In Opposition to Defendant's Motion for Decertification, re: Analysis, FLSA Decertification Standard; Courts In The Seventh Circuit Use A Two-Step Analysis To Determine Whether Plaintiffs Should Proceed Collectively; Cited numerous cases from Seventh Circuit determining appropriate process for 2 step analysis at certification stage. | 1.00 | $275.00 |

| 02/16/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs' Similar Factual and Employment Settings; Defendant Ignores Plaintiffs' Similar Factual and Employment Settings; cited numerous cases from 7th Circuit and other federal circuits stating appropriate standard as "common question" analysis, not Defendant's nuanced analysis of miniscule differences between class members, at decertification stage. | 1.50 | $412.50 |
| 02/16/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: revised Introduction; inserted analysis of Judge Guzman's 6 factors for determining Plaintiffs similarly situated at the conditional certification stage. | 0.50 | $137.50 |
| 02/17/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: examination analysis concerning Judge Kennelly's decision denying decertification in Russell v. Illinois Bell. | 1.00 | $275.00 |
| 02/17/2014 | MJO | Meeting with Attorney Kevin Dolley, re: settlement talks with other side and email shared on webpage. | 0.30 | $82.50 |
| 02/17/2014 | MJO | Telephone call with Plaintiff Dawn Pence, re: online posting of client communication. | 0.40 | $110.00 |
| 02/17/2014 | KJD | Review status of case, client responses and settlement conference possibility. Discuss with co-counsel MJO. | 0.20 | $90.00 |
| 02/18/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs' Similar Factual and Employment Settings; Defendant Ignores Plaintiffs' Similar Factual And Employment Settings; analyzed similarly situated nature of Plaintiffs within the scope of the Russell v. Illinois Bell opinion. | 1.50 | $412.50 |
| 02/18/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs Labored Under A Common Policy Or Plan That Led Them To Perform Uncompensated Work; Plaintiffs' received uniform instructions to only record "hands on keyboard" time into TimeSaver. | 1.80 | $495.00 |
| 02/18/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs Labored Under A Common Policy Or Plan That Led Them To Perform Uncompensated Work; Plaintiffs experienced uniform Instructions And Pressure To Underreport Hours Worked across regions. | 1.00 | $275.00 |
| 02/18/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Defendant's Overtime Policy; Plaintiffs Labored Under A Common Policy Or Plan That Led Them To Perform Uncompensated Work; argued Defendant implemented uniform policy depriving Plaintiffs of pay for overtime at a rate of time-and-a-half; discussed lack of clear and mutual understanding between Plaintiffs and Defendant concerning piece rate method of compensation and overtime rate. | 1.80 | $495.00 |
| 02/18/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Plaintiffs Labored Under A Common Policy Or Plan That Led Them To Perform Uncompensated Work; Plaintiffs across regions testified to flexing their time, and having to check their computers every 10-15 mins for work. | 1.50 | $412.50 |
| 02/18/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Espenscheid Is Inapposite For Purposes Of Decertification; argued Defendant fundamentally misrepresented Judge Crabb's order decertifying the class in Espenscheid, which was ordered a month before trial after the plaintiffs there ignored her order to break class into sub-classes and bifurcate. | 1.70 | $467.50 |
| 02/19/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Defendant Ignores Plaintiffs' Similar Factual And Employment Settings; The "Hands On Keyboard" Policy; | 2.00 | $550.00 |

| | | | | |
|---|---|---|---|---|
| | | Instructions And Pressure To Underreport Hours Worked; Defendant's Overtime Policy; Defendant's Time "Flexing" Policy. | | |
| 02/19/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: The Defenses Transcend Plans To Raise Are Either Not Unique To Each Plaintiff Or Can Be Resolved By Bifurcating the Case Into Liability And Damages Phases; consulted Defendant's memorandum to outline defenses they plan on using; consulted case law from federal circuits to argue Defendant's defenses nearly all pertain to common issues and damages, both of which courts favor trying on a class-wide basis. | 1.50 | $412.50 |
| 02/19/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Fairness and Procedural Concerns Favor Trying This Case Collectively; argued notions of fairness and procedure weigh against decertifying this case at this point. | 1.00 | $275.00 |
| 02/19/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: Facts; Uniform Corporate Structure; added section to facts detailing Defendant's corporate chain of command, all the way down to the MLS. | 1.00 | $275.00 |
| 02/19/2014 | MJO | Drafted Response In Opposition to Defendant's Motion for Decertification, re: conducted detailed sentence-by-sentence review of pages 1-42 of first draft, and footnotes 1-288 of first draft for errors, omissions, and grammatical mistakes. | 2.50 | $687.50 |
| 02/27/2014 | MJO | Left voicemail for Plaintiff Marci Cooper, re: returning call and message left concerning update to lawsuit. | 0.10 | $27.50 |
| 03/03/2014 | MJO | Reviewed email and questionnaire from class member Ruth Lynn Neely. | 0.20 | $55.00 |
| 03/03/2014 | MJO | Meeting with Kevin, re: establishing Defendant's common policies in violation of the FLSA for inclusion in Plaintiff's Response in Opposition to Defendant's Decertification Motion. | 1.00 | $275.00 |
| 03/03/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Facts; revised procedural history and factual background section; removed individual fact headers from factual background to make factual background section uniform in presentation. | 1.50 | $412.50 |
| 03/03/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; established four common policies for factual and legal analysis in analysis section: 1) unattainable production and accuracy quotas; 2) Defendant's encouragement of underreporting hours worked; 3) Defendant's uniform half-time overtime policy; 4) Defendant's implementation of an unending work schedule for Plaintiffs. | 1.50 | $412.50 |
| 03/03/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant's implementation of unattainable production and accuracy quotas; consulted deposition transcript of corporate representative Catherine Dundas for additional facts concerning Defendant's implementation of uniform production standards for full-time and part-time employees; consulted documents produced by Defendant during discovery for emails and other communications demonstrating Plaintiffs could be terminated for not meeting production standard, and evidence of the production standard being unattainable. | 1.50 | $412.50 |
| 03/04/2014 | MJO | Responded to email from class member Linda Mathias, re: decertification. | 0.20 | $55.00 |
| 03/04/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented Unattainable Production Quotas Which Caused Plaintiffs To Routinely Work In Excess Of Their Scheduled Shifts- Defendant Imposed Unattainable Production And Accuracy Quotas; Defendant required Plaintiffs adhere to strict production and accuracy quotas to | 2.50 | $687.50 |

| | | | | |
|---|---|---|---|---|
| | | retain full-time and part-time employment; Defendant actively monitored which MLSs were meeting production quotas. | | |
| 03/04/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented Unattainable Production Quotas Which Caused Plaintiffs To Routinely Work In Excess Of Their Scheduled Shifts- Defendant Imposed Unattainable Production And Accuracy Quotas; Defendant terminated, demoted, or disciplined MLSs who could not meet production quotas. | 1.50 | $412.50 |
| 03/04/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented Unattainable Production Quotas Which Caused Plaintiffs To Routinely Work In Excess Of Their Scheduled Shifts- Defendant Imposed Unattainable Production And Accuracy Quotas; Numerous Plaintiffs from across the United States testified to routinely working hours in excess of their scheduled part-time and full-time shifts to meet Defendant's strict production and accuracy quotas. | 1.50 | $412.50 |
| 03/04/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant adhered to a uniform policy pressuring Plaintiffs to underreport their hours worked to avoid having to pay them overtime and Make-Up-To-Minimum time, or "MKM" time; consulted hundreds of pages of documents produced by Defendant during discovery demonstrating the understanding from those at the top of the corporate chain that Plaintiffs were only to record "production" time. | 2.00 | $550.00 |
| 03/05/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: FLSA Decertification standard. | 0.50 | $137.50 |
| 03/05/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented A Common Policy Encouraging Plaintiffs To Underreport Hours Worked To Avoid Paying Plaintiffs Make-Up Pay And Overtime; Defendant's Instruction to Underreport Time Worked; Defendant adhered to a common policy pressuring Plaintiffs to underreport their hours worked in a uniform effort to avoid paying Plaintiffs overtime and Make-Up-To-Minimum pay, or "MKM" pay. | 2.00 | $550.00 |
| 03/05/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented A Common Policy Encouraging Plaintiffs To Underreport Hours Worked To Avoid Paying Plaintiffs Make-Up Pay And Overtime; Defendant's Instruction to Underreport Time Worked; Defendant's instruction to only record time producing lines or reports pre-dated Defendant's implementation of TimeSaver as the uniform timekeeping system for MLSs in February 2010; Defendant instructed Plaintiffs to only record production time in TimeSaver. | 2.50 | $687.50 |
| 03/05/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented A Common Policy Encouraging Plaintiffs To Underreport Hours Worked To Avoid Paying Plaintiffs Make-Up Pay And Overtime; Defendant's Instruction to Underreport Time Worked; Defendant encouraged Plaintiffs underreport their hours worked to avoid compensating Plaintiffs for make-up pay and overtime. | 1.80 | $495.00 |
| 03/05/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented A Common Policy Encouraging Plaintiffs To Underreport Hours Worked To Avoid Paying Plaintiffs Make-Up Pay And Overtime; Defendant's Instruction to Underreport Time Worked; Plaintiffs' | 2.70 | $742.50 |

| | | | | |
|---|---|---|---|---|
| | | Underreporting Of Hours Worked; consulted deposition transcripts of Patricia Rapp, Kandace Chancey, Barbara Vaughn, Janeen DeBoard, Margaret Thorpe, Theresa Cosentino, Sarena Marques, Patsy Hayes, Diane Spencer, Joy McLemore, and Julie Wright. | | |
| 03/05/2014 | CA | Return call to opt-in plaintiff to give update on case. Left voicemail. | 0.10 | $22.50 |
| 03/06/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Plaintiffs Could Not Meet Defendant's Quotas Within Their Part-Time And Full-Time Schedules; consulted deposition transcripts of Linda Mathias, Patsy Hayes, Theresa Cosentino, Diane Martin, and Laura Denio. | 1.50 | $412.50 |
| 03/06/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Facts; Plaintiffs' Factual and Employment Settings; Plaintiffs and the putative class of MLSs were all similarly situated within Defendant's corporate structure; Defendant admitted all MLSs employed by Transcend were subject to the same production-based compensation structure; Defendant required all Plaintiffs utilize the internet-based timekeeping program TimeSaver to record their hours worked. | 2.50 | $687.50 |
| 03/06/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Imposed A Common Policy Unlawfully Compensating Plaintiffs For Pre-Authorized Overtime At A Half-Time Rate; Defendant's Uniform Half-Time Overtime Policy; Defendant's uniform overtime rate frequently led to Plaintiffs being compensated at an hourly rate less than the federally-mandated minimum wage of $7.25 per hour. | 2.00 | $550.00 |
| 03/06/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Imposed A Common Policy Unlawfully Compensating Plaintiffs For Pre-Authorized Overtime At A Half-Time Rate; Defendant's Uniform Half-Time Overtime Policy; Defendant Provided Plaintiffs No Indication The Piece Rate Was Intended To Compensate Them For All Hours Worked. | 2.30 | $632.50 |
| 03/06/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Imposed A Common Policy Unlawfully Compensating Plaintiffs For Pre-Authorized Overtime At A Half-Time Rate; Defendant's Uniform Half-Time Overtime Policy; Defendant's Overtime Policy Violates The FLSA. | 0.70 | $192.50 |
| 03/07/2014 | MJO | Drafted Plaintiffs' Motion for Leave to Exceed Page Limitations for Plaintiffs' Response in Opposition to Defendant's Motion for Decertification. | 0.50 | $137.50 |
| 03/07/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Required Plaintiffs To Work An Unending Work Schedule; Plaintiffs Were Never "Off-The-Clock" While Working; Defendant admitted Plaintiffs could never work off-the-clock because Defendant expected them to work a never-ending work schedule. | 2.50 | $687.50 |
| 03/07/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Required Plaintiffs To Work An Unending Work Schedule; Plaintiffs Worked An Unending Shift; argued Plaintiffs routinely experienced low workloads and had to "flex" their work time, locking them into an unending work schedule; Plaintiffs throughout the United States reported that "flexing" their time required them to work an unending shift, impacting their ability to leave home and engage in personal activities. | 2.00 | $550.00 |
| 03/07/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: | 1.50 | $412.50 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |      |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     | Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Required Plaintiffs To Work An Unending Work Schedule; Plaintiffs Are Bound As A Class By Defendant's Common Policy Imposing An Unending Work Schedule; compared case favorably to Russell v. Illinois Bell in analysis of Defendant's unending work schedule policy. |      |          |
| 03/07/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Imposed A Common Policy Unlawfully Compensating Plaintiffs For Pre-Authorized Overtime At A Half-Time Rate; Defendant's Overtime Policy Violates The FLSA; compared case favorably to rule set forth in Espenscheid governing half-time overtime policy. | 2.00 | $550.00  |
| 03/09/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented Unattainable Production and Performance Quotas, Causing Plaintiffs To Work Innumerable Hours In Excess Of Their Scheduled Shifts; Defendant's Unattainable Production And Performance Quotas Constitute A Common Policy Binding This Class; compared case favorably to Russell v. Illinois Bell concerning unattainable quotas during regularly scheduled shift. | 2.20 | $605.00  |
| 03/09/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant Violated The FLSA Through 4 Common Policies; Defendant Implemented A Common Policy Encouraging Plaintiffs To Underreport Hours Worked To Avoid Paying Plaintiffs Make-Up Pay And Overtime; Defendant's Uniform Instructions To Falsify Plaintiffs' Hours Worked Binds The Class; compared case favorably to Monroe v. FTS USA, LLC, concerning Defendant's explicit instructions to underreport hours worked to avoid paying make-up pay and overtime. | 2.00 | $550.00  |
| 03/09/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Argument; FLSA decertification standard; added substantial case law concerning Plaintiffs' ability to demonstrate common policies from all federal circuits. | 0.70 | $192.50  |
| 03/09/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Defendant's bases for decertifying the class do not support decertifying the class; set forth Defendant's arguments concerning individualized damages and defenses; stated substantial case law countering Defendant's argument that cases with an individualized assessment of damages necessitate decertification. | 1.50 | $412.50  |
| 03/10/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Transcend's Bases for Decertification Do Not Provide A Basis For Decertifying the Class; set forth Defendant's arguments in its Brief concerning individualized damages and defenses; argued Defendant Applies An Erroneous Legal Standard by applying the Rule 23 standard to an FLSA collective action post-Genesis. | 2.50 | $687.50  |
| 03/10/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Transcend's Bases for Decertification Do Not Provide A Basis For Decertifying the Class; Comcast and Dukes Do Not Require Decertification Of This Class; argued legal standards set forth by recent case law interpreting Comcast and Dukes do not allow for decertification of this class due to concerns regarding individualized damages; analyzed Butler v. Sears, Roebuck and Co., 727 F.3d 796, (7th Cir. 2013), Whitlock v. FLS Mgmt., LLC, No. 3:10-cv-00562-JHM, 2013 WL 5656100 (W.D. Ky. Oct. 16, 2013), and Thompson v. Bruister and Associates, Inc., No. 3:07–00412, 2013 WL 4507740 (M.D. Tenn. Aug. 23, 2013) as certifying classes in the context of individualized damages post-Comcast and Dukes. | 3.20 | $880.00  |
| 03/10/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: | 1.00 | $275.00  |

| | | | | |
|---|---|---|---|---|
| | | Analysis; Transcend's Bases for Decertification Do Not Provide A Basis For Decertifying the Class; This Case Can Be Bifurcated Into Liability And Damages Phases To Handle Damage Calculations. | | |
| 03/10/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Transcend's Bases for Decertification Do Not Provide A Basis For Decertifying the Class; Plaintiffs May Use Representative Testimony To Prove Damages, particularly where Plaintiffs allege Defendant failed to keep accurate time records. | 2.00 | $550.00 |
| 03/10/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Transcend's Bases for Decertification Do Not Provide A Basis For Decertifying the Class; Espenscheid Is Inapposite; Courts Do Not Broadly Interpret Espenscheid To Prohibit Collective Action Certification In Piece Rate Cases. | 1.50 | $412.50 |
| 03/10/2014 | MJO | Drafted Response to Defendant's Motion to Decertify, re: Analysis; Transcend's Bases for Decertification Do Not Provide A Basis For Decertifying the Class; Transcend's Individual "Defenses" Do Not Preclude Pursuing This Case Collectively. | 1.00 | $275.00 |
| 03/11/2014 | MJO | Analyzed, examined and gathered exhibits 1-10 to attach to Response in Opposition to Defendant's Motion to Decertify the Conditionally Certified Class; drafted Exhibit List. | 1.00 | $275.00 |
| 03/11/2014 | MJO | Analyzed, examined and gathered exhibits 11-36 to attach to Response in Opposition to Defendant's Motion to Decertify the Conditionally Certified Class; drafted Exhibit List. | 2.00 | $550.00 |
| 03/11/2014 | MJO | Analyzed, examinted and gathered additional documents for possible inclusion as evidence in support of Plaintiff's argument for attachment to Response in Opposition to Defendant's Motion to decertify the Conditionally Certified Class. | 1.50 | $412.50 |
| 03/11/2014 | JES | Begin reviewing and analyzing response to decert motion. Discuss goal of review with KJD. Discuss specific issues with MJO. Make hand notes regarding agreas of potential improvement; reviewed and revised Transcend's response motion for decert. | 4.20 | $945.00 |
| 03/12/2014 | CA | Call from opt-in plaintiff re case update | 0.20 | $45.00 |
| 03/13/2014 | MJO | Analyzed and examined documents produced by Plaintiffs Joy Anderson, Kandace Chancey, Laura Denio, Jacqueline St. Georges, Barbara Vaughn, and Wendolyn Smith for purposes of obtaining additional documents demonstrating uniform corporate policies for use in Plaintiffs' Response to Defendant's Motion to Decertify. | 2.00 | $550.00 |
| 03/13/2014 | MJO | Telephone call with Russ Riggan, re: Response to Decertification. | 0.60 | $165.00 |
| 03/13/2014 | MJO | Drafted Plaintiffs' Response in Opposition to Defendant's Motion to Decertify the Class, re: Plaintiffs' Factual and Employment Settings; background information concerning BeyondTXT and TimeSaver. | 1.50 | $412.50 |
| 03/13/2014 | CRM | Discuss decertification response with attorney M. Obermeyer and attorney K. Dolley specific to bifurcation and application of Mt. Clemens standard | 0.30 | $82.50 |
| 03/13/2014 | CRM | Finish reviewing response to decertification motion. Make notes as to potential areas of improvement. | 1.10 | $302.50 |
| 03/14/2014 | MJO | Drafted Plaintiffs' Response in Opposition to Defendant's Motion to Decertify the Class, re: Defendant Avoided Paying Plaintiffs For Make-Up Pay And Overtime At All Costs; drafted additional analysis of corporate emails written by President Susan McGrogan and sent to all Regional Operations Managers and Platform Managers; additional analysis of "sample email verbiage" sent to Regional Operations Managers/Team Leaders telling MLSs to change their timesheets to reflect less hours worked. | 2.50 | $687.50 |
| 03/14/2014 | MJO | Drafted Plaintiffs' Response in Opposition to Defendant's | 2.00 | $550.00 |

| | | | | |
|---|---|---|---|---|
| | | Motion to Decertify the Class, re: Defendant Imposed A Common Policy Unlawfully Compensating Plaintiffs For Pre-Authorized Overtime At A Half-Time Rate; drafted additional analysis of Defendant's "pre-authorization" of overtime, and Defendant's illegal half-time overtime policy. | | |
| 03/14/2014 | MJO | Drafted Plaintiffs' Response in Opposition to Defendant's Motion to Decertify the Class, re: Transcend's Bases For Decertification Do Not Support Decertification; Plaintiffs May Use Representative Testimony To Prove Damages Since Defendant Failed To Keep Accurate Time Records; added substantial analysis of Defendant's decision to ignore analysis of Anderson v. Mt. Clemens Pottery. | 2.00 | $550.00 |
| 03/14/2014 | MJO | Drafted Plaintiffs' Response in Opposition to Defendant's Motion to Decertify the Class, re: Transcend's Bases For Decertification Do Not Support Decertification; Named Plaintiff Theresa Cosentino's Records Reveal Defendant's Failure To Keep Accurate Time Records; consulted numerous pages of electronic payroll and time records for Plaintiff Cosentino and calculated damages for Jan. 1-Jan. 15, 2011 pay period. | 2.00 | $550.00 |
| 03/14/2014 | MRK | Review of discovery information and calculation with MJO re differences in time sheets and production information; | 1.00 | $225.00 |
| 03/15/2014 | MJO | Inserted citations to Exhibits 1-45 throughout entire draft of Response to Decertification; sentence-by-sentence review of document; updated Exhibit List. | 3.50 | $962.50 |
| 03/16/2014 | KJD | Detailed review and edit of Plaintiff's response to Defendant's motion to decertify. | 1.00 | $450.00 |
| 03/17/2014 | MJO | Meeting with Attorney Kevin Dolley, re: revisions to Response to Decertification; Background; restructuring factual and employment settings; policies impacting all Plaintiffs. | 0.50 | $137.50 |
| 03/17/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: rearranged and restructured legal standard section and moved to appropriate sections into Analysis; Plaintiffs' Factual Similarities Bind Them As A Similarly Situated Class; Plaintiffs share fundamental underlying factual similarities. | 1.50 | $412.50 |
| 03/17/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: reviewed following deposition transcripts in detail for additional missing specific facts to include in discussion of Defendant's 4 common policies: Linda Armstrong; Joy Bargerstock; Kandace Chancey; Patricia Clunk; Theresa Cosentino; Janeen DeBoard; Laura Denio, Lisa Edwards, Carol Failla, Patsy Hayes, and Shara Howard. | 3.00 | $825.00 |
| 03/17/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: drafted analysis of facts for inclusion in following section: Plaintiffs' Factual Similarities Bind Them As A Similarly Situated Class. | 0.50 | $137.50 |
| 03/17/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify the Conditionally Certified Class, re: Background; provided detailed background of procedural posture of case, including conditional certification. | 1.00 | $275.00 |
| 03/17/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify the Conditionally Certified Class, re: Background; provided detailed background of scope of discovery and discovery disputes, including Plaintiffs' Motions to Compel, Court's discovery orders during stage 2 discovery, and remaining discovery issues for Court to decide. | 2.00 | $550.00 |
| 03/17/2014 | MJO | Drafted Response in Opposition to Defendant's Motion to Decertify the Conditionally Certified Class, re: Background; provided detailed "roadmap" for purposes of outlining argument in Response Background. | 0.50 | $137.50 |
| 03/17/2014 | KJD | Review, organize, develop factual arguments, common policies and legal argument. | 2.00 | $900.00 |
| 03/18/2014 | MJO | Drafted response to Decertification, re: Background; drafted | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| | | Decertification sections; established and reguted Defendant's arguments concerning decertification. | | |
| 03/18/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: reviewed following deposition transcripts in detail for additional missing specific facts to include in discussion of Defendant's 4 common policies: Barbara Keenan, Judy Lindquist, Judith Lugo, Sarena Marques, Diane Martin, and Steven Martin; added deposition testimony to Plaintiff's analysis of the 4 common policies Defendant implemented violating the FLSA. | 2.00 | $550.00 |
| 03/18/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Decertification, re: reviewed following deposition transcripts in detail for additional misisng specific facts to inlcude in discussion of Defendant's 4 common policies; Barbara Vaughn, Lisa Smith, Wendolyn Smith, Deb Tolles, Deb Waldman, Darcy Wingler, Mrgaret Thorpe, Diane Spencer, Kathleen Schuster, Jacqueline St. Georges, Sheila Reeser, Patricia Rapp, Marie Plum, Dawn Pence, Karen Milan, Joy McLemore, Linda Mathias; added additional deposition testimony to Plaintiffs' analysis of the 4 common plicies Defendant implimented violating the FLSA. | 3.50 | $962.50 |
| 03/18/2014 | CRM | Review updated draft of decertification response. Make notes regarding potential areas of improvement. | 1.20 | $330.00 |
| 03/18/2014 | CRM | Discuss decertification response with attorneys K. Dolley and M. Obermeyer. Discuss structural and content issue. Dialogue regarding next drafting steps. | 0.40 | $110.00 |
| 03/18/2014 | KJD | Detailed review and edit of memo in opposition to decertify. | 2.00 | $900.00 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: implemented grammatical and structural changes into Background section based on hand corrections of KJD. | 1.00 | $275.00 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: restructured sections setting forth fatual similarities in Factual and Employment Settings. | 0.50 | $137.50 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: outlined and drafted revised version of Defendant's common policy instructing and encouraging Plaintiffs to underreport hours worked. | 1.50 | $412.50 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: outlined and drafted revised version of Defendant's common policy implementing unattainable production quotas. | 0.30 | $82.50 |
| 03/19/2014 | MJO | Responded to email from Plaintiff Julie Wright, re: additional documents found in email recycle bin after close of discovery. | 0.20 | $55.00 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Background; implemented grammatical and structural changes to Background section based on hand corrections of CRM. | 0.80 | $220.00 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: FLSA Decertification Standard. | 0.30 | $82.50 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Fairness and Procedural Concerns. | 0.30 | $82.50 |
| 03/19/2014 | MJO | Drafted response to Defendant's Motion for Decertification, re: incoroporated testimony of Barbara Keenan, Steven Martin, Jacqueline St. Georges, Karen Milan, and Judy Lindquist. | 1.00 | $275.00 |
| 03/19/2014 | MJO | Meeting with KJD, re: individual defenses. | 0.50 | $137.50 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Individualized Defenses Do Not Preclude Certification; revised discussion of bifurcated trial and Defendan't individualized defenses and affirmative defenses. | 1.70 | $467.50 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: analysis of Wal-Mart v. Dukes and why decertification is not required after that decision. | 1.00 | $275.00 |
| 03/19/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| | | re: Analysis of Comcast and why it does not require decertification. | | |
| 03/19/2014 | CRM | Discuss decertification response status with attorney K. Dolley. | 0.10 | $27.50 |
| 03/19/2014 | CRM | Review and make hand corrections to background section of decertification response. | 0.80 | $220.00 |
| 03/19/2014 | CRM | Review and make hand corrections to Legal Standard section of decertification response. | 0.70 | $192.50 |
| 03/19/2014 | CA | Draft table of authorities for brief | 3.00 | $675.00 |
| 03/19/2014 | CA | Draft table of contents for brief | 2.50 | $562.50 |
| 03/20/2014 | MJO | Drafted Response to Defendant's Motion for Decertificaiton, re: inserted deposition testimony of Kathleen Schuster, Lisa Smith, Wendolyn Smith, Darcy Wingler, Debra Tolles, Julie Wright, Deborah Waldman in underreporting of time section. | 1.20 | $330.00 |
| 03/20/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Defendant's common policy instructing Plaintiff's to underreport time worked; drafted additional testimony of Scott Robertson regarding Defendant's failure to log data reflecting log-in/log-out times. | 1.30 | $357.50 |
| 03/20/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Defendant's common policy instructing Plaintiffs to underreport time worked; Defendant's knowledge of times Plaintiffs worked through software platforms; Defendant's uniform instructions and encouragement to Plaintiffs to flex their time. | 2.00 | $550.00 |
| 03/20/2014 | MJO | Meeting with KJD, re: improving sections on Defendant's half-time overtime policy. | 0.50 | $137.50 |
| 03/20/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Defendant's overtime policy constitues a common policy binding the class; Defendant's uniform hiring system and employment terms; consulted corporate represenative testimony for steps in Defendant's recruitment process, and how Defendant brought on transitional and external new hires. | 2.50 | $687.50 |
| 03/20/2014 | MJO | Drafted Response to Defendant's Motion for Decertificaiton, re: Defendant's Uniform Half-time Overtime Polic Constitues a common Policy Binding This Class; drafted legal analysis concerning Defendant's overtime policy, and the sub-issues concerning regular rate of pay and offer letters that bind class together. | 1.50 | $412.50 |
| 03/20/2014 | MJO | Researched overtime piece rate in Code of Federal Regulations and all circuits; re: advance agreement necessary to pay a piece rate employee overtime at a rate of half-time, for purposes of drafting Response to Defendant's Motion for Decertification. | 0.50 | $137.50 |
| 03/20/2014 | JMF | Meeting with KJD for research topics- form contracts and class cert and regular rate keystone; research on "form contracts and class cert" & "regular rate as keystone"; draft citations. | 2.90 | $652.50 |
| 03/20/2014 | CRM | Review and make hand corrections to defenses section of decertification response. | 0.70 | $192.50 |
| 03/20/2014 | CRM | Review and revise quota section of decertification response discussed with attorneys K. Dolley and M. Obermeyer | 1.20 | $330.00 |
| 03/21/2014 | MJO | Drafted Response to Defendant's motion for Decertification, re: revised uniform performance and production quotas section to incorporate changes recommended by CRM. | 0.50 | $137.50 |
| 03/21/2014 | MJO | Meeting with KJD, re: revising section of Plaintiff's Response to Defendant's Motion for Decertification pertaining to Plaintiff's underreporting of time. | 0.50 | $137.50 |
| 03/21/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: underreporting hours worked; drafted factual background explaining TimeSaver and Defendant's uniform timekeeping methods. | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 03/21/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: Defendant's common policy instructing and encouraging Plaintiffs to underreport hours worked; drafted factual background explaining Defendant's software platforms and analysis section analyzing Defendant's common policy in the context of their refusal to keep accurate time. | 2.00 | $550.00 |
| 03/21/2014 | MJO | Drafted Response to Defendant's Motion for Decertification re: revised section pertaining to Defendant's half-time overtime policy; added substantive deposition testimony concerning Plaintiffs' failure to understand their compensation for Defendant's piece rate. | 1.00 | $275.00 |
| 03/21/2014 | MJO | Read and revised first draft of complete memorandum of law; made hand correction edits, revisions, and recommendations throughout entire 54 page initial complete draft of memorandum of law. | 2.00 | $550.00 |
| 03/21/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: added Section B to Appendix concerning specific testimony regarding time flexing provided by the following Plaintiffs: Joy Bargerstock, Kandace Chancey, Theresa Cosentino, Laura Denio, Shara Howard, Judith Lugo, Diane Martin, Linda Mathias, Joy McLemore, Karen Milan, Marie Plum, Patricia Rapp, Kathleen Schuster, Diane Spencer, Jacqueline St. Georges, Margaret Thorpe, Barbara Vaughn. | 1.50 | $412.50 |
| 03/21/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: implemented hand correction recommendations made by Attorney Jon Skrabacz. | 1.00 | $275.00 |
| 03/21/2014 | CRM | Review and revise quota section of decertification response | 1.40 | $385.00 |
| 03/21/2014 | CRM | Review and revise factual sections of decertification response | 2.10 | $577.50 |
| 03/21/2014 | CRM | Meeting, re: status of decertification response with attorneys M. Obermeyer and K. Dolley | 0.20 | $55.00 |
| 03/21/2014 | KJD | Reviewed and edited drafts of memo in opposition of decertification. | 8.00 | $3,600.00 |
| 03/21/2014 | MRK | Formatting memorandum of law to include proper page numbering | 0.20 | $45.00 |
| 03/22/2014 | MJO | Meeting with Attorney Kevin Dolley, re: restructuring facts section in accordance with common policies. | 0.70 | $192.50 |
| 03/22/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, revised and restructured Facts section, re: Plaintiffs Share Fundamental Factual Similarities; Defendant's Uniform Hiring Process; Defendant's Uniform Timekeeping Process; Defendant's Uniform Piece Rate Compensation Structure; Defendant's Uniform Half Time Overtime Rate; Defendant's Uniform Production and Performance Quotas; Defendant's Uniform Requirement That Plaintiffs Underreport Compensable Work Time; Defendant Knew Or Should Have Known Plaintiffs Were Performing Unrecorded Compensable Work; Data Showing Plaintiffs' Actual Work Time. | 2.00 | $550.00 |
| 03/22/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, re: revised Appendix 1 concerning Plaintiffs' uniform testimony of underreporting work time. | 1.00 | $275.00 |
| 03/22/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, revised and restructured Facts section, re: Plaintiffs Share Fundamental Factual Similarities; Defendant's Uniform Hiring Process; Defendant's Uniform Production and Performance Quotas. | 2.50 | $687.50 |
| 03/22/2014 | MJO | Analyzed and examined hundreds of pages of documents provided by Defendant from entire case file for additional exhibits to add to Facts section. | 1.50 | $412.50 |
| 03/22/2014 | MJO | Drafted Response to Defendant's Motion for Decertification, revised and restructured Facts section, re: added analysis to facts regarding additional exhibits, re: Editing Proficiency | 4.50 | $1,237.50 |

| | | | | |
|---|---|---|---|---|
| | | Tutorial, emails from Director of Operations Rebecca Stewart, communications from Director of Operations Cindy Gulley, Detailed Line Count Reports for Plaintiff Linda Mathias, EIS Screenshots, additional emails from Catherine Dundas to Payroll Manager Jennifer Sandy, Max Line Rate Schedule, Timesheets, Timestamps, and Earnings Statements for Linda Mathias, BayScribe Platform Data. | | |
| 03/22/2014 | CRM | Review and revise first ten pages of decertification response | 0.80 | $220.00 |
| 03/22/2014 | CRM | Review and revise pages 11-20 of decertification response facts | 0.60 | $165.00 |
| 03/22/2014 | KJD | Reviewed and edited drafts in opposition for desertification Reviewed exhibits, appendix, documents, corp rep depo transcripts, researched desertification standard. | 14.00 | $6,300.00 |
| 03/22/2014 | JES | Talked to KD and MO about what to do on the Response Motion for decert; read Espenscheid and looked at 7 cases treating it negatively in order to put any language treating the case negatively into an email; looked up IL Fed Dist court cases to see if Guzma or Rowland discussed Comcast, Dukes, or Espenscheid. | 6.60 | $1,485.00 |
| 03/23/2014 | MJO | Drafted outline of Defendant's arguments presented in Motion for Decertification, re: individualized defenses for inclusion in Plaintiffs' Response to Defendant's Motion for Decertification. | 1.00 | $275.00 |
| 03/23/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, re: analyzed and examined Excel spreadsheets for damage calculations for inclusion in Appendix. | 1.00 | $275.00 |
| 03/23/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, implemented hand correction changes recommended by Attorney Kevin Dolley, re: Plaintiffs Share Fundamental Factual Similarities; Defendant's Uniform Hiring Process; Defendant's Uniform Timekeeping Process; Defendant's Uniform Piece Rate Compensation Structure; Defendant's Uniform Half Time Overtime Rate; Defendant's Uniform Production and Performance Quotas; Defendant's Uniform Requirement That Plaintiffs Underreport Compensable Work Time; Defendant Knew Or Should Have Known Plaintiffs Were Performing Unrecorded Compensable Work; Data Showing Plaintiffs' Actual Work Time. | 3.50 | $962.50 |
| 03/23/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, Argument; implemented hand corrections of Attorney Kevin Dolley in following sections: Plaintiffs' Factually Similar Employment And Work Responsibilities Bind Them Together As Similarly Situated; Defendant's Common Policies And Practices Violating the FLSA; Defendant's Uniform Policies And Practices Requiring Plaintiffs Underreport Work Time; Defendant's Production And Performance Quotas Constitute A Common Policy Binding Plaintiffs; Defendant's Uniform Half-Time Overtime Policy Violates the FLSA. | 4.00 | $1,100.00 |
| 03/23/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, Argument; implemented hand corrections of Attorney Kevin Dolley in following sections: Transcend's Defenses Are Not Sufficiently Individualized To Defeat Decertification; Courts Regularly Maintain Certification In Cases Where A Defendant Attempts To Assert Boilerplate Individual "Defenses;" Plaintiffs' Relaxed Burden of Proving Damages Resulting From Defendant's Failure To Keep Accurate Time Records; Comcast And Dukes Do Not Support Decertification; Espenscheid Is Inapposite As Courts Do Not Broadly Prohibit Collective Action Certification In Piece Rate Cases. | 3.00 | $825.00 |
| 03/23/2014 | JMF | Review identifying exhibits, identifying exhibits subsumed in editing process for reincorporation; stamping exhibits, preparing index of Exhibits. | 3.80 | $855.00 |
| 03/23/2014 | MRK | Calculation of time worked for plaintiff Linda Mathias | 2.80 | $630.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | based on BeyondTXT records for week of January 2, 2011; calculation of hour rate of pay based on ADP data for the time period, calculation of overtime hours that were not reported or paid; Drafting of appendix for attachment in response to motion for decertification addressing the unpaid overtime and unpaid minimum wage damages for plaintiff Linda Mathias including the information used to determine her acctual hours worked, her hourly rate, and her overtime rate, drafting of language explaining the method used for making the calculations and determining the overall damages for the workweek in which she was not paid overtime or minimum wages | | |
| 03/23/2014 | MRK | Preparation of exhibits 47,67,68,69 with exhibits stamps, conversion to PDF formatting, drafting of headers for spreadsheet exhibits for each page of information; Calculation of time worked for plaintiff Linda Mathias based on BeyondTXT records for week of January 2, 2011; calculation of hour rate of pay based on ADP data for the time period, calculation of overtime hours that were not reported or paid; Drafting of appendix for attachment in response to motion for decertification addressing the unpaid overtime and unpaid minimum wage damages for plaintiff Linda Mathias including the information used to determine her acctual hours worked, her hourly rate, and her overtime rate, drafting of language explaining the method used for making the calculations and determining the overall damages for the workweek in which she was not paid overtime or minimum wages. | 7.00 | $1,575.00 |
| 03/24/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, re: analyzed/examined Exhibits 1-70 for filing; applied redactions where necessary. | 1.50 | $412.50 |
| 03/24/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, re: condensed the following sections to meet 40 page limit established in Court Order: Plaintiffs' Factually Similar Employment And Work Responsibilities Bind Them Together As Similarly Situated; Defendant's Common Policies And Practices Violating the FLSA; Defendant's Uniform Policies And Practices Requiring Plaintiffs Underreport Work Time; Defendant's Production And Performance Quotas Constitute A Common Policy Binding Plaintiffs; Defendant's Uniform Half-Time Overtime Policy Violates the FLSA. | 3.50 | $962.50 |
| 03/24/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, re: condensed the following sections to meet 40 page limit established in Court Order: Transcend's Defenses Are Not Sufficiently Individualized To Defeat Decertification; Courts Regularly Maintain Certification In Cases Where A Defendant Attempts To Assert Boilerplate Individual "Defenses;" Plaintiffs' Relaxed Burden of Proving Damages Resulting From Defendant's Failure To Keep Accurate Time Records; Comcast And Dukes Do Not Support Decertification; Espenscheid Is Inapposite As Courts Do Not Broadly Prohibit Collective Action Certification In Piece Rate Cases; Procedural and Fairness Concerns Do Not Preclude Decertification. | 2.00 | $550.00 |
| 03/24/2014 | MJO | Drafted Plaintiffs' Response to Defendant's Motion for Decertification, re: implemented suggested changes from Attorneys Jonathan Skrabacz, Michael Kruse, Jason Finkes, and Joseph Riegerix. | 1.50 | $412.50 |
| 03/24/2014 | CRM | Detailed review of decertification response. Make hand corrections. Discuss with attorneys K. Dolley and M. Obermeyer. | 2.50 | $687.50 |
| 03/24/2014 | CRM | Meeting to discuss decertification response status | 0.20 | $55.00 |
| 03/24/2014 | CRM | Review part 4 of Appendix. Discuss with attorney K. Dolley. | 0.70 | $192.50 |
| 03/24/2014 | CRM | Meeting with attorney K. Dolley, re: possible inclusion | 0.10 | $27.50 |

| | | | | |
|---|---|---|---|---|
| | | of jury instructions into decertification response. | | |
| 03/24/2014 | CRM | Review and make hand corrections to Part II. C of decertification response | 0.30 | $82.50 |
| 03/24/2014 | KJD | Detailed review of Appendix; detailed review of time records and testimony specific to appendix; detailed review of draft memo of law, hand corrections and red-line deletions. | 9.00 | $4,050.00 |
| 03/24/2014 | MRK | Preparation of exhibits for courtesy copy to be sent to Judge, review of all exhibits to determine page length of each exhibit, printing of all exhibits exceeding fifty pages to prepare for binding for courtesy copy; Revision of appendices 4 and 5 per KJD instruction, including removing any damage calculation and comparison of TimeSaver information to Production information on a weekly basis; review of time records for plaintiffs Cosentino and Mathias, revision of appendices to reflect only a single day of times recorded downloading and returning reports, formatting of time data to include within appendices.; Additional preparation of courtesy copy of memorandum and exhibits to send to Judge Guzman, including printing of additional exhibits and drafting and printing of cover sheets for each volume binder to be sent to Judge Guzman; Review of documents contained within binders to ensure they were properly labeled and in the proper order within the tabbed sections of the binders and how to organize binders to properly and equally hold all exhibits; Printing of remaining exhibits for filing as courtesy copy to Judge Guzman, thorough review of all three volumes of binders to ensure each exhibit was properly bound with the appropriate corresponding divider tab, review of all documents within binder to ensure all documents are within the courtesy copy; | 4.80 | $1,080.00 |
| 03/24/2014 | MRK | Review and hand corrections of memo in opposition, including procedural history, statement of facts, argument, and conclusion. Changes noted for grammatical and stylistic changes, changes noted for readability, changes noted re long/short form citations throughout the memorandum of law in opposition to decertification; Revision and final review of Table of Contents for Memorandum of Law In Opposition to Defendant's Motion To For Decertification to reflect changes to page numbers and title headings through final revision, Revision and final review of Table of Authorities to ensure cases cited in memorandum in opposition of decertification, review of table of authorities and cross-reference with memorandum of law to ensure accurate citation of page numbers for each authority in the table of authorities, removal of authorities in table of authorities removed from citation in final editing of memorandum of law; Preparation of file stamped memorandum of law, appendix, motion for leave, and notice of hearing on motion for leave to file Exhibit 47 under seal for courtesy copy to send to Judge Guzman; preparation of final index of exhibits for courtesy copies; Final preparation of courtesy copy for overnight shipment to Chicago for delivery to Judge Guzman. | 3.70 | $832.50 |
| 03/24/2014 | JES | Read and reviewed response to Motion for Decert one last time. | 3.50 | $787.50 |
| 03/24/2014 | JRR | Read and edit Opposition to Decertify. | 1.70 | $382.50 |
| 03/26/2014 | MJO | Drafted email to class members updating them as to status lawsuit. | 0.50 | $137.50 |
| 03/26/2014 | MJO | Telephone call with clerk, re: filing Exhibit 47 to Plaintiff's Response in Opposition to Decertification; filed Exhibit 47 under seal. | 0.40 | $110.00 |
| 04/01/2014 | MJO | Updated contact information (addresses, email addresses) for several MLSs on MLS contact information spreadsheet. | 0.50 | $137.50 |
| 04/01/2014 | MJO | Sent email updating class members as to status of lawsuit to all 705 class members through Yahoo and business email | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| | | addresses. | | |
| 04/02/2014 | MJO | Left voicemail for Linda Mathias, re: returning phone call. | 0.10 | $27.50 |
| 04/02/2014 | MJO | Telephone call with Linda Mathias, re: updates concerning lawsuit and Motion for Decertification. | 0.50 | $137.50 |
| 04/03/2014 | KJD | Detailed review of Defendant's Motion to Decertify. | 2.00 | $900.00 |
| 04/06/2014 | MJO | Meeting with Attorneys Kevin Dolley and Conor McCullough, re: potential need for Sur-Reply. | 0.20 | $55.00 |
| 04/08/2014 | MJO | Read/reviewed Defendant's Reply to Plaintiff's Response in Opposition to Decertification, re: began drafting outline of Defendant's arguments for inclusion in potential Sur-Reply. | 1.50 | $412.50 |
| 04/08/2014 | MJO | Telephone call with co-counsel Russ Riggan and Kevin Dolley, re: filing Sur-Reply. | 0.40 | $110.00 |
| 04/15/2014 | MJO | Responded to email from class member Julie Wright, re: settlement discussions and progress. | 0.20 | $55.00 |
| 05/02/2014 | MJO | Emailed Plaintiff Lisa Smith, re: questions concerning computer potentially being hacked, and potential effect of termination/resignation on standing in lawsuit. | 0.20 | $55.00 |
| 05/02/2014 | MJO | Emailed Plaintiff Julie Wright, re: update on status of lawsuit and status of decertification. | 0.20 | $55.00 |
| 05/02/2014 | MJO | Telephone call with Plaintiff Lisa Smith, re: employment with Nuance, including timekeeping, access to computer through email system and IM system. | 0.70 | $192.50 |
| 05/05/2014 | KJD | Call with Kate Sedey, re: possible substitution of counsel. | 0.20 | $90.00 |
| 05/07/2014 | MJO | Drafted substitution of counsel correspondence to new local counsel Kate Sedey and former local counsel Anthony Sciara, re: substituting local counsel in case. | 0.50 | $137.50 |
| 05/12/2014 | MJO | Drafted Plaintiffs' Motion for Leave to Substitute Counsel. | 0.80 | $220.00 |
| 05/12/2014 | MJO | Drafted Notice of Hearing for Motion for Leave to Substitute Counsel. | 0.20 | $55.00 |
| 05/12/2014 | MJO | Drafted email to new local counsel Kate Sedey, re: Motion for Leave to Substitute Counsel and Notice of Hearing. | 0.20 | $55.00 |
| 05/15/2014 | JES | Called back client regarding status of case. | 0.10 | $22.50 |
| 05/16/2014 | MJO | Telephone call with Plaintiff Dawn Pence, re: online blog postings. | 0.20 | $55.00 |
| 05/19/2014 | MJO | Drafted email to local counsel Kate Sedey, re: Judge Guzman granting Motion to Substitute Counsel. | 0.20 | $55.00 |
| 06/02/2014 | MJO | Drafted email to class member Margaret Thorpe, re: updating as to status of lawsuit. | 0.20 | $55.00 |
| 06/13/2014 | MJO | Responded to email from Plaintiff Janet Moore, re: case update. | 0.10 | $27.50 |
| 06/13/2014 | MJO | Responded to email from Plaintiff Brucette Zirn, re: case update. | 0.10 | $27.50 |
| 06/13/2014 | MJO | Responded to email from Plaintiff Debra Seuell, re: case update. | 0.10 | $27.50 |
| 06/25/2014 | MJO | Drafted email to class, re: status update as to lawsuit. | 0.50 | $137.50 |
| 06/25/2014 | MJO | Instructed assistant Morgan Bland, re: sending class update email to all class members. | 0.20 | $55.00 |
| 07/15/2014 | JMF | Call from client Beverly McCoy, requesting update, estimations, and timeframe. | 0.40 | $90.00 |
| 09/08/2014 | MJO | Drafted email to Plaintiff Deborah Waldman, re: update on case. | 0.20 | $55.00 |
| 09/26/2014 | JES | Reviewed and sent draft of email to be sent to the class in Transcend alerting them of the judge's order grating the Defendant's decertification motion. | 0.20 | $45.00 |
| 09/29/2014 | MJO | Revised email to class, re: revised text concerning decertification being granted. | 0.20 | $55.00 |
| 10/06/2014 | MJO | Left voicemail for named Plaintiff Linda Mathias, re: case update. | 0.10 | $27.50 |
| 10/06/2014 | MJO | Telephone conversation with named Plaintiff Linda Mathias, re: provided case update and explanation of significance of de-certification and potential strategy for moving forward with | 0.80 | $220.00 |

| | | | | |
|---|---|---|---|---|
| | | named plaintiffs. | | |
| 10/09/2014 | MJO | Drafted email to named Plaintiff Lisa Edwards, re: update to lawsuit. | 0.20 | $55.00 |
| 10/28/2014 | MJO | Researched Seventh Circuit case law, re: equitable tolling of statute of limitations; read several cases including Bergman v. Kindred Healthcare, Inc. (N.D. Ill.) and Bitner v. Wyndham Vacation Resorts, Inc., (W.D. Wisc.). | 0.70 | $192.50 |
| 10/28/2014 | MJO | Researched all federal circuits for the following key terms for purposes of drafting Plaintiffs' Motion for Equitable Tolling —"decertification" & "flsa" & "opt-in" & "notice" & "equitable" & "tolling"; read and consulted numerous cases including Green v. Harbor Freight Tools USA, Inc., (D. Kan); Sandoz v. Cingular Wireless (D. La.). | 0.80 | $220.00 |
| 10/29/2014 | MJO | Researched equitable tolling in all federal circuits and consulted numerous cases granting equitable tolling to decertified Plaintiffs, including Smith v. Heartland Auto. Services, Inc. (D. Minn.), Puffer v. Allstate Ins. Co. (N.D. Ill.), and Santiago v. Amdocs., Inc. (N.D. Cal.); began drafting Motion for Equitable Tolling, re: Procedural and Factual Background concerning decertification ruling and equitable tolling. | 2.30 | $632.50 |
| 10/30/2014 | MJO | Drafted Plaintiffs' Memorandum of Law in Support of Motion for Staying the Statute of Limitations for Dismissed Opt-ins, re: Procedural Posture; detailed procedural posture of case, including significant events throughout course of case, such as basics of Plaintiffs' allegations, Court's Order conditionally certifying the putative class, and Court's Order decertifying the putative class. | 1.70 | $467.50 |
| 10/30/2014 | MJO | Drafted Plaintiffs' Memorandum of Law in Support of Motion for Staying the Statute of Limitations for Dismissed Opt-ins, re: Argument— This Court Should Exercise Its Broad Discretion And Stay The Statute Of Limitations For A Period Running From The Date That The Opt-In Plaintiffs Filed Their Notices To December 25, 2014; argued this Court should invoke the doctrine of equitable tolling to stay the statute of limitations for opt-in members of the putative class; detailed legal background and supporting case law concerning when equitable tolling is appropriate in FLSA collective actions, including Santiago v. Amdocs, Inc., and Chapman v. Fred's Stores of Tennessee, Inc., (N.D. Al. Mar. 15, 2013). | 2.50 | $687.50 |
| 10/31/2014 | MJO | Drafted Memorandum of Law in Support of Motion for Equitable Tolling, re: This Court Should Exercise Its Broad Discretion And Stay The Statute Of Limitations For A Period Running From The Date That The Opt-In Plaintiffs Filed Their Notices Of Intent To Join This Lawsuit To December 25, 2014. | 1.00 | $275.00 |
| 10/31/2014 | MJO | Drafted Motion for Staying the Statute of Limitations for Dismissed Opt-in Plaintiffs, re: asserted reasons why equitable tolling particularly appropriate in this case featuring 705 Plaintiffs scattered throughout the United States. | 0.60 | $165.00 |
| 11/03/2014 | MJO | Drafted email to co-counsel Russ Riggan, re: game plan for pursuing Transcend post-decertification. | 0.20 | $55.00 |
| 11/03/2014 | MJO | Drafted Motion for Equitable Tolling, re: detailed plans and strategy for moving case forward to the court, including Plaintiffs' counsels' plans to contact each opt-in Plaintiff again to ensure that they fully understand their right to pursue individual litigation for unpaid wages against Defendant if they have a claim for such damages; ensuring that all opt-in Plaintiffs receive the communication regarding this Court's decision and what this means for their wage and hour claim; also further detailed analysis in argument section setting forth why Plaintiffs require an additional several weeks for equitable tolling. | 1.50 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 11/03/2014 | KJD | Review, edit motion to stay for dismissed opt-in Plaintiff. | 1.00 | $450.00 |
| 11/06/2014 | MJO | Gathered file for purposes of preparing for status hearing scheduled for Friday, Nov. 7. | 0.30 | $82.50 |
| 11/07/2014 | MJO | Phone call with named Plaintiff Linda Mathias, re: update on lawsuit. | 0.30 | $82.50 |
| 11/13/2014 | MJO | Drafted/revised email to class, re: statute of limitations and its significance/impact for filing individual lawsuit. | 0.70 | $192.50 |
| 11/13/2014 | KJD | Review, edit class email notice. | 0.50 | $225.00 |
| 11/20/2014 | MJO | Responded to emails from Transcend opt-in class member Karen Milan, Lisa Smith, and Shara Howard, re: update on lawsuit and questions concerning decertification email. | 0.70 | $192.50 |
| 11/21/2014 | MJO | Drafted Motion for Summary Judgment, re: began drafting section concerning why Plaintiffs are entitled to summary judgment on the issue of receiving overtime at a rate of one-and-one-half times their regular rate of pay. | 0.50 | $137.50 |
| 11/21/2014 | MJO | Drafted Plaintiffs' Motion for Summary Judgment, re: researched all federal circuits and secondary sources for case law pertaining to the agreement which must be entered prior to piece rate employees earning an overtime rate of half-time rather than time-and-a-half; researched for purposes of building out and expanding law in first section of Motion for Summary Judgment. | 2.30 | $632.50 |
| 11/24/2014 | LSG | Discuss deadlines for motion to dismiss and issues regarding continuing response for the same with MJO. | 0.30 | $82.50 |
| 11/25/2014 | MJO | Drafted email to Greg Mersol, re: changing Motion hearing. | 0.10 | $27.50 |
| 11/25/2014 | MJO | Telephone call with Carol from Judge Guzman's chambers, re: alternate available dates for motion hearing. | 0.20 | $55.00 |
| 11/25/2014 | MJO | Drafted email to local counsel, re: response due date without briefing schedule. | 0.20 | $55.00 |
| 11/25/2014 | MJO | Drafted Joint Proposed Briefing Schedule for submission to court. | 1.00 | $275.00 |
| 11/26/2014 | MJO | Emailed Kate Sedey back, re: presentment and due date for Response to Motion for Disjoinder. | 0.20 | $55.00 |
| 11/26/2014 | MJO | Emailed opposing counsel Mersol, re: presentment date. | 0.20 | $55.00 |
| 12/02/2014 | KJD | Review and edit response brief for motion for misjoinder. | 3.00 | $1,350.00 |
| 12/09/2014 | MJO | Meeting with Attorney Quinton Osborne, re: provided instruction for drafting Response in Opposition to Defendant's Motion for Disjoinder. | 0.50 | $137.50 |
| 12/10/2014 | MJO | Meeting with Attorney Quinton Osborne, re: questions and issues concerning Motion for Disjoinder, including similarities/commonalities binding Plaintiffs. | 0.30 | $82.50 |
| 12/10/2014 | CA | Mark explained background of the case to new associate | 0.40 | $90.00 |
| 12/10/2014 | CA | Review defendant's original motion to decertify class | 0.60 | $135.00 |
| 12/10/2014 | CA | Research cases that state joinder standard is more relaxed than the second state of decertification standard, such as Insolia v. Phillip Morris, Smith v. Northeastern, Rochlin v. Cincinnati, and Nelson v. Chertoff | 2.40 | $540.00 |
| 12/10/2014 | CA | Research and find cases stating the first prong of joinder standard can be found if there is a company-wide decision or policy that was followed, cases like Hohibein v. Heritage and Resnick v. American Dental Ass'n, and Dean v. City of Chicago | 2.10 | $472.50 |
| 12/10/2014 | CA | Review Defendant's motion to sever the ten plaintiffs | 0.70 | $157.50 |
| 12/10/2014 | CA | Research and analyze all cases cited in defendant's motion to sever pursuant to FRCP 21 | 1.30 | $292.50 |
| 12/10/2014 | CA | Review Plaintiffs response to Defendant's motion to decertify | 0.60 | $135.00 |
| 12/10/2014 | CA | Review Judge's order to decertify cases | 0.40 | $90.00 |
| 12/11/2014 | CA | Review Lugo's deposition | 0.60 | $135.00 |
| 12/11/2014 | CA | Review Debra Tolles' deposition for research time, who her lead and rooms were, and if she was told about hands-on time | 0.40 | $90.00 |
| 12/11/2014 | CA | Review Debra Waldman's deposition for research time, who | 0.40 | $90.00 |

| | | | | |
|---|---|---|---|---|
| | | her lead and rooms were, and if she was told about hands-on time | | |
| 12/11/2014 | CA | Complete rules statement for response to motion to sever | 1.30 | $292.50 |
| 12/11/2014 | CA | Draft first portion of response, arguing Plaintiffs case is similar to cases that allege company-wide illegal policy | 2.40 | $540.00 |
| 12/11/2014 | CA | Review Dawn Pence's deposition for research time, who her lead and rooms were, and if she was told about hands-on time | 0.60 | $135.00 |
| 12/11/2014 | CA | Review Mathias deposition, determined if she was paid for research | 0.50 | $112.50 |
| 12/12/2014 | CA | Review Mathias' testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.80 | $180.00 |
| 12/12/2014 | CA | Review Pence's' testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.40 | $90.00 |
| 12/12/2014 | CA | Review Tolle's testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.60 | $135.00 |
| 12/12/2014 | CA | Review Waldman's testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.70 | $157.50 |
| 12/12/2014 | CA | Review sheet and put all similarities together, edited so categories are more similar | 0.30 | $67.50 |
| 12/12/2014 | CA | Review Armstrong's testimony and determine if she discussed hands-on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.70 | $157.50 |
| 12/12/2014 | CA | Review Bargerstock's testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.60 | $135.00 |
| 12/12/2014 | CA | Review Clunk's testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.70 | $157.50 |
| 12/12/2014 | CA | Review Cosentino's testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.60 | $135.00 |
| 12/12/2014 | CA | Review Edwards' testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.60 | $135.00 |
| 12/12/2014 | CA | Review Lugo's' testimony and determine if she discussed hands on keyboard, mkm, if they were all MLSs, paid by the line, flex time, quotas, and if overtime is an issue | 0.70 | $157.50 |
| 12/12/2014 | CA | Draft first argument portion of brief, discussing and analyzing different cases that show even with different facts, joinder can be proper if there is overlying company policy that is illegal | 1.30 | $292.50 |
| 12/12/2014 | CA | Draft brief, differentiate cases cited by Defendant in motion to sever, showing none of them had company-wide policy | 2.30 | $517.50 |
| 12/15/2014 | CA | Draft and complete section of response to Defendant's motion to sever: 1. Defendant's Company-Wide Policies That Only Allowed Plaintiffs To Record Hands-On-Keyboard Time, Along With Requiring 95% Accuracy Caused FLSA Minimum Wage and Overtime Violations | 2.30 | $517.50 |
| 12/15/2014 | CA | Draft and complete section 2 of response to Defendant's Motion to Sever: All Ten Employees Were Subject To The Policies That Caused the FLSA Violations | 1.10 | $247.50 |
| 12/15/2014 | CA | Draft and complete section 3 of response to Defendant's Motion to Sever: There are other facts that are identical with each employee, especially since the number of plaintiffs went from over 700 plaintiffs to only 10. | 2.30 | $517.50 |
| 12/15/2014 | CA | Draft and complete this section of response to Defendant's motion to sever: Common Questions Of Law Or Fact Exist In | 0.30 | $67.50 |

| | | | | |
|---|---|---|---|---|
| | | This Lawsuit. | | |
| 12/15/2014 | CA | Draft and complete this section of response to Defendant's motion to sever: Common Questions Of Law Or Fact Exist In This Lawsuit. | 1.80 | $405.00 |
| 12/15/2014 | CA | Draft and complete this section of response to Defendant's motion to sever: Common Questions Of Law Or Fact Exist In This Lawsuit. | 1.20 | $270.00 |
| 12/15/2014 | CA | Draft and complete this section of response to Defendant's motion to sever: A Jury Could Adequately Determine Liability For Joined Plaintiffs. | 1.00 | $225.00 |
| 12/16/2014 | MJO | Reviewed/revised Section A of initial draft of Response in Opposition to Motion for Misjoinder, re: reviewed/revised Section A concerning whether arises from same series of transactions or occurrences. | 1.50 | $412.50 |
| 12/16/2014 | MJO | Researched joinder pursuant to Rule 20, re: researched joinder of numerous plaintiffs against one Defendant; read and reviewed numerous cases including Afabor v. Racetrac Petroleum, Inc., (N.D. Tex), Madison v. Hennepin County (D. Minn.), Paris v. Lake Carroll Holdings, Inc. (N.D. Ill.). | 0.70 | $192.50 |
| 12/16/2014 | MJO | Meeting with Attorney Quinton Osborne, re: revisions made to Section A of Response to Defendant's Motion for Misjoinder. | 0.30 | $82.50 |
| 12/16/2014 | MJO | Drafted/revised Plaintiffs' Response in Opposition to Defendant's Motion for Misjoinder, re: reviewed/revised Section A concerning whether arises from same series of transactions or occurrences and Section B, concerning whether the lawsuit arises from common questions of law or fact. | 1.30 | $357.50 |
| 12/16/2014 | CA | Review and Discuss Waldman's negative testimony | 0.30 | $67.50 |
| 12/16/2014 | CA | Insert good case law within analysis throughout brief | 0.60 | $135.00 |
| 12/16/2014 | CA | Researched and found more rule language for how liberal misjoinder standard is | 0.30 | $67.50 |
| 12/16/2014 | CA | Researched and found more rule language regarding how to find if situations arise out of same situation/occurrence under the first misjoinder element | 0.30 | $67.50 |
| 12/16/2014 | CA | Improve and add to analysis explaining how cases cited in defendant's brief were inapposite to our cases, emphasizing how we ar arguing a company-wide policy not present in their cases | 0.70 | $157.50 |
| 12/16/2014 | CA | Meet with Mark to discuss changes to memo in response to Defendant's motion to sever | 0.40 | $90.00 |
| 12/16/2014 | CA | Draft changes to argument section 1.A, included more analysis | 0.60 | $135.00 |
| 12/16/2014 | CA | Researched and found joinder cases relating to FLSA cases, involving company-wide decision-making as common experience | 0.40 | $90.00 |
| 12/16/2014 | CA | Draft procedural background and factual background for brief | 2.10 | $472.50 |
| 12/16/2014 | CA | Meet with Mark to discuss further changes with briefs, adding analysis and try to find more similarities between all of the plaintiffs | 0.30 | $67.50 |
| 12/16/2014 | CA | Revised common questions of law or fact sections, focused on common policy with entire company | 0.60 | $135.00 |
| 12/16/2014 | CA | Revise entire brief to correct typos and citations | 1.30 | $292.50 |
| 12/16/2014 | CA | Research for more FLSA misjoinder cases that found joiner appropriate at our state of the trial | 0.70 | $157.50 |
| 12/17/2014 | MJO | Revised Plaintiff's Response in Opposition to Defendant's Motion to Sever and Dismiss, re: reviewed third final draft of Response drafted by Attorney Quinton Osborne; reviewed/revised the following sections of Response in Opposition—Introduction; Procedural Background; Factual Background; Argument— Plaintiffs Are Appropriately Joined Under Federal Rule Of Civil Procedure 20 And Their Lawsuit Should Not Be Severed Pursuant To Rule 21; Legal Standard; | 3.00 | $825.00 |

| | | | | |
|---|---|---|---|---|
| | | Plaintiffs' Claims Arise Out Of The Same Series Of Transactions Or Occurrences. | | |
| 12/17/2014 | CA | Revise based on Mark's corrections for response to Defendant's Motion to Disjoin Plaintiffs | 0.70 | $157.50 |
| 12/17/2014 | CA | Finish draft of introduction for brief | 0.60 | $135.00 |
| 12/17/2014 | CA | Finish draft of conclusion for brief | 0.40 | $90.00 |
| 12/17/2014 | CA | Reviewed all ten plaintiffs' depositions to find more hands-on-keyboard references | 1.50 | $337.50 |
| 12/17/2014 | CA | Put together flex time similarities between the ten plaintiffs | 1.30 | $292.50 |
| 12/17/2014 | CA | Included all facts in argument in statement of facts, organized accordingly | 1.20 | $270.00 |
| 12/18/2014 | MJO | Drafted/revised Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Sever and Dismiss, re: drafted/revised Argument section—Plaintiffs Present Common Questions of Fact and Law. | 2.50 | $687.50 |
| 12/18/2014 | KJD | Review, edit Response to Defendant's motion for misjoinder. | 1.50 | $675.00 |
| 12/19/2014 | MJO | Drafted Plaintiff's Response in Opposition to Defendant's Motion to Sever and for Misjoinder, re: drafted factual background concerning Plaintiffs Dawn Pence, Debra Tolles, and Deborah Waldman. | 3.00 | $825.00 |
| 12/19/2014 | CA | Meet with Kevin and Mark to discuss what improvements need to be made, additions to statement of facts and more details about order | 0.40 | $90.00 |
| 12/19/2014 | CA | Added facts to brief regarding Armstrong | 1.30 | $292.50 |
| 12/19/2014 | CA | Added facts to brief regarding and organized for Bargerstock | 1.20 | $270.00 |
| 12/19/2014 | CA | Added facts to brief regarding and organized for Clunk | 1.20 | $270.00 |
| 12/19/2014 | CA | Added facts to brief regarding and organized for Cosentino | 1.40 | $315.00 |
| 12/19/2014 | CA | Added facts and information to order | 1.20 | $270.00 |
| 12/20/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Misjoinder, re: summarized Court's decertification order in detail. | 1.00 | $275.00 |
| 12/20/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Misjoinder, re: revised and re-drafted entire Factual Background for following Plaintiffs—Linda Armstrong, Joy Bargerstock, Patricia Clunk, Theresa Cosentino, Lisa Edwards, Judith Lugo, Linda Mathias, Dawn Pence, Debra Tolles, and Deborah Waldman. | 4.00 | $1,100.00 |
| 12/20/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Misjoinder, re: Plaintiffs Are Appropriately Joined Under Federal Rule Of Civil Procedure 20 And Their Lawsuit Should Not Be Severed Pursuant To Rule 21; Plaintiffs' Claims Arise Out Of The Same Series Of Transactions Or Occurrences; Defendant Relies Upon Inapposite Case Law; Common Questions of Law Or Fact Exist In This Lawsuit. | 3.00 | $825.00 |
| 12/20/2014 | CA | Finished statement of facts for Armstrong, added she always used time saver and added her managers and region | 0.50 | $0.00 |
| 12/20/2014 | CA | Reviewed to make sure all facts in argument section for Armstrong, Bargerstock, Clunk, Cosentino, and Edwards were in statement of facts | 0.70 | $0.00 |
| 12/20/2014 | CA | Finished statement of facts for Bargerstock, added she always used time saver and added her managers and region | 0.40 | $0.00 |
| 12/20/2014 | CA | Finished statement of facts for Clunk, added she always used time saver and added her managers and region | 0.40 | $0.00 |
| 12/20/2014 | CA | Finished statement of facts for Cosentino, added she always used time saver and added her managers and region | 0.40 | $0.00 |
| 12/20/2014 | CA | Finished statement of facts for Edwards, added she always used time saver and added her managers and region | 0.50 | $0.00 |
| 12/21/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Misjoinder, re: Introduction; Factual Background; Plaintiffs Are Appropriately Joined Pursuant to Rule 20; researched Motion to Sever in 7th Circuit and requirements for severance in 7th | 4.00 | $1,100.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Circuit. | | |
| 12/21/2014 | MJO | Drafted Response in Opposition to Defendant's Motion for Misjoinder, re: Plaintiffs' Claims Should Not Be Severed; Plaintiffs' Claims Arise Out Of The Same Transaction Or Occurrence And Present Common Questions Of Law Or Fact; Settlement Of The Claims Or Judicial Economy Will Not Be Facilitated Through Severance; No Prejudice Will Ensue Through Refusing To Sever Plaintiffs' Claims; Different Witnesses And Documentary Evidence Are Not Required. | 2.50 | $687.50 |
| 12/22/2014 | MJO | Drafted/revised Plaintiffs' Memorandum of Law in Opposition to Motion to Sever and Dismiss for Misjoinder, re: edited/cut text to meet 15-page page limitation, re: made hand corrections/suggestions for cutting throughout entire document. | 2.10 | $577.50 |
| 12/22/2014 | MJO | Drafted/revised Plaintiffs' Memorandum of Law in Opposition to Motion to Sever and Dismiss for Misjoinder, re: edited/cut text to meet 15-page page limitation, re: made hand corrections/suggestions for cutting throughout entire document. | 1.30 | $357.50 |
| 12/22/2014 | MJO | Drafted/revised Plaintiffs' Memorandum of Law in Opposition to Motion to Sever and Dismiss for Misjoinder, re: conducted detailed final review of entire document prior to filing with United States District Court for Northern District of Illinois. | 1.20 | $330.00 |
| 12/22/2014 | KJD | Review and edit response brief for motion for misjoinder. | 1.00 | $450.00 |
| 12/29/2014 | MJO | Drafted response to email from opt-in class member Julie Wright, re: update to status of lawsuit. | 0.20 | $55.00 |
| 01/06/2015 | MJO | Researched opt-in class list for purposes of filing additional suits against Transcend, including highlighting opt-ins from multiple states including Missouri, California, Florida, Minnesota, Texas, and Massachusetts. | 2.20 | $605.00 |
| 01/06/2015 | MJO | Researched opt-in class list questionnaires for purposes of filing additional suits against Transcend, including highlighting opt-ins from multiple states including Missouri, California, Florida, Minnesota, Texas, and Massachusetts. | 2.00 | $550.00 |
| 01/06/2015 | MJO | Drafted email response to medical transcriptionist Debbie Schwarm, re: potential lawsuit against Nuance. | 0.30 | $82.50 |
| 01/06/2015 | MJO | Researched "joinder," "unpaid overtime," and "FLSA" claims in context of FLSA and New York Minimum Wage Act in New York federal district court, re: read and researched numerous cases including Lee v. ABC Carpet (2006), Gunawan v. Sake Sushi Restaurant (2012), and Dragone v. Bob Bruno Excavating, Inc. (2007)—researched New York "spread of hours" premium and statute of limitations. | 1.20 | $330.00 |
| 01/09/2015 | MJO | Researched New York State law, re: filing new lawsuit in New York; specifically researched New York spread of hours concept. | 0.60 | $165.00 |
| 01/20/2015 | MJO | Drafted responses to email inquiries from Alice Gillespie, Connie Duncan, and Penny Neal. | 0.30 | $82.50 |
| 01/20/2015 | MJO | Drafted proposed email to class, re: future plans for pursuing individual lawsuits. | 0.50 | $137.50 |
| 01/22/2015 | MJO | Gathered documents for meeting with Attorney Kevin Dolley, re: damages and potential new lawsuits involving opt-in Plaintiffs. | 0.80 | $220.00 |
| 01/22/2015 | MJO | Meeting with Attorney Kevin Dolley, re: potential new lawsuits to be filed. | 0.50 | $137.50 |
| 01/22/2015 | MJO | Gathered information on all Texas and New York Plaintiffs for purposes of filing new lawsuit. | 1.50 | $412.50 |
| 01/23/2015 | MJO | Gathered information on all Missouri Plaintiffs for purposes of filing new lawsuit. | 0.50 | $137.50 |
| 01/23/2015 | MJO | Gathered information on all Florida Plaintiffs for purposes of filing new lawsuit. | 0.50 | $137.50 |
| 01/23/2015 | MJO | Gathered information on all Missouri Plaintiffs for purposes of | 0.90 | $247.50 |

| | | | | |
|---|---|---|---|---|
| | | filing new lawsuit, re: payroll information and weeding out those without sufficient time worked at Transcend. | | |
| 01/23/2015 | MJO | Gathered information on all California Plaintiffs for purposes of filing new lawsuit, re: payroll information and weeding out those without sufficient time worked at Transcend. | 1.50 | $412.50 |
| 01/25/2015 | MJO | Gathered information on all California Plaintiffs for purposes of filing new lawsuit, re: payroll information and weeding out those without sufficient time worked at Transcend. | 1.20 | $330.00 |
| 01/25/2015 | MJO | Gathered information on all Florida Plaintiffs for purposes of filing new lawsuit, re: payroll information and weeding out those without sufficient time worked at Transcend. | 1.50 | $412.50 |
| 01/26/2015 | MJO | Gathered information on all New York Plaintiffs for purposes of filing new lawsuit, re: payroll information and weeding out those without sufficient time worked at Transcend; meeting with Attorney Quinton Osborne for purposes of explaining remainder of Transcend opt-in project. | 0.80 | $220.00 |
| 01/26/2015 | QMO | Went through New York Plaintiffs, determined how long they worked at Transcend and when they worked there, highlighted if they worked at Transcend for less than 8 months; went through texas Plaintiffs, determined how long they worked at Transcend and when they worked there, highlighted if they worked at Transcend for less than 8 months;Went through master list of plaintiffs in Transcend, copy and pasted all plaintiffs that are outside of CA/FL/MO/NY/TX into separate spread sheet, if plaintiff was not included for their respective state and included them; Went through the "everyone else" word document, determined how long they worked at Transcend and when they worked there, highlighted if they worked at Transcend for less than 8 months. | 8.10 | $1,822.50 |
| 01/27/2015 | MJO | Meeting with Attorney Quinton Osborne, re: drafting additional Complaints and non-engaging opt-in Plaintiffs. | 0.50 | $137.50 |
| 01/27/2015 | MJO | Meeting with Attorney Quinton Osborne, re: progress on non-engagements. | 0.20 | $55.00 |
| 01/27/2015 | QMO | Talked with Mark about what to do with Transcend, told to draft letter to plaintiffs in Transcend we will not engage, told to draft accompanying email; Drafted letter to plaintiffs we are not engaging, included language about the decertification order, how they are free to find other counsel for their own individual claims; drafted body of email that would be sent to all plaintiffs who are we are not going to engage; sent an email to all plaintiffs in Transcend who we would not engage, attached a pdf document to each email that was personalized to each plaintiff; found addresses, wrote the letters and envelopes for the individuals whose emails came back with an error. | 8.20 | $1,845.00 |
| 01/28/2015 | QMO | Researched California law regarding minimum wage law, found they require an 8.50 minimum wage from 2010 to 2012, allows liquidated damages, SOL of 3 years; Researched California law regarding overtime law, found they require time and a half for all hours over 40 in a week, over 8 in a day, or for the first eight hours on the seventh consecutive day worked, also found CA requires the minimum wage be paid for each individual hour worked, don't just take total hours worked for the week and divide by weekly pay. | 3.20 | $720.00 |
| 01/28/2015 | QMO | Found and researched CA's unfair practices act, found a violation of CA' wage and hour law is a violation of this act, can only get restitutionary benefits, but has a SOL of 4 years; stated drawing up CA's complaint, entered all of the CA plaintiffs in the complaint, included when they worked for Transcend and where they lived. | 8.70 | $1,957.50 |
| 01/29/2015 | MJO | Reviewed/revised initial draft of Complaint for California Plaintiffs drafted by Attorney Quinton Osborne, re: made | 1.00 | $275.00 |

| | | | | |
|---|---|---|---|---|
| | | substantive and grammatical suggestions for correction. | | |
| 01/29/2015 | MJO | Reviewed/revised initial draft of Complaint for California Plaintiffs drafted by Attorney Quinton Osborne, re: made substantive and grammatical suggestions for correction. | 0.80 | $220.00 |
| 01/29/2015 | MJO | Reviewed/revised initial draft of Complaint for New York Plaintiffs drafted by Attorney Quinton Osborne, re: made substantive and grammatical suggestions for correction. | 0.80 | $220.00 |
| 01/29/2015 | QMO | Added new registered agent for all of the complaints; made Mark's changes to the Missouri and NY complaints where the complaints were similar; drafted a list of questions to ask to all transcend employees I will call; created excel sheet with CA plaintiffs that includes questions I will ask the potential plaintiffs. | 1.50 | $337.50 |
| 01/29/2015 | QMO | Wrote the minimum wage claim for the New York lawsuit, included relevant statute and regs, NYLL 663; wrote overtime for the New York lawsuit regarding the state law claim, included NY statute and laws including 650 et seq. and 12 NYCRR 142-2.2; wrote claim for NY lawsuit arguing Defendant owes Plaintiffs for spread of hours reasons, Plaintiffs were entitled to a minimum wage payment if the employee worked over 10 hours in a given day, included nedcessary facts. | 8.60 | $1,935.00 |
| 01/30/2015 | QMO | Got contact information for all CA, MO, NY, FL, and TX plaintiffs in one word document; started calling and leaving messages for CA plaintiffs until pone system went down, put their answers in excel sheet; wrote and sent letter to plaintiff who did not have email address or phone number of filed; wrote standard email to send to plaintiffs who have phones that do not work/ did not give us phone numbers, did not send yet because phones still down; listed out all the people to email on Monday who do not have phones listed or who have phones that do not work. | 7.20 | $1,620.00 |
| 02/02/2015 | QMO | Called back CA plaintiffs that left messages for me over the weekend; continued calling plaintiffs in CA, left messages for all who did not answer, finished the CA list; created excel sheet for NY plaintiffs, went through all NY plaintiffs, called and/or left message to all potential plaintiffs; sent email to all NY plaintiffs who either did not have phone or numbers did not work; created excel sheet for MO, FL, and TX which will record all responses | 8.30 | $1,867.50 |
| 02/03/2015 | QMO | Called all people who i did not speak to in CA because phones were down last Friday. | 3.30 | $742.50 |
| 02/03/2015 | QMO | Sent personalized emails to all CA plaintiffs who did not phone numbers; Sent letters to CA plaintiffs that did not have numbers or emails; started calling Missouri plaintiffs, took down information in excel sheet; sent emails to all TX plaintiffs that did not have phone numbers; created and mailed letters to all TX plaintiffs that did not have email or phone. | 7.60 | $1,710.00 |
| 02/04/2015 | QMO | Called FL plaintiffs from 1-26, left messages if no response, recorded all answers in the FL responses excel;Emailed all FL plaintiffs so far who do not have phone numbers; sent letters to the FL plaintiffs who do not have email addresses; Called the remaining FL plaintiffs, 27-57, recorded answers in the FL responses excel sheet; Emailed the FL' plaintiffs whose phones did not work or did not provide phone number from Plaintiffs 27-57;Mailed letters to individuals whose phones and emails did not work/not provided;Called back CA and MO plaintiffs that left me an email or phone message. | 9.00 | $2,025.00 |
| 02/05/2015 | QMO | Called TX plaintiffs from 1-26, left messages if no response, recorded all answers in the FL responses excel sheet; Emailed all TX plaintiffs whose phones did not work or did not provide phone number;Created and sent letters to plaintiffs whose phones and emails did not work;Researched FL law for their | 10.20 | $2,295.00 |

complaint, found they have 5 year SOL for wage and hour claims if willful; Created FL complaint with FL specific law and plaintiffs; Researched TX law for wage and hour and overtime issues, found not very helpful, 2 year SOL, must be employed by them within 2 years which is not true in our case;Sent follow up email to all plaintiffs from every state who have not returned my call;Mailed letters to people whose emails did not work and have not called me back yet

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/06/2015 | QMO | Morning: started going thru list of all plaintiffs from states other than CA/TX/MO/NY/FL, determined if they had a good claim or not, put responses in the everyone else responses folder; got through 1-60 plaintiffs in morning;Afternoon: continued going thru this list, got through plaintiffs 61-125, reported all responses in everyone else responses; Found and listed the phone numbers for the next 3 pages of everyone else plaintiffs to call; | 10.10 | $2,272.50 |
| 02/09/2015 | QMO | Morning: called everyone else plaintiffs 126 – 161, noted responses in everyone else responses excel sheet; Put all response sheets for 5 states and everyone else excel sheet in printable format, shrunk columns for each excel sheet, changed font size, adjusted columns so they all fit and were readable within one page, printed and gave to Mark;Found next 4 pages of phone numbers for everyone else plaintiffs; Afternoon: called everyone else plaintiffs 162-226, including a lengthy conversation with Judy Lindquist;Gave brief update on Transcend to Mark and Kevin | 9.30 | $2,092.50 |
| 02/10/2015 | MJO | Meeting with Attorney Quinton Osborne, re: disseminating contingency fee agreements. | 0.40 | $110.00 |
| 02/10/2015 | QMO | Called Transcend everyone else plaintiffs 226 – 280, reported all responses in the everyone else responses excel sheet; Finished calling Transcend everyone else plaintiffs, called numbers 281-400, reported all responses in the everyone else responses excel sheet; Created contingency fee agreement for all plaintiffs we will ask to join the transcend lawsuit, saved in the Transcend new lawsuit folder; Sent a follow-up email to all potential transcend plaintiffs who said they might have emails relevant to the lawsuit, asked them again to look thru their records and find any emails that may be relevant; | 12.40 | $2,790.00 |
| 02/11/2015 | MJO | Meeting with Attorney Quinton Osborne, re: update on status of calls to opt-in Plaintiffs. | 0.30 | $82.50 |
| 02/11/2015 | QMO | Spent the morning going thru Obermeyer transcend folder, pulled every single email and document we previously received from the plaintiffs into one folder, renamed all documents by last name, first name; Put the emails into the new Transcend folder, put in the state where the person is currently located; Went thru all emails for California plaintiffs, including Alana Barnes Garvic, Cathy Haines, and Pollak, determined if and which emails would be helpful in lawsuit, added Barnes to a our potential client list; Went through all of Patricia Townsend (NY)'s 30 emails, found that only a few might be relevant in lawsuit against Transcend, added her to potential client list; Went through emails of MO clients Patsy Hayes and Marie Plum, determined which ones were relevant, found Plum might be good potential client; Went through FL plaintiffs' emails, including Karen Goodrich, Barbara Keenan, Sarena Marques, Sheila Reeser, Jacqueline St. Georges, Sherry Wilson, and Darcy Wingler, found which ones would be helpful in suit, found Wilson's and Keenan's were helpful and would be good potential clients; Went through 6 TX clients' emails to determine which ones would be relevant, found Denio and Wright would be helpful, added to potential client list. | 10.40 | $2,340.00 |
| 02/12/2015 | QMO | Called all plaintiffs from 5 main states who still have not responded and have working phones, included any responses | 6.60 | $1,485.00 |

in their respective state excel sheet in the transcend folder; went thru CA plaintiffs to make spread sheet printable, decreased width of column, added title to top of the sheet, made it so top column was on every printed sheet, lowered cells so everything in cell was visible; went thru NY plaintiffs to make spread sheet printable, decreased width of column, added title to top of the sheet, made it so top column was on every printed sheet, lowered cells so everything in cell was visible; went thru MO plaintiffs to make spread sheet printable, decreased width of column, added title to top of the sheet, made it so top column was on every printed sheet, lowered cells so everything in cell was visible; went thru FL plaintiffs to make spread sheet printable, decreased width of column, added title to top of the sheet, made it so top column was on every printed sheet, lowered cells so everything in cell was visible; went thru TX plaintiffs to make spread sheet printable, decreased width of column, added title to top of the sheet, made it so top column was on every printed sheet, lowered cells so everything in cell was visible; went thru everyone else plaintiffs to make spread sheet printable, decreased width of column, added title to top of the sheet, made it so top column was on every printed sheet, lowered cells so everything in cell was visible; Met with Mark and Kevin about update on Transcend, learned I need to send nonengagement letters to all individuals who expressed they were not interested in the lawsuit, engagement letters to all plaintiffs of the 5 states that express interest, separate lists for each state into people who have given answers and people who have not gotten back with me; Drafted engagement letter to send to plaintiffs, approved by Mark and Kevin; sent email to all everyone else plaintiffs who have not responded to my phone calls yet, said they should call me for update on lawsuit and potential for filing new lawsuit against Transcend if they were interested; Recorded all people whose emails did not work, updated their respective sheets.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/2015 | QMO | called Anne Thorpe in the morning and a few other "everyone else" plaintiffs I said I would call back; Sent out personalized nonengagement letters to all CA plaintiffs, all came with pdf with more detailed explanation of Transcend case and how we are nonengaging them;Sent out personalized nonengagement letters to all NY plaintiffs, all came with pdf with more detailed explanation of Transcend case and how we are nonengaging them; Sent out personalized nonengagement letters to all MO plaintiffs, all came with pdf with more detailed explanation of Transcend case and how we are nonengaging them;Sent out personalized nonengagement letters to all FL plaintiffs, all came with pdf with more detailed explanation of Transcend case and how we are nonengaging them | 11.70 | $2,632.50 |
| 02/16/2015 | QMO | Scanned in the representation agreements we received over the weekend, organized transcend folders to get ready for more contracts; Made separate excel sheet for TX plaintiffs, separated plaintiffs who gave a response from plaintiffs who I have not gotten ahold of yet; Made separate excel sheet for "everyone else" plaintiffs, separated plaintiffs who gave a response from plaintiffs who I have not gotten ahold of yet; Tried to figure out what to do with "Everyone else" plaintiffs, organized excel sheet by state, looked through responses; Sent email to mark and Kevin, attached everyone else excel sheet, suggested we send out contracts to plaintiffs who are in states with multiple plaintiffs, like Ohio; Started preparing to send out nonengagement letters to all plaintiffs who have not responded to my communications yet, accumulated their email addresses for plaintiffs; Started making personalized letters for potential nonengagement clients. | 8.40 | $1,890.00 |
| 02/17/2015 | QMO | Talked with everyone else client Michelle McComas, added to | 0.60 | $135.00 |

| | | | | |
|---|---|---|---|---|
| | | excel spreadsheet, sent her an email for any follow-up emails. | | |
| 02/25/2015 | QMO | Scanned in all representation agreements that had accumulated since I left, put in proper Transcend folder, updated respective excel sheets. | 0.90 | $202.50 |
| 02/25/2015 | QMO | Went through email, responded to all Transcend clients who emailed me while I was away, send disengage letters to all individuals who said they were not interested, updated excel sheets. | 1.50 | $337.50 |
| 02/25/2015 | QMO | Update Transcend excel sheets, sent nonengage letters to all people I have spoken to on phone, but not sent nonengage letter yet. Make sure all clients who have submitted answers were on one excel sheet, while those who have not responded were separate. | 1.50 | $337.50 |
| 02/25/2015 | QMO | Entered Langella's rep agreement, scanned in, updated excel sheet. | 0.20 | $45.00 |
| 02/25/2015 | QMO | Called and left message with Mary Hall, Barbara Vaughn. Talked with Mary Hall on phone, recorded response in excel sheet. Called and talked with Elizabeth Sennett. Called and left message for Diane Birrer. Called and gave an update to CA plaintiff Carol Nigsarian. | 1.00 | $225.00 |
| 02/25/2015 | QMO | Talked with Ronda Campbell, reported her answers on excel sheet, send her follow-up email in case she finds in relevant emails. Call and left a message for Linda Gray. Called and left a message for Barb Williams. Called and left message for Kelly Stonovak. Called Renee Nichols and recorded information in excel sheet. | 0.90 | $202.50 |
| 02/25/2015 | JCK | Phone call with Barb Wolkins re: message for Quinton to return call, when available | 0.10 | $22.50 |
| 02/26/2015 | QMO | Respond to Connie Watson's email, put her on nonengage list, send nonengagement email. Call Susan Cunningham, record answers in excel sheet. Call Diane Spencer and left message. | 0.40 | $90.00 |
| 02/26/2015 | QMO | Started docketing all of the individual named plaintiffs who were severed from case and assigned new court numbers. Docket Clunk and Pence. | 0.50 | $112.50 |
| 02/26/2015 | QMO | Added 5 new clients to bill4time who were former Transcend named plaintiffs. | 0.60 | $135.00 |
| 02/26/2015 | QMO | Talk with Diane Birrer, find out she filed Bankruptcy in 2012, tell her we will not engage, send nonengage email and add to nonengage excel sheet. | 0.50 | $112.50 |
| 02/26/2015 | QMO | Put all excel sheets and printed out for Mark and I to review and group. | 0.40 | $90.00 |
| 02/26/2015 | MJO | Meeting with Attorneys Kevin Dolley and Quinton Osborne, re: filing additional lawsuits | 0.30 | $82.50 |
| 02/26/2015 | QMO | Started noting clients who filed bankruptcy within last 7 years. | 0.70 | $157.50 |
| 03/02/2015 | QMO | Go through CA plaintiffs, eliminate all plaintiffs who filed bankruptcy within past 7 years. | 0.80 | $180.00 |
| 03/02/2015 | QMO | Start grouping CA plaintiffs, make separate excel sheets in CA Transcend folder. | 0.00 | $0.00 |
| 03/02/2015 | QMO | Start grouping NY plaintiffs, make separate excel sheets in NY Transcend folder. | 0.80 | $180.00 |
| 03/02/2015 | QMO | Start grouping MO plaintiffs, make separate excel sheets in MO Transcend folder. | 1.00 | $225.00 |
| 03/02/2015 | QMO | Start grouping FL plaintiffs, make separate excel sheets in FL Transcend folder. | 0.90 | $202.50 |
| 03/02/2015 | QMO | Start grouping TX plaintiffs, make separate excel sheets in TX Transcend folder. | 1.00 | $225.00 |
| 03/02/2015 | QMO | Go through all everyone else clients, remove all clients who have filed bankruptcy within past 7 years per KJD's instruction. | 0.40 | $90.00 |

| 03/02/2015 | QMO | Put all potential groups in printable format, give to Mark. | 0.40 | $90.00 |
| 03/02/2015 | QMO | Go through Kevin's excel sheet I gave to him last week, deleted all plaintiffs he did not want to engage and move to nonengage excel sheet. | 0.60 | $135.00 |
| 03/03/2015 | QMO | Go through all plaintiff groups, separate out by full time and part time, and by plaintiffs who were specifically told to change time. Send email to Mark and Kevin discussing the different groups, and how I recommend filing the CA lawsuit first. | 1.10 | $247.50 |
| 03/03/2015 | QMO | Meet with Mark and Kevin about Transcend. Discuss how to pursue cases, dismiss Chicago named plaintiffs, file grouped plaintiffs today with Mark. | 1.00 | $225.00 |
| 03/03/2015 | MJO | Meeting with Attorneys K. Dolley and Q. Osborne, re: strategy for pursuing additional lawsuits | 1.00 | $275.00 |
| 03/03/2015 | QMO | Meet with Mark about Transcend. Determine which plaintiffs to keep and dismiss in the northern district of Illinois. | 1.30 | $292.50 |
| 03/03/2015 | MJO | Meeting with Attorney Q. Osborne, re: strategy on breaking up individual 10 named Plaintiffs and who to dismiss/not dismiss; review groupings of potential joined class members drafted by Attorney Q. Osborne; | 1.70 | $467.50 |
| 03/03/2015 | QMO | Start grouping all everyone else plaintiffs, get through Ohio. | 2.30 | $517.50 |
| 03/03/2015 | QMO | Grouped remaining everyone else plaintiffs in groups, finished. | 1.60 | $360.00 |
| 03/03/2015 | QMO | Discuss Transcend with Mark and Kevin, draft email for Mark's review to send to Russ about update in case. | 0.40 | $90.00 |
| 03/04/2015 | QMO | creat model complaint that will be used for all states. Email to mark the complaint and location. | 0.60 | $135.00 |
| 03/04/2015 | QMO | Draft complaints for all group lawsuits against Transcend outside of major 5 states, including North Carolina, Georgia, Colorado, Ohio, Tennessee, Virginia, Washington, and West Virginia. | 2.70 | $607.50 |
| 03/04/2015 | MJO | Draft email to co-counsel Russ Riggan, re: status of case | 0.30 | $82.50 |
| 03/04/2015 | QMO | Talk with Mark and Kevin about transcend case, grouping lawsuits. | 0.90 | $202.50 |
| 03/04/2015 | QMO | Prepare to send out all Transcend agreements to plaintiffs outside 5 main states, include each of their addresses in the representation agreement letters, put their names in the proper places in letters, save as pdf. | 2.40 | $540.00 |
| 03/04/2015 | MJO | Draft email to Russ Riggan, re: settlement talks with other side at this point concerning individual lawsuits | 0.20 | $55.00 |
| 03/04/2015 | QMO | Start emailing out representation agreements to all plaintiffs not in one of main 5 states, got to Ohio. | 1.10 | $247.50 |
| 03/05/2015 | QMO | Call and email all CA clients who have not returned agreements yet. | 1.00 | $225.00 |
| 03/05/2015 | QMO | Call and email all NY clients who have not returned agreements yet. | 1.00 | $225.00 |
| 03/05/2015 | QMO | Call and email all MO clients who have not returned agreements yet. | 1.20 | $270.00 |
| 03/05/2015 | QMO | Start Calling and emailing all FL full-time clients who have not returned agreements yet. | 1.30 | $292.50 |
| 03/05/2015 | QMO | Call and email all FL part-time clients who have not returned agreements yet. | 1.20 | $270.00 |
| 03/05/2015 | QMO | Call and email all TX clients who have not returned agreements yet. | 0.90 | $202.50 |
| 03/05/2015 | QMO | Call and email all everyone else clients who have not returned agreements yet. | 2.00 | $450.00 |
| 03/06/2015 | QMO | Enter agreements we have received, talk with Barbarah Keenan for 20 minutes. | 0.60 | $135.00 |
| 03/06/2015 | QMO | Meet with mark about Transcend complaints, agree to meet on Saturday about complaints. | 0.40 | $90.00 |
| 03/06/2015 | QMO | Prepare CA complaint and print out CA complaint for Mark's | 1.00 | $225.00 |

| | | | | |
|---|---|---|---|---|
| | | review. | | |
| 03/06/2015 | MJO | Meeting with Attorney Quinton Osborne, re: status of California complaints | 0.50 | $137.50 |
| 03/06/2015 | QMO | Call all transcenders who left a message for me, include their rep. agreements in the corresponding folders. | 1.50 | $337.50 |
| 03/06/2015 | QMO | Call remaining Transcend plaintiffs I have not contacted yet, including states of Tennessee, Virginia, Washington, and West Virginia. | 1.80 | $405.00 |
| 03/06/2015 | QMO | Nonengaged all plaintiffs who we have not got in touch with yet or did not seem interested, around 30 plaintiffs, mailed letters for 5 plaintiffs whose emails did not work. | 0.70 | $157.50 |
| 03/07/2015 | MJO | Review Complaints drafted by Attorney Quentin Osborne, re: extensive and detailed review of two complaints for Northern District of New York and Northern District of Texas | 2.80 | $770.00 |
| 03/09/2015 | MJO | Review docket entries for upcoming status hearings | 0.30 | $82.50 |
| 03/10/2015 | QMO | Update and docket all named plaintiffs court dates; create new word document with all former-named plaintiffs included; inform attorney M. Obermeyer Mathias needs to be dismiss soon. | 1.20 | $270.00 |
| 03/10/2015 | QMO | Talk on phone with potential Virginia client Kim Dent, inform her of her potential obligations as a plaintiff in a lawsuit. | 0.50 | $112.50 |
| 03/10/2015 | QMO | Assist and draft California complaints for full-time clients; add paragraphs regarding joinder. | 1.20 | $270.00 |
| 03/10/2015 | QMO | Draft and edit California complaint for part-time clients; ensure substantive changes to California full-time complaint are included in part-time complaint; include portion about how joinder is proper for the part-time clients. | 2.00 | $450.00 |
| 03/11/2015 | QMO | Work on drafting and editing Texas full-time complaint. | 0.50 | $112.50 |
| 03/11/2015 | QMO | Speak with potential Transcend plaintiff Lisa Sinkler; send her representation agreement; ask her about make up to minimum emails; create new potential Michigan group. | 1.00 | $225.00 |
| 03/11/2015 | QMO | Finish drafting Texas complaints for full-time plaintiffs; add paragraphs on how joinder is appropriate; email to Attorney M. Obermeyer. | 0.60 | $135.00 |
| 03/11/2015 | QMO | Draft Mathias motion to dismiss without prejudice and notice for hearing; file both documents in Northern District of Illinois. | 0.60 | $135.00 |
| 03/11/2015 | QMO | Go through all Transcend named plaintiffs, ensure all joint status conference reports are docketed. | 0.30 | $67.50 |
| 03/11/2015 | QMO | Draft Texas complaint with two plaintiffs; add joinder section; update excel sheet. | 0.90 | $202.50 |
| 03/11/2015 | QMO | Look to see when exactly Terian Edwards declared bankruptcy; learn she filed for bankruptcy in 2010; nonengage Terian Edwards; email Attorney M. Obermeyer updated complaints with Terian Edwards removed. | 0.70 | $157.50 |
| 03/11/2015 | QMO | Draft and edit the Texas part-time complaint; add joinder statements. | 0.70 | $157.50 |
| 03/11/2015 | QMO | Draft motions to dismiss for all named plaintiffs we are dismissing from Northern District of Illinois; look up when each judge holds hearings, and how many days notice are necessary; draft notices of motions to dismiss without prejudice. | 2.00 | $450.00 |
| 03/12/2015 | MJO | Draft email to co-counsel Kate Sedey, re: status of Cosentino-specific lawsuit; review docket entries concerning Motions to Dismiss and docket said entries; review Motion to Dismiss without Prejudice and Notice of Hearings for dismissals of Armstrong, Bargerstock, Lugo, Tolles, and Waldman | 0.80 | $220.00 |
| 03/12/2015 | QMO | Meet with Attorney M. Obermeyer about plan of attack for Transcend cases; discuss amending complaints, dismissing certain clients, and start getting discovery ready for Clunk. | 0.60 | $135.00 |
| 03/12/2015 | QMO | Print out all motions to dismiss and notices of motion to | 1.80 | $405.00 |

dismiss for all clients we will dismiss in Chicago; give motion and notices of motions to Attorney M. Obermeyer; change all notices of our motions so the date is scheduled for Thursday morning; check all judges to see if they can hold civil motion hearings on Thursday mornings and when; filed all motions to dismiss and notices of motion to dismiss for remaining named plaintiffs.

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/12/2015 | MJO | Meeting with Attorney Q. Osborne, re: amending complaints for Pence and Clunk; dismissing Waldman, Tolles, Lugo, Bargerstock, and Armstrong; and drafting written discovery to send to the other side for Clunk | 0.70 | $192.50 |
| 03/13/2015 | QMO | Organize all Transcend named plaintiff filed documents; ensure all important dates are docketed. | 1.50 | $337.50 |
| 03/13/2015 | QMO | Speak to client Barbara Vaughn on phone; talk about what would be involved in bringing individual lawsuit; what is needed of her. | 0.30 | $67.50 |
| 03/14/2015 | MJO | Docket notice of hearing dates for motions to dismiss for Armstrong, Bargerstock, Clunk, Lugo, and Waldman | 0.30 | $82.50 |
| 03/16/2015 | KJD | Review and edit complaint for full time California Employees | 2.50 | $1,125.00 |
| 03/16/2015 | QMO | Have meeting with group 2, discuss Transcend complaints. | 0.50 | $112.50 |
| 03/17/2015 | QMO | Enter Barbara Keenan's representation agreement; mark her agreement in the Florida excel sheet; return Transcend client phone call. | 0.60 | $135.00 |
| 03/17/2015 | QMO | Implement all of Attorney M. Obermeyer's changes to California part-time complaint; take out all facts and law related to overtime claims. | 1.10 | $247.50 |
| 03/17/2015 | QMO | Start implementing facts from Memorandum in Opposition to Decertification; get through "Plaintiffs Share Fundamental Factual Similarities" to "Defendant's Uniform Half-Time Overtime Rate." | 2.50 | $562.50 |
| 03/17/2015 | MJO | Phone call with Judge Leinenweber's clerk, re: dismissals without prejudice of Waldman and Armstrong claims | 0.30 | $82.50 |
| 03/17/2015 | QMO | Call Judge Sharon Johnson Coleman's chambers to make sure we do not have to appear tomorrow; learn we do not have to appear; Send email to Attorneys M. Obermeyer and K. Seday; inform them we do not have to appear tomorrow. | 0.70 | $157.50 |
| 03/17/2015 | QMO | Start implementing facts from Memorandum in Opposition to Decertification; get through "Defendant's Uniform Production Standards" to "Data Showing Plaintiffs' Actual Work Time." | 2.90 | $652.50 |
| 03/17/2015 | QMO | Call two Transcend clients; record their responses in group respond sheets. | 0.80 | $180.00 |
| 03/18/2015 | QMO | Write email to Attorney M. Obermeyer informing him Lugo and Bargerstock are being dismissed; write response to Judge Coleman's clerk; return two Transcend client calls. | 1.70 | $382.50 |
| 03/18/2015 | QMO | Meet with Attorney M. Obermeyer regarding what to do with California, New York, and Texas Complaints, and plan to send them to Attorney K. Dolley as soon as possible. | 0.80 | $180.00 |
| 03/19/2015 | QMO | Draft New York Group 2 complaint; add all plaintiffs; add six plaintiffs to party names; add joinder facts. | 1.20 | $270.00 |
| 03/19/2015 | QMO | Draft single Plaintiff complaint for Kim Gersie-Scott; change Plaintiffs to Plaintiff; change all their/them/they to singular version; read through complaint to ensure all personal pronouns are correct. | 1.70 | $382.50 |
| 03/23/2015 | QMO | Receive and read documentation sent by Transcend client Gail Riley; scan in and save to her Florida specific folder; describe the time logs in the Florida group excel sheet. | 0.70 | $157.50 |
| 03/23/2015 | QMO | Email back and forth with Transcend client Kim Gersie-Scott; attempt to get ahold of her; call her numerous times; send email giving her my number and when she can call me. | 0.40 | $90.00 |
| 03/23/2015 | QMO | Draft Florida complaint for six full-time plaintiffs who were not specifically told to change their time sheets; added all plaintiffs' names, dates of employment, residence, and | 1.30 | $292.50 |

| | | reasons for joinder. | | |
|---|---|---|---|---|
| 03/23/2015 | QMO | Draft Florida complaint for seven full-time plaintiffs who were specifically told to change their time sheets; added all plaintiffs' names, dates of employment, residence, and reasons for joinder. | 1.30 | $292.50 |
| 03/23/2015 | QMO | Draft Florida complaint for part-time plaintiffs; add all plaintiffs' names, dates of employment, residence, and reasons for joinder. | 1.50 | $337.50 |
| 03/23/2015 | KJD | Review and edit complaint and research FLSA elements | 1.50 | $675.00 |
| 03/24/2015 | QMO | Go through all Transcend lists; make sure all clients who are not included in a group are on the list to disengage; disengage all clients who are on disengage list. | 2.40 | $540.00 |
| 03/25/2015 | KJD | Review and edit complaint for filing | 1.00 | $450.00 |
| 03/25/2015 | QMO | Draft part-time Florida complaint; add specific information about Plaintiffs. | 1.10 | $247.50 |
| 03/25/2015 | QMO | Meeting with Attorney M. Obermeyer about Transcend Complaints in Florida and Missouri. | 0.50 | $112.50 |
| 03/25/2015 | QMO | Start working on Missouri complaints; add specific information; add dates of employment. | 0.60 | $135.00 |
| 03/25/2015 | QMO | Meeting with Attorneys K. Dolley and M. Obermeyer regarding Transcend Complaint. | 0.50 | $112.50 |
| 03/25/2015 | MJO | Meeting with Attorneys K. Dolley and Q. Osborne, re: drafting and amending Complaints, specifically organizational structure | 0.50 | $137.50 |
| 03/25/2015 | QMO | Send emails to Alane Barnes Garvic; save all of her emails in her California Transcend folder; classify emails in the excel sheet; respond to her email to me. | 0.90 | $202.50 |
| 03/26/2015 | QMO | Take phone call from potential Transcend client Christy Jones; ask her the Transcend client questions and record them in the everyone else excel sheet. | 0.40 | $90.00 |
| 03/26/2015 | QMO | Draft Missouri part-time complaint; add specific information about client; when she was at Transcend; make sure the entire complaint only refers to one plaintiff instead of more than one. | 1.10 | $247.50 |
| 03/27/2015 | KJD | Review and edit complaint | 3.00 | $1,350.00 |
| 03/28/2015 | QMO | Redraft California complaint implementing Attorney K. Dolley's edits to Pence's complaint; make Plaintiffs plural; read through draft to ensure everything is properly referring to Plaintiffs; send email to Attorney L. Spencer Garth informing her the complaint is ready for her review. | 2.40 | $540.00 |
| 03/30/2015 | QMO | Talk to potential client Brenda Bain on the phone; discuss her concerns about lawsuit and what we would do for her. | 0.60 | $135.00 |
| 03/31/2015 | MJO | Draft email to local counsel Kate Sedey, re: notice of presentment scheduled for Thursday, April 2 | 0.20 | $55.00 |
| 03/31/2015 | MJO | Draft email to co-counsel Kate Sedey, re: notice of presentment scheduled for April 2 | 0.20 | $55.00 |
| 03/31/2015 | QMO | Spoke with Deborah Calendine on the phone regarding Transcend; she spoke regarding her documentation; discussed returning her representation agreement to us. | 0.50 | $112.50 |
| 04/01/2015 | QMO | Go through Pence, Clunk, and Cosentino cases; ensure all relevant deadlines are docketed. | 0.80 | $180.00 |
| 04/02/2015 | QMO | Speak to potential Texas transcend client Jamie Smith on the phone; recorded her answers in Texas excel sheet; email her a representation agreement. | 0.80 | $180.00 |
| 04/03/2015 | QMO | Email with Debbie Calondine regarding if she should send in a representation agreement. | 0.20 | $45.00 |
| 04/03/2015 | QMO | See what changes we can make to complaint to fix defendant's alleged cures in their motion to dismiss the complaint. | 0.80 | $180.00 |
| 04/07/2015 | QMO | Speak to potential client Kim Moore on the phone; inform her we disengaged her because she worked at Transcend for only a couple months; also sent her an email. | 0.40 | $90.00 |

| | | | | |
|---|---|---|---|---|
| 04/07/2015 | QMO | Speak with potential client Christy Jones on the phone regarding us potentially representing her; record her answers on excel sheet. | 0.40 | $90.00 |
| 04/09/2015 | QMO | Meet with Attorney M. Obermeyer on status of Clunk and Cosentino responses; divy out assignments. | 1.50 | $337.50 |
| 04/11/2015 | QMO | Begin working on Cosentino's Response to Motion for Summary Judgment; read through Defendant's statement of undisputed material facts and their motion; get through first half of summarizing Cosentino's deposition transcript. | 4.50 | $1,012.50 |
| 04/12/2015 | QMO | Finish summarizing the deposition transcript of Cosentino. | 4.00 | $900.00 |
| 04/13/2015 | QMO | Speak to potential client Laura Key on the phone; discuss her potential case; record information in excel sheet; send her follow-up email with representation agreement. | 0.50 | $112.50 |
| 04/13/2015 | QMO | Meet with Attorney M. Obermeyer about working on Response to Motion for Summary Judgment. | 0.50 | $112.50 |
| 04/13/2015 | QMO | Go through Transcend response to class decertification; copy, paste, and rename our exhibits for use in Cosentino. | 0.70 | $157.50 |
| 04/13/2015 | MJO | Draft Response in Opposition to Defendant's Motion for Summary Judgment, re: outlined Defendant's arguments in Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment; outlined Plaintiff's arguments for Response to Motion for Summary Judgment; began researching and reading relevant case law in both Northern District of Illinois and Western District of Kentucky | 3.20 | $880.00 |
| 04/13/2015 | QMO | Locate all of the deposition summaries for Transcend's corporate representatives. | 0.40 | $90.00 |
| 04/13/2015 | QMO | Read through Defendant's statement of uncontroverted material facts; copied over to reply word document. | 0.60 | $135.00 |
| 04/13/2015 | QMO | Speak with Attorney M. Obermeyer about plan of attack for response to motion for summary judgment. | 0.50 | $112.50 |
| 04/13/2015 | QMO | Find examples to use in drafting response to motion for summary judgment. | 0.50 | $112.50 |
| 04/14/2015 | QMO | Go through the Transcend folder to find all Cosentino emails and discovery information. | 1.40 | $315.00 |
| 04/14/2015 | MJO | Draft Response in Opposition to Motion for Summary Judgment, re: Legal Standard; Argument- Cosentino Comes Forward With Evidence Demonstrating That Transcend Is Liable For Her Uncompensated Work As A Result Of Her Testimony Concerning Her Hours Worked And Defendant's Inaccurate Time Records; Plaintiff Presents Record Evidence Demonstrating That Defendant's TimeSaver Records Were Systematically Inadequate And Inaccurate | 6.80 | $1,870.00 |
| 04/14/2015 | QMO | Draft response to Defendant's Statement of Undisputed Material Facts; draft answers for questions 1-7. | 1.90 | $427.50 |
| 04/14/2015 | QMO | Speak with potential Georgia Transcend client on the phone who now lives in Texas; record answers in excel; send her representation agreement. | 0.30 | $67.50 |
| 04/14/2015 | QMO | Speak to Theresa on the phone to update her on case and discuss what we need from her. | 0.50 | $112.50 |
| 04/14/2015 | QMO | Draft response to Defendant's Statement of Undisputed Material Facts; draft answers for questions 8-15. | 2.50 | $562.50 |
| 04/15/2015 | QMO | Search for Cosentino-specific M*Modal data, which I found in an old discovery folder. | 0.70 | $157.50 |
| 04/15/2015 | QMO | Go through Theresa's TimeSaver Records, M*Modal data, and TimeSaver reports to figure out how best to use the data in the statement of additional facts in response to summary judgment. | 2.10 | $472.50 |
| 04/15/2015 | MJO | Draft Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, re: Plaintiff Presents Record Evidence Demonstrating That Defendant's TimeSaver Records Were Systematically Inadequate And Inaccurate | 2.00 | $550.00 |
| 04/15/2015 | MJO | Draft Plaintiff's Opposition to Defendant's Motion for Summary | 2.40 | $660.00 |

| | | | | |
|---|---|---|---|---|
| | | Judgment, re: Cosentino Comes Forward With Evidence Demonstrating That She Performed Compensable Work That Was Not Paid; Defendant's M*Modal Reports Are Controverted By Plaintiff's Experience | | |
| 04/15/2015 | QMO | Draft responses to their statement of facts for motion for summary judgment 20-26. | 3.50 | $787.50 |
| 04/15/2015 | MJO | Draft Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, re: Plaintiff Comes Forward With Evidence Controverting Defendant's Claim That It Lawfully Paid Plaintiff Overtime At A Half-Time Rate | 1.60 | $440.00 |
| 04/15/2015 | LSG | Review and revise complaint in Haines et. al. v. Transcend lawsuit. | 0.80 | $220.00 |
| 04/15/2015 | MJO | Draft Response in Opposition to Motion for Summary Judgment, re: Defendant's actual and constructive knowledge of Cosentino performing uncompensated work | 1.60 | $440.00 |
| 04/16/2015 | LSG | Review and revise petition. | 1.00 | $275.00 |
| 04/16/2015 | QMO | Draft responses to Defendant's statement of material facts in support of their motion for summary judgment. Draft responses to facts 26 to 30. | 2.50 | $562.50 |
| 04/16/2015 | QMO | Speak to Attorneys K. Dolley and M. Obermeyer about status of new lawsuits; discuss how to start filing and obtaining local counsel. | 0.40 | $90.00 |
| 04/16/2015 | QMO | Begin drafting our statement of additional facts in response to defendant's motion for summary judgment; draft first 20 facts. | 3.50 | $787.50 |
| 04/17/2015 | MJO | Review Plaintiff's Response to Defendant's Statement of Facts drafted by Q. Osborne | 1.80 | $495.00 |
| 04/17/2015 | MJO | Draft Declaration for Theresa Cosentino | 1.50 | $412.50 |
| 04/17/2015 | QMO | Make changes to Theresa's declaration; call Theresa regarding declaration and email it to her. | 0.60 | $135.00 |
| 04/17/2015 | MJO | Draft Plaintiff's Response in Opposition to Motion for Summary Judgment, re: Plaintiff's Supervisors Had Constructive Knowledge Of Plaintiff Performing Uncompensated Work. | 0.50 | $137.50 |
| 04/17/2015 | QMO | Go through all exhibits previously used in our memorandum opposing decertification; implement all facts into statement of additional facts that help our case. | 3.40 | $765.00 |
| 04/17/2015 | MJO | Draft email to opposing counsel for review of attorney K. Dolley | 0.30 | $82.50 |
| 04/17/2015 | MJO | Draft Response in Opposition to Motion for Summary Judgment, re: Introduction | 1.50 | $412.50 |
| 04/18/2015 | QMO | Draft statement of facts in memorandum of law opposing summary judgment; include most facts in additional statement of material facts; start looking through Cosentino's payrolls to find weeks where she was not paid minimum wage. | 4.20 | $945.00 |
| 04/18/2015 | MJO | Draft/revise Statement of Additional Facts in support of Response in Opposition to Motion for Summary Judgment | 3.50 | $962.50 |
| 04/19/2015 | QMO | Calculate how much Cosentino was paid for each week she was at Transcend; compare with how many hours she recorded for each week. | 4.00 | $900.00 |
| 04/19/2015 | MJO | Draft Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, re: Introduction; Factual Background; Argument- Cosentino Comes Forward With Evidence Demonstrating That She Performed Compensable Work That Was Not Paid; Defendant's M*Modal Reports Are Controverted By Plaintiff's Experience | 2.30 | $632.50 |
| 04/19/2015 | QMO | Draft statement of facts with minimum wage facts included; draft minimum wage argument section of brief; create pdf versions for all pay records for 2010, 2011, and 2011 to file as exhibits. | 2.60 | $585.00 |
| 04/19/2015 | MJO | Draft Plaintiff's Statement of Additional Facts, re: conducted | 2.00 | $550.00 |

| | | | | |
|---|---|---|---|---|
| | | extensive cite check of citations within Statement of Additional Facts | | |
| 04/20/2015 | QMO | Calculated weekly pay totals for all weeks I have not done so far. | 1.30 | $292.50 |
| 04/20/2015 | MJO | Draft Plaintiff's Statement of Additional Facts | 0.50 | $137.50 |
| 04/20/2015 | MJO | Draft/review Plaintiff's Response to Defendant's Statement of Undisputed Facts, re: conducted extensive review of Plaintiff's Response to Defendant's Statement of Undisputed Facts, No. 1-30 | 3.50 | $962.50 |
| 04/20/2015 | QMO | Review, check citations, and proofread response to Defendant's Motion for Summary Judgment, Statement of Additional Undisputed Material Facts, and Response to their Statement of Facts. | 1.90 | $427.50 |
| 04/20/2015 | QMO | Research issue of whether Plaintiff not completely understanding legal claim has any relevance. | 0.90 | $202.50 |
| 04/20/2015 | QMO | Gather all exhibits to be used in Cosentino response to motion for summary judgment. Save all documents in exhibit folder. | 1.70 | $382.50 |
| 04/21/2015 | QMO | Gather all documentation together for all California (CA) Plaintiffs, including Alane Barnes Garvik, Cathy Haines, Julie Jones, Laura Key, and Bobbi Pollak. Documents include earning statements, excel sheets for pay per day, and timesaver records for each account. | 3.50 | $787.50 |
| 04/21/2015 | QMO | Call Alane Barnes Garvik about case; give her update; ask her more questions about her situation. | 0.30 | $67.50 |
| 04/21/2015 | QMO | Speak with California (CA) client Cathy Haines about her situation; ask more questions; update her on case. | 0.40 | $90.00 |
| 04/21/2015 | QMO | Speak with California (CA) client Julie Jones about her situation; ask more questions; update her on case. | 0.30 | $67.50 |
| 04/21/2015 | QMO | Speak with California (CA) client Carol Nigsarian about her situation; ask more questions; learn she wants to nonengage; send her nonengage her. | 0.40 | $90.00 |
| 04/21/2015 | QMO | Speak with California (CA) client Marcela DeBano about her situation; ask more questions; learn she does not have minimum wage or overtime claim; send her nonengagement documents. | 0.40 | $90.00 |
| 04/21/2015 | QMO | Examine California (CA) client Alane M. Barnes Garvik claim to add more detail to her California full-time complaint; calculate her weekly totals for all weeks; find week where she was not paid overtime and not paid minimum wage. | 0.70 | $157.50 |
| 04/21/2015 | QMO | Examine California (CA) client Julie Jones claim to add more detail to her California full-time complaint; calculate her weekly totals for all weeks; find week where she was not paid paid minimum wage. | 0.90 | $202.50 |
| 04/21/2015 | QMO | Make edits to California (CA) full-time complaint with Alane Barnes Garvik and Cathy Haines; add their specific information into Complaint, including hours worked, example of overtime, and example of minimum wage; send copy to Attorney M. Obermeyer. | 1.80 | $405.00 |
| 04/21/2015 | QMO | Make edits to California (CA) part-time complaint with Julie Jones and Bobbi Pollak; add their specific information into Complaint, including hours worked, and example of minimum wage violation; send copy to Attorney M. Obermeyer. | 1.40 | $315.00 |
| 04/21/2015 | MJO | Draft/review Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, re: condensed argument section to 15 pages | 1.50 | $412.50 |
| 04/22/2015 | KJD | Review and edit Response for Summary Judgment, Response Statement of Undisputed Facts, additional Facts and Memorandum of Law | 0.50 | $225.00 |
| 04/22/2015 | QMO | Speak with Transcend California Client Bobbi Pollak on the phone; update her on case; discuss her case in more detail. | 0.40 | $90.00 |
| 04/22/2015 | QMO | Update Theresa on status of her case; discuss declaration with her. | 0.30 | $67.50 |

| 04/22/2015 | QMO | Go through statement of additional facts and response to Defendant's statement of facts in support of their motion for summary judgment; correct all citations so they cite to our exhibits rather than previous docket entries; add exhibits that were not already added. | 2.10 | $472.50 |
|---|---|---|---|---|
| 04/22/2015 | QMO | Help Attorney M. Obermeyer file our exhibits, memorandum in response to their motion for summary judgment, response to their statement of facts, and additional facts. | 1.70 | $382.50 |
| 04/22/2015 | QMO | Go through Cosentino's earning statements and redact all of her addresses. | 1.10 | $247.50 |
| 04/22/2015 | QMO | Implement Attorney K. Dolley's corrections to response to statement of facts. | 2.70 | $607.50 |
| 04/22/2015 | QMO | Implement Attorney J. Keane's corrections to memorandum in opposition to Defendant's motion for summary judgment. | 0.70 | $157.50 |
| 04/22/2015 | JCK | Confer with M. Obermeyer re: review of response to Defendant's motion for summary judgment; review and draft edits to response to motion for summary judgment. | 0.30 | $67.50 |
| 04/22/2015 | JCK | Review and draft edits and corrections to response to Defendant's motion for summary judgment. | 1.40 | $315.00 |
| 04/22/2015 | JCK | Review and draft edits and corrections to response to Defendant's motion for summary judgment. | 0.90 | $202.50 |
| 04/22/2015 | MJO | Meeting with Attorneys K. Dolley and Q. Osborne, re: revisions to make to Plaintiff's Responses to Defendant's Statement of Uncontroverted Facts | 0.70 | $192.50 |
| 04/22/2015 | MJO | Draft revisions to Statement of Additional Facts, re: conduct extensive cite check of citations to record in Statement of Additional Facts as well as Response to Defendant's Statement of Facts; revise Exhibit List and Statement of Additional Facts accordingly | 3.00 | $825.00 |
| 04/22/2015 | MJO | Draft/review Plaintiff's Response to Defendant's Statement of Undisputed Material Facts, re: review additions made to the Response by Attorney Q. Osborne | 1.80 | $495.00 |
| 04/22/2015 | MJO | Review, analyze, examine exhibits 1-34 attached to Plaintiff's Response in Opposition to Summary Judgment | 0.80 | $220.00 |
| 04/22/2015 | MJO | Final review Plaintiff's Statement of Additional and Controverted Facts in Support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Response to Defendant's Statement of Uncontroverted Facts | 3.70 | $1,017.50 |
| 04/23/2015 | MJO | Draft email to local counsel, re: courtesy copy binders for Response to Summary Judgment | 0.20 | $55.00 |
| 04/27/2015 | QMO | Speak with potential Georgia (GA) Transcend Plaintiff Cleo Diane Joyner. Ask her initial and additional questions; draft and send representation agreement; add to excel sheet. | 0.40 | $90.00 |
| 04/28/2015 | QMO | Research rules for central district of California for filing of California Complaints; read all requirements for complaints filed there; figured out where we should file lawsuits; research how to file complaint in central district of California. | 1.70 | $382.50 |
| 04/28/2015 | QMO | Put California full-time and part-time complaints in proper California format; made spacing correspond with the 28 lines on the side; tried to make cover page look like Hernandez cover page. | 2.30 | $517.50 |
| 04/28/2015 | QMO | Talk with Attorney M. Obermeyer about finding local counsel in California; attend conversation with California attorney; search for attorneys. | 1.30 | $292.50 |
| 04/28/2015 | QMO | Insert California state law specific claims in full-time complaint; include Counts III-V; add California claim specific facts. | 1.90 | $427.50 |
| 04/28/2015 | QMO | Draft summons and civil filing sheet for California full-time plaintiffs. | 0.60 | $135.00 |
| 04/28/2015 | QMO | Draft summons and civil filing sheet for California part-time | 0.70 | $157.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | plaintiffs. | | |
| 04/29/2015 | QMO | Call law firms in Los Angeles; work of NELa and NELA California affiliate list; seek to hire them as local counsel. | 2.30 | $517.50 |
| 04/29/2015 | QMO | Respond to email from Renee Demmery; look up her information; give her update on case. | 0.20 | $45.00 |
| 04/29/2015 | QMO | Give case update to Barbara Vaughn; ask her a few questions about her particular situation; report in excel sheet. | 0.40 | $90.00 |
| 04/29/2015 | QMO | Continue to draft part-time California complaint; add in state-specific counts regarding California $8.00 minimum wage; add in specific facts about Plaintiffs regarding California minimum wage. | 1.60 | $360.00 |
| 04/30/2015 | QMO | Keep calling attorneys in L.A. to try to find local counsel for the Transcend California lawsuits; receive one call from firm and he will call back tomorrow. | 2.10 | $472.50 |
| 04/30/2015 | QMO | Respond to Theresa Cosentino's email about supervisor's knowing when they work. | 0.20 | $45.00 |
| 05/01/2015 | QMO | Correspond with California local counsel Sam Cleaver about local counsel agreement and save into California folder. | 0.30 | $67.50 |
| 05/05/2015 | QMO | Call California attorneys to find opposing counsel; find and talk to Attorney David Yeremian who may be interested; also talked to Edwin who may be interested. | 0.70 | $157.50 |
| 05/06/2015 | QMO | Email Attorney M. Obermeyer regarding local counsel for both California cases. | 0.40 | $90.00 |
| 05/06/2015 | QMO | Exchange emails with Linda Carucci about update on Transcend Lawsuit. | 0.30 | $67.50 |
| 05/11/2015 | QMO | Speak to Julie Wright on the phone and provide her with update on the Transcend case. | 0.30 | $67.50 |
| 05/12/2015 | QMO | Edit Florida full-time complaint of individuals who were not specifically told to change time; update with new format that we used in California complaints. | 1.40 | $315.00 |
| 05/12/2015 | QMO | Obtain all documents for Florida plaintiff Kevin P. Cartwright, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; talk with Kevin and confirm all information. | 1.40 | $315.00 |
| 05/12/2015 | QMO | Obtain all documents for Florida plaintiff Francine Gorskie, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; speak with her and confirmed information. | 1.20 | $270.00 |
| 05/12/2015 | QMO | Obtain all documents for Florida plaintiff Linda Kalbac, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; leave message for her and send email. | 1.60 | $360.00 |
| 05/13/2015 | QMO | Obtain all documents for Florida plaintiff Barbara Keenan, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; speak to her on phone and confirm information. | 0.80 | $180.00 |
| 05/13/2015 | QMO | Obtain all documents for Florida plaintiff Gail Riley, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; speak with her on phone to confirm information; send follow-up phone call. | 1.20 | $270.00 |
| 05/13/2015 | QMO | Obtain all documents for Florida plaintiff Lynn E. Rogers, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; left message and sent email. | 1.30 | $292.50 |
| 05/13/2015 | QMO | Obtain all documents for Florida plaintiff Deborah Waldman, | 1.20 | $270.00 |

|  |  | including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; speak with Deborah on the phone; update her excel sheet. |  |  |
|---|---|---|---|---|
| 05/13/2015 | QMO | Go through California full-time complaint where they were not specifically told to change timesaver hours; added in specific facts regarding Kevin Cartwright, Francine Gorskie, Linda Kalbac, Barbara Keenan, Gail A. Riley, Lynn Rogers, and Deborah Waldman. | 2.30 | $517.50 |
| 05/14/2015 | QMO | Obtain all documents for Florida plaintiff Darcy Wingler, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; left Darcy an email and phone message. | 1.10 | $247.50 |
| 05/14/2015 | QMO | Obtain all documents for Florida plaintiff Sherry Wilson, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; spoke with Sherry and updated excel sheet. | 1.30 | $292.50 |
| 05/14/2015 | QMO | Obtain all documents for Florida plaintiff Sarena Marques, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; talk to attorney M. Obermeyer whether we wand to include her due to being team lead. | 1.40 | $315.00 |
| 05/14/2015 | QMO | Obtain all documents for Florida plaintiff Renee Demmery, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; speak to Renee on the phone; update her excel sheet. | 1.30 | $292.50 |
| 05/14/2015 | QMO | Edit Florida full-time complaint where they were specifically instructed to change timesheets; added specific information about Darcy Wingler, Sherry Wilson, Sarena Marques, and Renee Demmery. | 2.60 | $585.00 |
| 05/14/2015 | QMO | Obtain all documents for Florida plaintiff Mindy Faieta, including payroll documents, excel pay sheets, timesaver records, emails, and any other individual documentation and save to folder; call client and attempt to confirm all information; learn she is no longer interested in lawsuit; nonengage her. | 0.60 | $135.00 |
| 05/14/2015 | QMO | Send email to potential local counsel in Florida, David Yeremian; include complaints and local counsel agreement. | 0.40 | $90.00 |
| 05/15/2015 | QMO | Call Darcy Wingler and send email to remind her about the lawsuit; leave message. | 0.20 | $45.00 |
| 05/15/2015 | QMO | Speak with Florida client Rosemary Wood Langella about her time at Transcend; update her information; update excel sheet. | 0.90 | $202.50 |
| 05/15/2015 | QMO | Speak with Florida client Karen Goodrich about her time at Transcend; update her information; update excel sheet. | 1.30 | $292.50 |
| 05/15/2015 | QMO | Speak with Florida client Judith Lugo about her time at Transcend; update her information; update excel sheet. | 1.30 | $292.50 |
| 05/15/2015 | QMO | Finish drafting California part-time complaint with Plaintiffs Karen Goodrich, Rosemary Wood Langella, Lori Smith, and Judith Lugo; add specific dates they were not paid minimum wage. | 2.30 | $517.50 |
| 05/18/2015 | QMO | Respond to email from Sherry Wilson about when she worked at Transcend; documented email she sent me. | 0.20 | $45.00 |
| 05/18/2015 | QMO | Respond to email sent from Darcy Wingler about her interest in lawsuit. | 0.10 | $22.50 |
| 05/18/2015 | QMO | Send email follow-up to potential Florida client Lori Smith; | 0.20 | $45.00 |

| | | | | |
|---|---|---|---|---|
| | | inform her she needs to contact me to be included in lawsuit. | | |
| 05/18/2015 | QMO | Speak to Kathleen Wilcoxson on the phone; learn she is no longer interested in Transcend case; tell her she is free to obtain alternative representation; send her nonengagement email and add to nonengagement excel sheet. | 0.30 | $67.50 |
| 05/18/2015 | QMO | Speak to Sheila Reeser on the phone; learn she is no longer interested in Transcend case; tell her she is free to obtain alternative representation; send her nonengagement email and add to nonengagement excel sheet. | 0.40 | $90.00 |
| 05/18/2015 | QMO | Speak to Sarena Marques on the phone; discuss that we have to nonengage because she was a team lead; tell her she is free to obtain alternative representation; send her nonengagement email and add to nonengagement excel sheet. | 0.40 | $90.00 |
| 05/18/2015 | QMO | Speak to Linda Kalbac on the phone; learn she is no longer interested in Transcend case; tell her she is free to obtain alternative representation; send her nonengagement email and add to nonengagement excel sheet. | 0.40 | $90.00 |
| 05/19/2015 | QMO | Provide email update to client Diana Cannon-Iseminger. | 0.20 | $45.00 |
| 05/20/2015 | QMO | Send follow-up email to Darcy Wingler, Florida client; update her excel sheet. | 0.30 | $67.50 |
| 05/20/2015 | QMO | Call potential local counsel David Yeremian in California; speak with his associate; leave message for him. | 0.40 | $90.00 |
| 05/21/2015 | QMO | Nonengage Gail Riley because she declared bankruptcy too close to when her claims were from. | 0.40 | $90.00 |
| 05/21/2015 | QMO | Attempt to find local counsel for Florida Plaintiffs; talk to attorneys on the phone including Tamara Freeze; Robert O'dell; Samuel Cleaver; Omid Nosrati, and Molly Durkin. | 4.20 | $945.00 |
| 05/21/2015 | QMO | Exchange emails with Sam Kleaver about potential counsel for California cases. | 0.40 | $90.00 |
| 05/22/2015 | QMO | Nonengage all clients that have not returned their representation agreements yet. | 2.10 | $472.50 |
| 05/22/2015 | QMO | Go through all Transcend excel sheets; find all Transcend potential clients who have not returned the client representation agreement back to us yet; move their information to nonengage excel sheet. | 1.80 | $405.00 |
| 05/22/2015 | QMO | Call Sam Cleaver on the phone; speak with him about potential local counsel relationship in California; draft local counsel agreement for us to use with him; exchange emails with him regarding local counsel agreement. | 1.70 | $382.50 |
| 05/22/2015 | QMO | Find physical addresses for all individuals whose email did not work, including Lynn Hackaday, Karen Amelung, Rita Defino, Karen Gland, Cheryl McAnich, Jamie Smith, and Cynthia Swaim; drafted and sent nonengagement letters. | 1.30 | $292.50 |
| 05/25/2015 | QMO | Read email from potential California local counsel; add up what he wants as total costs and change potential agreement accordingly; write email to Attorney M. Obermeyer with potential changes. | 1.30 | $292.50 |
| 05/26/2015 | QMO | Find Florida plaintiff Darcy Wingler's last pay check; find when we filed her consent to join lawsuit; used date calculator to find how many days her statute of limitations are tolled; using this time, calculated how far back her statute of limitations is currently at. | 0.80 | $180.00 |
| 05/26/2015 | QMO | Find Florida plaintiff Sherry Wilson's last pay check; find when we filed her consent to join lawsuit; used date calculator to find how many days her statute of limitations are tolled; using this time, calculated how far back her statute of limitations is currently at. | 0.60 | $135.00 |
| 05/26/2015 | QMO | Find Texas plaintiff Alice Elaine Gillespie's last pay check; find when we filed her consent to join lawsuit; used date calculator to find how many days her statute of limitations are tolled; using this time, calculated how far back her statute of limitations is currently at. | 0.90 | $202.50 |

| 05/26/2015 | QMO | Find New York plaintiff Eileen Roff's last pay check; find when we filed her consent to join lawsuit; used date calculator to find how many days her statute of limitations are tolled; using this time, calculated how far back her statute of limitations is currently at. | 0.80 | $180.00 |
|---|---|---|---|---|
| 05/26/2015 | QMO | Find Washington plaintiff Linda Carucci's last pay check; find when we filed her consent to join lawsuit; used date calculator to find how many days her statute of limitations are tolled; using this time, calculated how far back her statute of limitations is currently at. | 0.80 | $180.00 |
| 05/26/2015 | QMO | Summarize situation for all individuals who are close to running up on their statute of limitations; send detailed email to Attorney M. Obermeyer; include information on Darcy Wingler, Sherry Wilson, Alice Elaine Gillespie, Eileen Roff, and Linda Carucci. | 0.80 | $180.00 |
| 05/26/2015 | QMO | Change California Complaints using the template sent by potential California local counsel; change full time and part time complaints. | 0.90 | $202.50 |
| 05/26/2015 | QMO | Find Judy Lindquist's documents and calendars she sent us a while back; draft letter and email to Ms. Lindquist about returning her documents; give documents to Barbara to mail to Ms. Linquist; gather her documents saved online and send her the documents through email. | 1.80 | $405.00 |
| 05/28/2015 | QMO | Discuss with Attorney M. Obermeyer how we will go with Sam Cleaver as local counsel; change representation agreement to account for initial retainer, different pro hac vice, and added counsel; draft and send email to local counsel. | 0.80 | $180.00 |
| 05/28/2015 | QMO | Complete pro hac vice forms for California Group 1 plaintiffs for Attorney K. Dolley. | 0.60 | $135.00 |
| 05/28/2015 | QMO | Complete pro hac vice forms for California Group 2 plaintiffs for Attorney K. Dolley. | 0.40 | $90.00 |
| 05/28/2015 | QMO | Draft letter to Missouri Clerk of the Missouri Supreme Court requesting for Certificate of Good Standing for Attorney K. Dolley. | 0.70 | $157.50 |
| 05/29/2015 | QMO | Speak to local California counsel about representation agreement; log the signed agreement in California folder. | 0.40 | $90.00 |
| 06/02/2015 | QMO | Speak to former client who I nonengaged from Florida Gail Riley; told we nonengaged due to her bankruptcy; discussed on phone. | 0.40 | $90.00 |
| 06/02/2015 | MJO | Meeting with Attorney Q. Osborne, re: individual lawsuits to bring in Florida, Missouri, New York, and Texas | 0.90 | $247.50 |
| 07/09/2015 | QMO | Read through order denying Defendant's Motion for Summary Judgment; discuss with Attorney M. Obermeyer. | 0.40 | $90.00 |
| 07/09/2015 | QMO | Call Theresa and let her know we prevailed on motion for summary judgment and what comes next. | 0.30 | $67.50 |
| 07/09/2015 | MJO | Meeting with Attorney Q. Osborne, re: denial of Motion for Summary Judgment | 0.30 | $82.50 |
| 07/10/2015 | MJO | Draft preservation letters for all clients in new Transcend lawsuits | 2.90 | $797.50 |
| 07/16/2015 | QMO | Draft update for all Transcend cases for Attorney M. Obermeyer's review; include details on all cases, issues, and local counsels. | 2.20 | $495.00 |
| 07/22/2015 | MJO | Attempt calling oc, re: rescheduling status hearing in Chicago, IL; check calendar for availability for alternate date for status hearing | 0.20 | $55.00 |
| 07/22/2015 | MJO | Phone call with oc, re: rescheduling status hearing before Judge Guzman set for Aug. 4 | 0.20 | $55.00 |
| 08/14/2015 | MJO | Meeting with Attorney K. Dolley, re: potential trial dates | 0.50 | $137.50 |
| 08/18/2015 | QMO | Drive Attorney M. Obermeyer to airport. | 0.50 | $112.50 |
| 08/18/2015 | MJO | Prep for status hearing, re: gather all relevant documents | 0.90 | $247.50 |
| 08/18/2015 | MJO | Travel time to Chicago for purposes of attending status | 3.00 | $825.00 |

| | | | | |
|---|---|---|---|---|
| | | hearing before Judge Guzman | | |
| 08/19/2015 | MJO | Participated in status hearing before Hon. Ronald Guzman, re: setting trial date | 0.50 | $137.50 |
| 08/19/2015 | MJO | Travel time from Chicago to St. Louis after status hearing before Judge Guzman | 5.00 | $1,375.00 |
| 08/19/2015 | MJO | Draft Response to email from co-counsel, re: trial setting | 0.20 | $55.00 |
| 08/24/2015 | MJO | Phone call with co-counsel, re: Motion to Withdraw | 0.20 | $55.00 |
| 12/09/2015 | QMO | Meet with Attorney M. Obermeyer and discuss initial disclosures in the case. | 0.20 | $45.00 |
| 02/26/2016 | QMO | Create damage calculations for Theresa Cosentino's case; send to Attorney K. Dolley. | 0.80 | $180.00 |
| 02/26/2016 | QMO | Discuss potentially settling case with opposing counsel and Attorney K. Dolley. | 0.30 | $67.50 |
| 03/01/2016 | QMO | Speak with Attorney M. Obermeyer about Cosentino trial preparation; discuss needing Kate Seday at trial. | 0.40 | $90.00 |
| 03/02/2016 | MJO | Draft emails to local counsel, re: availability for trial/pre-trial work | 0.30 | $82.50 |
| 03/16/2016 | MJO | Draft Jury Instructions for purposes of trial preparation | 1.70 | $467.50 |
| 03/17/2016 | JCK | Confer with M. Obermeyer re: trial preparation; review Plaintiff's response to Defendant's motion for summary judgment; research N.D. Ill. local rules for filing trial briefs. | 1.20 | $270.00 |
| 03/17/2016 | JCK | Draft trial brief. | 0.40 | $90.00 |
| 03/17/2016 | MJO | Draft Jury Instructions | 4.50 | $1,237.50 |
| 03/17/2016 | JCK | Draft trial brief; review Plaintiff's declaration, statement of additional facts, exemplar of trial brief, Court order denying Defendant's motion for summary judgment. | 2.90 | $652.50 |
| 03/18/2016 | QMO | Speak with Greg Mersol about potentially settling Transcend; discuss his settlement demand of $5,000 per MLS, and reason for such demand. | 0.60 | $135.00 |
| 03/18/2016 | MJO | Review Trial Brief drafted by Attorney J. Keaney | 1.00 | $275.00 |
| 03/18/2016 | MJO | Draft Jury Instructions | 1.50 | $412.50 |
| 03/19/2016 | QMO | Send email to Kevin and Mark about Transcend's settlement demand and reason behind it. | 0.30 | $67.50 |
| 03/21/2016 | KJD | Review and edit trial brief. | 1.00 | $450.00 |
| 03/21/2016 | MJO | Draft Jury Instructions and review file in preparation for trial | 6.00 | $1,650.00 |
| 03/21/2016 | QMO | Send email to opposing counsel about discussing settlement of cases tomorrow; set up conference call. | 0.30 | $67.50 |
| 03/21/2016 | MJO | Draft email to attorney K. Dolley, re: Jury Instructions | 0.20 | $55.00 |
| 03/22/2016 | KJD | Review possible settlement. | 0.20 | $90.00 |
| 03/22/2016 | QMO | Draft proposed settlement demand email to opposing counsel; include estimated calculation of attorneys' fees; discuss case law as to attorneys' fees awards in similar cases. | 1.10 | $247.50 |
| 03/22/2016 | QMO | Speak with Attorney K. Dolley about changes to settlement demand; implement changes; send to opposing counsel. | 0.40 | $90.00 |
| 03/22/2016 | MJO | Draft pre-trial materials, re: Agreed Statement of Contested Issues of Fact and Law; Parties' Statement of Uncontested Facts; Deposition Designations; began annotating, analyzing, and examining potential exhibits | 6.50 | $1,787.50 |
| 03/23/2016 | MJO | Draft pre-trial materials, re: deposition designations, read deposition transcripts of Catherine Dundas, Scott Robertson, and Ann Burnham and drafted deposition designations | 3.70 | $1,017.50 |
| 03/24/2016 | MJO | Review, gather, analyze, and examine exhibits for purposes of trial preparation | 3.50 | $962.50 |
| 03/24/2016 | QMO | Prepare settlement correspondence for Attorney K. Dolley; implement his multiple revisions and corrections to settlement correspondence; send to opposing counsel. | 0.80 | $180.00 |
| 03/24/2016 | JCK | Confer with K. Dolley re: settlement response. | 0.10 | $22.50 |
| 03/25/2016 | MJO | Phone calls with Dustin Dow, re: settlement of case | 0.50 | $137.50 |
| 03/25/2016 | MJO | Draft Notice of Settlement and file same with Court | 0.50 | $137.50 |
| 03/25/2016 | JCK | Confer with K. Dolley, J. Finkes re: settlement, counteroffer. | 0.20 | $45.00 |

| 03/25/2016 | KJD | Review and edit draft "final settlement proposal, finalize review settlement questions and conversations with opposing counsel. | 2.30 | $1,035.00 |
|---|---|---|---|---|
| 03/25/2016 | JCK | Review and edit settlement e-mail stating counteroffer for K. Dolley. | 0.20 | $45.00 |
| 03/25/2016 | JCK | Confer with K. Dolley, J. Finkes re: settlement offer, counteroffer. | 0.50 | $112.50 |
| 03/25/2016 | QMO | Discuss status of settlement correspondence with Attorney K. Dolley. | 0.20 | $45.00 |
| 03/25/2016 | JCK | Confer with K. Dolley re: settlement, counteroffers. | 0.10 | $22.50 |
| 03/25/2016 | JCK | Phone call with Q. Osborne re: settlement, notice of mediation, deadline; review case management order for notice of mediator deadline. | 0.20 | $45.00 |
| 03/29/2016 | MJO | Phone call with opposing counsel, re: status hearing before J. Guzman | 0.30 | $82.50 |
| 03/30/2016 | MJO | Travel to Chicago from St. Louis for purposes of attending hearing | 4.50 | $1,237.50 |
| 03/30/2016 | MJO | Travel from Chicago to St. Louis after attending hearing | 4.50 | $1,237.50 |
| 03/30/2016 | MJO | Meeting with attorney G. Mersol, re: consolidation of cases and settlement | 1.00 | $275.00 |
| 03/30/2016 | MJO | Status hearing before J. Guzman | 0.50 | $137.50 |
| 03/31/2016 | MJO | Draft email to attorney K. Dolley, re: case update after March 30, 2016 hearing | 0.50 | $137.50 |

## In Reference To: **Consentino v. Transcend (Expenses)**

| 05/11/2012 | KJD | Goldstien & McClintock LLLP | $500.00 | $500.00 |
|---|---|---|---|---|
| 05/11/2012 | KJD | Anthony Sciara | $450.00 | $450.00 |
| 08/30/2012 | KJD | St. Louis Post Office - Clayton Branch. | $30.20 | $30.20 |
| 09/11/2012 | KJD | City Service. | $27.85 | $27.85 |
| 09/11/2012 | KJD | Parking Terminal 2 - Super Park. | $21.00 | $21.00 |
| 09/11/2012 | KJD | Harry Carry's. | $16.00 | $16.00 |
| 09/11/2012 | KJD | Dunkin Donuts. | $1.78 | $1.78 |
| 09/14/2012 | KJD | St. Louis Post Office - Clayton Branch. | $41.19 | $41.19 |
| 09/23/2012 | KJD | Dunkin' Donuts | $7.59 | $7.59 |
| 09/23/2012 | KJD | Chili's- St. Lucie | $7.59 | $7.59 |
| 09/23/2012 | KJD | Subway Sandwiches & salads. | $7.21 | $7.21 |
| 09/23/2012 | KJD | Dollar Rent A Car | $121.08 | $121.08 |
| 09/24/2012 | KJD | Applebee's | $25.61 | $25.61 |
| 09/24/2012 | KJD | McDonald's | $6.55 | $6.55 |
| 09/24/2012 | KJD | RaceTrac 553 GAS | $40.90 | $40.90 |
| 09/24/2012 | KJD | Best Western Plus Downtown Stuart. | $76.99 | $76.99 |
| 09/24/2012 | KJD | LaQuinta Inn & Suites | $72.15 | $72.15 |
| 09/25/2012 | KJD | Hampton Inn | $88.92 | $88.92 |
| 09/25/2012 | KJD | Southwest Airlines | $970.08 | $970.08 |
| 09/25/2012 | KJD | Ruby chens Rstaurant | $8.25 | $8.25 |
| 09/27/2012 | KJD | Payment to Attorney Mark Koupal. | $467.25 | $467.25 |
| 09/27/2012 | KJD | Mileage Payment to Legal Assistant Meagan Johnson. | $26.40 | $26.40 |
| 10/01/2012 | KJD | Subway Sandwiches | $7.50 | $7.50 |
| 10/01/2012 | KJD | Dunkin' Donuts | $6.29 | $6.29 |
| 10/01/2012 | KJD | Thrifty Rental Car. | $207.98 | $207.98 |
| 10/01/2012 | KJD | Comfort inn | $175.10 | $175.10 |
| 10/01/2012 | KJD | Boston Market | $8.68 | $8.68 |
| 10/01/2012 | KJD | Southwest Airlines | $327.60 | $327.60 |
| 10/02/2012 | KJD | KFC | $7.58 | $7.58 |
| 10/03/2012 | KJD | Villa Fresh Italian Kitchen | $8.67 | $8.67 |
| 10/03/2012 | KJD | Shell gas station. | $19.09 | $19.09 |

| 10/03/2012 | KJD | Boston Market #0250 | $8.68 | $8.68 |
|---|---|---|---|---|
| 10/03/2012 | KJD | Mileage Payment to Legal Assistant Meagan Johnson. | $29.00 | $29.00 |
| 10/03/2012 | KJD | Payment to Attorney Mark Koupal. | $216.66 | $216.66 |
| 10/06/2012 | KJD | Walmart | $18.45 | $18.45 |
| 10/07/2012 | KJD | Lambert International Airport. | $21.00 | $21.00 |
| 10/07/2012 | KJD | Murphy's Pub and Grill | $6.79 | $6.79 |
| 10/08/2012 | KJD | Murphy's Pub and Grill | $22.56 | $22.56 |
| 10/08/2012 | KJD | Lambert International Airport. | $15.81 | $15.81 |
| 10/08/2012 | KJD | Philly Teds Cheesesteak | $6.79 | $6.79 |
| 10/09/2012 | KJD | American Airlines Baggage Check. | $25.00 | $25.00 |
| 10/09/2012 | KJD | Hertz Rental Car | $130.29 | $130.29 |
| 10/09/2012 | KJD | Adoba Eco Hotel | $197.14 | $197.14 |
| 10/09/2012 | KJD | American Airlines Flight | $1,165.20 | $1,165.20 |
| 10/09/2012 | KJD | TGI Friday's | $13.74 | $13.74 |
| 10/11/2012 | KJD | Lambert International Airport- parking. | $18.50 | $18.50 |
| 10/11/2012 | KJD | Keagan's irish pub | $20.00 | $20.00 |
| 10/11/2012 | KJD | Dunkin' Donuts | $8.53 | $8.53 |
| 10/11/2012 | KJD | MArkey Fresh | $9.49 | $9.49 |
| 10/11/2012 | KJD | Villa Fresh Italian Kitchen | $3.17 | $3.17 |
| 10/11/2012 | KJD | Hertz Rental Car. | $144.53 | $144.53 |
| 10/11/2012 | KJD | Southwest Airlines. | $584.20 | $584.20 |
| 10/11/2012 | KJD | Payment to Attorney Mark Koupal. | $493.84 | $493.84 |
| 10/11/2012 | KJD | Payment to Attorney Mark Koupal. | $372.10 | $372.10 |
| 10/11/2012 | KJD | Goldstien & McClintock LLLP. | $360.00 | $360.00 |
| 10/12/2012 | KJD | Jersey Mike's Subs | $13.58 | $13.58 |
| 10/12/2012 | KJD | Taco Bell | $10.47 | $10.47 |
| 10/12/2012 | KJD | Chesapeake Bay Bridge - Tunnel | $17.00 | $17.00 |
| 10/12/2012 | KJD | Esquire. | $970.37 | $970.37 |
| 10/13/2012 | KJD | Gas | $11.34 | $11.34 |
| 10/13/2012 | KJD | Villa Fresh Italian Kitchen | $9.95 | $9.95 |
| 10/13/2012 | KJD | Panera Bread Cafe | $7.49 | $7.49 |
| 10/16/2012 | KJD | Cimo's South End Market and Deli. | $6.81 | $6.81 |
| 10/16/2012 | KJD | Cimo's South End Market and Deli. | $3.48 | $3.48 |
| 10/16/2012 | KJD | Hampton Inn. | $292.12 | $292.12 |
| 10/16/2012 | KJD | Hertz Rental Car. | $91.81 | $91.81 |
| 10/16/2012 | KJD | Southwest Airlines. | $433.20 | $433.20 |
| 10/16/2012 | KJD | Lambert International Parking Lot D. | $32.50 | $32.50 |
| 10/16/2012 | KJD | Dunkin Donuts. | $8.53 | $8.53 |
| 10/17/2012 | KJD | Milanos. | $13.15 | $13.15 |
| 10/17/2012 | KJD | Milanos. | $7.71 | $7.71 |
| 10/17/2012 | KJD | Milanos. | $2.78 | $2.78 |
| 10/17/2012 | KJD | Private Investigator Ecklund & Associates. | $95.00 | $95.00 |
| 10/18/2012 | KJD | Thirfty Car Rental. | $168.71 | $168.71 |
| 10/18/2012 | KJD | Quality Inn. | $158.78 | $158.78 |
| 10/18/2012 | KJD | Hertz Rental Car. | $93.99 | $93.99 |
| 10/18/2012 | KJD | Dunkin Donuts. | $6.41 | $6.41 |
| 10/18/2012 | KJD | McDonald's | $9.47 | $9.47 |
| 10/18/2012 | KJD | Taco Bell. | $10.65 | $10.65 |
| 10/19/2012 | KJD | Village Pizza. | $24.33 | $24.33 |
| 10/19/2012 | KJD | Village Pizza. | $13.99 | $13.99 |
| 10/19/2012 | KJD | Village Pizza. | $3.70 | $3.70 |
| 10/20/2012 | KJD | Shell Gas Station. | $24.47 | $24.47 |
| 10/20/2012 | KJD | Quiznos. | $4.28 | $4.28 |
| 10/20/2012 | KJD | Starbuck's coffee. | $4.99 | $4.99 |
| 10/20/2012 | KJD | Southwest Airlines. | $185.80 | $185.80 |
| 10/22/2012 | KJD | Alderson Reporting Company, Inc. | $851.05 | $851.05 |

| | | | | |
|---|---|---|---|---|
| 10/22/2012 | KJD | E-Z Pass - New Hampshire. | $1.50 | $1.50 |
| 10/22/2012 | KJD | E-Z Pass - New Hampshire. | $1.50 | $1.50 |
| 10/22/2012 | KJD | Attorney Payment - Mark Koupal. | $685.57 | $685.57 |
| 10/22/2012 | KJD | C.M. Court Reporting. | $661.00 | $661.00 |
| 10/23/2012 | KJD | Attorney Payment - Mark Koupal. | $128.38 | $128.38 |
| 10/24/2012 | KJD | Payment to NAncy C. LaBella - Official Court Reporter. | $9.90 | $9.90 |
| 11/02/2012 | KJD | Clayton Branch Post Office. | $39.85 | $39.85 |
| 11/15/2012 | KJD | Southwest Airlines. | $279.60 | $279.60 |
| 11/15/2012 | KJD | Globe Taxi. | $40.00 | $40.00 |
| 11/15/2012 | KJD | Lambert Parking. | $20.00 | $20.00 |
| 11/15/2012 | KJD | Dunkin Donuts. | $1.76 | $1.76 |
| 11/15/2012 | KJD | Globe Taxi. | $40.00 | $40.00 |
| 11/15/2012 | KJD | Taxi back to airport. | $3.30 | $3.30 |
| 11/16/2012 | KJD | NAncy Labella. | $51.00 | $51.00 |
| 12/03/2012 | KJD | Kathy Nicholis. | $500.00 | $500.00 |
| 12/10/2012 | KJD | LaQuinta Inn & Suites | $98.05 | $98.05 |
| 12/11/2012 | KJD | Hertz Rental Car | $144.53 | $144.53 |
| 02/01/2013 | KJD | National Court Reporters. | $2,912.58 | $2,912.58 |
| 05/01/2013 | KJD | Office Depot - Envelopes. | $195.08 | $195.08 |
| 05/01/2013 | KJD | Office Depot - Envelopes. | $118.09 | $118.09 |
| 05/08/2013 | KJD | Clayton Branch Post Office. | $1,751.22 | $1,751.22 |
| 05/20/2013 | KJD | Clayton Branch Post Office. | $660.00 | $660.00 |
| 05/21/2013 | KJD | Clayton Branch Post Office. | $565.60 | $565.60 |
| 05/21/2013 | KJD | Clayton Branch Post Office. | $660.00 | $660.00 |
| 07/22/2013 | KJD | Choice Taxi Association Inc. | $95.00 | $95.00 |
| 07/22/2013 | KJD | Super Park Termination 1. | $20.00 | $20.00 |
| 07/22/2013 | KJD | HMShost. | $14.78 | $14.78 |
| 07/22/2013 | KJD | Priceline - Flight to Chicago and back to St. Louis. | $307.80 | $307.80 |
| 08/19/2013 | KJD | Taxi back to hotel. | $40.00 | $40.00 |
| 08/19/2013 | KJD | Dunkin Donuts. | $4.05 | $4.05 |
| 08/19/2013 | KJD | Burger King. | $8.01 | $8.01 |
| 08/20/2013 | KJD | Harry Carey's. | $21.49 | $21.49 |
| 08/20/2013 | KJD | Southwest Airlines - Chicago. | $293.80 | $293.80 |
| 08/20/2013 | KJD | LaQuinta Inn & Suites. | $285.89 | $285.89 |
| 08/20/2013 | KJD | Taxi back to airport. | $50.00 | $50.00 |
| 09/07/2013 | KJD | Delta Airlines, to Atlanta, GA. | $927.60 | $927.60 |
| 09/07/2013 | KJD | The Westin Peachtree Plaza. | $876.92 | $876.92 |
| 10/29/2013 | KJD | Burger King Lambert. | $15.30 | $15.30 |
| 10/29/2013 | KJD | Cab fare from airport to hotel. | $50.00 | $50.00 |
| 10/29/2013 | KJD | Cab fare from airport to hotel. | $50.00 | $50.00 |
| 10/30/2013 | KJD | Cab fare from Mediation to airport. | $50.00 | $50.00 |
| 10/30/2013 | KJD | Cab fare from Mediation to airport. | $50.00 | $50.00 |
| 10/30/2013 | KJD | Westlin Peachtree Plaza. | $5.18 | $5.18 |
| 10/30/2013 | KJD | Flight transfer. | $526.00 | $526.00 |
| 11/14/2013 | KJD | Southwest Airlines to Chicago. | $326.80 | $326.80 |
| 11/20/2013 | KJD | Parking Super Park Terminal 2 St. Louis Airport | $23.00 | $23.00 |
| 11/20/2013 | KJD | Southwest Airlines. | $490.70 | $490.70 |
| 11/20/2013 | KJD | Taxi from airport to breakfast. | $50.00 | $50.00 |
| 11/20/2013 | KJD | Taxi from breakfast to court. | $12.00 | $12.00 |
| 11/20/2013 | KJD | Harry Carey's. | $35.17 | $35.17 |
| 11/20/2013 | KJD | Taxi from court to airport. | $60.00 | $60.00 |
| 11/20/2013 | KJD | Superpark Terminal 2. | $23.00 | $23.00 |
| 12/05/2013 | KJD | Deposition by Rogers and Hardin. | $3,750.00 | $3,750.00 |
| 12/05/2013 | KJD | Clayton Branch Post Office. | $48.50 | $48.50 |
| 12/05/2013 | KJD | Southwest Airlines to Chicago. | $431.80 | $431.80 |
| 12/06/2013 | KJD | Parking Super Park Terminal 2 St. Louis Airport. | $20.00 | $20.00 |
| 12/06/2013 | KJD | Cab fair from airport to court. | $40.00 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 12/06/2013 | KJD | Cab fair from court to airport. | $40.00 | $40.00 |
| 12/06/2013 | KJD | Harry Carey's Chicago. | $28.07 | $28.07 |
| 12/16/2013 | KJD | Airport from St. Louis to Hartford to Chicago. | $765.20 | $765.20 |
| 12/16/2013 | KJD | Enterprise Car Rental 12-16 through 12-20. | $361.54 | $361.54 |
| 12/16/2013 | KJD | Chili's - St. Louis Airport. | $13.80 | $13.80 |
| 12/16/2013 | KJD | Uno Chicago Grill. | $54.10 | $54.10 |
| 12/17/2013 | KJD | Post Office - South Hadley, MA | $19.95 | $19.95 |
| 12/17/2013 | KJD | Dunkin Donuts. | $2.24 | $2.24 |
| 12/18/2013 | KJD | Pizza Days - Burlington. | $28.37 | $28.37 |
| 12/18/2013 | KJD | Dewey's Pizza. | $24.06 | $24.06 |
| 12/18/2013 | KJD | Candlewood Suites, Burlington, MA | $106.10 | $106.10 |
| 12/19/2013 | KJD | Jon and Mark Airfare to and from Chicago. | $868.60 | $868.60 |
| 12/19/2013 | KJD | Southwest airfare from Chicago to St. Louis. | $199.90 | $199.90 |
| 12/20/2013 | KJD | Dunkin Donuts. | $4.29 | $4.29 |
| 12/20/2013 | KJD | Harry Carey's Chicago Midway Airport. | $12.71 | $12.71 |
| 12/20/2013 | KJD | Illinois Bar and Grill. | $49.35 | $49.35 |
| 12/20/2013 | KJD | Cab from airport to deposition - Chicago. | $50.00 | $50.00 |
| 12/20/2013 | KJD | Cab from Lambert to Office. | $31.20 | $31.20 |
| 12/20/2013 | KJD | Hotel Sax in Chicago 12/19 - 12/20. | $138.52 | $138.52 |
| 12/20/2013 | KJD | Gas. | $50.00 | $50.00 |
| 12/20/2013 | KJD | Jensen Litigation Solutions - Deposition of Patricia Rapp. | $429.12 | $429.12 |
| 12/23/2013 | KJD | Bramanti & Lyons Court Reporting, Inc. | $1,834.94 | $1,834.94 |
| 12/30/2013 | KJD | Southwest Airfare to Chicago. | $431.80 | $431.80 |
| 12/30/2013 | KJD | Cab fare from airport to court. | $40.00 | $40.00 |
| 12/30/2013 | KJD | Cab fare from court to airport. | $40.00 | $40.00 |
| 12/30/2013 | KJD | Superpark terminal 2. | $20.00 | $20.00 |
| 12/30/2013 | KJD | Lambert Starbuck's. | $2.62 | $2.62 |
| 01/01/2014 | KJD | Beers of the World - Lambert Airport. | $23.00 | $23.00 |
| 01/01/2014 | KJD | Subway - Billings, Montana. | $6.10 | $6.10 |
| 01/01/2014 | KJD | Sleep Inn Billings, Montana. | $264.09 | $264.09 |
| 01/01/2014 | KJD | Enterprise Car Rental. | $292.71 | $292.71 |
| 01/02/2014 | KJD | Great Northn St. | $22.50 | $22.50 |
| 01/03/2014 | KJD | Conomart - Billings, Montana. | $15.16 | $15.16 |
| 01/03/2014 | KJD | Great Northern Hotel - Billings, Montana. | $75.97 | $75.97 |
| 01/04/2014 | KJD | Conomart - Billings, Montana. | $22.75 | $22.75 |
| 01/04/2014 | KJD | Cat Cora Kitchen Salt Lake City, Utah. | $29.12 | $29.12 |
| 01/04/2014 | KJD | Jamba Juice Denver, Colorado. | $5.69 | $5.69 |
| 01/04/2014 | KJD | Delta Flight from Billings to Salt Lake City. | $538.50 | $538.50 |
| 01/04/2014 | KJD | Southwest Flight from Salt Lake City to Denver to St. Louis. | $480.00 | $480.00 |
| 01/05/2014 | KJD | Airport Cab to Hilton Garden Inn, Baltimore, Maryland. | $65.00 | $65.00 |
| 01/05/2014 | KJD | Southwest flight from St. Louis to Baltimore. | $340.00 | $340.00 |
| 01/05/2014 | KJD | The Green Turtle Restaurant Owings Hill, Maryland. | $11.11 | $11.11 |
| 01/06/2014 | KJD | McDonalds Airport, Maryland. | $6.77 | $6.77 |
| 01/06/2014 | KJD | Hilton Garden Inn Owings Mills Marlyand | $301.28 | $301.28 |
| 01/06/2014 | KJD | Southwest Flight from Baltimore to Cleveland. | $243.00 | $243.00 |
| 01/06/2014 | KJD | Cab from airport to hotel. | $35.00 | $35.00 |
| 01/06/2014 | KJD | Hilton Garden Inn Cleveland, OH | $167.76 | $167.76 |
| 01/07/2014 | KJD | Enterprise Car Rental. | $101.46 | $101.46 |
| 01/07/2014 | KJD | Ramada Canton Ohio. | $90.19 | $90.19 |
| 01/07/2014 | KJD | Enterprise Car Rental Cleveland, OH | $160.93 | $160.93 |
| 01/08/2014 | KJD | Enterprise Car Rental - 1/8/14 - 1/10/14 Panama City, FL | $325.33 | $325.33 |
| 01/08/2014 | KJD | Fuel - Speedway Brook Park, OH | $17.86 | $17.86 |
| 01/08/2014 | KJD | Applebee's Neighborhood Grill & Bar - Panama City. | $23.25 | $23.25 |
| 01/08/2014 | KJD | Pappas Burger - Houston. | $30.25 | $30.25 |
| 01/08/2014 | KJD | United Airlines - First bag fee. | $25.00 | $25.00 |
| 01/09/2014 | KJD | I-75 Pizza & Gas - Ocala, FL. | $4.56 | $4.56 |

| | | | | |
|---|---|---|---|---|
| 01/09/2014 | KJD | Gas - Florida. | $40.00 | $40.00 |
| 01/10/2014 | KJD | Yellow Cab. | $35.00 | $35.00 |
| 01/10/2014 | KJD | Super Park Terminal 2 - Lambert Airport. | $23.00 | $23.00 |
| 01/10/2014 | KJD | Cab fare from Airport to Court. | $40.00 | $40.00 |
| 01/10/2014 | KJD | Harry Carey's. | $31.38 | $31.38 |
| 01/10/2014 | KJD | Southwest flight to Chicago. | $432.00 | $432.00 |
| 01/10/2014 | KJD | Southwest Flight from Tampa to St. Louis. | $441.00 | $441.00 |
| 01/10/2014 | KJD | Parking Garage - BOA Plaza. | $16.00 | $16.00 |
| 01/12/2014 | KJD | Southwest roundtrip Omaha, NE to St. Louis. | $410.50 | $410.50 |
| 01/12/2014 | KJD | Enterprise Omaha, NE | $125.33 | $125.33 |
| 01/13/2014 | KJD | Taco Bell North Platte NE | $5.87 | $5.87 |
| 01/13/2014 | KJD | Fuel - Anderson Food Shops Omaha, NE | $24.86 | $24.86 |
| 01/13/2014 | KJD | Fuel - Cenex South, NE | $22.49 | $22.49 |
| 01/14/2014 | KJD | Esquire - Deposition of Patsy Hayes on 12/27/13. | $523.00 | $523.00 |
| 01/14/2014 | KJD | Brazos Cattle Company. | $23.26 | $23.26 |
| 01/14/2014 | KJD | Great American Bagel - Lambert Airport. | $5.77 | $5.77 |
| 01/14/2014 | KJD | Car Rental from 1/14 - 1/15 - Houston TX. | $205.84 | $205.84 |
| 01/14/2014 | KJD | Southwest from St. Louis to Houston and Houston to St. Louis. | $734.50 | $734.50 |
| 01/14/2014 | KJD | Dewey's Pizza. | $42.74 | $42.74 |
| 01/15/2014 | KJD | Southwest flight to Tampa - Attorney M. Obermeyer. | $871.00 | $871.00 |
| 01/15/2014 | KJD | Southwest flight to Tampa - Attorney K. Dolley. | $860.00 | $860.00 |
| 01/15/2014 | KJD | Chili's Tampa Airport. | $8.83 | $8.83 |
| 01/15/2014 | KJD | Dollar Renta A Car - Tampa, FL. | $221.90 | $221.90 |
| 01/15/2014 | KJD | Office Depot - Tampa, Florida. | $215.77 | $215.77 |
| 01/15/2014 | KJD | Walgreens - Clearwater beach, Florida. | $43.69 | $43.69 |
| 01/15/2014 | KJD | Wifi for Southwest flight to Tampa. | $8.00 | $8.00 |
| 01/15/2014 | KJD | Shell Gas Station - Hankamer - TX | $31.50 | $31.50 |
| 01/16/2014 | KJD | Clayton Branch Post Office. | $26.25 | $26.25 |
| 01/16/2014 | KJD | Transcripts from 12/30/13 to 01/10/13 - Judge Rowland. | $183.60 | $183.60 |
| 01/16/2014 | KJD | Dunkin Donuts - Clearwater, FL. | $8.36 | $8.36 |
| 01/16/2014 | KJD | Hooters - Clearwater Beach, FL. | $58.64 | $58.64 |
| 01/16/2014 | KJD | CVS - Clearwater FL | $17.43 | $17.43 |
| 01/17/2014 | KJD | Court Transcripts from 1/10/14; 12/30/13; 11/4/13 - Pamela Warren. | $183.60 | $183.60 |
| 01/17/2014 | KJD | Dunkin Donuts. | $8.57 | $8.57 |
| 01/17/2014 | KJD | Clear Skky Beachside Cafe - Clearwater, FL | $83.91 | $83.91 |
| 01/17/2014 | KJD | Esquire - Deposition of Kathleen Schuster on 1/8/14. | $360.96 | $360.96 |
| 01/18/2014 | KJD | Union Burger - Clearwater, FL. | $12.65 | $12.65 |
| 01/18/2014 | KJD | French's Cafe - Clearwater, FL | $65.01 | $65.01 |
| 01/18/2014 | KJD | Dunkin Donuts - Clearwater, FL | $4.90 | $4.90 |
| 01/19/2014 | KJD | Dollar rent a car - Clearwater, FL | $155.79 | $155.79 |
| 01/19/2014 | KJD | BP - Clearwater, FL | $9.54 | $9.54 |
| 01/19/2014 | KJD | Super Park Lot C | $28.50 | $28.50 |
| 01/19/2014 | KJD | Dunkin Donuts - Lambert Airport. | $2.27 | $2.27 |
| 01/19/2014 | KJD | Wifi for Southwest Flight to St. Louis. | $8.00 | $8.00 |
| 01/19/2014 | KJD | Cozy Corner - Hotel 1/15 - 1/19. | $753.02 | $753.02 |
| 01/20/2014 | KJD | Deposition transcripts from D&D Reporting. | $4,305.40 | $4,305.40 |
| 01/21/2014 | KJD | Cab fare from Court to Airport. | $40.00 | $40.00 |
| 01/21/2014 | KJD | Cab fare from airport to Court. | $40.00 | $40.00 |
| 01/21/2014 | KJD | Super park Lambert Airport. | $20.00 | $20.00 |
| 01/21/2014 | KJD | Southwest Flight to Chicago. | $432.00 | $432.00 |
| 01/23/2014 | KJD | Lois Lacorte - Transcripts from 11/26 Proceedings. | $57.60 | $57.60 |
| 01/26/2014 | KJD | Uno's Pizza - Chicago. | $11.36 | $11.36 |
| 01/27/2014 | KJD | US Airways Carlotte, NC to Chicago. | $306.50 | $306.50 |
| 01/27/2014 | KJD | US Airways Luggage Fee. | $60.00 | $60.00 |
| 01/27/2014 | KJD | Sun Taxi - Airport to Hotel. | $50.00 | $50.00 |

| Date | Initials | Description | Amount | Amount |
|------|----------|-------------|--------|--------|
| 01/27/2014 | KJD | Allerton Hotel, Chicago. | $54.26 | $54.26 |
| 01/27/2014 | KJD | Allerton Hotel, Chicago. | $100.75 | $100.75 |
| 01/28/2014 | KJD | Market Creations - Chicago. | $7.39 | $7.39 |
| 01/28/2014 | KJD | Taxi Town - Court to Hotel. | $15.00 | $15.00 |
| 01/28/2014 | KJD | Taxi Town - Hotel to Airport. | $40.00 | $40.00 |
| 01/28/2014 | KJD | Manny's Delhi, Chicago. | $8.64 | $8.64 |
| 01/28/2014 | KJD | Southwest from Chicago to St. Louis. | $216.00 | $216.00 |
| 01/29/2014 | KJD | Esquire - Deposition of Darcy Wingler on 1/8/14. | $941.80 | $941.80 |
| 01/31/2014 | KJD | Professional Court Reporting and Video. | $784.50 | $784.50 |
| 02/04/2014 | KJD | Esquire - Deposition of Sarena Marques on 1/10/14. | $1,093.63 | $1,093.63 |
| 02/08/2014 | KJD | Esquire - Deposition of Diane Martin on 1/3/14. | $1,115.50 | $1,115.50 |
| 02/18/2014 | KJD | Esquire - Deposition of Margaret Thorpe on 1/15/14. | $820.90 | $820.90 |
| 03/24/2014 | KJD | Fed-ex courtesy copies to Robinson Sharpiro & Shwartz for delivery to chambers. | $92.79 | $92.79 |
| 05/09/2014 | KJD | Local Counsel, the Case Law Firm, LLC. | $1,000.00 | $1,000.00 |
| 11/01/2014 | KJD | Local Counsel, the Case Law Firm, LLC. | $7.50 | $7.50 |
| 11/04/2014 | KJD | Southwest Airlines - Chicago. | $462.60 | $462.60 |
| 11/05/2014 | KJD | USPS - Courtesy Copies to Judge's Chambers. | $19.99 | $19.99 |
| 11/07/2014 | KJD | Super Park Terminal 2. | $20.00 | $20.00 |
| 11/07/2014 | KJD | Dunkin Donuts - Lambert Airport. | $5.09 | $5.09 |
| 11/07/2014 | KJD | Harry Carey's Restaurant. | $17.76 | $17.76 |
| 11/07/2014 | KJD | Cab from airport to court. | $40.00 | $40.00 |
| 11/07/2014 | KJD | Cab from court to airport. | $40.00 | $40.00 |
| 12/01/2014 | KJD | The Case Law Firm (Local Counsel). | $86.25 | $86.25 |
| 12/23/2014 | KJD | USPS - Courtesy Copies to Judge's Chambers. | $19.99 | $19.99 |
| 05/01/2015 | KJD | Associate Counsel Fees | $127.16 | $127.16 |
| 05/28/2015 | KJD | Requesting an original certificate of good standing. | $5.00 | $5.00 |
| 06/02/2015 | KJD | Postage for returning documents to client. | $17.90 | $17.90 |
| 09/16/2015 | KJD | Invoice for The Case Law Firm. | $316.25 | $316.25 |
| 04/05/2016 | MJO | Travel to hearing. | $115.57 | $115.57 |

*Total Hours:* 3,806.10 hrs
*Matters:* $1,036,478.75
*Expenses:* $59,533.89
**Total Amount: $1,096,012.64**